IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al.,<br>    Plaintiffs,<br>v.<br><br>ALBERTO GONZALES, et al.,<br><br>Individually and in their<br>   Official Capacities,<br><br>    Defendants. | )<br>)<br>)   Case No. 1:05-CV-2337 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ENTRY OF APPEARANCE

The Clerk of Court will please enter the appearance of Department of Justice attorney Robert J. Erickson as counsel for the defendants in the above-captioned civil action.

                                                Respectfully submitted,

                                                /s/ Robert J. Erickson
                                                ROBERT J. ERICKSON
                                                D.C. Bar No. 220731
                                                Principal Deputy Chief,
                                                Criminal Appellate Section
                                                U.S. Department of Justice
                                                Robert F. Kennedy Bldg., Rm. 1515
                                                950 Pennsylvania Avenue, N.W.
                                                Washington, D.C. 20530
                                                Tel: (202) 514-2841
                                                Fax: (202) 305-2121
                                                Robert.Erickson@USDOJ.Gov

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Entry of Appearance was served on February 13, 2006, by overnight delivery on plaintiffs' counsel at the following addresses:

| | |
|---|---|
| Paul Enzinna | Stephen Northup |
| Timothy Loper | Troutman Sanders LLP |
| Baker & Botts, L.L.P. | 1001 Haxal Point |
| 1299 Pennsylvania Avenue | Richmond, VA. 23219 |
| Washington, D.C. 20004 | |
| | Charles Z. Zdebski |
| Denise LeBoeuf | 401 9th Street, N.W. |
| 700 Camp Street | Suite 1000 |
| New Orleans, LA 70130 | Washington, D.C. 20004-2134 |
| | |
| Counsel for Roane | Frederick R. Gerson. |
| | Robinson, Carl & Gerson |
| | 7102 Three Chopt Road |
| | Richmond, Virginia 23226 |
| | |
| | Counsel for Tipton |

Edward E. Scher
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, Virginia 23230-3910

Charles A. Zdebski
401 9th Street, N.W.
Suite 1000
Washington, D.C, 20004-2134

Barbara L. Hartung
Suite 1600
700 East Main Street
Richmond, Virgnia 23219

Counsel for Johnson

Dated: February 13, 2006

                                                /s/ Robert J. Erickson
                                                Robert J. Erickson
                                                D.C. Bar No. 220731
                                                Principal Deputy Chief,
                                                Criminal Appellate Section
                                                Robert F. Kennedy Bldg, Room 1515
                                                950 Pennsylvania Avenue, N.W.
                                                Washington, D.C.  20530
                                                Tel: (202) 514-2841
                                                Fax: (202) 305-2121