IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

JAMES H. ROANE, JR., et al.,      )
            Plaintiffs,            )
      v.                           )        Case No. 1:05-CV-2337 (RWR)
                                   )
ALBERTO GONZALES, et al.,          )
                                   )
Individually and in their          )
   Official Capacities,            )
                                   )
            Defendants.            )
_____   )

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO
STAY THE PROCEEDINGS AND TO PRELIMINARILY ENJOIN
THE UNITED STATE FROM CARRYING OUT THEIR EXECUTIONS

The plaintiffs are federal death row prisoners whose capital murder

convictions and death sentences have been affirmed on direct review and whose

first motions for federal collateral relief under 28 U.S.C. 2255 have been denied.

See *United States v. Tipton*, 90 F.3d 861 (4th Cir. 1996) (direct appeal), cert.

denied, 520 U.S. 1253 (1997); *United States v. Roane*, 378 F.3d 382 (4th Cir.

2004) (Section 2255 review), cert. denied, 126 S. Ct. 38, 330 (2005).  Plaintiffs are

presently scheduled to be executed on May 8 (Tipton), May 10 (Johnson), and

May 12 (Roane), 2006.

On December 1, 2005, plaintiffs filed a *Bivens* action for declaratory and

injunctive relief, claiming, *inter alia*, that the Bureau of Prison's protocol for

1

carrying out executions by means of lethal injection was unconstitutional because the composition of the chemicals used constituted a cruel and unusual punishment. Thereafter, on January 25, 2006, the Supreme Court granted certiorari in *Hill v. Crosby*, No. 05-8794, raising the question whether an action brought by a death-sentenced State prisoner under 42 U.S.C. 1983 challenging the constitutionality of the chemicals utilized for carrying out his execution should be recharacterized as a federal habeas corpus action under 28 U.S.C. 2254 and, thus, subjected to the Antiterrorism and Effective Death Penalty Act's stringent jurisdictional limitations on successive habeas petitions. See 28 U.S.C. 2244(b)(2). In light of the certiorari grant in *Hill*, plaintiffs filed a motion on February 2, 2006, requesting that this Court stay the instant proceedings pending the Supreme Court's resolution of *Hill* and, in addition, preliminarily enjoin the United States from carrying out their presently scheduled executions.

The defendants, all United States officers or employees, reluctantly concur that the proceedings should be stayed and plaintiffs' executions enjoined pending the Supreme Court's disposition of *Hill*. As plaintiffs state in their supporting memorandum, "the Supreme Court's decision in *Hill* is likely to control the question of this Court's jurisdiction over this case." Memorandum In Support of Plaintiffs' Motion for a Stay, at 2. See also, *id*. at 4 (same). And, "[b]ecause the

2

Supreme Court could render a decision in *Hill* that would preclude this Court from exercising jurisdiction in this matter" by holding that actions like that filed by plaintiffs must be treated as successive habeas corpus petitions (or successive motions for collateral review under Section 2255), plaintiffs note that "it would be a waste of judicial resources * * * to proceed with this action before *Hill* is decided." *Id.* at 4. Finally, plaintiffs point out that *Hill* is scheduled for oral argument before the Supreme Court on April 29, 2006, making it highly unlikely that the case will be decided by the time of plaintiffs' executions that are now scheduled for the week of May 8-12, 2006. Hence, unless their executions are temporarily enjoined, plaintiffs assert that will be deprived of benefits that "a favorable decision in *Hill* would afford them." *Ibid*.

The defendants agree with plaintiffs' assessment regarding *Hill*'s likely jurisdictional impact on this case and that the Supreme Court's decision may bar this Court from considering plaintiffs' challenge to the constitutionality of the Bureau of Prison's lethal injection protocol. Accordingly, United States agrees that further proceedings in this case – including the filing of the defendants' answer to the complaint and the conduct of all discovery – should be stayed pending the Supreme Court's decision in *Hill*. Furthermore, because it is extremely unlikely that the Supreme Court will decide *Hill* before plaintiffs' now-

scheduled execution dates, the United States does not oppose the entry of an order

that will temporarily enjoin plaintiffs' executions until after *Hill* has been decided.

WHEREAS, for the foregoing reasons, the defendants concur in plaintiffs'

motion to stay the proceedings and temporarily enjoin their executions pending the

Supreme Court's decision in *Hill v. Crosby*.

Respectfully submitted.

ALICE S. FISHER
Assistant Attorney General

G. WINGATE GRANT
Assistant United States Attorney
Eastern District of Virginia
600 E. Main Street, Suite 800
Richmond, VA 23219

/s/ Robert J. Erickson
ROBERT J. ERICKSON
D.C. Bar No. 220731
Principal Deputy Chief,
Criminal Appellate Section
U.S. Department of Justice
Robert F. Kennedy Bldg., Rm. 1515
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-2841
Fax: (202) 305-2121
Robert.Erickson@USDOJ.Gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the Defendants' Response to Plaintiffs'

Motion to Stay the Proceedings and to Preliminarily Enjoin the United States from

Carrying Out Their Executions were served this day by overnight delivery on plaintiffs'

counsel at the following addresses:


Paul Enzinna                              Stephen Northup
Timothy Loper                             Troutman Sanders LLP
Baker & Botts, L.L.P.                     1001 Haxal Point
1299 Pennsylvania Avenue                  Richmond, VA.  23219
Washington, D.C.  20004
                                          Charles Z. Zdebski
Denise LeBoeuf                            401 9th Street, N.W.
700 Camp Street                           Suite 1000
New Orleans, LA 70130                     Washington, D.C. 20004-2134


Counsel for Roane                         Frederick R. Gerson.
                                          Robinson, Carl & Gerson
                                          7102 Three Chopt Road
                                          Richmond, Virginia 23226

                                          Counsel for Tipton

Edward E. Scher
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, Virginia 23230-3910

Charles A. Zdebski
401 9th Street, N.W.
Suite 1000
Washington, D.C, 20004-2134

Barbara L. Hartung
Suite 1600
700 East Main Street
Richmond, Virgnia 23219

Counsel for Johnson

Dated: February 13, 2006

                                        /s/ Robert J. Erickson
                                        Robert J. Erickson
                                        D.C. Bar No. 220731
                                        Principal Deputy Chief,
                                        Criminal Appellate Section
                                        Robert F. Kennedy Bldg, Room 1515
                                        950 Pennsylvania Avenue, N.W.
                                        Washington, D.C.  20530
                                        Tel: (202) 514-2841
                                        Fax: (202) 305-2121