UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR. et *al.*, | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 05-2337 (RWR) <br> ) |
| ALBERT0 GONZALES, *et al.* | ) <br> ) |
| Defendants. | ) <br> ) |

## ORDER

Plaintiffs' moved to stay this litigation and to enjoin their execution until the United States Supreme Court decides <u>Hill v. Crosby,</u> No. 05-8794, 2006 WL 171583 (Jan. 25, 2006).  The defendants responded stating that they consent to the stay and do not oppose the entry of an order temporarily enjoining plaintiffs' execution.  Accordingly, it is hereby

ORDERED that plaintiffs' motion [2] to stay this case and for a preliminary injunction barring their execution, be, and hereby is, GRANTED.  It is further

ORDERED that this case be, and hereby is, STAYED pending **a** decision by the United States Supreme Court in <u>Hill v. Crosby.</u> The parties shall submit a joint status report no later than fifteen days after a decision is issued in <u>Hill v. Crosby</u>.  It is further

- 2 -

**ORDERED** that defendants be, and hereby are, ENJOINED from executing plaintiffs until further order of this court.

SIGNED this 24 day of February, 2006.

*Ellen S. Huvelle*
United States District Judge