IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES H. ROANE, JR., et al.,** | : |
| Plaintiffs, | : |
| v. | : Case Number: 1:05-CV-2337 |
| **ALBERTO GONZALES, et al.,** | : |
| Defendants. | : |

**PARTIES' JOINT STATUS REPORT
PURSUANT TO ORDER OF FEBRUARY 24, 2006**

Plaintiffs filed this action on December 1, 2005, challenging the method by which the defendants intend to execute them. On January 20, 2006, the United States Supreme Court granted *certiorari* in Hill v. McDonough, No. 05-8794, to resolve the question whether such a challenge is the "functional equivalent" of a successive habeas corpus petition, or whether it may proceed as a civil rights action.[1] On February 24, 2006, this Court granted the plaintiffs' request for an injunction barring their execution until the Supreme Court's decision in Hill, and stayed all further proceedings in the case pending the Hill decision. The court also ordered the parties to file a joint status report within 15 days of the Supreme court's decision in Hill. This constitutes that report.

On June 12, 2006, in Hill v. McDonough, 2006 WL 1584710 (June 12, 2006), the Supreme Court held that where a condemned inmate's challenge to

---

[1] Because Hill was convicted and sentenced to death, and would be executed, by state law enforcement authorities, the action at issue in Hill was filed under 42 U.S.C. § 1983. Because the plaintiffs in this case are under federal death sentence, this action has been brought under Bivens v. Six Unknown Agents, 403 U.S. 388, 390-97 (1971), the "federal analog" of § 1983. See Briggs v. Goodwin, 569 F.2d 10 (D.C. Cir. 1977); Crawford-El v. Britton, 951 F.2d 1314, 1321 (D.C. Cir. 1991).

DC01:447641.1

a lethal injection procedure "would not necessarily prevent the State from executing him by lethal injection," and "leave[s] the State free to use an alternative lethal injection procedure," the action may proceed as a civil rights action, rather than as a petition for a writ of habeas corpus. Id. at 5-6. Thus, under Hill, plaintiffs' constitutional challenge may proceed. The plaintiffs propose to proceed with the filing of an amended complaint on or before July 10, 2006, and a Rule 26(f) conference, to take place no later than July 24, 2006, at which the parties would attempt to reach agreement on a proposed schedule for discovery.

As the government was not required to file an answer to the original complaint before the proceedings were stayed, and plaintiffs propose to file an amended compliant, the parties propose that the defendants have 60 days to answer the amended complaint from date of service of the amended complaint on the United States Attorney.

Dated: June 27, 2005                    Respectfully submitted,

/s/ Paul F. Enzinna
PAUL F. ENZINNA (D.C. Bar No. 421819)
TIMOTHY LOPER
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7700

DENISE LEBOEUF
700 Camp Street
New Orleans LA 70130

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI
(D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, Virginia  23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI
(D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, Virginia 23219

EDWARD E. SCHER
Thorsen & Scher, L.L.P.
3810 Augusta Avenue
Richmond, VA  23230

*Counsel for Plaintiff Cory Johnson*

ALICE S. FISHER
Assistant Attorney General

G. WINGATE GRANT
Assistant United States Attorney
Eastern District of Virginia
600 E. Main Street, Suite 800
Richmond, VA 23219

/s/ Robert J. Erickson
ROBERT J. ERICKSON
(D.C. Bar No. 220731)
Principal Deputy Chief
Criminal Appellate Section
U.S. Department of Justice
Robert F. Kennedy Bldg., Rm. 1515
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Tel: (202) 514.2841
Fax: (202) 301.2121
Robert.Erickson@USDOJ.gov

*Attorneys for Defendants*