UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR) |
| ALBERTO GONZALEZ, et al., | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Peter D. Blumberg, Assistant United States Attorney, as counsel of record for defendants Alberto Gonzalez, Karen Tandy, Harvey G. Lappin, Newton E. Kendig, Mark Bezy and Thomas Webster, in their official capacities, in the above-captioned case.

Respectfully submitted,

/s/
PETER BLUMBERG, D.C. Bar No. 463247
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W.
Washington, D.C.  20530
(202) 514 - 7157