UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR., et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR) |
| **ALBERTO GONZALEZ, et al.,** | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on defendants' Consent Motion for Extension of Time Within Which to Answer, Move or Otherwise Respond to the Complaint. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendants shall answer, move or otherwise respond the Complaint on or before October 12, 2006, and it is further

ORDERED that the status conference presently scheduled for October 20, 2006 is hereby vacated, and an initial status conference is hereby scheduled for _____, 2006 at ____ a.m./p.m.

SO ORDERED.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE