UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR) |
| ) | |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants respectfully move this Court for an enlargement of time, through and including November 2, 2006, within which to answer, move, or otherwise respond to the Amended Complaint in this matter. Good cause exists to grant this motion:

1. Under the scheduling order currently governing proceedings in this case, defendants' answer, motion or other response is currently due on October 12, 2006.

2. Defendants have been diligently preparing a response to the Amended Complaint. Additional time is needed, however, in large part due to the fact that the Amended Complaint contains eighty-three paragraphs, with many of the paragraphs containing multiple factual averments. Also, the named defendants represent more than one federal agency, which requires additional consultation to develop an appropriate response to the Amended Complaint.

3. Defendants therefore request an enlargement of time within which to respond to the Complaint, through and including November 2, 2006.

4. Upon consultation with plaintiffs' counsel under Local Rule 7(m), the parties request that

if the relief is granted, the initial status conference should be re-scheduled for the first available date on the Court's calendar after December 2, 2006 (30 days following the date for defendants' response), so that the parties have adequate time to prepare a Rule 16.3 report and file that report sufficiently in advance of the initial status conference.

5. This is the second enlargement of time sought for this deadline by defendants.

6. Pursuant to Local Rule 7.1(m), counsel for defendants have consulted with counsel for plaintiffs.[1] Counsel for plaintiffs have graciously given consent to the relief requested.

For these reasons, defendants request that the Court grant their Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed Order is included with this Motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

---

[1] Counsel for defendants conferred with counsel for plaintiff Roane, who indicated that with respect to this Motion, he could speak on behalf of all plaintiffs.

                                                                            _____/s/_____
ROBERT J. ERICKSON, D.C. Bar No. 220731
Principal Deputy Chief
Criminal Appellate Section
U. S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 1515
Washington, DC 20530
(202) 514-2841

Dated: October 11, 2006