UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.,** et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR) |
| **ALBERTO GONZALES,** et al., | ) |
| Defendants. | ) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants respectfully move this Court for an enlargement of time, through and including November 9, 2006, within which to answer, move, or otherwise respond to the Amended Complaint in this matter. Good cause exists to grant this motion:

1. Under the scheduling order currently governing proceedings in this case, defendants' answer, motion or other response is currently due on November 2, 2006.

2. Defendants have been diligently preparing a response to the Amended Complaint. Additional time is needed, however, in large part due to the fact defendants expect to file a partial motion to dismiss with an Answer.

3. Defendants therefore request an enlargement of time within which to respond to the Complaint, through and including November 9, 2006.

4. Granting this motion should not require rescheduling the December 1, 2006 initial status conference scheduled in this matter.

5. This is the third enlargement of time sought for this deadline by defendants.

6. Pursuant to Local Rule 7.1(m), counsel for defendants have consulted with counsel for plaintiffs.[1] Counsel for plaintiffs have graciously given consent to the relief requested.

For these reasons, defendants request that the Court grant their Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed Order is included with this Motion.

                                      Respectfully submitted,

                                      /s/
                                  JEFFREY A. TAYLOR, D.C. Bar #498610
                                  United States Attorney

                                      /s/
                                  RUDOLPH CONTRERAS, D.C. Bar #434122
                                  Assistant United States Attorney

                                      /s/
                                  PETER D. BLUMBERG, D.C. Bar # 463247
                                  Assistant United States Attorney
                                  United States Attorneys Office
                                  Judiciary Center Building
                                  555 4th Street, N.W., 10th Floor
                                  Washington, D.C. 20530
                                  (202) 514-7157

                                     /s/
                                  ROBERT J. ERICKSON, D.C. Bar No. 220731
                                  Principal Deputy Chief
                                  Criminal Appellate Section
                                  U. S. DEPARTMENT OF JUSTICE
                                  950 Pennsylvania Avenue, NW
                                  Room 1515
                                  Washington, DC 20530
                                  (202) 514-2841

Dated: November 1, 2006

---

[1] Counsel for defendants conferred with counsel for plaintiff Roane, who indicated that with respect to this Motion, he could speak on behalf of all plaintiffs.