UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR., <u>et al.</u>,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR) |
| ) | |
| **ALBERTO GONZALEZ, <u>et al.</u>,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## <u>ORDER</u>

This matter comes before the Court on defendants' Consent Motion for Extension of Time Within Which to Answer, Move or Otherwise Respond to the Complaint. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendants shall answer, move or otherwise respond the Complaint on or before November 9, 2006.

SO ORDERED.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE