UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2337 (RWR) |

**DECLARATION OF NEWTON KENDIG**

I, NEWTON KENDIG, hereby declare and state the following:

1. I am a commissioned officer in the United States Public Health Service, and serve as the Medical Director of the Federal Bureau of Prisons. I have held this position since November 1998.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of November, 2006 in Washington, D.C.

_____
Newton E. Kendig, M.D.
Medical Director
Federal Bureau of Prisons