UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JAMES H. ROANE, et al.,                )
                                       )
                Plaintiffs,            )
                                       )
        vs.                            )        Case No.  1:05-cv-02337
                                       )
ALBERTO GONZALES,  et al.,             )
                                       )
                Defendants.            )
_____)

## DECLARATION OF THOMAS WEBSTER

1.      I,  Thomas Webster, do hereby declare that I am a medical doctor, employed as

the Clinical Director (CD) at the United States Department of Justice, Federal Bureau of Prisons

(BOP), Federal Correctional Complex, (FCC Terre Haute).  I have been employed in this

capacity since June 2, 2002.  In this position, I am responsible for the overall medical care and

treatment of the inmates housed at FCC Terre Haute.

2.      As a medical professional, I have exercised my right under 18 U.S.C. § 3597(b)

and 28 C. F. R. 26.5  not to participate in any and all facets of the execution process.  I have

absolutely no involvement in, nor control over, any facet of the operation  involving the

execution process.

        I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing

is true and correct.

Executed this _7_ day of November 2006.


                                    _____
                                    Thomas Webster, M.D.
                                    Clinical Director
                                    Federal Correctional Complex
                                    Terre Haute, Indiana