UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR) |
| ALBERTO GONZALEZ, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on defendants' Partial Motion to Dismiss. Upon consideration of the Motion, the opposition thereto and the relevant law it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the individual capacity claims against all defendants are dismissed, and it is further

ORDERED that the official capacity claims against Karen Tandy and Thomas Webster are dismissed, and it is further

ORDERED that Count IV is dismissed in part, and that plaintiffs may not proceed with an APA challenge to 28 C.F.R. § 26.3, and it is further

ORDERED that Count V is dismissed.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE