IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al., | : |
| Plaintiffs, | : |
| v. | : Case Number: 1:05-cv-2337 |
| ALBERTO GONZALES, et al., | : |
| Defendants. | : |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS**

Plaintiffs respectfully move this Court for an enlargement of time, through and including December 20, 2006, within which to respond to Defendants' Partial Motion to Dismiss. Good cause exists for this motion:

1. Defendants served their Partial Motion to Dismiss on November 9, 2006. Pursuant to this Court's Order of June 30, 2006, Defendants' response to the Amended Complaint was originally due on September 8, 2006, but that date was extended, with plaintiffs' consent, several times, for a total of approximately 60 days.

2. Pursuant to Local Rule 7(b), plaintiffs' response to the Partial Motion to Dismiss is now due on Monday, November 20, 2006.

3. The Partial Motion to Dismiss seeks the dismissal of all individual capacity claims, the official capacity claims against defendants Tandy and Webster, Count IV (in part) and Count V. In so doing, it raises numerous complex arguments under various statutes and legal theories, a response to which requires extensive research.

DC01:459503.2

4. Counsel for the three plaintiffs in this matter—who must coordinate the drafting and filing of the Response to the Partial Motion to Dismiss among themselves—are located in Washington, DC, Richmond, VA and New Orleans, LA.

5. Pursuant to Local Rule 7(m), counsel for plaintiffs has consulted with counsel for defendants, who has graciously consented to the relief requested by this motion.

6. This is plaintiffs' first request for an extension in connection with this deadline.

For the reasons stated, plaintiffs respectfully request that the Court grant their Consent Motion for Extension of Time in Which to Respond to Defendants' Partial Motion to Dismiss, until and including December 20, 2006. A Proposed Order is included with this Motion.

Dated: November 16, 2006                    Respectfully submitted,

/s/ Paul F. Enzinna
PAUL F. ENZINNA (D.C. Bar No. 421819)
TIMOTHY LOPER
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7752
Fax: (202) 639-7980

DENISE LEBOEUF
700 Camp Street
New Orleans LA 70130

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI
(D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, Virginia 23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI
(D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, Virginia 23219

EDWARD E. SCHER
Thorsen & Scher, L.L.P.
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al., | : |
| Plaintiffs, | : |
| v. | : Case Number: 1:05-cv-2337 |
| ALBERTO GONZALES, et al., | : |
| Defendants. | : |

## ORDER

This matter comes before the Court on plaintiffs' Consent Motion for Extension of Time in Which to Respond to Defendants' Partial Motion to Dismiss. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that plaintiffs shall respond to Defendants' Partial Motion to Dismiss on or before December 20, 2006.

SO ORDERED.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

DC01:459503.2

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel:

Peter D. Blumberg
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th St., NW, 10th Floor
Washington, DC 20530

                                          /s/
                                 Paul F. Enzinna