UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR) |
| ALBERTO GONZALEZ, et al., | ) |
| Defendants. | ) |

### SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Peter Smith, Assistant United States Attorney, and withdraw Peter Blumberg as counsel of record for defendants Alberto Gonzalez, Karen Tandy, Harvey G. Lappin, Newton E. Kendig, Mark Bezy and Thomas Webster, in their official capacities, in the above-captioned case.

Respectfully submitted,

/s/
PETER SMITH
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-0372