UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR) |
| ) | |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendants respectfully move this Court for an enlargement of time, through and including January 19, 2007, within which to file their reply to Plaintiff's Opposition to Defendants' Partial Motion to Dismiss in this matter. In connection with LCvR 7(m), the undersigned counsel of record discussed the relief requested in this Motion with lead counsel for Plaintiffs, who indicated that Plaintiffs consent the requested relief. Good cause exists to grant this motion. As grounds for this Motion, Defendants state as follows:

1. Under Local Civil Rule 7, Defendants' reply currently is due January 2, 2007. January 2, 2007 is the first business day after the holidays. The undersigned counsel of record was out of the office much of last week and is scheduled to be away from the office the rest of this week (December 28 and 29, 2006) for the holidays.

2. Undersigned counsel of record was assigned this case on or about December 20, 2006. On or about that same date, AUSA Peter Blumberg withdrew his appearance in this case. The undersigned counsel will need the requested additional time to familiarize himself with the file, to

consult with the agency Defendants and to draft and file the reply. In addition, the undersigned counsel of record will be, <u>inter alia</u>, preparing for an appellate argument scheduled for January 12, 2007 in <u>Fogg v. Gonzales</u>, Appeal No. 05-5439, a case involving a voluminous district court record and multiple issues on appeal.

    3. Defendants therefore request an enlargement of time within which to file their reply through and including January 19, 2007.

Respectfully submitted,

    s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

    s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372