UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALBERTO GONZALEZ, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2337 (RWR) |

### ORDER

This matter comes before the Court on Defendants' Motion for Enlargement of Time to File Reply in Support of Their Partial Motion to Dismiss. Upon consideration of the Motion, it is hereby:

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the deadline for the filing of Defendants' reply is January 19, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE