UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES ROANE, JR., <u>et al.</u>, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2337 (RWR) |
| ALBERTO GONZALEZ, <u>et al.</u>, | ) ) ) | |
| Defendants. | ) ) ) | |

### DEFENDANTS' CONSENT NOTICE CONCERNING SCHEDULE

Consistent with paragraph 5 of the Court's December 6, 2006 Scheduling Order in this case, Document 17, this Notice is to inform the Court that the parties have, by consent, adjusted the deadline for the exchange of the parties' initial disclosures in this case. The Court's Scheduling Order sets that date as January 8, 2007. The parties currently are working on a proposed protective order governing the exchange of information in this case. Accordingly, by e-mail exchange of January 4, 2007, the parties agreed to set the deadline for the exchange of initial disclosures as the date thirty days from the Court's entry of a protective order governing this case.

Respectfully submitted,

  s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

  s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372