Exhibit B

Attachment 1
Page 2 (front)
THA-1330.13B

## U. S. PENITENTIARY/FEDERAL PRISON CAMP

Terre Haute, Indiana

### INFORMAL RESOLUTION FORM

Bureau of Prisons Program Statement 1330.13, Administrative Remedy Procedure for Inmates, states "Inmates shall informally present their complaints to staff, and staff attempt to informally resolve any issue before an inmate files a request for Administrative Remedy."

In keeping with the spirit and intent of Bureau of Prisons Program Statement 1330.13, the following form shall be utilized by staff in attempting to informally resolve an inmate's complaint.

### ONLY ONE (1) COMPLAINT SHALL BE PLACED ON EACH FORM

INMATE'S NAME: James Roane  REG. NO. 3-2923-083 UNIT: D

DATE/TIME COMPLAINT RECEIVED FROM INMATE: 3-11-03  1:30 pm

NATURE OF COMPLAINT: The method of execution which the Bop intends To use in My case is unreliable and cause unnecessary pain and Suffering making it cruel and unusual punishment

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT: Pursuant to 28 CFR, Part 26, Federal prisoners will be executed by means of Lethal Injection. In Nelson vs. Alabama, the Supreme court ruled that lethal injection is not cruel & unusual punishment.

THE APPLICABLE PROGRAM STATEMENT USED IN THIS INFORMAL RESOLUTION
ATTEMPT: _____

_____

INFORMAL RESOLUTION WAS ACCOMPLISHED: _____
                                                                                    DATE

INMATE'S SIGNATURE: _____
                                        SIGNATURE INDICATES INMATE'S ACCEPTANCE OF
                                                                    RESOLUTION

Remedy #370087-F1

## PART B - RESPONSE

This is in response to your Request for Administrative Remedy receipted March 16, 2005, in which you state the method of execution used is unreliable and causes unnecessary pain, resulting in cruel and unusual punishment.

A review of your request has been conducted. Title 28, Part 26, Section 26.3 of the Code of Federal Regulations dictates the method of execution to be used. The Bureau of Prisons Execution Protocol provides adequate access to outside individuals, consistent with the efficient administration of sentences of death, including applicable security concerns. Further, the lethal injection procedures referenced in the Protocol will be carried out in a humane manner by appropriately trained and qualified personnel. The procedures will not cause unnecessary pain and suffering.

This method of execution has been challenged in the courts. To date, no federal court has ruled that our method of execution constitutes cruel and unusual punishment. This response is provided for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Gateway Complex, Tower II, 8th Floor, 4th & State Avenue, Kansas City, Kansas 66101. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____
3/29/05
Date

_____
Mark A. Bezy, Warden

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Roane    James    H          32923-083          D        Terre Haute
      LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT         INSTITUTION

**Part A– INMATE REQUEST**

This response from the BP8 totally miss the mark of the issue Here. My complaint is not only is the method of execution which the Bop intends to use in my case unreliable and cause unnecessary pain and suffering making it cruel and unusual punishment

3-15-05                                          *James Roane*
DATE                                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

see attached

3/29/05                                          WARDEN OR REGIONAL DIRECTOR
DATE

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                   CASE NUMBER: E 51087-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

3/16/05
DATE

USP LVN          ♲ Printed on Recycled Paper          RECIPIENT'S SIGNATURE (STAFF MEMBER)          BP-229
                                                                                                 APR

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: Raone James H Sr.  32923-083  D  Terre Haute
   LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A—REASON FOR APPEAL**

I am dissatisfied with the administrative response because this Warden, nor Bureau of prisons have did a study to even know is the Method of execution used is reliable or causes unnecessary pain, Resulting in cruel and unusual punishment

3-29-05
DATE

*James H. Raone Sr.*
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

APR – 1 2005

_____
DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 370087-R1

**Part C—RECEIPT**

             CASE NUMBER: _____

Return to: _____
   LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

USP LVN  DATE      SIGNATURE, RECIPIENT OF REGIONAL APPEAL   BP–230(13)
                          APRIL 1982

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Admin Remedy Number**: 370087-R1

This is in response to your Regional Administrative Remedy Appeal dated March 29, 2005, in which you state that the method of execution used is unreliable and causes unnecessary pain, resulting in cruel and unusual punishment.  You make no specific request for relief.

We have reviewed your institutional level complaint and the response provided to you by the Warden on March 29, 2005.  As the Warden stated, Title 28, Part 26, Section 26.3 of the Code of Federal Regulations dictates the method of execution to be used.  The lethal injection procedures mentioned in the Protocol will be carried out in a humane manner by appropriately trained and qualified personnel.  This method of execution has been challenged in the courts.  To date, no federal court has ruled that this method of execution constitutes cruel and unusual punishment.

Based on the above information, this response is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.  Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

4/14/05
Date

Michael K. Nalley, Regional Director

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: _Roane  James  H_    _32923-083_    _D_    _Terre Haute_
    LAST NAME, FIRST, MIDDLE INITIAL            REG. NO.        UNIT            INSTITUTION

**Part A—REASON FOR APPEAL**

My request for relief is not to be executed by a Method that is unreliable and causes unnecessary pain. Making it cruel and unusual punishment

_5-3-05_                    _James Roane_
    DATE                        SIGNATURE OF REQUESTER

**Part B—RESPONSE**



RECEIVED
JUN 1 4 2005
ADMINISTRATIVE REMEDY BRANCH

_____
    DATE

ORIGINAL: RETURN TO INMATE

**Part C—RECEIPT**

RECEIVED
MAY 10 2005

GENERAL COUNSEL

CASE NUMBER: _37-0087-A2_

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                    _____
    DATE                            SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

**Administrative Remedy No. 370087-A2**
**Part B - Response**


This is in response to your Central Office Administrative Remedy Appeal in which you contend lethal injection is unreliable and causes unnecessary pain, which constitutes cruel and unusual punishment.  You request not to be executed by lethal injection.

Our review reveals the Warden and Regional Director adequately responded to the issue raised in your appeal.  In accordance with Title 28, Code of Federal Regulations, Section 26.3, a sentence of death in a federal case shall be implemented by intravenous injection of a lethal substance or substances in a quantity sufficient to cause death.  The lethal injection procedures prescribed by the Execution Protocol are administered in a humane manner by appropriately trained and qualified personnel. Therefore, the method of execution currently used by the Bureau of Prisons is in accordance with 28 C.F.R. § 26.3.

This response is provided for informational purposes only.


August 1, 2005
_____
Date


_____
Harrell Watts, Administrator
National Inmate Appeals