UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )  Case No. 1:05-CV-2337 (RWR) |
| | ) |
| ALBERTO GONZALES, et al., | ) |
| Defendants. | ) |
| | ) |

## ORDER

IT IS ORDERED that Plaintiff Bruce Webster's Unopposed Motion for Intervention pursuant to Federal Rule of Civil Procedure 24 it is hereby GRANTED.

_____
Richard W. Roberts
United States District Judge