UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR) |
| ALBERTO GONZALEZ, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE CONCERNING BRUCE WEBSTER'S MOTION TO INTERVENE AS PLAINTIFF**

As explained in Bruce Webster's Motion to Intervene as Plaintiff and the supporting papers, Defendants do not oppose Webster's Motion, Document No. 23, nor the stay of execution he seeks with a separate motion. As Webster makes clear in his Memorandum, "Webster raises no new legal claims beyond those made in the Roane plaintiffs' amended complaint." Memo. at 6. Consistent with Webster's representations, Defendants file this Notice to make clear that Defendants do not oppose Webster's motions on the understanding that if Webster's motions are granted, Webster's intervenor status will not affect the current schedule in this case, nor require renewed briefing on Defendants' partial motion to dismiss, which is fully briefed and pending before the Court, nor require Defendants to answer to Webster's complaint insofar as he "raises no new legal claims beyond those made in the Roane plaintiffs' amended complaint." Memo. at 6.

Defendants also note that since Webster's complaint, Attachment 2 to his motion to intervene, raises the same claims and the same jurisdictional bases as Plaintiffs' Amended

Complaint in this case, Defendants' motion for partial dismissal applies equally to Webster's complaint, should the Court grant him intervenor status.

                                            Respectfully submitted,

                                               s/Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        Interim United States Attorney

                                           s/Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney

                                           s/Peter S. Smith
                                        PETER S. SMITH, D.C. BAR # 465131
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0372