UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., **et al.**, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ALBERTO GONZALES, **et al.**, )<br>)<br>Defendants. )<br>) | Case No. 1:05-cv-2337 (RWR) |

## ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), the undersigned counsel respectfully enters his appearance for movant Bruce Webster.

                                                        Respectfully submitted,

                                                        /s/ Graham Eddy
                                                     Graham Eddy (D.C. Bar No. 495794)
                                                     VINSON & ELKINS LLP
                                                     1455 Pennsylvania Avenue, NW, Suite 600
                                                     Washington, D.C. 20004-1008
                                                     Telephone: 202.639.6784
                                                     Facsimile: 202.639.6604

February 7, 2007