UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ALBERTO GONZALES, et al., )<br>Defendants. )<br>_____ ) | Case No. 1:05-CV-2337 (RWR) |

## ORDER

IT IS ORDERED that Plaintiff Bruce Webster's Unopposed Motion for a Preliminary Injunction Barring His Execution it is hereby GRANTED. The Defendants herein are enjoined from executing Plaintiff Bruce Webster, pending further order of this Court.

Dated: 2/16/07

_____
Richard W. Roberts
United States District Judge