UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES ROANE, JR., *et al.,*

    Plaintiffs,

    v.

ALBERTO GONZALES, *et al.*,

    Defendants.

Civil Action No. 05-2337
RWR/DAR

# ORDER

Counsel for the parties appeared before the undersigned Magistrate Judge on this date for a status hearing. For reasons set forth on the record, and in accordance with the undersigned's ruling from the bench it is, this   21st   day of February, 2007,

**ORDERED** that counsel shall continue to meet and confer regarding the discovery dispute set forth on the record; and it is

**FURTHER ORDERED** that absent an agreement regarding the discovery dispute, Defendants shall file a motion for a protective order no later than Friday, February 23, 2007; and it is

**FURTHER ORDERED** that oral argument on any such motion is scheduled for 2:00 p.m. on Thursday, March 22, 2007; and it is

**FURTHER ORDERED** that no later than Thursday, February 22, 2007, the parties shall file a status report regarding their plan for the conduct of discovery pending the determination of

Roane v. Gonzales                                                                                                            2

any motion for protective order; and it is

**FURTHER ORDERED** that the deadline by which Defendants shall serve any interrogatories or requests for production of documents is Monday, February 26, 2007.

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge
