UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>BRUCE WEBSTER, )<br>)<br>Intervenor-Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALEZ, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-2337 (RWR/DAR) |

**JOINT STATUS REPORT CONCERNING DISCOVERY**

Per Magistrate Judge Robinson's order during the February 21, 2007 status hearing in this case, memorialized in Document No. 28, the parties submit this Status Report concerning the conduct of discovery pending the disposition of any motion for protective order filed by Defendants in this case. During the February 21 hearing, Magistrate Judge Robinson ordered the parties to file this Status Report and also ordered the parties to submit briefs on the protective order issue. Document No. 28 (February 21, 2007 Order). Judge Robinson also established a briefing schedule for Defendants' expected motion, with Defendants' motion due by February 23, 2007. Id. The Court set a hearing on that motion for March 22, 2007 at 2:00 p.m. In the near term, and before the disposition of Defendants' expected motion for a protective order, the parties are prepared to proceed with discovery and state as follows:

1. Attached is Defendants' proposed version of a Privacy Act protective order governing the exchange of information and materials through discovery in this case. In order that

discovery can continue during the pendency of Defendants' expected motion for a protective order, the parties agree that the Court should enter the attached proposed order effective for a limited period of time only. As does the attached proposed order in paragraph 14, the Court's entry of the attached order should specify that the order will govern the proceedings in this case only until the Court's resolution of Defendants' motion for a protective order and entry by the Court of the attached, or another protective order, permanently governing the exchange of information and materials in this case.

      2.    Prior to the Court's resolution of the protective order issue, the parties will engage in discovery consistent with the limitations in the attached order. Defendants will serve their first set of discovery requests to Plaintiffs by February 26, 2007. Defendants will serve their responses to Plaintiffs' first set of discovery requests, as well as their initial disclosures to Plaintiffs, by March 5, 2007. Plaintiffs will serve Defendants with their initial disclosures by March 5, 2007.

Respectfully submitted,

    s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

    s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

(202) 307-0372

s/ Robert J. Erickson
ROBERT J. ERICKSON, D.C. Bar # 220731
Principal Deputy Chief
Criminal Appellate Section
U. S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 1515
Washington, DC 20530
(202) 514-2841

*Counsel for Defendants*

 /s Paul F. Enzinna (by permission, for all plaintiffs)

| | |
|---|---|
| PAUL F. ENZINNA | CHARLES A. ZDEBSKI |
| (D.C. Bar No. 421819) | (D.C. Bar No. 451075) |
| TIMOTHY LOPER | Troutman Sanders LLP |
| RACHEL McKENZIE | 401 9th Street, N.W. |
| Baker Botts LLP | Suite 1000 |
| 1299 Pennsylvania Avenue, NW | Washington, D.C. 20004-2134 |
| Washington, DC  20004-2400 | (202) 274-2909 |
| (202) 639-7752 | |
| | |
| DENISE LEBOEUF | STEPHEN A. NORTHUP (D.C. Bar. No. 54587) |
| 700 Camp Street | Troutman Sanders LLP |
| New Orleans LA 70130 | 1001 Haxall Point |
| | P.O. Box 1122 |
| | Richmond, Virginia 23218-1122 |
| | (804) 697-1240 |

*Counsel for Plaintiff James H. Roane, Jr.*

| | |
|---|---|
| CHARLES A. ZDEBSKI | FREDERICK R. GERSON |
|  (D.C. Bar No. 451075) | Robinson, Carl & Gerson |
| Troutman Sanders LLP | 7102 Three Chopt Road |
| 401 9th Street, N.W. | Richmond, Virginia  23226 |
| Suite 1000 | |
| Washington, D.C. 20004-2134 | |
| (202) 274-2909 | |

*Counsel for Plaintiff Richard Tipton*

3

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, Virginia 23219

EDWARD E. SCHER
Thorsen & Scher, L.L.P.
3810 Augusta Avenue
Richmond, VA  23230

*Counsel for Plaintiff Cory Johnson*

 /s William E. Lawler, III (by permission)
William E. Lawler, III
D.C. Bar No. 398951
VINSON & ELKINS, L.L.P.
1455 Pennsylvania Ave, N.W.
Washington, DC 20004-1008
 (202)-639-6604
Email:wlawler@velaw.com

Graham E. Eddy
D.C. Bar No. 495794
VINSON & ELKINS, L.L.P.
1455 Pennsylvania Ave, N.W.
Washington, DC 20004-1008
 (202)-639-6784
Email:geddy@velaw.com

*Counsel for Intervenor-Plaintiff Bruce Webster*