IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al., | : |
| Plaintiffs, | : |
| v. | : Case Number: 1:05-cv-2337 |
| ALBERTO GONZALES, et al., | : |
| Defendants. | : |

## NOTICE OF FILING

Plaintiffs have filed Exhibit C to their Opposition to Defendants' Motion for a Protective Order with the Clerk's Office. Exhibit C is a compact disc containing an audio recording of a WMNF news broadcast entitled "The Executioner Speaks." The exhibit is available for viewing at the Clerk's Office Monday through Friday between 9AM and 4PM.

Respectfully submitted,

/s/ Paul F. Enzinna
PAUL F. ENZINNA (D.C. Bar No. 421819)
TIMOTHY LOPER
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7752
Fax: (202) 639-7980

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW, Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, Virginia 23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW, Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street, Suite 1600
Richmond, Virginia 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA  23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2007, I caused one true copy of Exhibit C to Plaintiffs' Opposition to Defendants' Motion for Protective Order to be served by overnight mail on the following:

Robert J. Erickson
Deputy Chief, Criminal Division
Appellate Section, U.S. Department of Justice
Room 6102, Patrick Henry Building
601 D Street, NW
Washington, DC 20530
(202) 514-2611

*Counsel for Defendants*

Peter Smith
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

*Counsel for Defendants*

Charles A. Zdebski
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

*Counsel for Richard Tipton & Cory Johnson*

Stephen A. Northup
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240

*Counsel for Richard Tipton*

Frederick R. Gerson
Robinson & Gerson PC
7102 Three Chopt Road
Richmond, VA 23226
(804) 282-2500

*Counsel for Richard Tipton*

Barbara Hartung
Attorney at Law
700 E. Main Street, Suite 1600
Richmond, VA 23219
(804) 649-1088

*Counsel for Cory Johnson*

Edward E. Scher, Esq.
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230
(804) 359-3000

*Counsel for Cory Johnson*

William E. Lawler III
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Bruce Webster*

_____
Paul F. Enzinna