# Maryland Board of Physicians Practitioner Profile System

This data was extracted on 02/27/2007

## Smith, John James

| **License and Education** | **Primary Practice Setting** | **Public Address** |
|---|---|---|
| License No.: D61101 | Med-Tel International | Med-Tel International |
| Accepts Medicaid: No | 1430 Spring Hill Road, Suite 500 | 1430 Spring Hill Road |
| Graduated: 1992 | | |
| License Status: **Active** | McLean | McLean |
| Date License Issued: 12/03/2003 | VA  22209 | VA  22102 |
| License Expiration: 09/30/2007 | | |

Graduated from: UNIV OF VA SCH OF MED

### Postgraduate Training Program

- University of Virginia Health Science Center, Charlottesville, VA

### Concentration

Radiology [General]

### Specialty Board Certification
by ABMS/AOA - as reported by licensee

- Radiology [General]

### Self-Designated Practice Area
*Licensee has not reported area of practice information for the profile site.*

### Maryland Hospital Privilege Information
*Hospitals have not reported privilege information for the profile site pursuant to HO §14-413.*

### Known Disciplinary Actions by any state medical board (within the past 10 years)

**Summary:** No actions reported during the last ten year period.

### Download all Maryland Disciplinary Actions
*None*

### Malpractice  (Information to be taken into consideration when reviewing a Licensee's profile)

**Malpractice Judgements and Arbitration Awards** (within the past 10 years)
*None Reported*

**Malpractice Settlements**
(If there are 3 or more settlements of $150,000 or greater within the past 5 years)
*None Reported*

### Convictions for any crime involving moral turpitude
*None reported by the courts*

### Glossary of Terms

**Notice to Credential Verification Professionals**

[Return to Practitioners Profile Search]