Back to Article     Click to Print

Monday, Oct. 23, 1939

Born. To Grover Cleveland Bergdoll, 46, serving an eight-year sentence for draft evasion and wartime desertion in an Army prison (Governor's Island in New York Bay); and Berta Frank Bergdoll, 32; their sixth child, a daughter; in Philadelphia, Pa. weight: 6 Ibs. 13 oz. Name: Berta.

Adopted. By William Gibbs McAdoo,* 77, and his third wife, Doris Cross McAdoo, 30, his grandson, Richard de Onate, 4, son of a divorced & remarried daughter, Ellen Wilson McAdoo de Onate Hinshaw.

Birthdays. King Carol of Rumania, his 46th; Aimee Semple McPherson, her 49th; Anna Eleanor Roosevelt Roosevelt, her 55th (see p. 19); William Richard Morris, Lord Nuffield, Britain's No. 1 automogul ("The Morris Car is a Ford with an Oxford Education"), his 62nd, Supreme Court Justice Harlan Fiske Stone, his 67th.

Married. Maxwell Everett ("Slapsie Maxie") Rosenbloom, 33, onetime light-heavyweight boxing champion, cinecomedian, Hollywood restaurateur; and one Muriel Faeder, 22; in Las Vegas, Nev.

Married. Josef Lipski, former Polish Ambassador to Germany, to a Mme Rosset, who had just squeaked out of Warsaw by plane before the Germans captured it; in Paris. Day after his wedding, Mr. Lipski went off to enlist as a private in the Polish Legion in France.

Divorced. Betty Grable, 22, muffin-pretty, blonde cinemactress; from Jackie ("The Kid") Coogan, 24;

Copyright ? 2007 Time Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.

once famed child cinemactor; in Los Angeles. Grounds: cruelty.

Divorced. Henry Edward Hugh Pelham-Clinton-Hope, Earl of Lincoln, 32, son & heir of the 8th Duke of Newcastle, onetime owner of the traditionally deadly blue Hope diamond (now the property of Washington's Evalyn Walsh McLean); and Jean Banks Gimbernat Pelham-Clinton-Hope, 31, onetime Manhattan socialite; in London.

Divorced. Miriam Hopkins, 36, blonde, hot-eyed cinemactress; from Anatole Litvak, 37, Russian-born Paris and Hollywood director (Mayerling, Tovarich-); in Reno, Nev. Grounds: cruelty.

Died. Ford Sterling, 55 (real name, George F. Stitch), tuft-bearded, swizzle-eyebrowed chief of the Mack Sennett Keystone Cops later a stock cinemactor; of thrombosis; in Hollywood, Calif.

Died. Robert Greene Elliott, 65, for 13 years official executioner for New York, New Jersey, Pennsylvania, Connecticut, Vermont, Massachusetts; of coronary embolism; in Richmond Hill, N. Y. Named for a Methodist minister who opposed capital punishment, tall, grey Robert Elliott electrocuted 400 persons, five of them women. Among them: Ruth Snyder & Judd Gray, Two-Gun Crowley, Sacco & Vanzetti, Bruno Richard Hauptmann. Successor to his $150-a-night job: Joseph Francel, 42, American Legionnaire, garageman and electrician, who has already officiated once, when Robert Elliott was confined to his bed last summer.

Died. Count Enrico Rossi di Montelera, 66, head of the famed Italian wine firm of Martini & Rossi, uncle of speedboat-racer Count Theo Rossi; in Turin.

Died. Eliza Stone, 97, one of the first woman telegraphers in the U. S., who stuck to her post during the Great Chicago Fire until driven out of her office by flames; of old age; in the Old Ladies Home at Oswego, N. Y., on the 68th anniversary of the fire.

* For further news of Ex-Senator McAdoo, see p. 14-

🖨 Click to Print

**Find this article at:**

http://www.time.com/time/magazine/article/0,9171,772287,00.html

Copyright ? 2007 Time Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.
Privacy Policy  |  Add TIME Headlines to your Site  |  Contact Us  |  Customer Service