UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| BRUCE WEBSTER, | ) |
| Intervenor-Plaintiff, | ) |
| v. | ) Civil Action No. 05-2337 (RWR/DAR) |
| ALBERTO GONZALEZ, et al., | ) |
| Defendants. | ) |

**ERRATA CONCERNING DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

The sentence at the top of page 8 of Defendants' reply to Plaintiffs' Opposition to Defendants' Motion for Protective Order, Document No. 33, should read as follows: "The weight of authority appears to be against the Morales decision. See cases cited in Defs. initial motion at 10-11."

Respectfully submitted,

    s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372