IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES H. ROANE, JR., et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **Civil No. 05-2337 (RWR/DAR)** |
| | : | |
| **ALBERTO GONZALES, et al.,** | : | |
| | : | |
| Defendants. | : | |

### STIPULATED ORDER

Consistent with the March 22, 2007 hearing on this matter, and without waiving any relevance or other objections Defendants previously advanced with respect to discovery of the following information, the parties stipulate that:

1. Plaintiffs will provide defendants with a letter specifying (a) the individuals (from among those identified by defendants in discovery) for whom background information is sought ("the Relevant Individuals"); and (b) the background information sought with respect to each such individual, including:

    i) arrest record information;

    ii) performance-related employment history, including reasons for leaving prior jobs;

    iii) any disciplinary actions taken against each individual by any licensing authority or professional organization, or by BOP or any BOP contractor;

    iv) any malpractice actions against each individual.

    (collectively, "Background Information").

2. Having determined that one Relevant Individual has been identified in the public media as connected in any way with the execution of any condemned inmate; defendants will point plaintiffs to any published reports so identifying the individual of which defendants are aware.

3. In addition to searching BOP files and questioning the Relevant Individuals for information responsive to the letter described in ¶ 1, *supra*, defendants will attempt to obtain any

available Background Information from all relevant licensing authorities and professional organizations.

4. Subject to the terms of the Protective Order governing this case as entered by the Court on February 23, 2007, Defendants will provide an initial response to the letter described in ¶ 1, *supra*, by April 6, 2007, and will complete their response by April 20, 2007.

5. Following the completion of defendants' response to the letter described in ¶ 1, *supra*, plaintiffs may move the Court for an order requiring defendants to provide additional information concerning any Relevant Individual.

6. The Protective Order entered by the Court on February 23, 2007, shall remain in effect until further Order by the Court.

Respectfully submitted,

s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

*Counsel for Defendants*

/s/ Paul F. Enzinna

PAUL F. ENZINNA (D.C. Bar No. 421819)
TIMOTHY LOPER
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7700

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA  23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, L.L.P.
3810 Augusta Avenue
Richmond, VA  23230

*Counsel for Plaintiff Cory Johnson*

/s/  William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No. 398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
The Willard Office Building
1455 Pennsylvania Ave., N.W., #600
Washington, DC  20004
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*

SO ORDERED,

this _____ day of _____, 2007.

_____
Hon. Deborah A. Robinson