**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**JAMES H. ROANE, JR., <u>et</u> <u>al.</u>,**          )
                                                )
                  **Plaintiffs,**               )
       **v.**                                   )          **Case No. 1:05-CV-2337 (RWR)**
                                                )
**ALBERTO GONZALES, <u>et</u> <u>al.</u>,**      )
                  **Defendants.**               )
_____        )

## <u>ORDER</u>

IT IS ORDERED that the Unopposed Motions of Orlando Hall and Anthony Battle for

Intervention as Plaintiffs pursuant to Federal Rule of Civil Procedure 24 are hereby GRANTED.

_____
Richard W. Roberts
United States District Judge