UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:05-CV-2337 (RWR) |
| ALBERTO GONZALES, et al., | ) |
| Defendants. | ) |

**ORDER**

IT IS ORDERED that Plaintiff Anthony Battle's Unopposed Motion for a Preliminary Injunction Barring Defendants from Setting an Execution Date for Plaintiff and from Executing Him is hereby GRANTED. The Defendants herein are enjoined from setting a date for executing Anthony Battle and from executing Anthony Battle pending further order of this Court.

_____
Richard W. Roberts
United States District Judge