| | Execution # 1 June 11, 2001 | Execution # 2 June 19, 2001 | Execution # 3 March 18, 2003 |
|---|---|---|---|
| Alberto Gonzales U.S. Attorney General | Not present. | Not present. | Not present. |
| Karen Tandy Director, DEA | Not present. | Not present. | Not present. |
| Harley G. Lappin, Director, Bureau of Prisons | Present - Execution Room | Present - Execution Room | Not present. |
| Newton E. Kendig Medical Director, BOP | Not present. | Not present. | Not present. |
| Rick Veach current Warden, FCC Terre Haute (THA) | Not present. | Not present. | Not present. |
| Thomas Webster, MD Clinical Director, FCC THA | Not present. | Not present. | Not present. |
| USM Frank Anderson SD Indiana | present - Execution Room | present - Execution Room | not present |
| USM James Kennedy SD Indiana | not present | not present | present - Execution Room |
| Protected Person # 1(R-BOPA) Regional BOP Administrator | Government Witness | Not physically present | Execution Room - Director's Designee- Warden's function. No longer involved in process. |

1

| | Execution # 1 | Execution # 2 | Execution # 3 |
|---|---|---|---|
| Protected Person # 2 Physician | Execution Room - Established IV access - Chemical Room - monitored IV access, monitored condemned's vital signs and consciousness, monitored lethal substance administration- assist in determining death. | Execution Room - Established IV access. Chemical Room - monitored IV access, monitored condemned's vital signs and consciousness, monitored lethal substance administration- assist in determining death. | Execution Room - Established IV access. Chemical Room - monitored IV access, monitored condemned's vital signs and consciousness, monitored lethal substance administration- assist in determining death. |
| Protected Person # 3 Physician | Execution Room - Assist in establishing IV access. Chemical Room - assists in monitoring condemned's vital signs, assist in determining death. | Execution Room - Assist in establishing IV access. Chemical Room - assists in monitoring condemned's vital signs, assist in determining death. | Execution Room - - Assist in establishing IV access. Chemical Room - assists in monitoring condemned's vital signs, assist in determining death. |
| Protected Person # 4 LPN | Execution Room and Chemical Room - Assist in preparing lethal substances- assists in preparing syringes. | Execution Room and Chemical Room - Assist in preparing lethal substances- assists in preparing syringes. | Execution Room and Chemical Room - Assist in preparing lethal substances- assists in preparing syringes. |
| Protected Person # 5 previously certified paramedic Institution BOP employee (I-BOP) | Chemical Room - assists in preparing syringes-administers lethal substances. | Chemical Room - assists in preparing syringes-administers lethal substances. | Chemical Room - assists in preparing syringes-administers lethal substances. |

2

| Name or Identifier | Execution # 1 | Execution # 2 | Execution # 3 |
|---|---|---|---|
| Protected Person # 6 previously licensed LPN (I-BOP) | Chemical Room - assists in preparing syringes-administers lethal substances. | Chemical Room - assists in preparing syringes-administers lethal substances. | Chemical Room - assists in preparing syringes-administers lethal substances. |
| Protected Person # 7 (I-BOP) military training as combat life saver | Chemical Room - assists in preparing syringes-administers lethal substances. | Chemical Room - assists in preparing syringes-administers lethal substances. | Chemical Room - assists in preparing syringes-administers lethal substances. |
| Protected person # 8 (I-BOP) | Chemical Room - assists in preparing syringes-administers lethal substances. | Chemical Room - assists in preparing syringes-administers lethal substances. | not present - No longer team member. |
| Protected Person # 9 (R-BOPA) Regional BOP Administrator | Chemical Room- Supervised operation of Chemical Room. | Chemical Room - Supervised operation of Chemical Room. | Chemical Room - Supervised operation of Chemical Room. |
| Protected Person # 10 (R-BOP) Regional BOP Employee | Government Witness - Controlled facility audio- transmits communication to DOJ Command Center- recorder. | Government Witness - Controlled facility audio- transmits communication to DOJ Command Center - recorder. | Government Witness - Controlled facility audio- transmits communication to DOJ Command Center - recorder. |
| Protected Person # 11 (I-BOPA) Institution BOP Administrator | not present | not present | Chemical Room - Leadership Trainee |
| Name or Identifier | Execution # 1 | Execution # 2 | Execution # 3 |

