UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES H. ROANE, JR., et al.,** )<br>          )<br>    **Plaintiffs,**    )<br>  v.       )<br>          )<br>**ALBERTO GONZALES, et al.,** )<br>    **Defendants.**  )<br>          ) | Case No. 1:05-CV-2337 (RWR) |

### ORDER

IT IS ORDERED that the Unopposed Motions of Orlando Hall and Anthony Battle for Intervention as Plaintiffs pursuant to Federal Rule of Civil Procedure 24 are hereby GRANTED.

_____
Richard W. Roberts
United States District Judge