**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JAMES ROANE, JR., et al.,

Plaintiffs,

v.

ALBERTO GONZALEZ, et al.,

Defendants.

Civil Action No. 05-2337 (RWR)

**JOINT STIPULATION CONCERNING INTERVENTION OF WEBSTER, HALL AND BATTLE**

In order to move this litigation forward as quickly and efficiently as possible, the parties enter into the following stipulation and agree to be bound by the following terms:

1. As explained in Movant Hall and Battle's motions to intervene and supporting papers, Defendants do not oppose Movants' motions, nor the entry of their proposed orders staying the setting of their execution dates pending further order of the Court upon the understanding that Movants' intervention will not change the claims advanced in, or prior proceedings in, this case. That is, the parties understand that Movants will join the case in its current posture, without adding any new claims, and without renewed briefing on motions pending before, or previously resolved by, the Court. Defendants do not intend to take any action inconsistent with the proposed orders for preliminary injunction sought by Movants Hall and Battle until the Court has ruled on the associated motions for a preliminary injunction.

2. Defendants do not waive any objections or arguments on the merits of the issues

in this litigation and do not admit the veracity of any of the allegations of any of the operative pleadings in this case.

3. As explained above, the parties understand that Movants are not raising any new legal claims beyond those made in Roane, Tipton and Johnson's Amended Complaint, as further defined in the original Plaintiffs' Opposition to Defendants' Partial Motion to Dismiss. Consistent with Movants' representations, the parties understand that if Movants' intervention motions are granted by the Court, that their party status will not affect the current schedule in this case, nor require renewed briefing on Defendants' Partial Motion to Dismiss, which is fully briefed and pending before the Court. Defendants also note that Defendants' motion for partial dismissal applies equally to Movants' complaints, should the Court grant them intervenor status.

3. In order to clean up pleadings in this case, in a separate joint filing, Plaintiffs Roane, Tipton, Johnson and Webster will move court to file amended complaints. As explained in the motion filed contemporaneously with this Stipulation, the parties propose that amended complaints be filed 30 days after of entry of an order disposing of Movants' intervention motions, and that any answers thereto be filed within 30 days thereafter.

4. Plaintiffs Roane, Tipton, Johnson and Webster will amend their complaints in order to clarify that they are asserting claims against Defendants in their official capacities only. Plaintiffs Roane, Tipton, Johnson and Webster also will amend their complaints in order to conform them to the following language in the

proposed complaints of Movants Hall and Battle:

***Count IV: Violation of the APA – Agency Action That Is Arbitrary, Capricious, An Abuse Of Discretion And Otherwise Not In Accordance With Law***

*1. Plaintiff incorporates by reference the allegations of paragraphs 1 – 63.*

*2. The APA imposes upon the defendants a number of non-discretionary duties regarding rulemaking procedures. 5 U.S.C. § 553 (2000). The APA requires a federal agency to provide adequate notice to the public regarding the nature, scope and effects of any proposed or final agency action. The APA also requires that the federal agency provide the public with a full and fair opportunity to comment regarding any proposed agency action. The defendants failed to provide adequate notice, or opportunity for public comment on, the Lethal Injection Protocol prior to its promulgation.*

*3. The APA also requires a federal agency to fully articulate its basis and reasons regarding any final agency action and prohibits action not authorized by law. The defendants have failed to explain adequately the basis and reason(s) for the specific procedures adopted in the Lethal Injection Protocol, which provide for the use of chemical substances not authorized by the Lethal Injection Regulations and allow the administration of chemical substances by unqualified personnel.*

*4. The defendants' failure to comply with the APA's procedural requirements, failure to articulate its basis and reasons regarding any final agency action, and adoption of a Protocol calling for use of unauthorized chemical substances and unqualified personnel was arbitrary, capricious, an abuse of discretion or otherwise not in accordance with law. For these reasons, in promulgating the Lethal Injection Protocol, the defendants violated the APA, and their actions must be set aside.*

* * *

The parties agree to be bound by the above-described terms.

Respectfully submitted,

s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

*Counsel for Defendants*

/s/ Paul F. Enzinna
PAUL F. ENZINNA (D.C. Bar No. 421819)
TIMOTHY LOPER
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7752
Fax: (202) 639-7980

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, Virginia 23226

*Counsel for Plaintiff Richard Tipton*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, Virginia 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*

/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*

s/ Mark J. Hulkower
MARK J. HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)*
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, Texas 78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne St.
New Orleans, LA 70113
(504) 558-9867

*Pending application for admission to this Court

*Counsel for Plaintiff Orlando Hall*

s/ Joshua C. Toll
Joshua C. Toll
Washington, D. C. Bar No. 463073
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
(202) 626-3737 (fax)
jtoll@kslaw.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfort, KY 40602
(502) 227-2142
(502) 227-4669 (fax)
mod@dcr.net

William E. Hoffmann, Jr.
Christopher C. Burris
Latif Oduola-Owoo
Kristen A. Swift
Tomesha L. Faxio
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 572-4600
(404) 572-5136 (fax)
bhoffman@kslaw.com
cburris@kslaw.com
loduola-owoo@kslaw.com
kswift@kslaw.com
tfaxio@kslaw.com

*Counsel for Plaintiff Anthony Battle*