## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR) |
| ALBERTO GONZALEZ, et al., | ) |
| Defendants. | ) |

### DEFENDANTS' NOTICE CONCERNING PLAINTIFFS' MOTION FOR ADDITIONAL DEPOSITIONS

This is to inform the Court that Defendant expect to respond to Plaintiffs' Motion for Additional Depositions, Document No. 37, prior to the hearing in this case scheduled for May 2, 2007.

Respectfully submitted,

   s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

   s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

   s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372