**From:** "T.Ray Henry" <trhenry@bop.gov>
**To:** "Julian Davis" <Julian.Davis@state.tn.us>
**Date:** 3/27/2007 11:06:51 AM
**Subject:** Re: Federal Execution Protocol Training

Casual attire (but no jeans or t-shirts). Everybody usually wears a pair of Dockers and a polo shirt.

T. Ray Henry
EPO / CMU Manager
FCC Terre Haute, Indiana
(812) 238-1531, ext. 3505
trhenry@bop.gov


This message is intended for official use and
may contain SENSITIVE information. If this
message contains SENSITIVE information, it
should be properly delivered, labeled, stored,
and disposed of according to policy.

>>> "Julian Davis" <Julian.Davis@state.tn.us> 3/27/2007 11:54 AM >>>


What is the dress attire for the training?

>>> "T.Ray Henry" <trhenry@bop.gov> 03/13/07 10:54 AM >>>
Good Morning, sir.

My name is T. Ray Henry and I work at the Federal Correctional Complex in Terre Haute, Indiana. I am also the coordinator of executions for the federal government. Mike Nalley, our Regional Director, gave me your information concerning a visit by DOC personnel from Tennessee during our next Execution Protocol Training.

Our next training session is scheduled for April 17, 18 and 19, 2007 here at FCC Terre Haute. We always start training off with lunch served at our Staff Training Center at 12:00 noon local time. We then go over various housekeeping and team issues, then we provide the team with a briefing on relevant issues, then we train the rest of the afternoon in the Execution Facility. We usually go through two complete practices that afternoon, then we're done for the day. We come back on Wednesday, April 18th and train all day (with a break for lunch). We usually get 4-6 complete practices done during a day. We then come back Thursday morning, April 19th for a couple more practices, then we send everyone home Thursday around 11:00 a.m.

If you want, please let me know how many people will be attending (and their names and titles if possible). We'll put everyone right into the training and blend you all in with our team. Also, we can block rooms at the same hotel our team stays at for you if you want.

I'll get you any information you need, and I can also provide directions to our facility.

Thank you for your time.

Sincerely,


T. Ray Henry
EPO / CMU Manager
FCC Terre Haute, Indiana

(812) 238-1531, ext. 3505
trhenry@bop.gov

This message is intended for official use and may contain SENSITIVE information. If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy.

**From:** "Michael Nalley" <mknalley@bop.gov>
**To:** "Julian Davis" <Julian.Davis@state.tn.us>
**Date:** 3/12/2007 6:50:55 AM
**Subject:** Re: Visit to Indiana

Julian,

Training will begin on April 17th, at 12 noon and the final training scenario will be conducted on April 19th. Mr. T. Ray Henry, EPO/CMU, FCC, Medium, Terre Haute, Indiana will be contacting you via E-mail with all relevant information. His number is as follows:

T. Ray Henry
EPO/CMU Manager
FCC Medium, Terre Haute, Indiana
(812) 238-1531, ext. 3505
trhenry@bop.gov


>>> "Julian Davis" <Julian.Davis@state.tn.us> 3/9/2007 3:51 PM >>>
Good afternoon,

I'm contacting you to confirm the dates for the lethal injection protocol training at your Terre Haute facility in April. I remember you stating that it will be a two day session with the first day being a half day. Our group will be driving from Nashville. As of now, our group will range from 5 to 7 people. This will depend on if one or both attys from the AG's Office comes along and if Commissioner Little is available to attend. Also, I think you mentioned about making hotel arrangements at the Drury Inn. Please let me know what I need to do to make this trip happen. I look forward to hearing from you.

Julian Davis
Executive Assistant to Commissioner
320 6th Avenue, North
RJ Bldg. 4th Floor
Nashville, TN 37243


**CC:** "Daryl Kosiak" <dkosiak@bop.gov>, "Kyle Johnson" <kajohnson@bop.gov>, "Michael Nalley" <mknalley@bop.gov>, "Rick Veach" <rveach@bop.gov>, "Richard Schott" <rwschott@bop.gov>, "T.Ray Henry" <trhenry@bop.gov>