UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR) |
| ALBERTO GONZALEZ, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE CONCERNING PLAINTIFFS' AMENDED MOTION TO EXTEND DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS**

This Notice is to inform the Court that Defendants expect to file a response to the above-referenced Plaintiffs' motion in the next day or two.

Respectfully submitted,

   s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

   s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372