UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| BRUCE WEBSTER, | ) |
| Intervenor-Plaintiff, | ) |
| v. | ) Civil Action No. 05-2337 (RWR/DAR) |
| ALBERTO GONZALEZ, et al., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendants' Motion for Protective Order, any opposition thereto, and the entire record herein, it is hereby ORDERED that Defendants' Motion is GRANTED and that:

1. Depositions of those designated as "Protected Persons" pursuant to the Privacy Act Protective Order governing this case shall not be videotaped but shall instead be transcribed stenographically.

2. Defendants are not obligated to provide for use during depositions in this case any materials, equipment, chemicals or other liquids or powder substances whatsoever for the depositions in this case. Persons deposed in this case shall not be required to demonstrate the use of any materials, equipment, chemicals or other substances whatsoever during the depositions in this case.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge