IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES H. ROANE, JR., et al., | : | |
| | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | Case Number:  1:05-cv-2337 |
| | : | |
| ALBERTO GONZALES, et al., | : | |
| | : | |
|     Defendants. | : | |

**PLAINTIFFS' NOTICE CONCERNING DEFENDANTS' OPPOSITION TO PLAINTIFFS' AMENDED MOTION TO EXTEND DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS AND DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S MAY 2, 2007 DISCOVERY RULING**

This Notice is to inform the Court that on Wednesday, May 16, 2007, Plaintiffs will file (1) a Reply to Defendants' Opposition to Plaintiffs' Amended Motion to Extend Deadlines for Discovery and Dispositive Motions (Docket No. 45), and (2) a Response to Defendants' Objections to Magistrate Judge's May 2, 2007 Discovery Ruling (Docket No. 46), along with their Opposition to Defendants' Motion for a Protective Order (Docket No. 47).

Respectfully submitted,

/s/ Paul F. Enzinna_____
PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
TIMOTHY LOPER
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*

/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*