IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

GLENN ANDERSON, et. al.        )
                               )
           Plaintiffs,         )
                               )
v.                             )   Case No. CIV-05-825-F
                               )
JUSTIN JONES, in his capacity as Director )
of the Oklahoma Department of  )
Corrections, et. al.,          )
                               )
           Defendants.         )

## MOTION TO CONTINUE DEADLINES

Come now the Defendants, and respectfully move the Court to continue the deadlines including the trial date in this matter for a period of sixty(60) days. In support hereof the Defendants respectfully shows as follows:

1. Counsel for the Plaintiffs, Lisa McCalmont, has no objection to this request and agrees to the request;

2. The undersigned and Ms. McCalmont have been working diligently to resolve discovery disputes in this matter, including meeting on at least two (2) occasions for FRCP 37.1 purposes, since August 1, 2006. Additionally, counsel have corresponded by mail and by phone in regards to discovery and scheduling of depositions.

3. Documentation has been produced by Defendants and their counsel prior to the undersigned being employed at the Attorney General's Office. However, Plaintiff's counsel has demonstrated to the undersigned that various documents have been left unaccounted for and that there remain outstanding discovery issues for Defendants to attempt to resolve.

4. Further, the Attorney General's Office has been moving offices from the North Lincoln location to a centralized location near the State Capital with the results being that the undersigned has been boxing and moving instead of having access to all files.

5. The undersigned has also previously scheduled an out of state trip with his elementary school aged child for the week of October 16-20, 2006, during fall break.

6. A request was made to Ms. McCalmont to schedule depositions after November 1, 2006. The undersigned has, on this date, been noticed for a deposition by Ms. McCalmont on October 18, 2006, of an individual fact witness. This notice was mailed during the office move on October 6, 2006, and made its way to the undersigned today. It was mailed prior to the request to schedule depositions after November 1, 2006. Ms. McCalmont has agreed to reschedule the deposition if the Court orders a continuance and the undersigned agrees to produce the witness without necessity of further effort by Ms. McCalmont.

7. Upon making his request, Ms. McCalmont has advised that she cannot complete the necessary depositions after November 1, 2006, in order to meet the November 20, 2006 deadline for providing expert witness lists and reports. The expert witness deadline cannot be continued by itself without impacting other deadlines such as witness and exhibit lists and dispositive motion deadlines.

8. Accordingly, the request by the undersigned cannot be agreed too because it will impact the other deadlines. Therefore, with Ms. McCalmont's agreement, the Defendants request that the Court extend all deadlines, including the trial date, for a period of sixty (60) days.

9. Counsel have discussed this request at length, and Ms. Mcalmont believes that there is no urgency in regards to the possibility of an execution date being selected for either Plaintiff as

both have appeals presently pending. Even with the requested extension a trial should be available before an execution date.

10. The Scheduling Order was entered in this case on March 3, 2006. Other counsel for Defendants was present. Other than miscellaneous requests for extensions of time to respond to the Plaintiff's complaint, and a response to a motion, no other requests for continuance or extensions have been sought in this case.

11. Co-counsel Richard Kirby, is presently on annual leave until November 8, 2006, and he is likewise unavailable at this time.

Wherefore, the Defendants request that the Court extend all deadlines, including the trail date, for a period of sixty(60) days as set out more fully in the contemporaneously submitted proposed order.

Respectfully submitted,

s/ Richard N. Mann
**RICHARD N. MANN, OBA #11040**
Assistant Attorney General
Office of Attorney General
State of Oklahoma
Litigation Section
313 N.E. 21st Street
Oklahoma City, Oklahoma  73105
Tele: (405) 521-4274   Fax: (405) 521-4518
Richard_Mann@oag.state.ok.us

Attorneys for Defendants

3

## CERTIFICATE OF SERVICE

    I hereby certify that on October 10, 2006, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Lisa S. McCalmont
215 Dean A. McGee, Suite 109
Oklahoma City, OK  73102
*Attorney for Plaintiffs*

                                              s/ Richard N. Mann
                                              Richard N. Mann