## DECLARATION UNDER PENALTY OF PERJURY

**DISTRICT OF COLUMBIA**      §

1. My name is Anne Harden Tindall. I am of sound mind and lawful age. The facts stated herein are within my personal knowledge and are true and correct to the best of my knowledge and belief.

2. I am an attorney with the law firm Wilmer Cutler Pickering Hale & Dorr LLP, and I am duly licensed to practice law in the District of Columbia.

3. From January 2006 to the present, I have served as counsel for Vernon Evans, Jr. in the federal district court action Evans v. Saar, Civil No. 06-149. Through this suit, brought in the district court for the District of Maryland, Mr. Evans challenged the constitutionality of the manner and means by which the State of Maryland intended to carry out his execution.

4. With one exception, all depositions in the above-referenced matter, including those of personnel with responsibilities related to the carrying-out of executions, were in person and were videotaped. The one non-videotaped deposition was intended by the parties to be videotaped, but the scheduled videographer did not appear at the appointed time, so the deposition went forward with only stenographic recording.

5. The videotaping of depositions did not compromise the anonymity of execution personnel. The videotapes of the depositions of execution team deponents were viewed only by Mr. Evans's counsel, their trial support team, and expert witnesses. The names of the execution team deponents were revealed only to Mr. Evans's counsel. The parties agreed to generic identifiers for the execution team members, and those identifiers were used to swear in execution team deponents and otherwise reference execution team members during depositions and trial testimony.

6. At trial before Judge Benson Everett Legg, the execution apparatus and equipment was present and demonstrations of the equipment were conducted. Such demonstrations were conducted in open court and were not shielded from the public.

Under penalty of perjury, I declare that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 15, 2007

_____
Anne Harden Tindall