## DECLARATION UNDER PENALTY OF PERJURY

STATE OF OKLAHOMA §

COUNTY OF CLEVELAND §

1. My name is Lisa S. McCalmont. I am of sound mind and of lawful age. The facts stated herein are within my personal knowledge and are true and correct.

2. I am a lawyer licensed to practice law in the States of Oklahoma and Texas and admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Tenth Circuit, and the United States District Courts for the Northern, Eastern, and Western Districts of Oklahoma.

3. From July 2005 to April 2007 I served as sole plaintiffs' counsel on a civil rights action challenging the constitutionality of the manner and means by which the State of Oklahoma intended to carry out executions. The lawsuit was styled *Anderson, et al. v. Jones, et al.*, Case No. Civ-05-825-F and was filed in the United States District Court for the Western District of Oklahoma.

4. All depositions in the above reference matter were conducted in-person and were videotaped.

5. For some depositions I requested that the deponent demonstrate the use of equipment that would be present during executions or, alternatively, bring to the deposition equipment or supplies that would be available during executions and then describe, show, or explain the equipment during the deposition. The demonstrations and/or explanations of equipment/supplies occurred without objection.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 14, 2007.

_____
Lisa S. McCalmont