| Name | Current Duty Status | Contact Information |
|---|---|---|
| H. G. Lappin | Director, Federal Bureau of Prisons | Office of General Counsel, BOP |
| Kathleen Hawk Sawyer | Former Director, Federal Bureau of Prisons | Office of General Counsel, BOP |
| Protected Person # 1 | Former BOP employee (FBOPE) | Office of General Counsel, BOP |
| Protected person # 2 | Medical Doctor | Office of General Counsel, BOP |
| Protected Person # 9 | Current BOP employee | Office of General Counsel, BOP |
| Protected Person # 40 | (FBOPE) | Office of General Counsel, BOP |
| Protected Person #100 | FBOPE 1993 first draft (deceased) | |
| Protected Person #101 | FBOPE 1993 first draft | Office of General Counsel, BOP |
| Protected Person #102 | FBOPE 1993 first draft | Office of General Counsel, BOP |
| Protected Person #103 | FBOPE 1993 first draft | Office of General Counsel, BOP |
| Protected Person #104 | FBOPE 1993 first draft | Office of General Counsel, BOP |
| Protected Person #105 | FBOPE 1993 first draft | Office of General Counsel, BOP |
| Protected Person #106 | FBOPE 1993 first draft | Office of General Counsel, BOP |
| Protected Person #107 | FBOPE | Office of General Counsel, BOP |
| Protected Person # 108 | FBOPE | Office of General Counsel, BOP |
| Protected Person # 109 | Current BOP Employee | Office of General Counsel, BOP |

| Protected Person # 110 | FBOPE | Office of General Counsel, BOP |
| Protected Person # 111 | Current BOP Employee | Office of General Counsel, BOP |