UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., )<br>  )<br>Plaintiffs, )<br>  )<br>v. )<br>  )<br>ALBERTO GONZALEZ, et al., )<br>  )<br>Defendants. )<br>  ) | Civil Action No. 05-2337 (RWR) |

**DEFENDANTS' NOTICE CONCERNING MOTIONS PENDING BEFORE THE DISTRICT COURT AND MAGISTRATE JUDGE ASSIGNED TO THIS CASE**

Defendants file this Notice as a courtesy to apprise Plaintiffs, the Court and the Magistrate Judge assigned to handle discovery issues in this case of their intention to file a number of motions next week that will impact the schedule in this case and potentially the issues that will need to be addressed in the near term.

First, Defendants expect to file a motion to stay discovery in this case. That motion would impact the adjudication of the Plaintiffs' pending motion to enlarge the discovery and briefing schedules in this case, Document No. 41. That motion also affects the discovery motions pending before the Magistrate Judge, insofar as, should the stay motion be granted, the Magistrate Judge's need to decide the pending discovery motions in the near term.

Second, and as a result of Defendants' expected motion to stay discovery, Defendants expect to file a motion to vacate or continue the hearing scheduled for June 8, 2007 before Magistrate Judge Robinson. The undersigned and counsel for Plaintiffs have traded messages and we hope to meet and confer with counsel for Plaintiffs about Defendants' expected motions as soon as possible.

Respectfully submitted,

    s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

    s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

    s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372