IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al., | : |
| Plaintiffs, | : |
| v. | : Case Number: 1:05-cv-2337 |
| ALBERTO GONZALES, et al., | : |
| Defendants. | : |

## JOINT STATUS REPORT REGARDING ISSUES REMAINING FOR CONSIDERATION BY THE COURT

This statement is filed pursuant to this Court's Order of May 22, 2007, requiring the parties to file a status report in which issues remaining for consideration of this Court are summarized.

At the time of preparation of this statement, the issues outstanding for the Court's consideration are those raised in Defendants' Motion for a Protective Order filed May 9, 2007. The parties have met and conferred on both issues raised in that motion—the videotaping of depositions and the bringing of equipment used in executions by deponents—and have been unable to reach agreement on either.

Defendants also filed a notice on June 1, 2007, indicating that they would be filing several motions this week, including a motion to stay discovery and a motion to vacate the hearing scheduled for June 8, 2007. Plaintiffs have informed Defendants of their intent to oppose both motions.

- 2 -

Respectfully submitted,


/s/ Paul F. Enzinna
PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
TIMOTHY LOPER
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

- 4 -

/s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

*Counsel for Defendants Alberto Gonzales et al.*