UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-2337 (RWR/DAR) |
| | ) |
| ALBERTO GONZALES, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO VACATE OR CONTINUE JUNE 8, 2007 HEARING AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendants respectfully move the Court to vacate or continue the hearing scheduled for June 8, 2007 in this case. On May 22, 2007, the Magistrate Judge assigned to this case set that hearing to address the pending discovery motions, including Defendants' motion for a protective order concerning, inter alia, Plaintiffs' intention to videotape the depositions in this case. Document No. 47.

Since the filing and briefing of Defendants' motion, Defendants have determined to file a dispositive motion addressing certain threshold issues. Defendants expect to file that motion by June 7, 2007. In a separate filing, Defendants expect to move for a stay of the conduct of discovery in this case, pending the Court's resolution of the dispositive motion. A stay of discovery is, at this juncture, the most efficient way for this case to proceed. If granted, the Defendants' expected motions, including the stay motion, would obviate the need for the June 8, 2007 hearing. At a minimum, the Court should continue the June 8, 2007 hearing until after the Court has resolved Defendants' motion to stay discovery in this case.

In connection with LCvR 7(m), the undersigned counsel of record discussed the relief

requested in this, and other motions Defendants expect to file this week, with lead counsel for Plaintiffs, who indicated that Plaintiffs oppose any stay of the discovery period and the relief requested in this Motion. Nonetheless, good cause exists to grant this motion. As grounds for this Motion, Defendants state as follows:

In light of Defendants' intention to file a dispositive motion by June 7, 2007, Defendants expect to move to stay the conduct of discovery pending the Court's resolution of the dispositive motion. A stay of discovery is by far the most efficient way for this case to proceed for the near term, as to the parties and the Court. There are discovery motions pending, as well as Defendants' objections to the Magistrate Judge's decision with respect to the number of depositions permitted in this case. Given the contested discovery motions, and the expected filing of a dispositive motion by Defendants, the Court should grant this Motion and vacate or continue the June 8, 2007 hearing. The June 8, 2007 hearing would be unnecessary if discovery is stayed. Similarly, Defendants' dispositive motion, if granted, would fully resolve this case, making further discovery unnecessary.

                                          Respectfully submitted,

                                            s/Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        Interim United States Attorney

                                            s/Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney

                                            s/Peter S. Smith
                                        PETER S. SMITH, D.C. BAR # 465131
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division

555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 307-0372