UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES ROANE, JR., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| BRUCE WEBSTER, | ) ) ) | |
| Intervenor-Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2337 (RWR/DAR) |
| ALBERTO GONZALEZ, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Defendants' Motion, any opposition thereto, and the entire record herein, it is hereby ORDERED that Defendants' Motion is GRANTED and that the June 8, 2007 hearing is vacated.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge