UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., <br><br> Plaintiffs, <br><br> BRUCE WEBSTER, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> ALBERTO GONZALEZ, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 05-2337 (RWR/DAR) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Upon consideration of Defendants' Motion to stay discovery, any opposition thereto, and the entire record herein, it is hereby ORDERED that Defendants' Motion is GRANTED and that:

Discovery is stayed pending further order of the Court.

_____
United States District Judge