UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| BRUCE WEBSTER, ) | |
| ) | |
| Intervenor-Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR/DAR) |
| ) | |
| ALBERTO GONZALEZ, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of Defendants' Motion for Judgment on the Pleadings, any opposition thereto, and the entire record herein, it is hereby ORDERED that Defendants' Motion is GRANTED and that:

This case is dismissed with prejudice.

_____
United States District Judge