UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v.  )<br>)<br>ALBERTO GONZALES, et al., )<br>)<br>Defendants. )<br> ) | Civil Action No. 05-2337 (RWR) |

### NOTICE

This document is the same as Defendants' Motion for Judgment on the Pleadings, Document No. 60 in this case.

                                                Respectfully submitted,

                                                s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

                                                s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                                s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372