UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR) |
| ) | |
| ALBERTO GONZALEZ, et al., ) | |
| ) | |
| Defendants. ) | |

## ERRATA CONCERNING DOCUMENT NUMBERS 60 AND 61

Defendants file this Errata to correct typographical errors and two inadvertent factual errors, on pages 19 and 21 of their Memorandum of Points and Authorities in Support of their Motion for Judgment on the Pleadings, Document No. 60, and their Motion to Lift the Stays in this case, Document No. 61. A corrected copy of the government's motions and the memorandum in support of those motions is attached.

Respectfully submitted,

s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372