UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES H. ROANE, JR., et al.** )<br>)<br>**Plaintiffs,** )<br>v. )<br>)<br>**ALBERTO GONZALES, et al.,** )<br>**Defendants.** )<br>) | Case No. 1:05-CV-2337 (RWR) |

## ORDER

IT IS ORDERED that Plaintiff Anthony Battle's Unopposed Motion for a Preliminary Injunction Barring Defendants from Setting an Execution Date for Plaintiff and from Executing Him is hereby GRANTED. The Defendants herein are enjoined from setting a date for executing Anthony Battle and from executing Anthony Battle pending further order of this Court.

 

_____
Richard W. Roberts
United States District Judge