UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:05-CV-2337 (RWR) |
| ) | |
| ALBERTO GONZALES, et al., ) | |
| Defendants. ) | |
| ) | |

### ORDER

IT IS ORDERED that Plaintiff Orlando Hall's Unopposed Motion for a Preliminary Injunction Barring Defendants from Setting an Execution Date for Plaintiff and from Executing Him is hereby GRANTED. The Defendants herein are enjoined from setting a date for executing Orlando Hall and from executing Orlando Hall, pending further order of this Court.

/s/ Richard W. Roberts
_____
Richard W. Roberts
United States District Judge