# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES ROANE, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, *et al.,* )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2337 (RWR/DAR) |

## PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION AND CORRECTED MOTION FOR JUDGMENT ON THE PLEADINGS AND <u>MOTION TO LIFT THE STAY OF EXECUTIONS</u>

Plaintiffs James Roane, Jr., Richard Tipton, and Cory Johnson, and Intervenor-Plaintiffs Bruce Webster, Anthony Battle, and Orlando Hall (collectively, "Plaintiffs"), by and through the undersigned counsel, respectfully request an enlargement of time in which to respond to Defendants' Motion and Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of the Plaintiffs' Executions (Docs. 60, 61, and Doc. 62). Good cause exists to grant this motion:

1. Defendants' Motion for Judgment on the Pleadings and Motion to Lift the Stay of Plaintiffs' Executions was filed on June 7, 2007. (Docs. 60, 61).

2. Defendants' Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of the Plaintiffs' Executions was filed on June 8, 2007. (Doc. 62).

3. Pursuant to Local Civil Rule 7(b), Plaintiffs' response to Defendants' Motions is due on June 18, 2007.

4. Plaintiffs have been working diligently to respond to the Defendants' Motions. Additional time is needed, however, to coordinate among all six responding parties and to fully address the multiple grounds on which Defendants seek a summary disposition of the claims in this case.

5. Plaintiffs therefore request an enlargement of time in which to file a response, until and including July 2, 2007.

6. This motion is Plaintiffs' first request for an enlargement of time in connection with this deadline and is not made for purposes of delay.

7. Pursuant to Local Civil Rule 7(m), counsel for Plaintiff James H. Roane, Jr., consulted with counsel for Defendants, who consented to the relief requested by this motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant an enlargement of time in which to respond to Defendants' Motion and Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of the Plaintiffs' Executions, until and including July 2, 2007. A proposed Order is included with this motion.

Dated: June 14, 2007                                Respectfully submitted,

/s/ Paul F. Enzinna_____
PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
TIMOTHY LOPER
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*

- 3 -

/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
 MARK J.  HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

 *Counsel for Plaintiff Orlando Hall*