## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 05-2337 (RWR/DAR) |
| | ) |
| ALBERTO GONZALES, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

The Court having considered Plaintiffs' Consent Motion for Enlargement of Time in which to Respond to Defendants' Motion and Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of Executions, it is hereby

**ORDERED**

1. That the Motion is GRANTED; and

2. That Plaintiffs shall have until and including July 2, 2007, in which to respond to Defendants' Motion and Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of the Plaintiffs' Executions.

   SO ORDERED, this ___ day of June, 2007.


   _____
   Richard W. Roberts
   United States District Judge

DC01:476250.1