UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2337 (RWR) |

**DEFENDANTS' CONSENT NOTICE**

This is to inform the Court, pursuant to paragraph 5 of the Court's December 6, 2006 Scheduling Order, Document No. 17, that the parties have agreed that Defendants' responses to Plaintiffs' second set of discovery requests, including Plaintiff Second Set of Interrogatories, Plaintiffs' Second Set of Requests for the Production of Documents, Plaintiffs' Second Request for Entry Upon Land, and Plaintiffs' First Set of Requests for Admissions, are due to be served upon Plaintiffs and Intervenors by June 25, 2007.

Respectfully submitted,

　　s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

　　s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

　　s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.

Washington, D.C. 20530
(202) 307-0372