UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil No. 05-2337 (RWR/DAR) |
| ALBERTO GONZALES, et al., | ) |
| Defendants. | ) |

**DEFENDANT'S CONSENT NOTICE**

This is to inform the Court, pursuant to paragraph 5 of the Court's December 6, 2006 Scheduling Order, Document No. 17, that the parties have agreed that Defendants' responses to Plaintiffs' second set of discovery requests, including Plaintiffs' Second Set of Interrogatories, Plaintiffs' Second Set of Requests for the Production of Documents, Plaintiffs' Second Request for Entry Upon Land, and Plaintiffs' First Set of Admissions, are due to be served upon Plaintiffs and Intervenors by June 26, 2007.

Respectfully submitted,

  s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  s/ Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372