UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> ANTHONY BATTLE, ORLANDO HALL, ) <br> BRUCE WEBSTER, ) <br> ) <br> Plaintiff-Intervenors, ) <br> v. ) <br> ) <br> ALBERTO GONZALES, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:05-CV-2337 (RWR) |

## DECLARATION OF WILLIAM E. HOFFMAN, JR. SUPPORTING MOTION FOR PRO HAC VICE ADMISSION

I, William E. Hoffmann, Jr., hereby declare as follows:

1. My full name is William E. Hoffmann, Jr.

2. My office address and telephone number are King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, 404-572-3383.

3. I have been admitted to the following bars: State Bar of Georgia, Georgia Supreme Court, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the First Circuit, United States District Court for the Northern District of Georgia, and United States District Court for the Middle District of Georgia.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court in the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of June, 2007.

_____
William E. Hoffmann, Jr.