UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al.,                    )<br>                                                              )<br>            Plaintiffs,                                  )<br>                                                              )<br>ANTHONY BATTLE, ORLANDO HALL, )<br>BRUCE WEBSTER,                              )<br>                                                              )<br>            Plaintiff-Intervenors,                )<br>      v.                                                    )<br>                                                              )<br>ALBERTO GONZALES, et al.,                )<br>                                                              )<br>            Defendants.                              )<br>                                                              ) | Case No. 1:05-CV-2337 (RWR) |

**ORDER GRANTING PRO HAC VICE ADMISSION OF ATTORNEYS**

Having considered the Motions for Pro Hac Vice Admission of Attorneys William E. Hoffmann, Jr., Margaret O'Donnell, and Abigail Bortnick, counsel for Plaintiff-Intervenor Anthony Battle, the Court hereby orders that the Motions are hereby GRANTED.

IT IS SO ORDERED.

This ____ day of July, 2007.

_____
Richard W. Roberts
United States District Judge