UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al.,            )<br>                                                     )<br>        Plaintiffs,                             )<br>                                                     )<br>ANTHONY BATTLE, ORLANDO HALL,  )<br>BRUCE WEBSTER,                          )<br>                                                     )<br>        Plaintiff-Intervenors,              )<br>    v.                                              )<br>                                                     )<br>ALBERTO GONZALES, et al.,          )<br>                                                     )<br>        Defendants.                           )<br>                                                     ) | Case No. 1:05-CV-2337 (RWR) |

## MOTION FOR PRO HAC VICE ADMISSION OF
## ATTORNEY MARGARET O'DONNELL

Pursuant to Local Civil Rule 83.2(d), attorney Margaret O'Donnell, counsel for plaintiff-intervenor Anthony Battle, hereby moves this Court for *pro hac vice* admission in the above-captioned case.  This motion is being sponsored by Joshua C. Toll, counsel of record for Anthony Battle and a member in good standing of the Bar of this Court.  The attorney seeking admission is an integral part of the legal team representing Mr. Battle and respectfully requests that the Court grant her the opportunity to be heard in open court as the needs of the case dictate.  As required by Local Civil Rule 83.2(d), this motion is supported by the attached declaration and a proposed Order.

This 28th day of June, 2007.

Respectfully Submitted,

/s/ Joshua C. Toll

Joshua C. Toll
Washington, D. C. Bar No: 463073
Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 737-8616
(202) 626-3737 (fax)
jtoll@kslaw.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfort, KY 40602
(502) 227-2142
(502) 227-4669 (fax)
mod@dcr.net

William E. Hoffmann, Jr.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 572-3383
(404) 572-5136 (fax)
bhoffmann@kslaw.com

Counsel for Plaintiff-Intervenor Anthony Battle