UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>ANTHONY BATTLE, ORLANDO HALL, )<br>BRUCE WEBSTER, )<br>)<br>Plaintiff-Intervenors, )<br>v. )<br>)<br>ALBERTO GONZALES, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:05-CV-2337 (RWR) |

## DECLARATION OF MARGARET O'DONNELL
## SUPPORTING MOTION FOR PRO HAC VICE ADMISSION

I, Margaret O'Donnell, hereby declare as follows:

1. My full name is Margaret Shawhan Hills O'Donnell.

2. My office address and telephone number are P.O. Box 1243, 513 Capitol Avenue, Frankfort, KY 40602, (502)-227-2142.

3. I have been admitted to the following bars: State Bar of Indiana, Supreme Court of Indiana, State Bar of Arizona, Supreme Court of Arizona, State Bar of Kentucky, Supreme Court of Kentucky, State Bar of New York, Supreme Court of New York, Supreme Court of the United States, United States Court of Appeals for the Sixth Circuit, and United District Courts for the Eastern and Western Districts of Kentucky. I have also been allowed to appear before the United States Court of Appeals for Eleventh Circuit, the United District Court for the Northern District of Georgia and the United States District Court for the Western District of Michigan.

4. I certify that I have not been disciplined by any bar.

5.   I have not been admitted *pro hac vice* to this Court in the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of June, 2007.

                                                                                 */s/ Margaret O'Donnell*
                                                                                  Margaret O'Donnell