UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES H. ROANE, JR., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| **ANTHONY BATTLE, ORLANDO HALL,** ) | |
| **BRUCE WEBSTER,** ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| v. ) | Case No. 1:05-CV-2337 (RWR) |
| ) | |
| **ALBERTO GONZALES, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING PRO HAC VICE ADMISSION OF ATTORNEYS

Having considered the Motions for Pro Hac Vice Admission of Attorneys William E. Hoffmann, Jr., Margaret O'Donnell, and Abigail Bortnick, counsel for Plaintiff-Intervenor Anthony Battle, the Court hereby orders that the Motions are hereby GRANTED.

IT IS SO ORDERED.

This ____ day of July, 2007.

_____
Richard W. Roberts
United States District Judge