# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al.,        ) | |
|        ) | |
| **Plaintiffs,**        ) | |
|        ) | |
| ANTHONY BATTLE, ORLANDO HALL,        ) | |
| BRUCE WEBSTER,        ) | |
|        ) | |
| **Plaintiff-Intervenors,**        ) | |
| v.        ) | **Case No. 1:05-CV-2337 (RWR)** |
|        ) | |
| ALBERTO GONZALES, et al.,        ) | |
|        ) | |
| **Defendants.**        ) | |

## DECLARATION OF ABIGAIL BORTNICK
## SUPPORTING MOTION FOR PRO HAC VICE ADMISSION

I, Abigail Bortnick, hereby declare as follows:

1.     My full name is Abigail Nadine Bortnick.

2.     My office address and telephone number are King & Spalding LLP, 1700 Pennsylvania Avenue, N.W., Washington, D.C. 20006, 202-737-0500.

3.     I have been admitted to the following bars:  State Bar of Maryland and United States District Court for the District of Maryland.

4.     I certify that I have not been disciplined by any bar.

5.     I have not been admitted *pro hac vice* to this Court in the last two years.

6.     I have an application for membership pending with the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 15th day of June, 2007.

_____

Abigail Bortnick