## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES ROANE, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2337 (RWR/DAR) |
| | ) | |
| ALBERTO GONZALES, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION AND CORRECTED MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO LIFT THE STAY OF EXECUTIONS**

Plaintiffs James Roane, Jr., Richard Tipton, and Cory Johnson, and Intervenor-Plaintiffs Bruce Webster, Anthony Battle, and Orlando Hall (collectively, "Plaintiffs"), by and through the undersigned counsel, respectfully make a second request for an enlargement of time in which to respond to Defendants' Motion and Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of the Plaintiffs' Executions (Docs. 60, 61, and Doc. 62). Good cause exists to grant this motion:

1.    Defendants' Motion for Judgment on the Pleadings and Motion to Lift the Stay of Plaintiffs' Executions was filed on June 7, 2007. (Docs. 60, 61).

2.    Defendants' Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of the Plaintiffs' Executions was filed on June 8, 2007. (Doc. 62).

3.    Pursuant to Local Civil Rule 7(b), Plaintiffs' response to Defendants' Motions was due on June 18, 2007.

4.      Plaintiffs requested additional time up to and including **July 2, 2007**, to file an opposition. (Doc. 70). The Defendants consented to Plaintiffs' request for additional time. (Doc. 70).

5.      On **June 27, 2007**, Defendants' served their Responses to Plaintiffs' Second Set of Interrogatories, Second Set of Requests for Production, and First Request for Admissions on Plaintiffs' counsel. Within Defendants' 738-page production was a new addendum to the federal execution protocol. The changes to the protocol are effective **July 1, 2007**.

6.      In light of this new information, produced the Wednesday before Plaintiffs' opposition motion was to be filed on Monday, Plaintiffs respectfully request an additional eight days to respond to Defendants' motions, up to an including **July 10, 2007**, so that they will have time to review and incorporate the new information into their opposition to Defendants' motions.

7.      Plaintiffs therefore request an enlargement of time in which to file a response, until and including **July 10, 2007**.

8.      This motion is Plaintiffs' second request for an enlargement of time in connection with this deadline and is not made for purposes of delay.

9.      Pursuant to Local Civil Rule 7(m), counsel for Plaintiff Richard Tipton and counsel for Intervenor-Plaintiff Anthony Battle consulted with counsel for Defendants, who consented to the relief requested by this motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant an enlargement of time in which to respond to Defendants' Motion and Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of the Plaintiffs' Executions, until and including **July 10, 2007**. A proposed Order is included with this motion.

Dated:  July 2, 2007                    Respectfully submitted,


                                        /s/ Paul F. Enzinna_____
                                        PAUL F. ENZINNA (D.C. Bar No. 421819)
                                        JEREMY I. LEVIN
                                        TIMOTHY LOPER
                                        RACHEL McKENZIE
                                        Baker Botts LLP
                                        1299 Pennsylvania Avenue, NW
                                        Washington, DC  20004-2400
                                        (202) 639-7752

                                        *Counsel for Plaintiff James H. Roane, Jr.*


                                        /s/ Charles A. Zdebski_____
                                        CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
                                        Troutman Sanders LLP
                                        401 9th Street, NW
                                        Suite 1000
                                        Washington, DC 20004-2134
                                        (202) 274-2909

                                        STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
                                        Troutman Sanders LLP
                                        1001 Haxall Point
                                        P.O. Box 1122
                                        Richmond, VA 23218-1122
                                        (804) 697-1240

                                        FREDERICK R. GERSON
                                        Robinson & Gerson, P.C.
                                        7102 Three Chopt Road
                                        Richmond, VA 23226

                                        *Counsel for Plaintiff Richard Tipton*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Intervenor-Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

*Counsel for Intervenor-Plaintiff Anthony Battle*

/s/ Owen Bonheimer
 MARK J.  HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

*Counsel for Intervenor-Plaintiff Orlando Hall*