**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| JAMES ROANE, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2337 (RWR/DAR) |
| | ) | |
| ALBERTO GONZALES, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

The Court having considered Plaintiffs' Second Consent Motion for Enlargement of Time in which to Respond to Defendants' Motion and Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of Executions, it is hereby

**ORDERED**

1.    That the Motion is GRANTED; and

2.    That Plaintiffs shall have until and including July 10, 2007, in which to respond to Defendants' Motion and Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of the Plaintiffs' Executions.

SO ORDERED, this ___ day of July, 2007.

_____
Richard W. Roberts
United States District Judge