UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JAMES ROANE, JR.**, *et al.*,  )<br>  )<br>        Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>**ALBERTO GONZALES**, *et al.*,  )<br>  )<br>        Defendants.  )<br>  ) | Civil Action No. 05-2337 (RWR/DAR) |

**PLAINTIFFS' AND INTERVENOR PLAINTIFFS' CONSENT MOTION FOR LEAVE
TO FILE UNDER SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION AND
CORRECTED MOTION FOR JUDGMENT ON THE PLEADINGS
AND MOTION TO LIFT THE STAY OF THE PLAINTIFFS' EXECUTIONS**

Pursuant to Local Civil Rule 5.1(j) of the Rules of the United States District Court for the District of Columbia, Plaintiffs James Roane, Jr., Richard Tipton, and Cory Johnson, and Intervenor Plaintiffs Bruce Webster, Anthony Battle, and Orlando Hall (collectively, "Plaintiffs"), by and through the undersigned counsel, respectfully submit this motion for leave to file under seal their response in opposition to Defendants' Motion and Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of the Plaintiffs' Executions. (Docs. 60, 61, 62). Because Plaintiffs' Response and accompanying Exhibits reference issues covered under the Protective Order issued by this Court on February 27, 2007 and supplemented by Order of June 13, 2007, Plaintiffs seek to file these documents under seal. Counsel for Plaintiffs have consulted with counsel for the Defendants, and Defendants have consented to this motion. Upon further consultation with counsel for Defendants, Plaintiffs plan to file a redacted version of the Opposition and accompanying Exhibits for incorporation into the public record.

Respectfully submitted this 10th day of July, 2007,

/s/ Paul F. Enzinna_____
PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
TIMOTHY LOPER
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*


/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

2

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
MARK J. HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN  
Texas Bar No. 15371950  
Owen & Rountree, LLP  
P.O. Box 40428  
Austin, TX  78704  
(512) 804-2661  

MARCIA A. WIDDER  
Louisiana Bar No. 23367  
636 Baronne Street  
New Orleans, LA  70113  
(504) 558-9867  

*Counsel for Plaintiff Orlando Hall*