## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JAMES ROANE, JR**., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2337 (RWR/DAR) |
| | ) | |
| **ALBERTO GONZALES**, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

Upon review of the reasons set forth in Plaintiffs' and Intervenor Plaintiffs' Consent Motion for Leave to File Under Seal Their Opposition to Defendants' Motion and Corrected Motion for Judgment on the Pleadings and Motion to Lift the Stay of the Plaintiffs' Executions filed in the above-captioned action, and pursuant to Local Rule 5.1(j) of the Rules of the United States District Court for the District of Columbia, this Court hereby **GRANTS** leave to Plaintiffs and Intervenor Plaintiffs to file an opposition memoranda under seal.

ENTERED this _____ day of July, 2007.

_____
Richard W. Roberts
United States District Judge