UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| ANTHONY BATTLE, ORLANDO HALL, BRUCE WEBSTER, | ) Civil Action No. 05-2337 (RWR/DAR) |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| ALBERTO GONZALES, *et al.*, | ) |
| Defendants. | ) |

## MOTION FOR PRO HAC VICE ADMISSION OF ATTORNEY RACHEL M. MCKENZIE

Pursuant to Local Civil Rule 83.2(d), attorney Rachel M. McKenzie, counsel for plaintiff James H. Roane, Jr., hereby moves this Court for *pro hac vice* admission in the above-captioned case. This motion is being sponsored by Paul F. Enzinna, counsel of record for James H. Roane, Jr. and a member in good standing of the Bar of this Court. The attorney seeking admission is an integral part of the legal team representing Mr. Roane and respectfully requests that the Court grant her the opportunity to be heard in open court as the needs of the case dictate. As required by Local Civil Rule 83.2(d), this motion is supported by the attached declaration and a proposed Order.

- 2 -

Dated:  July 16, 2007                          Respectfully submitted,

/s/ Paul F. Enzinna_____
PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
RACHEL M. McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

- 2 -