# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES ROANE, JR., et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| ANTHONY BATTLE, ORLANDO HALL, | ) Civil Action No. 05-2337 (RWR/DAR) |
| BRUCE WEBSTER, | ) |
|  | ) |
| Plaintiff-Intervenors, | ) |
|  | ) |
| v. | ) |
|  | ) |
| ALBERTO GONZALES, *et al.*, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## DECLARATION OF RACHEL M. MCKENZIE
## SUPPORTING MOTION FOR PRO HAC VICE ADMISSION

I, Rachel M. McKenzie, hereby declare as follows:

1.      My full name is Rachel Margaret McKenzie.

2.      My office address and telephone number are Baker Botts LLP, 1299 Pennsylvania Avenue, Washington, D.C. 20004, 202-639-1314.

3.      I have been admitted to the following bar:  State Bar of the Commonwealth of Massachusetts.

4.      I certify that I have not been disciplined by any bar.

5.      I have not been admitted *pro hac vice* to this Court in the last two years.

6.      I have an application for membership pending with the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 16th day of July, 2007.

RACHEL M. McKENZIE