# United States District Court
# For the District of Columbia

James H. Roane, Jr., et. al.,

       Plaintiff(s)

vs.

Alberto Gonzales, et al.,

       Defendant(s)

**APPEARANCE**

CASE NUMBER  05-02337 (RWR/DAR)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Patrick J. Cronin  as counsel in this
       (Attorney's Name)

case for: Intervenor Plaintiff Orlando Hall
       (Name of party or parties)

July 17, 2007
Date

_[signature]_
Signature

D.C. Bar No. 491754
BAR IDENTIFICATION

Patrick J. Cronin
Print Name

Steptoe & Johnson LLP 1330 Connecticut Ave., NW
Address

Washington,  D.C.  20036
City  State  Zip Code

(202) 429-3000
Phone Number