IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES H. ROANE, JR., et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Case Number:  1:05-cv-2337 |
| | : | |
| **ALBERTO GONZALES, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), the undersigned counsel respectfully enters his appearance for Plaintiff James H. Roane, Jr.

                                                Respectfully submitted,

                                                _/s/_ Jeremy I. Levin
                                                JEREMY I. LEVIN (D.C. Bar No. 495736)
                                                Baker Botts LLP
                                                1299 Pennsylvania Avenue, NW
                                                Washington, DC  20004-2400
                                                tel: (202) 639-7734

                                                *Counsel for Plaintiff James H. Roane, Jr.*

July 18, 2007