UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR) |
| ALBERTO GONZALES, et al., | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of John Henault, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

Respectfully submitted,

/s/ John Henault
JOHN HENAULT, D.C. Bar #472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249