UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al.,<br><br>            Plaintiffs,<br><br>ANTHONY BATTLE, ORLANDO HALL, BRUCE WEBSTER,<br><br>            Plaintiff-Intervenors,<br><br>v.<br><br>ALBERTO GONZALES, *et al.*,<br><br>            Defendants. | Civil Action No. 05-2337 (RWR/DAR) |

### DECLARATION OF JEANNE VOSBERG SOURGENS SUPPORTING MOTION FOR PRO HAC VICE ADMISSION

I, Jeanne Vosberg Sourgens, hereby declare as follows:

1. My full name is Jeanne Vosberg Sourgens.

2. My office address and telephone number are Vinson & Elkins LLP, The Willard Office Building, 1455 Pennsylvania Avenue N.W., Washington, D.C. 20004, 202-639-6633.

3. I have been admitted to the following bar: State Bar of Texas.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court in the last two years.

6. I have an application for membership pending with the District of Columbia Bar.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17 day of July, 2007.

                                                JEANNE VOSBERG SOURGENS