## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ANTHONY BATTLE, ORLANDO HALL, ) | Civil Action No. 05-2337 (RWR/DAR) |
| BRUCE WEBSTER, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| ALBERTO GONZALES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Court having considered the Motion for Pro Hac Vice Admission of Attorney Jeanne Vosberg Sourgens, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED, this ___ day of July, 2007.

                                             _____
                                             Richard W. Roberts
                                             United States District Judge