**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES H. ROANE, JR., et al.,** | : |
| | : |
|     **Plaintiffs,** | : |
| | : |
|     v. | :   Case Number: 1:05-cv-2337 |
| | : |
| **ALBERTO GONZALES, et al.,** | : |
| | : |
|     **Defendants.** | : |
| | : |

**ENTRY OF APPEARANCE**

    Pursuant to Local Civil Rule 83.6(a), and this Court's July 24, 2007 Order granting her request to appear *pro hac vice*, the undersigned counsel respectfully enters her appearance on behalf of Intervenor Plaintiff Anthony Battle.

                                          Respectfully submitted,

                                          /s/ Margaret O'Donnell
                                          MARGARET O'DONNELL (KY Bar No. 83889)
                                          McNally & O'Donnell, PSC
                                          P.O. Box 1243
                                          Frankfort, KY 40602
                                          tel: (502) 227-2142

                                          *Counsel for Plaintiff Anthony Battle*

July 26, 2007