UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR) |
| ) | |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING UNDER SEAL

This is to inform the Court, pursuant to paragraph 4 of the June 13, 2007 Supplement to Privacy Act Protective Order, Document No. 69-2, as approved by the Court through a June 13, 2007 Minute Order, Defendants are filing the video record of the depositions in this case conducted on July 24, 2007, and July 25, 2007. The supplemental order provides that: "counsel for defendants shall file the videotape or video record of the deposition under seal with the Court." Document 69-2, ¶ 4. This filing under seal consists of fourteen VHS format videotapes and fourteen mini-digital-video cassettes.

As per Paragraph 5 of the supplemental order, "**[n]o videotape or video record filed under seal as provided in paragraph 4 of this Order shall be released, even to counsel in this case, without prior approval of the Court** upon a showing by counsel for the party or parties requesting such release that the videotape or video record is necessary for the performance of a task relating to this case . . . ." Document 69-2, ¶ 5 (emphasis added).

Respectfully submitted,

    s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

    s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372