UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al.,              ) | |
|              ) | |
|       Plaintiffs,              ) | |
|              ) | |
| ANTHONY BATTLE, ORLANDO HALL,              ) | |
| BRUCE WEBSTER,              ) | |
|              ) | |
|       Plaintiff-Intervenors,              ) | |
|       v.              ) | Case No. 1:05-CV-2337 (RWR) |
|              ) | |
| ALBERTO GONZALES, et al.,              ) | |
|              ) | |
|       Defendants.              ) | |
|              ) | |

## MOTION FOR PRO HAC VICE ADMISSION OF ATTORNEY

Pursuant to Local Civil Rule 83.2(d), attorney Lisa S. McCalmont, counsel for plaintiff James H. Roane, Jr., hereby moves this Court for *pro hac vice* admission in the above-captioned case. This motion is being sponsored by Paul F. Enzinna, counsel of record for James H. Roane, Jr. and a member in good standing of the Bar of this Court. The attorney seeking admission is an integral part of the legal team representing Mr. Roane and respectfully requests that the Court grant her the opportunity to be heard in open court as the needs of the case dictate. As required by Local Civil Rule 83.2(d), this motion is supported by an attached declaration and a proposed Order.

This 26th day of July, 2007.

        Respectfully Submitted,

        */s/* Paul F. Enzinna
        PAUL F. ENZINNA (D.C. Bar No. 421819)
        Baker Botts LLP
        1299 Pennsylvania Avenue, NW
        Washington, DC  20004-2400
        (202) 639-7752

        *Counsel for Plaintiff James H. Roane, Jr.*