UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al.,          )<br>                                                              )<br>           Plaintiffs,                            )<br>                                                              )<br>ANTHONY BATTLE, ORLANDO HALL,    )<br>BRUCE WEBSTER,                         )<br>                                                              )<br>           Plaintiff-Intervenors,          )<br>   v.                                                       )<br>                                                              )<br>ALBERTO GONZALES, et al.,           )<br>                                                              )<br>           Defendants.                        )<br>                                                              ) | Case No. 1:05-CV-2337 (RWR) |

## DECLARATION OF LISA S. McCALMONT
## SUPPORTING MOTION FOR PRO HAC VICE ADMISSION

I, Lisa S. McCalmont, hereby declare as follows:

1.     My full name is Lisa Starrett McCalmont.

2.     My office address and telephone number are: 8400 Alameda Drive, Norman, Oklahoma, 73026, (405) 573-3223.

3.     I have been admitted to the following bars:  State of Texas, State of Oklahoma, United States District Courts for the Eastern, Western, and Northern Districts of Oklahoma, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court.  I have also been admitted *pro hac vice* to the United States District Court for the Western District of Texas.

4.     I certify that I have not been disciplined by any bar.

5.     I have not been admitted *pro hac vice* to this Court in the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership in the District of Columbia Bar pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of July, 2007.

*Lisa S. McCalmont*
Lisa S. McCalmont