UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES H. ROANE, JR., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| **ANTHONY BATTLE, ORLANDO HALL,** ) | |
| **BRUCE WEBSTER,** ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| v. ) | Case No. 1:05-CV-2337 (RWR) |
| ) | |
| **ALBERTO GONZALES, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER GRANTING PRO HAC VICE ADMISSION OF ATTORNEYS

Having considered the Motion for Pro Hac Vice Admission of Attorney Lisa S. McCalmont, counsel for Plaintiff James H. Roane, Jr., the Court hereby orders that the Motion is hereby GRANTED.

IT IS SO ORDERED.

This ____ day of July, 2007.

_____
Richard W. Roberts
United States District Judge