**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JAMES ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ANTHONY BATTLE, ORLANDO HALL, ) | Civil Action No. 05-2337 (RWR/DAR) |
| BRUCE WEBSTER, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| ALBERTO GONZALES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(a), and this Court's July 24, 2007 Order granting her motion for leave to appear *pro hac vice*, Rachel M. McKenzie respectfully enters her appearance on behalf of Plaintiff James H. Roane, Jr.

Dated this 30th day of July, 2007.

        Respectfully Submitted,

        */s/* Rachel M. McKenzie
        RACHEL M. MCKENZIE (MA Bar No. 663931)
        Baker Botts LLP
        1299 Pennsylvania Avenue, NW
        Washington, D.C. 20004
        (202) 639-7700

        *Counsel for Plaintiff James H. Roane, Jr.*