UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES H. ROANE, JR., et al.,**  )<br>  )<br> **Plaintiffs,**  )<br>  )<br>**ANTHONY BATTLE, ORLANDO HALL,**  )<br>**BRUCE WEBSTER,**  )<br>  )<br> **Plaintiff-Intervenors,**  )<br> v.  )<br>  )<br>**ALBERTO GONZALES, et al.,**  )<br>  )<br> **Defendants.**  )<br>  ) | Case No. 1:05-CV-2337 (RWR) |

**ENTRY OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(a) and this Court's July 29, 2007, Order granting her request to appear *pro hac vice*, Lisa S. McCalmont respectfully enters her appearance on behalf of Plaintiff James H. Roane, Jr.

Dated this 31st day of July, 2007.

Respectfully Submitted,

*/s/* Lisa S. McCalmont
LISA S. McCALMONT (Okla. Bar No. 17096)
8400 Alameda Drive
Norman, Oklahoma 73026
(405) 573-3223
lsmccal@swbell.net

*Counsel for Plaintiff James H. Roane, Jr.*