UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-2337 (RWR) |
| | ) |
| ALBERTO GONZALES, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' CONSENT NOTICE**

This is to inform the Court, pursuant to paragraph 5 of the Court's December 6, 2006 Scheduling Order, Document No. 17, that the parties have agreed to an additional one-week extension of the Defendants' time to file a reply in support of their corrected motion for judgment on the pleadings and in support of their motion to lift the existing stays. See Document Nos. 61, 62. By operation of the Court's Standing Order, Defendants' reply to Plaintiffs' opposition to Defendants' Motion and Corrected Motion for Judgment on the pleadings and motion to lift the stays now is due by August 17, 2007.

Respectfully submitted,

　　 s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

　　 s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

　　 s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office

Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372