UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES ROANE, JR., <u>et al.</u>, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2337 (RWR) |
| ALBERTO GONZALES, <u>et al.</u>, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING UNDER SEAL

This is to inform the Court, pursuant to paragraph 4 of the June 13, 2007 Supplement to Privacy Act Protective Order, Document No. 69-2, as approved by the Court through a June 13, 2007 Minute Order, Defendants are filing the video record of the depositions in this case conducted on August 1 through August 3, 2007.  The supplemental order provides that: "counsel for defendants shall file the videotape or video record of the deposition under seal with the Court."  Document 69-2, ¶ 4.  This filing under seal consists of 15 VHS format videotapes and 15 mini-digital-video cassette.

As per Paragraph 5 of the supplemental order, "**[n]o videotape or video record filed under seal as provided in paragraph 4 of this Order shall be released, even to counsel in this case, without prior approval of the Court** upon a showing by counsel for the party or parties requesting such release that the videotape or video record is necessary for the performance of a task relating to this case . . . ."  Document 69-2, ¶ 5 (emphasis added).

Respectfully submitted,

   s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

   s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   s/John F. Henault
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)