## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-2337 (RWR/DAR) |
| | ) |
| ALBERTO GONZALES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## NOTICE

Notice is hereby given that Plaintiffs intend to file early next week a motion to compel concerning, *inter alia*, various questions deponents were instructed not to answer. Plaintiffs will be requesting expedited treatment of this motion because of its pertinence to upcoming depositions and the impending discovery cut-off, and will be contacting Magistrate Judge Robinson's chambers regarding setting a hearing date as soon as possible. Plaintiffs believe it is most efficient for the Court to have before it briefing on the range of disputed issues, many of which are interrelated, and the briefing on these issues will be ready at the beginning of next week.

Plaintiffs have conferred with Robert Erickson, counsel for Defendants, and all parties are in agreement that there is no additional possibility for resolution of these issues without this Court's intervention. Plaintiffs will attempt to confer once more with Defendants' lead counsel on Monday, when he will next be available, but based on numerous conversations and correspondence regarding these issues, an agreement is not anticipated.

Defendants' counsel has also been notified about the proposed timing of Plaintiffs' motion to compel, as well as the fact that expedited treatment will be requested. Defendants' counsel has indicated that Defendants will oppose expedition.

Dated: August 9, 2007

Respectfully submitted,

/s/ Paul F. Enzinna
PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Intervenor-Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500

*Counsel for Intervenor-Plaintiff Anthony Battle*

<u>/s/ Owen Bonheimer</u>
 MARK J.  HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

*Counsel for Intervenor-Plaintiff Orlando Hall*