UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| ANTHONY BATTLE, ORLANDO HALL, BRUCE WEBSTER, | ) Civil Action No. 05-2337 (RWR/DAR) |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| ALBERTO GONZALES, et al., | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d), the undersigned hereby moves for the admission *pro hac vice* of Robert Earl Waters as counsel for plaintiff Bruce Webster in the above-captioned case. The attorney seeking admission is an integral part of the legal team representing Mr. Webster and respectfully requests that the Court grant him the opportunity to be heard in open court as the needs of the case dictate. As required by Local Civil Rule 83.2(d), this motion is supported by the attached Declaration of Robert Earl Waters.

Dated: August 13, 2007

Respectfully submitted,

/s/ Graham Eddy
Graham Eddy (D.C. Bar No. 495794)
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004
Telephone: (202) 639-6500
Facsimile: (202) 639-6604

Counsel for Plaintiff Bruce Webster