UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| ANTHONY BATTLE, ORLANDO HALL, BRUCE WEBSTER, | ) Civil Action No. 05-2337 (RWR/DAR) |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| ALBERTO GONZALES, *et al.*, | ) |
| Defendants. | ) |

**DECLARATION OF ROBERT E. WATERS**
**SUPPORTING MOTION FOR PRO HAC VICE ADMISSION**

I, Robert E. Waters, hereby declare as follows:

1. My full name is Robert Earl Waters.

2. My office address and telephone number are Vinson & Elkins, LLP, 1455 Pennsylvania Avenue NW #600, Washington, D.C. 20004, 202-639-6785.

3. I have been admitted to the following bar: State Bar of North Carolina (N.C. Bar. No. 32985).

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court in the last two years.

6. I have an application for membership pending with the District of Columbia Bar.

- 1 -

- 2 -

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of August, 2007.

_____
Robert E. Waters

- 2 -