UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>**ALBERTO GONZALES**, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2337 (RWR/DAR)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' AND INTERVENOR PLAINTIFFS' NOTICE OF FILING DOCUMENTS UNDER SEAL**

Plaintiffs James Roane, Jr., Richard Tipton, and Cory Johnson, and Intervenor Plaintiffs Bruce Webster, Anthony Battle, and Orlando Hall (collectively "Plaintiffs"), by and through the undersigned counsel, give notice pursuant to Local Civil Rule 5.4(e) that they are filing under seal their Motion to Compel Discovery and Request for Expedited Treatment, Memorandum in support thereof, proposed Orders, and supporting exhibits.

Plaintiffs' Motion, Memorandum and accompanying Exhibits reference issues covered under the Protective Order issued by this Court on February 27, 2007 and supplemented by Order of June 13, 2007, and in accordance with Local Civil Rule 5.1(j) Plaintiffs have moved for leave to file these documents under seal.

Respectfully submitted this 15th day of August, 2007,

                                          <u>/s/ Paul F. Enzinna</u>
                                          PAUL F. ENZINNA (D.C. Bar No. 421819)
                                          JEREMY I. LEVIN
                                          TIMOTHY LOPER
                                          RACHEL McKENZIE
                                          Baker Botts LLP

1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909


BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP

3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
Joshua C. Toll (D.C. Bar No. 463073)
ABIGAIL BORTNICK
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
MARK J.  HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000



ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

3

MARCIA A. WIDDER  
Louisiana Bar No. 23367  
636 Baronne Street  
New Orleans, LA  70113  
(504) 558-9867  

*Counsel for Plaintiff Orlando Hall*

4