# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**ALBERTO GONZALES**, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2337 (RWR/DAR) |

## [PROPOSED] ORDER

Upon review of the reasons set forth in Plaintiffs' and Intervenor Plaintiffs' Consent Motion for Leave to File Under Seal Their Motion to Compel Discovery and Request for Expedited Treatment of Motion filed in the above-captioned action, and pursuant to Local Rule 5.1(j) of the Rules of the United States District Court for the District of Columbia, this Court hereby **GRANTS** leave to Plaintiffs and Intervenor Plaintiffs to file their Motion to Compel and Request for Expedited Treatment, Memorandum in support thereof, exhibits, and proposed orders under seal.

ENTERED this _____ day of August, 2007.

_____
Richard W. Roberts
United States District Judge