UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.,* | ) <br> ) <br> ) **CONFIDENTIAL** <br> ) **FILED UNDER SEAL** <br> ) <br> ) Civil Action No. 05-2337 (RWR/DAR) <br> ) <br> ) **ORAL ARGUMENT REQUESTED** <br> ) <br> ) |
| Plaintiffs, | |
| v. | |
| **ALBERTO GONZALES**, *et al.,* | |
| Defendants. | |

**PLAINTIFFS' AND INTERVENOR PLAINTIFFS' MOTION TO COMPEL
DISCOVERY AND REQUEST FOR EXPEDITED CONSIDERATION
AND MEMORANDUM IN SUPPORT**

**CONFIDENTIAL – FILED UNDER SEAL**