# Vinson&Elkins

Graham Edward Eddy  geddy@velaw.com
Tel 202.639.6784  Fax 202.879.8984

August 8, 2007

Mr. Robert Erickson
Deputy Chief of Criminal Appellate Section
United States Attorney's Office
950 Pennsylvania Ave., N.W., Room 1264
Washington, DC 20530

      Re:   *Roane et al. v. Gonzales et al.*, D.D.C. No. 05-2337

Dear Robert:

    I am writing as a follow-up to the telephone conversation we had earlier today. We discussed our outstanding discovery disagreements regarding Defendants' instructions to witnesses not to answer questions about: (1) participation in state executions; (2) the nature of the incident leading to the arrest/disciplinary action taken against an executioner; and (3) information regarding the receipt of drugs and their movement around the institution. We also discussed Plaintiffs' request, and the Defendants' opposition, to taking the deposition of Thomas Webster. You confirmed that the Defendants' position has not changed on these issues and I informed you that Plaintiffs are planning to file a motion to compel regarding these and other issues on Monday, August 13, 2007. I also informed you that Plaintiffs plan to ask the Court to hear the motion on an expedited basis so that the issues can be decided before further depositions are held.

    We also discussed deposition scheduling. I informed you that Plaintiffs are ready to go forward with the depositions of T. Ray Henry, Kathleen Hawk-Sawyer, Newton Kendig, and Protected Persons #1, 2, 38, 109, 111, 112, and 150. I also confirmed that the deposition of Harley Lappin is currently scheduled for August 24, 2007, and informed you that Plaintiffs' plan to notice a 30(b)(6) deposition for the person most knowledgeable about the 2007 execution protocol, the person who prepares the execution logs, and the person most knowledgeable about decisions regarding changes to the execution teams.

    I also requested that the following people be identified (with protected person number where necessary):

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Beijing  Dallas  Dubai  Hong Kong  Houston
London  Moscow  New York  Shanghai  Tokyo  Washington

The Willard Office Building, 1455 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004-1008
Tel 202.639.6500  Fax 202.639.6604  www.ve

GOVERNMENT EXHIBIT 2

Vinson&Elkins

AUSA Peter Smith
August 8, 2007
Page 2

- The psychiatrist who is involved in screening the execution team (referenced in the Deposition of Protected Person #8).
- The person who shows Protected Person #4 around the execution facility the night before to check the set-up (referenced in the deposition of Protected Person #4).
- The person who observed Protected Person #4 performing an execution and recruited him (referenced in the Deposition of Protected Person #4).
- The BOP medical personnel who discussed IV access with PP#3 (referenced in the deposition of Protected Person #3).

As always, please do not hesitate to contact me if you have any questions or concerns. I can be reached at (202) 639-6784.

Sincerely,

Graham E. Eddy

cc:  Peter Smith
     Paul F. Enzinna
     Jeremy I. Levin
     Rachel M. McKenzie

DC 698226v.1