UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR/DAR) |
| ) | |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on Defendants' Motion for Schedule. Upon consideration of the Motion, it is hereby:

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the deadline for the filing of Defendants' response to the sealed filing at Document No. 101 is August 24, 2007 and that the deadline for Defendants' response to the sealed filing at Document No. 100 is August 27, 2007.

_____
HON. DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE