## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JAMES ROANE, JR**., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2337 (RWR/DAR) |
| | ) | |
| **ALBERTO GONZALES**, *et al.,* | ) | **ORAL ARGUMENT REQUESTED** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO SET SCHEDULE FOR THE BRIEFING AND HEARING FOR THE PENDING MOTIONS TO COMPEL

Plaintiffs James Roane, Jr., Richard Tipton, and Cory Johnson (collectively, "Initial Plaintiffs"), and Intervenor Plaintiffs Bruce Webster, Anthony Battle, and Orlando Hall (collectively, "Intervenors") (Initial Plaintiffs and Intervenors, collectively "Plaintiffs"), respond as follows to Defendants' Motion To Set Schedule For The Briefing Of The Pending Motions To Compel.[1]  In connection with Local Rule 7(m), Plaintiffs' counsel have spoken with counsel for the Defendants, and the parties were not able to agree on a schedule for the briefing and hearing.

Defendants have proposed that they file oppositions to the motions to compel on August 24 and 27, 2007.  This would, effectively, not expedite the handling of these motions at all, since Local Rule 7 requires Defendants to file an opposition by August 27, 2007.  Plaintiffs propose that the Defendants be required to respond to the Motions to Compel by August 23, 2007—only one day before the Defendants have proposed to respond to one of the motions, and four days before the Local Rules require a response in any event—and that the Court hold a hearing to

---

[1] Plaintiffs' pending motions to compel are Document Nos. 101 (sealed filing concerning deposition issues) and 100 (sealed filing concerning written discovery issues).

resolve the motions on August 24, 2007. The Plaintiffs would agree to forego replies to Defendants' responses.

The positions taken by the Defendants that have necessitated these motions to compel—which positions Plaintiffs view as untenable—have hamstrung the Plaintiffs' ability to obtain the discovery necessary to adjudicate their claims fairly.  The rapidly-approaching discovery cutoff[2] requires that the Defendants' positions be addressed by the Court as expeditiously as possible—otherwise, even if the Court determines, as Plaintiffs believe it will, that the Defendants' positions are without merit, Defendants will have succeeded in precluding Plaintiffs from obtaining necessary (and proper) discovery.

Even if the Court were to rule on the motions to compel on August 24, 2007, that would leave fewer than 50 days for the completion of all discovery, including expert discovery. Moreover, Plaintiffs understand that after August 24, 2007, the Court will be unavailable to hear the motions until after September 3, 2007.   A ruling at that point would leave fewer than 40 days for the completion of all discovery.  Plaintiffs submit that 50 days may well be insufficient time to accomplish the amount of discovery that is still necessary, as a result of Defendants' refusal to provide discovery in a timely fashion, and that 40 days clearly is insufficient.

For these reasons, Defendants request that the Court set the deadlines for Defendants' responses to Plaintiffs' motions in accordance with the attached proposed order.

August 17, 2007

---

[2]  By Order dated June 4, 2007, the Court imposed a cutoff of October 11, 2007, for all discovery in this case, including expert discovery.

Respectfully submitted,


/s/ Paul F. Enzinna
PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
TIMOTHY LOPER
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
MARK J. HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*