## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**ALBERTO GONZALES**, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2337 (RWR/DAR) |

### ORDER

For the reasons stated in Plaintiffs' and Intervenor Plaintiffs' (collectively, "Plaintiffs") Motions to Compel Discovery and Plaintiffs' Response to Defendants' Motion to Set Schedule for the Briefing and Hearing for the Pending Motions to Compel.

**IT IS ORDERED** that that the deadline for the filing of Defendants' response to the sealed filings at Document No. 100 and 101 is August 23, 2007. The Plaintiffs have agreed to forego a reply.

**IT IS FURTHER ORDERED** that a hearing to resolve Document No. 100 and 101 will be held on _____ a.m./ p.m. on August 24, 2007.

Deborah A. Robinson
United States Magistrate Judge