3

| Name or Identifier | | |
|---|---|---|
| Protected Person # 12 (I-BOPA) | not present | not present |
| Protected Person # 13 (I-BOP) | restraint team member | restraint team member |
| Protected Person # 14 (CO-BOP) Central Office BOP Employee | military training as medic | Chemical Room - Leadership Trainee- No longer team member. |
| Protected Person # 15 | Telecommunications to OKC. | Chemical room syringes- administers lethal substances. |
| Protected Person # 16 | communications (FLEO) | not present |
| Protected Person # 17 (R-BOP) | Telecommunication to OKC | not present |
| Protected Person # 18 | Government Witness | not present |
| Protected Person # 19 | Government Witness (FLEO) | not present |
| Protected Person # 20 | Government Witness (USAO) | not present |
| Protected Person # 21 (R-BOP) | Government Witness | not present |
| | Execution # 1 | Execution # 2 |
| | | Execution # 3 |

4

| Name or Identifier | | Execution # 1 | Execution # 2 | Execution # 3 |
|---|---|---|---|---|
| Protected Person # 22 (CO-BOP) | Government Witness (media) | not present | not present | not present |
| Protected Person # 23 (DOJ) | Government Witness (media) | not present | not present | not present |
| Protected Person # 24 (R-BOP) | Government Witness (OKC) | not present | not present | not present |
| Protected Person # 25 (R-BOP) | Government Witness (OKC) | not present | not present | not present |
| Protected person # 26 (DOJ) | Govt Witness (OKC) FLEO | not present | not present | not present |
| Protected person # 27 (DOJ) | Govt Witness (OKC) FLEO | not present | not present | not present |
| Protected person # 28 (DOJ) | Government Witness (OKC) | not present | not present | not present |
| Protected person # 29 (DOJ) | Government Witness (OKC) | not present | not present | not present |
| Protected person # 30 (DOJ) | Government Witness (OKC) | not present | not present | not present |
| Protected person # 31 (R-BOP) | Government Witness (OKC) | not present | not present | not present |
| Protected person # 32 (R-BOP) | Government Witness (OKC) | not present | not present | not present |

| Name or Identifier | Execution # 1 | Execution # 2 | Execution # 3 |
|---|---|---|---|
| Protected person # 33 (R-BOP) | Government Witness (OKC) | not present | not present |
| Protected person # 34 (R-BOPA) | Government Witness (OKC) | not present | not present |
| Protected person # 35 (R-BOP) | Government Witness (OKC) | not present | not present |
| Protected person # 36 | not present | Government Witness (FLEO) | not present |
| Protected person # 37 (I-BOP) | not present | Government Witness- media | not present |
| Protected person # 38 (R-BOP) (psychologist) | Government Witness - Support personnel - Chemical Room | Government Witness - Support personnel - Chemical Room | Government Witness - Support personnel - Chemical Room. |
| Protected person # 39 (I-BOP) | Government Witness - Assist in facility audio- transmitting communication to DOJ Command Center- assist recorder. | Government Witness - Assist in facility audio- transmitting communication to DOJ Command Center - assist recorder. | not present - No longer on team. |
| Protected person # 40 (R-BOPA) | not present | Government Witness | not present |

| Name or Identifier | Execution # 1 | Execution # 2 | Execution # 3 |
|---|---|---|---|
| Protected Person # 41 Clergy person (R-BOP) | Support personnel for inmate selected Witnesses | Support personnel for inmate selected Witnesses | Support personnel for inmate selected Witnesses |
| Protected Person # 42 psychologist (I-BOP) | Support personnel for civilian witnesses | Support personnel for civilian witnesses | Support personnel for civilian witnesses |
| Protected Person # 43 Clergy person (R-BOP) | not present | not present | support personnel for civilian witnesses |
| Serano, Richard | not present | not present | Media Witness LA Times |
| Tan, Shannon | not present | not present | Media Witness Indianapolis Star |
| Stinar, Kirsten | not present | not present | Media Witness-KSTP-TV Minneapolis, Minnesota |
| Hosick, Daniel | not present | not present | Media Witness San Angelo Times |
| Grunden, Karin | Media Witness Terre Haute Tribune - Star | media witness Terre Haute Tribune-Star | Media Witness Terre Haute Tribune-Star |
| Callahan, Rick | not present | not present | Media Witness AP |
| Haga, Charles | not present | not present | Media Witness Minneapolis Star Tribune |

7

| Name or Identifier | | |
|---|---|---|
| McClanahan, Tom | not present | Media Witness WTWO-TV Terre Haute, Indiana |
| Mariel, Gustavo | not present | Media Witness - Telemundo |
| Berlanga, Martin | not present | Media Witness - Univision |
| Hansel, Karen | | Media Witness -WISH TV Indianapolis, Indiana |
| Espinoza, J. Noel | | Media Witness - Brownsville Herald |
| Huppke, Rex | Media Witness-AP | Media Witness - AP |
| Cardenas, Gerardo | | Media Witness - Notimex |
| Plessinger, Greta | | WSDM Radio - Terre Haute, IN |
| Bedavid, Naftali | Execution # 1 | Media Witness - Chicago Tribune |
| Slevin, Peter | | Media Witness, - Washington Post |
| Pitts, Byron | Media Witness CBS News | |
| Smith, Shepard | Media Witness - Fox News | |
| Cavanaugh, Linda | Media Witness-KFOR-TV Oklahoma City, OK | |
| Carlson, Susan | Media Witness-WLS Chicago | |

8

| Name or Identifier | | |
|---|---|---|
| Clay, Nolan | Media Witness-Daily Oklahoman, Oklahoma City, OK | |
| Johnson, Kevin | Media Witness- USA Today | |
| Penner, Diana | Media Witness- Gannett News Service | |
| Stephenson, Crocker | Media Witness Milwaukee Journal-Sentinel | |
| Inmate Selected Witness | Robert Nigh, Tulsa, OK Attorney (918)742-2021 | Disclosed with permission of witness |
| Inmate Selected Witness | Nathan Chambers, Denver, CO Attorney (303)825-2222 | Disclosed with permission of witness |
| Protected Person # 44 | Execution # 1 | Execution # 2 | Execution # 3 |
| Protected Person # 45 | Inmate Selected Witness (friend) | | |
| Protected Person # 46 | Citizen Witness (THA) (ROV) | ROV = relative of victim | |
| Protected Person # 46 | Citizen Witness (THA) (ROV) | | |
| Protected Person # 47 | Citizen Witness (THA) (ROV) | | |

9

| Name or Identifier | Execution #1 | Execution #2 | Execution #3 |
|---|---|---|---|
| Protected Person # 48 | Citizen Witness (THA) (ROV) | | |
| Protected Person # 49 | Citizen Witness (THA) (ROV) | | |
| Protected Person # 50 | Citizen Witness (THA) (ROV) | | |
| Protected Person # 51 | Citizen Witness (THA) (ROV) | | |
| Protected Person # 52 | Citizen Witness (THA) (ROV) | | |
| Protected Person # 53* | Citizen Witness (THA) (ROV) | By AG directive 10 citizen witnesses for Execution # 1 | Closed circuit viewing to OKC for Execution # 1. These citizen witnesses not provided. |
| Protected Person # 54 * | Citizen Witness (THA) (ROV) | By AG directive 10 citizen witnesses for Execution # 1 | |
| Protected Person # 55 | | | Inmate Selected witness |
| Protected Person # 56 | | | Inmate Selected Witness (spiritual advisor) |
| Protected Person # 57 | | | Inmate Selected Witness |

10

| Name or Identifier | Execution # 1 | Execution # 2 | Execution # 3 |
|---|---|---|---|
| Protected Person # 58 | | | Inmate Selected Witness (friend) |
| Protected Person # 59 | | | Inmate Selected Witness (friend) |
| Protected Person # 60 | | | Citizen Witness (ROV) |
| Protected Person # 61 | | | Citizen Witness (ROV) |
| Protected Person # 62 | | | Citizen Witness (ROV) |
| Protected Person # 63 | | | Citizen Witness (ROV) |
| Protected Person # 64 | | | Citizen Witness (ROV) |
| Protected Person # 65 | | | Citizen Witness (ROV) |
| Protected Person # 66 | | | Citizen Witness (OUSA) |
| Protected Person # 67 | | Inmate Selected witness TBE | |

11

| Name or Identifier | Execution # 1 | Execution # 2 | Execution # 3 |
|---|---|---|---|
| Protected Person # 68 | Inmate Selected witness TBE | | |
| Protected Person # 69 | Inmate Selected witness TBE | | |
| Protected Person # 70 | Inmate Selected witness TBE | | |
| Protected Person # 71 | Inmate Selected witness TBE | | |
| Protected Person # 72 | | Inmate Selected witness TBE | |
| Protected Person # 73 | | Citizen Witness TBE | |
| Protected Person # 74 | | Citizen Witness TBE | |
| Protected Person # 75 | | Citizen Witness TBE | |
| Protected Person # 76 | | Citizen Witness TBE | |
| Protected Person # 77 | | Citizen Witness TBE | |
| Protected Person # 78 | | Citizen Witness TBE | |

12

| Protected Person # 79 | Citizen Witness TBE | |
|---|---|---|
| Protected Person # 80 | Citizen Witness TBE | |