TAYLOR3.TXT


IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL TAYLOR,                    )
                                   )
            Plaintiff,             )
                                   )   Case No.
        vs.                        )   05-4173-CV-S-FJG
                                   )
LARRY CRAWFORD, et al.,            )
                                   )   JANUARY 30, 2006
            Defendant.             )   4:00 P.M.


TRANSCRIPT OF TESTIMONY OF DR. DERSHWITZ & DR. GRONER
BY TELEPHONE


        On Monday, January 30, 2006, the above-entitled

cause came on before the Honorable Fernando J. Gaitan, Jr.,

U.S. District Judge, sitting in Kansas City, Missouri.


APPEARANCES

For the Plaintiff:      MR. JOHN WILLIAM SIMON
                        2683 South Big Bend Blvd.
                        St. Louis, MO 63143-2100

For the Defendants:     MR. MICHAEL PRITCHETT
                        MR. STEPHEN HAWKE
                        MR. ANDREW HASSELL
                        Missouri Attorney General's Office
                        P.O. Box 899
                        Jefferson City, MO 65102


Donna M. Turner  RMR
U.S. Court Reporter, Room 7552
Charles Evans Whittaker Courthouse
400 East Ninth Street
Kansas City, MO 64106  (816) 512-5641


Page 1



GOVERNMENT EXHIBIT
1

TAYLOR3.TXT

I N D E X

MARK DERSHWITZ, M.D.
Direct Examination by Mr. Pritchett          6
Cross-examination by Mr. Simon               41
Redirect Examination by Mr. Pritchett        59
Recross-examination by Mr. Simon             63


JONATHAN GRONER, M.D.
Direct Examination by Mr. Simon              68
Cross-examination by Mr. Hawke               85
Redirect Examination by Mr. Simon            106

EXHIBIT  INDEX

| DEFENDANT'S | DESCRIPTION | RECEIVED |
|---|---|---|
| 1 | Dr. Dershwitz' affidavit in Johnston case | 26 |
| 2 | Dr. Dershwitz' CV | 9 |
| 3, 4 & 5 | Graphs re thiopental | 19 |

2

1              MONDAY, JANUARY 30, 2006

2              THE COURT:  Hello.

3              MR. SIMON:   Hello, Judge.

4              THE COURT:  Yes.

5              MR. PRITCHETT:  Hello, Judge.

6              THE COURT:  Who do we have?

7              MR. SIMON:  John Simon for the plaintiff, Your

8  Honor.

9              THE COURT:  Okay.

10             MR. PRITCHETT:  And this is Mike Pritchett, Steve

11  Hawke and Andrew Hassell for the defense all on one line.

12  We also have Dr. Mark Dershwitz on a second line.
                        Page 2

TAYLOR3.TXT

13          THE COURT:  Okay.

14          DR. GRONER:  Judge, this is Dr. Jonathan Groner

15    from Children's Hospital, Columbus, Ohio, for Mr. Simon.

16          THE COURT:  Okay.  Before we begin what did you

17    guys come to in terms of agreement or lack of agreement on

18    the swearing in?

19          MR. SIMON:  Your Honor, as long as it is clear,

20    as the court said, that by not making a second objection

21    I'm not waiving my first objection, which is to the

22    abbreviated, truncated nature of all of this and having to

23    do things by telephone that in a normal lawsuit would be

24    done in person, I do not intend to object to the fact that

25    the oath is given over the telephone.

1           THE COURT:  Okay.  Well, the record will reflect

2     that I acknowledge your request to preserve the record on

3     the form of the proceeding while not objecting to the

4     swearing-in portion of it.

5           MR. SIMON:  Your Honor, and I appreciate that.  I

6     appreciate that recognition, and it goes to the timing as

7     well, because we had this planned for February 21st.  Other

8     counsel was going to do this portion of the case.  Because

9     of the 8th Circuit Panel's order, they have, in the one

10    case, dismissed without prejudice and in the other case

11    they have withdrawn their application to intervene.

12          THE COURT:  Okay.  You can have a continuing

13    objection to that, Mr. Simon, so we don't have to resurrect

14    that every time we talk.

15          MR. SIMON:  Very good, Judge.

16          THE COURT:  Okay.  Who is proceeding first here?

TAYLOR3.TXT

17    Is it the State?

18          MR. PRITCHETT: Judge, my expectation was that it

19    would be the State, but I am certainly not going to insist

20    upon that.

21          MR. SIMON: Your Honor, if I may, Mr. Pritchett,

22    do you intend to call Dr. Dershwitz?

23          MR. PRITCHETT: I do.

24          MR. SIMON: Okay. Well, Your Honor, in that case

25    I would have no objection to the defendants proceeding

                                                              4

1     first.

2           MR. PRITCHETT: As a preliminary matter on

3     testimony to all --

4           THE COURT: Okay, please identify who you are,

5     would you?

6           MR. PRITCHETT: I'm sorry, Judge. This is Mike

7     Pritchett.

8           THE COURT: Okay.

9           MR. PRITCHETT: Preliminary, I have only very

10    recently sent a proposed stipulation on the evidence that

11    Corrections would supply for review by Mr. Simon, by John.

12    He's not had a chance, I think, to say yea or nay on it.

13    Some of Dr. Dershwitz' testimony will be dependent on that

14    foundation, that underpinning of what this Corrections

15    person could testify to.

16          MR. SIMON: Your Honor, if I may, I certainly

17    don't mean to interrupt, but I think the court would

18    probably like to hear this. I did receive it about five

19    minutes ago. I have reviewed it in a cursory manner and

20    found nothing objectionable. I have converted it PDF and

21    e-mailed it to cooperating counsel and I expect to receive

                          Page 4

TAYLOR3.TXT

22    an e-mail back during this telephonic hearing and I believe
23    I can make a more definitive statement then. But at this
24    time I see nothing controverted in the stipulation.
25          MR. PRITCHETT: And, Judge, for your benefit,

5

1    maybe I should e-mail the proposed stipulation to you now.
2    Or would you prefer until John -- this is Mike Pritchett,
3    until John gives you a yes or no on the stipulation?
4          THE COURT: It doesn't matter because I'm not
5    going to have time to look at it now anyway. If you want
6    to, that's fine, if you have somebody that can do it. I'm
7    going to try to listen to the testimony, if I can.
8          MR. PRITCHETT: Mike Pritchett again. One other
9    preliminary matter, and I apologize for not having brought
10   this up earlier. I think we all have any exhibits I'm
11   going to use. They all come from the affidavit of
12   Dr. Dershwitz that was supplied in the Johnston case. I
13   am fairly certain John Simon has them, although if they're
14   at hand, I don't know. There's an affidavit and about I
15   think four attachments that I will be offering into
16   evidence. That was also material supplied on the 8th
17   Circuit application process, so I think you may have it
18   too, Judge. It was -- I can tell you here in a second what
19   exhibit it was in the application to the 8th Circuit.
20   Exhibit E as in Edward.
21         THE COURT: Can we move forward and as we come to
22   those documents, Mr. Simon can indicate where he is on
23   that.
24         MR. PRITCHETT: That's acceptable to me. Mike
25   Pritchett, Judge.

TAYLOR3.TXT

1       So I will call, if it's time for this now,
2   Dr. Dershwitz to testify.
3       THE COURT:  Okay.  And, Doctor, pronounce your
4   name again for me.
5       THE WITNESS:  Dersh-witz.
6       THE COURT:  Dershwitz.  Dr. Dershwitz, if you'll
7   raise your right hand, I'll have my clerk swear you in at
8   this time.
9   MARK DERSHWITZ, M.D., called as a witness on behalf of the
10  State, being first duly sworn, testified telephonically:
11      THE COURT:  Okay.
12      MR. PRITCHETT:  This is Mike Pritchett examining
13  Dr. Dershwitz.
14  DIRECT EXAMINATION BY MR. PRITCHETT:
15  Q    Doctor, would you state your name for the record,
16  please.
17  A    Mark Dershwitz.
18  Q    Would you tell us what your occupation is.
19  A    I am a faculty member at the University of
20  Massachusetts in the departments of anesthesia and also in
21  biochemistry and molecular pharmacology.
22  Q    And can you tell us, please, your academic degrees.
23  A    I have a medical degree from Northwestern University
24  as well as a Ph.D in pharmacology from the same
25  institution.

☐

7

1   Q    And you're currently a professor?
2   A    Yes.
3   Q    At the University of Massachusetts?

TAYLOR3.TXT

4    A    Yes.

5    Q    Have you been a professor or instructor at any other

6    institution?

7    A    Yes.  I came to the University of Massachusetts in

8    2000.  From 1986 through 2000 I was on the faculty at

9    Harvard Medical School where I was an instructor and

10   assistant professor and then associate professor.

11   Q    Do you also currently practice medicine as an

12   anesthesiologist?

13   A    Yes, I do.

14   Q    Have you conducted research in your professional

15   capacity with regard to the use and effect of intravenous

16   anesthetic?

17   A    Yes, I have.

18   Q    And has your research and practice included the study

19   of pharmacodynamics?

20   A    Yes, it has.

21   Q    Could you tell us please what pharmacodynamics means?

22   A    Pharmacodynamics is basically the study of the effects

23   of medications on biological systems.

24   Q    Have you also conducted research and practice

25   involving the study of pharmacokinetics?

8

1    A    Yes, I have.

2    Q    And what is pharmacokinetics, if you could tell us,

3    please.

4    A    Pharmacokinetics would be the time course of -- a

5    study of the time course of the effects of these

6    medications on biological systems.

7    Q    Basically how long certain drugs would take effect and

TAYLOR3.TXT

8    what the effect would be?

9    A    Well, how long it would take the effect to come on,

10   persist, and dissipate.  Pharmacodynamics would be the

11   study of the effect itself.

12   Q    Okay.  Have you published articles and books, chapters

13   on drugs used to anesthetize people?

14   A    Yes, I have.

15   Q    Have you provided my office with a curriculum vitae

16   prepared as of May 8th, 2005?

17   A    Yes, I did.

18   Q    Was that included with your affidavit in the Timothy

19   Johnston vs. Larry Crawford case?

20   A    Yes, it was.

21   Q    Was it Exhibit A, if you remember, to that affidavit?

22   A    I believe it was.

23        MR. PRITCHETT:  Judge, at this point I'd like to

24   offer Dr. Dershwitz' CV into evidence.

25        MR. SIMON:  No objection.

9

1        THE COURT:  Okay.  We'll show it received.

2        What number would that be?

3        MR. PRITCHETT:  That will be, I have it

4    premarked, Judge, as Defendant's Exhibit 2.

5        THE COURT:  Okay.

6    Q    (By Mr. Pritchett)  Dr. Dershwitz, would you tell us

7    which drugs are commonly used as anesthetics and why one

8    might be chosen over another.

9    A    Well, amongst the intravenous drugs the -- there are

10   four most commonly-used agents in the United States today.

11   They are propofol, thiopental, etomidate and ketamine.  And

12   there are three commonly-used inhalational anesthetics.

Page 8

TAYLOR3.TXT

13    They are isoflurane, halothane and enflurane.

14    Q    Is thiopental, one of the drugs you mentioned for

15    intravenous use, also sometimes called sodium pentothal?

16    A    Yes.  Its actual trade name by the company is

17    pentothal sodium.

18    Q    And commonly known, by folks like me anyway, as sodium

19    pentothal?

20    A    Yes, or as just plain pentothal.

21    Q    Okay.  Would you describe your practice as an

22    anesthesiologist, and by that I mean what you would

23    do in an ordinary case where you're serving as an

24    anesthesiologist?

25    A    Well, in my current position most of the time when I

10

1    give anesthesia I am supervising residents, sometimes

2    supervising nurse anesthetists, and sometimes administering

3    the anesthesia by myself.  But most of the time supervising

4    residents.

5    Q    Turning back to the thiopental, what is its effect on

6    persons to whom it's administered?

7    A    The effect is dose-dependent.  At lower doses it

8    causes sedation which means sleepiness, and as the dose is

9    increased it also then produces what a pharamacologist

10    would call hypnosis, which means sleep.  And that's not the

11    same term, hypnosis, as for instance a nightclub performer

12    would use.  Pharamacologists use hypnosis to mean the

13    pharmacological production of sleep.

14    Q    Have you come in your work on the Johnston case and

15    this case to understand what drugs are used in Missouri's

16    execution process?

Page 9

TAYLOR3.TXT

17    A    Yes, I have.

18    Q    Could you just tell us for now what drugs are used.

19    A    Well, the drugs are given -- there's three drugs and

20    they are given in the following order:  Thiopental followed

21    by pancuronium followed by potassium chloride.

22    Q    And does your experience and practice involve

23    knowledge regarding all three of these drugs?

24    A    Yes, it does.

25    Q    Have you had the opportunity to review information

11

1    regarding the process, order of drugs, amount of drugs,

2    preparation of the drugs that are used in Missouri's

3    execution process?

4    A    Yes.

5    Q    And that I think will be a subject for possible

6    stipulation, or otherwise testimony, but could you give

7    us your understanding of how the drugs are administered in

8    Missouri to conduct a lethal injection?

9    A    Well, my understanding from an affidavit of Larry

10    Crawford who works for the Department of Corrections, my

11    understanding is that the medications are prepared for

12    administration by either a physician and/or a nurse.  The

13    three different medications are prepared in individual

14    labeled syringes, and in addition there are other syringes

15    prepared that are filled with saline and are labeled for

16    flushing the line in between the other medications.

17         And the surgeon places an IV catheter into the

18    femoral vein, which is the large vein located in the groin,

19    and upon the warden's direction the three medications are

20    administered.  First, the thiopental followed by a syringe

21    of flush saline.  And then the pancuronium is given

Page 10

TAYLOR3.TXT

22    followed by a syringe of saline flush.  Finally the
23    potassium chloride is given followed by a saline flush.
24    Q     Doctor, what's the importance of the saline flush
25    that's used?

12

1     A     The first and second drugs, thiopental and
2     pancuronium, are chemically incompatible with each other
3     outside of the body, and when thiopental and pancuronium
4     mix with each other, as could occur if they were injected
5     right after one another into an intravenous line, there is
6     a precipitate that forms that could actually plug up the IV
7     line or plug up the IV catheter.  So by flushing the line
8     with saline following the administration of thiopental,
9     then the pancuronium is given after the flush, there is no
10    ability for the two drugs, the first and second drug, to
11    actually come in contact with each other.
12           Once they are circulating in a person's body in
13    the bloodstream they do not have this reaction with each
14    other to cause precipitation.
15    Q     What's the significance of marking the syringes by the
16    drug that's contained or the flush?
17    A     It's very important to label syringes to make sure
18    that the right drug is given in the right order.
19    Q     And would you go a little further, Doctor.  It's to --
20    well, let me try to phrase this a little better.  Is it to
21    make sure that the drugs are given in the proper order and
22    we know what's in each syringe?
23    A     Yes.  Any person who draws up medication into a
24    syringe is expected to label the syringe immediately
25    afterward with the syringe's contents so that when it
                          Page 11

TAYLOR3.TXT

13

1     comes time to inject the syringe there is less chance for

2     any sort of error to occur.

3     Q     And it's your understanding that in the Missouri

4     lethal injection process the syringes are marked?

5     A     Yes, that is correct.

6     Q     Does the procedure, as you understand it from the

7     affidavit from Larry Crawford, adequately protect the

8     condemned prisoner from being given the drugs in an

9     incorrect order?

10    A     I think there are reasonable checks and balances.

11    Not only is the person making the injection using labeled

12    syringes and following a protocol, but also the physician

13    on site is supervising this person and watching them to

14    make sure that they do things in the right order.  And I

15    think when you have two people looking over each other's

16    shoulders to do the right thing, one decreases the

17    likelihood of the possibility of error.

18    Q     And let's kind of walk through now the drugs used

19    and the amounts.  The first drug used you told us is

20    thiopental.

21    A     Yes.

22    Q     What's the dose?

23    A     The dose is five grams or five thousand milligrams.

24    Q     And how is that prepared for injection?

25    A     The medication comes as a powder because it is not

14

1     stable long-term in solution.  So the medication is

2     prepared by mixing the powder that comes in a container

3     with the supplied diluent.  And typically, although there's

TAYLOR3.TXT

4    a number of different ways to buy thiopental, typically

5    there is a 500 milligram container and that is mixed with

6    diluent, and in this case there is a total of five grams

7    dissolved in 60 milliliters of solution and that's placed

8    in a 60 milliliter syringe.

9    Q    Are milliliters and cc's basically equivalent?

10   A    Yes.  For all intents and purposes one milliliter

11   equals one cubic centimeter.

12   Q    Okay.  So we've got the thiopental.  What follows the

13   thiopental in the injection process as you understand it?

14   A    Then there is pancuronium bromide.

15   Q    Is there a flush in between?

16   A    Yes, a saline flush.

17   Q    Okay.  The saline flush and then the pancuronium

18   bromide.  Can you tell us how that's prepared and

19   administered?

20   A    The typical concentration of pancuronium is a

21   premixed solution of one milligram per milliliter, so in

22   this case a total of 60 milliliters would be drawn up into

23   a 60 milliliter syringe.  Therefore, the syringe would then

24   contain 60 milligrams of pancuronium.

25   Q    And then is there flush after the pancuronium --

0

15

1    A    Yes.

2    Q    -- as you understand it.  And then what follows that

3    flush?

4    A    Then the potassium chloride is given.  Potassium

5    chloride is usually supplied as a solution that contains

6    two milliequivalents per milliliter, and so the amount used

7    in Missouri is 240 milliequivalents, so two 60-milliliter

Page 13

TAYLOR3.TXT

8   syringes would then be filled with the potassium chloride

9   solution and those would be given.

10   Q    And then is there more flush after the potassium

11   chloride?

12   A    Yes.  After the last -- the second of the two

13   potassium chloride syringes is injected, then there is a

14   final flush solution that is injected into the line.

15   Q    What is your understanding, Doctor, about who mixes

16   the thiopental?

17   A    My understanding is it's either mixed up by the

18   physician or the nurse who are on site at the prison.

19   Q    And I think you have already told us the drugs are

20   administered through an IV in the femoral vein?

21   A    Yes.

22   Q    Who places that IV, to your understanding?

23   A    My understanding is that the femoral vein line is

24   placed by a surgeon who is present on site.

25   Q    What's your understanding, from the material you have

16

1   reviewed, about the length of time between the beginning of

2   the administration of the thiopental and the end of the

3   administration of the potassium chloride?

4   A    Well, the solution is typically injected at

5   approximately one to two milliliters per second.  And if

6   that's the case, then the time from starting the -- the

7   beginning of the injection of the thiopental to the last

8   flush syringe would be somewhere between 3.5 and 7 minutes.

9   In that approximate range.

10   Q    Have you prepared an affidavit in the Johnston case

11   outlining your conclusions regarding this procedure?

12   A    Yes, I did.

Page 14

TAYLOR3.TXT

13    Q    And is it your understanding that this is the planned

14    procedure to be used in the execution of Michael Anthony

15    Taylor?

16    A    Yes, it is.

17    Q    Were you able to, or did you prepare certain graphs

18    regarding the probability of -- actually the level of

19    thiopental in the bloodstream over time and the probability

20    of consciousness of a person with particular levels of

21    thiopental?

22    A    Yes, I did.

23    Q    Are those attached to your affidavit?

24    A    Yes, they were.

25    Q    Were those graphs attached as Exhibit B, C, and D?

                                                                    17

1    A    Yes, they were.

2    Q    Viewing Exhibits B, C and D to your affidavit, which

3    are marked today for purposes of submission in this

4    proceeding as Defendant's Exhibits 3, 4, and 5, do they

5    reflect your knowledge as to levels of thiopental in the

6    bloodstream over time and the probability of consciousness?

7    A    Yes, as best as I can predict.

8    Q    Okay.

9         MR. PRITCHETT:  I will offer Defendant's Exhibits

10    3, 4 and 5 into evidence.

11        MR. SIMON:  Your Honor, may I voir dire the

12    witness on that?

13        THE COURT:  Okay.

14        MR. SIMON:  Dr. Dershwitz, do you have personal

15    knowledge of the fact of how the lethal injection is

16    administered in Missouri?

TAYLOR3.TXT

17          THE WITNESS:  I have the information that was

18   contained in Mr. Crawford's affidavit which is reasonably

19   detailed.

20          MR. SIMON:  I'm asking whether you have personal

21   knowledge of the contents of the affidavit.

22          THE WITNESS:  I don't understand the question.

23          MR. SIMON:  I understand -- I believe we have all

24   read the affidavit and I accept that you have read the

25   affidavit.  Do you have personal knowledge of the contents

18

1    of the affidavit?

2           THE WITNESS:  I have read it.  I don't understand

3    what you mean by personal knowledge of the contents.

4           MR. SIMON:  Have you witnessed an execution in

5    Missouri?

6           THE WITNESS:  No, I have not.

7           MR. SIMON:  Have you been to Potosi Correctional

8    Center?

9           THE WITNESS:  No, I have not.

10          MR. SIMON:  Have you been to the Eastern

11   Reception, Diagnostic and Correctional Center?

12          THE WITNESS:  No, I have not.

13          MR. SIMON:  Have you interviewed the physician

14   who participates in executions in Missouri?

15          THE WITNESS:  No, I have not, although I did --

16          MR. SIMON:  Have you interviewed --

17          THE WITNESS:  Would you let me finish?  I have

18   not interviewed the physician personally, although I did

19   direct some questions to him that were answered, or whose

20   answers were given to me indirectly via a third-party

21   intermediary.

Page 16

TAYLOR3.TXT

22          MR. SIMON:  Have you interviewed the licensed

23   practical nurse who participates in executions in Missouri?

24          THE WITNESS:  No, I did not.

25          MR. SIMON:  Thank you.

                                                        19


1          Your Honor, I'm going to object to those exhibits

2    insofar as they relate to the Missouri procedure for lack

3    of foundation.

4          THE COURT:  Overruled.

5    Q    (By Mr. Pritchett)  Dr. Dershwitz, could you refer to

6    what's currently marked Defendant's Exhibit 3, but which is

7    also Exhibit B to your affidavit.  Do you have that in

8    front of you?

9    A    Yes, I do.

10   Q    Could you describe for us, please, the meaning of this

11   graph.

12   A    Well, on the X-axis we have time --

13   Q    For those of us that are mathematically challenged,

14   that's the horizontal axis?

15   A    Correct.  So on the X-axis or horizontal axis we have

16   time.  The only difference between my Exhibit B and C is

17   one uses a 20-minute scale, the other one uses a 200-minute

18   scale, just to make them easier to read at the shorter

19   end.  And in both cases the Y or vertical axis is the

20   predicted thiopental concentration in the blood as a

21   function of time following the administration of five grams

22   of thiopental.

23   Q    And after 20 minutes, as shown by Defendant's

24   Exhibit 3, what's the level of the thiopental?

25   A    It's about 56.8 micrograms per milliliter.

TAYLOR3.TXT

20

1    Q    And then turning to, and we have already done this a

2    little bit, what's currently marked Defendant's Exhibit 4

3    but which is also Exhibit C, this is the one -- to your

4    affidavit, this is the one that has the 200-minute time

5    interval?

6    A    Yes.

7    Q    What's the amount of expected thiopental in the

8    bloodstream after 200 minutes?

9    A    It's about 13.5.

10   Q    And then let's turn to what's currently marked

11   Defendant's Exhibit 5.  It was Exhibit D to your

12   affidavit.  Can you tell us the meaning and I guess even

13   describe the graph for us, please.

14   A    In this graph we have on the X-axis, or horizontal

15   axis, the concentration of thiopental.  And on the

16   Y-axis we have the probability of consciousness or

17   unconsciousness.  And this basically is a

18   sigmoidally-shaped curve, meaning it's kind of like

19   S-shaped.  And the curve has an inflection point which

20   means where the curve kind of switches direction, and that

21   is the point at which 50 percent would be conscious and

22   50 percent would be unconscious.  And that is an

23   approximate thiopental concentration of 7 micrograms per

24   milliliter.

25   Q    Thank you for describing the exhibits, Doctor.

21

1         We have already talked about a five-gram dose of

2    thiopental as the first drug used in the Missouri execution

3    process.  What's the typical dose of thiopental given to a

TAYLOR3.TXT

4    person in a surgical setting?

5    A    The usual dose of thiopental to start a general

6    anesthetic is in the range of 300 to 400 milligrams for an

7    average adult.

8    Q    And just for comparison, I know you told us how many

9    milligrams -- five grams, that's 5,000 milligrams, isn't

10   it?

11   A    Yes.

12   Q    So more than ten times what's used in the surgical

13   setting?

14   A    Yes.

15   Q    How long will a surgical dose of the three to 400

16   milligrams of thiopental render an average person

17   unconscious?

18   A    For between five and ten minutes.

19   Q    What is the effect of five grams of thiopental on a

20   human being?

21   A    The duration of unconsciousness will be much, much

22   longer.  An average person will remain unconscious for

23   more than 13 hours, assuming, and this is a very, very

24   significant assumption, that their circulation and

25   ventilation would be supported, because a five-gram dose of

22

1    thiopental will cause everybody to stop breathing and will

2    cause everybody's blood pressure to drop a tremendous

3    degree.  But if we -- and in both cases, each of those

4    effects is incompatible with life.

5         But assuming a person's circulation was supported

6    with other medications and their ventilation were supported

7    let's say by a ventilator, the average person, given five

Page 19

TAYLOR3.TXT

8  grams of thiopental, would remain asleep for more than 13

9  hours.

10  Q    How quickly will a five-gram dose of thiopental render

11  the person receiving it unconscious?

12  A    Typically the duration of time it takes to reach from

13  the site of the IV to the brain is less than a minute. And

14  so if the drug is going in at a rate of one to two

15  milliliters per second, even accounting for the length of

16  the tubing between the person making the injection and the

17  intravenous catheter, the typical length of time to lose

18  consciousness will be somewhere between 30 seconds and one

19  and a half minutes.

20  Q    And when we're talking about consciousness or

21  unconsciousness, Doctor, what do you mean by that?

22  A    The term consciousness as defined in anesthesia or

23  pharmacology research is a person is conscious if they are

24  able to understand and follow a simple command. So in a

25  typical experiment where one is giving medication and

23

1  trying to determine if a person is conscious, the person

2  would be asked to perform a simple task like raise your

3  right arm or raise your left leg. If they can perform the

4  task correctly they are deemed as conscious. If they

5  cannot perform the task they are deemed as unconscious.

6  Q    You stated a number of opinions so far, Doctor and I

7  just want to deal with this now and then try to deal with

8  it as we go along as well. Are your opinions, both those

9  stated up until now and any opinions, professional opinions

10  you render as we go, will they be within a reasonable

11  degree of medical certainty?

12  A    Yes.

Page 20

TAYLOR3.TXT

13   Q    Turning back to the definition of unconsciousness, the

14   lay person, I guess, definition of unconsciousness is more

15   than inability to respond to commands.  It's in a way being

16   asleep, unaware of what's going on, even things that might

17   be painful.  How does the scientific or clinical definition

18   of unconsciousness compare to what I have tried to describe

19   as the layman's version of unconsciousness?

20   A    Well, one of the key things that a researcher will be

21   interested in is whether the brain is able to perform what

22   we call conscious processing, and that is being able to

23   acquire information from the environment, process it, store

24   it, act upon it, et cetera.  And that's easy to measure.

25   Other parameters that you described are less easy to

                                                              24

1    measure.

2           However, when one considers the very, very large

3    dose and the long duration of the effects that occurs when

4    one is given five grams of thiopental, the effect is

5    complete, total inability to interact with the environment

6    or perceive one's environment for a very long time.

7           But if, as I said, the person had their

8    circulation and ventilation supported, I would predict that

9    after five grams of thiopental the average person would

10   then wake up to the point of being able to follow a simple

11   command a little over 13 hours after the drug was given.

12   That means it's a very long duration of effect.

13   Q    I'll try to sum up a little, Doctor.  What's your

14   opinion, to a reasonable degree of medical certainty, as

15   to the likelihood that a person who has been injected with

16   five grams of thiopental would be rendered unconscious by

                          Page 21

Case 1:05-cv-02337-RWR-DAR    Document 105-2    Filed 08/17/2007    Page 22 of 55

TAYLOR3.TXT

17   the time the five grams have been administered?

18   A    It's a very, very tiny number.  The probability is

19   somewhere in the vicinity, just rounding off, somewhere in

20   the vicinity of one in a hundred million.

21   Q    What is your opinion, to a reasonable degree of

22   medical certainty, as to the probability that a person

23   injected with five grams of thiopental would be conscious

24   and able to experience pain after five minutes?

25   A    I think I just answered that.  Somewhere in the

                                                                25

1    vicinity of one in a hundred million, approximately.

2    Q    What about your opinion with regard to, and again

3    within a reasonable degree of medical certainty, that a

4    person injected with five grams of thiopental would be

5    conscious and able to experience pain after ten minutes?

6    A    It's approximately one in over 60 million.  And after

7    ten minutes again we are working on the assumption that the

8    circulation is supported and the person is ventilated,

9    because ten minutes is enough time for the brain to die

10   without adequate circulation and ventilation.

11   Q    So I think what you're telling us is that dose is

12   likely to cause death, or could cause death within the

13   ten minutes anyway on its own?

14   A    That is correct.

15   Q    Just to continue following up, and for everyone's

16   information I'm kind of following the affidavit that you

17   provided.  What's your opinion, to a reasonable degree of

18   medical certainty, as to the probability that a person

19   injected with five grams of thiopental would be conscious

20   and able to experience pain after 30 minutes?

21   A    Approximately one in a little over four million.

                              Page 22

TAYLOR3.TXT

22  Q   And then the same question with regard to a person

23  injected with five grams of thiopental after -- the ability

24  to be conscious and experience pain after 60 minutes?

25  A   It's one in a couple hundred thousand, approximately.

26

1   Q   And are these opinions stated in the affidavit that

2   you provided in the Johnston case?

3   A   Yes.

4           MR. PRITCHETT:  I have that marked here as

5   Defendant's Exhibit 1 and I offer that into evidence now.

6           MR. SIMON:  Your Honor, object to that as

7   hearsay.  We have the witness here.  If counsel wants

8   to ask questions, he can.  I don't see the point of

9   introducing an affidavit of the same witness.

10          MR. PRITCHETT:  My point, Judge, would be for

11  basically having it all laid out in a more direct manner,

12  it's easier to evaluate -- or not evaluate, easier to

13  absorb than what my painstaking questions may have been.

14          THE COURT:  Well, I think -- did you have

15  something further you want to say, Mr. Simon?

16          MR. SIMON:  I'm afraid so, Your Honor.  I think

17  that -- I'm not going to sound like a broken record about

18  the truncated nature of the hearing, but we are actually

19  having a hearing where we don't see each other but we are

20  interacting, and I don't -- I really don't -- I'm willing

21  to be persuaded, but I don't see the point of admitting an

22  affidavit when we have the witness on the stand.

23          THE COURT:  To the extent that he's testified in

24  consistency with his affidavit, it will be received.

25          Next?

Page 23

TAYLOR3.TXT

1          MR. PRITCHETT:  Thank you, Judge.

2     Q    (By Mr. Pritchett)  Doctor, I'd like to turn to the

3     second drug now, the pancuronium bromide.  What is the

4     general effect of that drug on a person?

5     A    Pancuronium bromide is in the class of nondepolarizing

6     muscle relaxants.  That means it causes paralysis of

7     skeletal muscle and it would basically prevent a person

8     from having any voluntary movement of any muscle that's

9     under their volitional control.

10    Q    And we have already discussed your understanding of

11    the dose given in Missouri's lethal injection process which

12    was 60 milligrams?

13    A    Yes, that's correct.

14    Q    What would be the effect of that dose in particular on

15    a human being in terms of time and its effect on a person?

16    A    After 60 milligrams of pancuronium are administered

17    there would be the gradual onset of complete paralysis.

18    The paralysis would come on gradually but would be

19    essentially complete after a few minutes.  And the person

20    would remain paralyzed, assuming again their ventilation

21    were supported and they didn't die from this drug, they

22    would remain paralyzed for several hours afterward.

23    Q    There has been concern in this case that the

24    pancuronium bromide may mask discomfort, pain, of the

25    inmate to be executed, that basically the thiopental would

1     wear off before the pancuronium bromide -- or actually

2     after the pancuronium took effect but before the third

3     drug came in.

Page 24

TAYLOR3.TXT

4          What's your opinion, Doctor, to a reasonable

5    degree of medical certainty as to the probability that an

6    inmate being executed by Missouri's lethal injection

7    procedure would actually be conscious to experience the

8    paralyzing effect of the pancuronium bromide?

9    A    I think the probability is very tiny.  As I mentioned

10   before, the administration of all of the syringe contents

11   should take approximately three and a half to seven

12   minutes.  And even if you assumed an outside length of the

13   duration of the injections as ten minutes, after five grams

14   of thiopental the probability that an average person would

15   be awake ten minutes later is less than one in 60 million.

16   Q    Let's turn to the third drug that's been described

17   to you as used in Missouri's procedure.  That's potassium

18   chloride, am I correct?

19   A    Yes.

20   Q    What's the general effect of potassium chloride on a

21   person?

22   A    Potassium chloride is a salt and potassium is the

23   predominant intracellular ion throughout the body.  So

24   potassium chloride will have profound effects throughout

25   the body.

29

1          The primary effect that is of interest in a

2    judicial execution is the fact that a large dose of

3    potassium chloride will immediately stop the electrical

4    activity of the heart.  The heart will stop beating.  It

5    will become completely immobile and silent and the

6    electrical activity of the heart as measured by an

7    electrocardiogram will cease.

Page 25

TAYLOR3.TXT

8  Q   The dose you have described as you understand of

9  potassium chloride was 240 milliequivalents?

10  A   That is correct.

11  Q   How quickly would that dose of potassium chloride

12  cause an average person's heart to stop?

13  A   In less than a minute.

14  Q   Is the administration of potassium chloride painful to

15  a human being?

16  A   Yes.  If the person were conscious it would be

17  extremely painful.

18  Q   What if the person before receiving the potassium

19  chloride is given a five-gram dose of the thiopental within

20  minutes before the administration of potassium chloride.

21  A   After five grams of thiopental, the person is in a

22  deep state of surgical anesthesia and nothing that is done

23  to them in any way, shape or form is perceptible to them.

24  Q   What is your opinion, to a reasonable degree of

25  medical certainty, as to the probability that an inmate

30

1  being executed by means of Missouri's lethal injection

2  procedure would actually be conscious to experience the

3  effects of the potassium chloride?

4  A   It would be a very, very low probability.  And as I

5  said before, if we assume that it could take as long as ten

6  minutes to get all of the drugs in, at that point the

7  likelihood of someone being awake is less than one in

8  60 million.

9  Q   Now, a more general question about the process.  Do

10  you have an opinion within a reasonable degree of medical

11  certainty as to whether or not the lethal injection

12  procedure used in Missouri would cause pain or suffering to

TAYLOR3.TXT

13    the inmate being executed?

14    A    I think that if the protocol is followed as written

15    there is essentially no chance that the inmate could

16    perceive any pain or suffering.

17    Q    I'm going to turn now to the mixing of the

18    thiopental.  We have talked about that a little already,

19    and how it is packaged and prepared.  In your view, your

20    understanding, is the preparation of the thiopental a

21    difficult process?

22    A    No.  It just involves mixing the powder that comes in

23    either a vial or syringe from the manufacturer with some

24    supplied liquid that also comes in a kit.  Shaking the

25    solution so the thiopental dissolves and then drawing all

                                                                31


1    of it up into a 60-milliliter syringe.

2    Q    In your experience, is this a relatively simple

3    process to learn and execute?

4    A    Yes.  And back in the days when thiopental was

5    commonly used by anesthesiologists, it is no longer

6    commonly used, but when it was, it was typically mixed and

7    prepared for the anesthesiology physicians by anesthesia

8    techs who were basically just trained on the job to mix

9    this stuff up and put it in syringes.  But in the

10    institutions in which I have worked, there's no prior

11    educational requirement to be an anesthesia tech.  You just

12    get on-the-job training.

13    Q    Do you have an understanding, and I think we touched

14    on this, as to who prepares the thiopental in the Missouri

15    process of getting the lethal injection drugs together?

16    A    I believe it is either the doctor or nurse who is on

Page 27

TAYLOR3.TXT

17    site.

18    Q    And do you have an understanding as to any board

19    certifications of the physician involved?

20    A    My understanding is he's a board-certified surgeon.

21    Q    Would, in your view, a board-certified surgeon have

22    the expertise to mix the thiopental correctly?

23    A    Yes.

24    Q    What's your understanding as to the nurse's training

25    that's involved in the Missouri process?

                                                              32


1     A    I believe she's a licensed practical nurse.

2     Q    Would a licensed practical nurse, at least after some

3     instruction, be able to, in your view, appropriately mix

4     the thiopental?

5     A    Yes.

6     Q    Turn now to some discussion of the femoral vein IV by

7     which the drugs are administered.  Can you describe for us

8     how femoral vein access, an IV there, is accomplished?

9     A    Well, the typical procedure that a person would follow

10    to insert a femoral venous IV would be to first scrub the

11    area involved in the groin with an antiseptic solution.

12    And the major landmark for finding the femoral vein is to

13    palpate the femoral artery which in most people is the

14    strongest pulse in the body.  And right next to the femoral

15    artery pulse invariably is located the femoral vein.

16         So a small needle would be used to inject some

17    local anesthesia into the skin to numb up the skin.  Then a

18    slightly larger needle is inserted into the femoral vein

19    and once venous blood is obtained, a wire is threaded

20    through the needle into the vein and the needle is

21    withdrawn.  And then the actual IV catheter itself is

                          Page 28

TAYLOR3.TXT

22    threaded over the wire and into the vein and it is

23    typically secured with two sutures.

24            The typical IV kit contains a catheter that

25    has a couple of little wings on it through which sutures

33

1    can be placed.  So it's sutured in place and covered with a

2    dressing and the intravenous tubing is connected to it.

3    Q    What's your understanding as to who places the IV in

4    the femoral vein in Missouri's lethal injection process?

5    A    My understanding is the physician on site, who is a

6    surgeon, places this IV.

7    Q    In your opinion, to a reasonable degree of medical

8    certainty, would a board-certified surgeon have the

9    expertise to place an IV in the femoral vein?

10    A    Yes.

11    Q    Are you aware of any other jurisdictions that use

12    femoral vein access for administration of drugs in a lethal

13    injection?

14    A    My understanding is that the procedure used for

15    federal executions uses a femoral venous IV.

16    Q    In your opinion, again to a reasonable degree of

17    medical certainty, does placement of an IV in the femoral

18    vein as you described it cause any significant pain?

19    A    The initial injection of a local anesthetic burns a

20    little bit.  Almost everybody has had local anesthesia for

21    one reason or another in their lives and it burns a little

22    bit before the skin becomes numb.  After the skin is numb

23    the rest of the procedure is pretty painless because there

24    are no nerve endings located between the skin and the

25    femoral vein.

Page 29

TAYLOR3.TXT

34

1   Q    Are femoral vein IVs performed commonly for other
2   purposes?
3   A    Well, in addition to gaining intravenous access, a
4   femoral IV is commonly used in patients who are difficult
5   to achieve IV access in.  For instance, in trauma patients,
6   that's one of the preferred IV sites by emergency medicine
7   practitioners.
8        But in addition, the femoral vein is a common
9   site for other specialists like cardiologists and
10  interventional radiologists to gain access to the heart or
11  the central circulation.  So for instance virtually
12  everybody who is undergoing a cardiac catheterization, a
13  procedure that's done many thousands of times a day in
14  America, they typically have a femoral venous catheter
15  inserted so that the cardiologist can gain easy access to
16  the right side of the heart.
17  Q    Are there other means of IV access, other than through
18  the femoral vein?
19  A    One can place an IV in virtually every vein in the
20  body.  Some are easier to access than others and some more
21  reliably stay put than others, but one can put an IV
22  catheter just about anywhere.
23  Q    Do you have an opinion, to a reasonable degree of
24  medical certainty, as to the relative efficacy of the
25  various means of IV access?

35

1   A    Well, the femoral vein is the largest superficial vein
2   in the body.  It's the easiest to actually gain access to.
3   And once a catheter is in the femoral vein, it's very
                        Page 30

TAYLOR3.TXT

4     unlikely to migrate elsewhere or to not stay put.

5     Q     Is femoral vein access for administration of drugs a

6     very -- a reliable method of administering --

7     A     It's very reliable because as I said the IV catheter

8     is very unlikely to migrate out of the vein or to stop

9     functioning for any reason.

10    Q     Is there something -- what can you say about

11    reliability of femoral vein access versus say access

12    through a peripheral vein, say through the arm?

13    A     It's somewhat dependent from person to person.  But if

14    a person has potentially tenuous or unreliable veins in the

15    arm, an IV catheter placed into the femoral vein would be

16    much more reliable.  Even in a person who has very good

17    veins in their arm, a femoral venous catheter is going to

18    be more reliable because the vein is larger.  It has a

19    thicker wall, and so, therefore, as I said, it is much less

20    likely for the catheter to migrate elsewhere.

21    Q     There's been a suggestion, allegation in this case

22    that an execution can also be carried out by means of a

23    large dose of pentobarbital instead of the means we have

24    just been discussing.  Can you tell us what pentobarbital

25    is?

                                                                36

1     A     Pentobarbital is another barbiturate.

2     Pharmacologically it's very similar to thiopental.  There's

3     a couple of differences.  Pentobarbital is active orally

4     and years ago it was used as a sleeping pill.  When

5     equivalent doses of pentobarbital and thiopental are given,

6     at low doses pentobarbital behaves as a longer-lasting

7     drug.  As the doses get much higher, the difference between

                              Page 31

TAYLOR3.TXT

8    them becomes blurred.  And at a dose of five grams, the

9    difference between the two drugs would be negligible.

10   Q    Is that an opinion you hold to a reasonable degree of

11   medical certainty?

12   A    Yes, it is.

13   Q    So is it your opinion within a reasonable degree of

14   medical certainty that the effects of -- excuse me.  Is

15   there a relative difference in the amount of information

16   available to scientists, doctors, as to the impact of

17   pento -- the effect of pentobarbital as opposed to

18   thiopental?

19   A    Well, the detailed kinetic and dynamic predictions

20   that I made for thiopental rely on state-of-the-art studies

21   that were performed on human volunteers.  Similar

22   state-of-the-art studies have not been performed on --

23   using pentobarbital, so we actually do not have nearly as

24   detailed kinetic information on how the drug behaves.  So

25   as I said, I could not draw as detailed a picture of the

37

1    drug's behavior as I could for thiopental.

2            That said, qualitatively at lower doses of a few

3    hundred milligrams, pentobarbital will be substantially

4    longer-lasting than thiopental.  Once the dose gets much

5    above a gram, the differences become less.  And at five

6    grams, as I said, the difference between the two drugs

7    as far as its behaviors is going to be negligible.

8    Q    I'd like to turn now to a certain article that was

9    published in a professional journal called Lancet regarding

10   levels of anesthesia, a study done of persons who had

11   actually been executed.  Are you aware of that article,

12   Doctor?

Page 32

TAYLOR3.TXT

13    A    Yes, I did read it.

14    Q    Could you summarize for us the conclusions reached

15    in the article?

16    A    Well, the authors obtained data on autopsies of humans

17    who had been executed by lethal injection and they then

18    basically used those autopsy concentrations of thiopental

19    in a similar way that I used my predictions of the blood

20    concentration of thiopental in order to predict the

21    likelihood that these inmates were conscious or unconscious

22    at the time of their deaths.

23         And the problem with their methodology is that

24    the concentration of thiopental obtained at autopsy might

25    not reflect the concentration in the blood or the brain at

                                                                      38

1    the time of death.

2    Q    Are you aware of any information that's come to light

3    since the Lancet article that sheds some light on that

4    topic?

5    A    Well, as you can imagine, there was a lot of

6    discussion following this article.  And this article, which

7    was published in April of last year, led to a number of

8    studies by forensic pathologists to try to either confirm

9    or refute the conclusions in this paper.

10         And one set of data with which I am familiar, in

11    May of 2005, the state of Connecticut performed a judicial

12    execution.  The state's medical examiner obtained a sample

13    of blood from the inmate a few minutes after death was

14    pronounced.  That blood was obtained from the femoral

15    vein.  And he later performed an autopsy on the same inmate

16    approximately seven hours after death.  At the time of

                              Page 33

TAYLOR3.TXT
17   autopsy he obtained an analogous blood sample, and the

18   two blood samples were sent out to the laboratory for a

19   measurement of thiopental concentration.

20          And the autopsy sample showed a concentration of

21   thiopental of only nine micrograms per milliliter, which

22   would be very worrisome in terms of the probability of

23   awareness.  As you recall, it said that at a concentration

24   of seven micrograms per milliliter about 50 percent of the

25   people are awake and 50 percent of the people are asleep.

                                                              39


1          But in contrast to the autopsy specimen, the

2    blood sample that was obtained just minutes following the

3    pronouncement of death had a thiopental concentration of

4    29 micrograms per milliliter, which is, as you can see from

5    the graphs that I prepared, that is associated with a

6    probability of consciousness of just a tiny fraction of one

7    percent.

8          I am aware of the fact that other states have

9    drawn analogous blood samples to try to provide more data

10   on this important question, and I have not yet seen the

11   results of these, but I suspect that as time goes on there

12   will become a larger and larger body of data to support

13   the contention that if one wants to get a thiopental

14   concentration that is reflective of the probability of

15   consciousness at the time of death, the blood sample needs

16   to be drawn as close to the time of death as possible.

17   Q    In your view, Doctor, does the information obtained in

18   the Connecticut case refute the conclusions of the Lancet

19   article?

20   A    Yes, it does.

21   Q    And another difference I'd like to ask about.  Do you
                         Page 34

TAYLOR3.TXT

22    recall what level of thiopental had been used in the cases

23    studied in the Lancet article?

24    A    Well, there were different doses used in different

25    states, and my understanding is the lowest dose that was

40

1    reported there, I believe North Carolina used 1.50 grams or

2    1500 milligrams, and the highest dose that was -- I believe

3    it was five grams used in California, and the other states

4    used different doses that were some place between.

5           In my experience in discussing this question with

6    other states, the most common doses of thiopental --

7           MR. SIMON:  Objection; hearsay.

8           MR. PRITCHETT:  I think, Judge, the Doctor is

9    testifying as to information he received to reach the

10   conclusions that he's reached.  I think it's fair

11   background.

12          THE COURT:  Well, I think we're taking this line

13   of testimony to the extreme.  Unless there is a reason to

14   go on, I think the point has been made.

15          MR. PRITCHETT:  Very well, Judge.

16   Q    (By Mr. Pritchett)  Dr. Dershwitz, again the opinions

17   you have stated today in regard to your professional views,

18   have those been stated to a reasonable degree of medical

19   certainty?

20   A    Yes, they have.

21          MR. PRITCHETT:  That's all I have for the

22   witness, Judge.

23          Thank you, Doctor.

24          THE WITNESS:  You're welcome.

25          THE COURT:  Mr. Simon?

Page 35

TAYLOR3.TXT

1          MR. SIMON:  Thank you, Your Honor.

2     CROSS-EXAMINATION BY MR. SIMON:

3     Q    Good afternoon Dr. Dershwitz.

4     A    Good afternoon.

5     Q    Sir, do you know who starts the IV?

6     A    In Missouri?

7     Q    Yes, sir.

8     A    The IV is started by the surgeon who is on site, who

9     places the femoral venous catheter.

10    Q    I understand your testimony is that the -- that you

11    believe, based on an affidavit, that the physician does the

12    central line.  Does the physician also start the IV?

13    A    It's the same thing.

14    Q    Okay.  So placing the central line is the same thing

15    as starting the intravenous administration of the

16    chemicals?

17    A    Well, first of all, I don't think that it is accurate

18    to call the intravenous catheter used in Missouri as a

19    central line because although it is inserted in the femoral

20    vein, its length is not long enough to reach the vicinity

21    of the right atrium which is what we would call a central

22    line.  So I prefer to use the term a femoral venous

23    catheter.  And in this case a femoral intravenous catheter

24    is one type of an IV.

25    Q    Does the -- are you familiar with the training of

1     Missouri licensed practical nurses?

2     A    Not specifically in Missouri.  I have a general idea

3     about how LPNs are trained in general.

Page 36

TAYLOR3.TXT

4    Q    Thank you.  Who pushes the syringes?

5    A    I don't know.

6    Q    Thank you.  If you push a syringe too hard, what would

7    be the effect on the vein?

8    A    There would be no deleterious effect.  In fact, the

9    person making the injection is probably pushing as hard as

10   they can.  With a 60 cc syringe connected to this length of

11   IV tubing, regardless of how hard the person pushes there

12   is so much friction and so much pressure lost in the system

13   that the pressure at the tip of the tubing as it enters the

14   IV is actually quite low.

15   Q    So there's no way the IV could infiltrate?

16   A    The pressure caused by the injection would not cause

17   the IV to infiltrate.  There are remote possibilities for

18   IV infiltration, but not due to the pressure exerted at the

19   tip site of the syringe.

20   Q    It couldn't pop out of the vein?

21   A    I won't say it can't, but the fact that it's sutured

22   in and the fact that it's in a large vein makes that

23   possibility extremely remote.  And, furthermore, whether or

24   not it pops out of the vein would have absolutely nothing

25   to do with the pressure exerted at the syringe.

43

1    Q    How does one measure flow resistance?

2    A    I'm not sure I understand the question.

3    Q    There is a reference in the affidavit to approximately

4    two cc's per second depending on flow resistance.  My

5    question is:  How does one measure flow resistance?

6    A    I don't think they are measuring the flow resistance.

7    I think they're injecting as fast as they can.  And it has

TAYLOR3.TXT
8    been observed that the average speed that a human can
9    achieve when pushing down on a 60 cc syringe is
10   approximately one to two milliliters per second.
11   Q    Is the resistance of the syringe dependent on the
12   length of the catheter tubing?
13   A    The resistance seen by the person who is making the
14   injection is a function of the mechanical friction inside
15   the syringe as well as the length of the IV tubing.  The
16   catheter itself would not be an important factor here
17   because of the long length of the IV tubing.
18   Q    So the term resistance, you're using the term
19   resistance as something that is observed from the outside,
20   in what we might call a lay sense, rather than the term
21   resistance as it's used in physics?
22   A    Well, they're the same thing.  What the person feels
23   opposing their hand pressure on the piston of the syringe
24   is resistance.  Now, you don't need, for the purposes of
25   this procedure, to actually measure it with a calibrated

44

1    force transducer.  But depending on the parameters that I
2    described, the perceived resistance by the person making
3    this injection is going to be high.  A person has to push
4    on the piston rather hard.
5    Q    Sir, you actually conduct anesthesia as a practicing
6    physician?
7    A    Yes, I do.
8    Q    When you do so, do you monitor the IV site as the
9    medications are being infused?
10   A    It depends.  Sometimes I do.  Sometimes I don't have
11   access to it.
12   Q    Should the person pushing the drugs be experienced in
                         Page 38

TAYLOR3.TXT

13  anesthesia?

14  A    Not necessarily because you can teach just about

15  anybody to load -- to put a syringe on the end of a piece

16  of tubing and push as hard as they can.

17  Q    Should they be watching the IV tubing and the vein

18  entry site as the drugs are being infused?

19  A    I don't have an answer to that.

20  Q    Have you ever seen a resident make a mistake?

21  A    Of course.

22  Q    Have you ever seen a resident give the wrong drug?

23         MR. PRITCHETT:  I'm going to object as to

24  relevance.

25         MR. SIMON:   Okay.  I can tie that up, Your

                                                              45


1  Honor, but I'll desist for the time being.

2   Q    (By Mr. Simon)  Have you ever seen a resident push

3  the drugs with the stop-cock turned the wrong way?

4  A    I don't know.  Can't think off the top of my head, but

5  it certainly might have happened, but I can't specifically

6  recall an instance.

7  Q    Have you ever seen a complication from a femoral vein

8  access?

9  A    I have seen people develop a hematoma at the site of

10  the catheter.

11  Q    And, sir, for the record what is a hematoma?

12  A    Hematoma would be some blood located under the skin

13  that would have leaked out after the catheter was inserted.

14  Q    Have you seen lines put in arteries, lines that missed

15  the vessels completely and went into the belly?

16  A    You mean through the femoral vein and into the

TAYLOR3.TXT

17    intraperitoneal cavity?  I have never seen that.

18    Q    Are you aware of an article in the Journal of the

19    American Medical Association in 2001 that described a

20    complication rate for central venous catheter insertion?

21    A    I'm not familiar with it off the top of my head.  I do

22    remember it being discussed among my colleagues when it

23    came up years ago.

24    Q    Have you ever given five milligrams of thiopental to a

25    patient?

                                                              46


1    A    I believe you mean five grams.

2    Q    That's what I meant.  What did I say?

3    A    Milligrams.

4    Q    Oh, no, five grams.  Have you ever given five grams of

5    thiopental to a person?

6    A    No.  The largest dose I have ever given was I believe

7    three or four grams for the production of barbiturary coma,

8    which is close but not exactly.

9    Q    Have you ever seen five grams of thiopental given to a

10    person?

11    A    Not all at once.  I have seen it given over a period

12    of time, within a few hours, but not all at once.

13    Q    When you saw it given over that period of time, how

14    long did it take to induce unconsciousness?

15    A    The person was already unconscious.  They were under

16    general anesthesia and in addition to the general

17    anesthesia the surgeon requested barbiturary coma for brain

18    protection.

19    Q    Sir, by the definition of consciousness that you have

20    used in your testimony today, does that exclude the feeling

21    of pain?

                        Page 40

TAYLOR3.TXT

22   A    A person who is unconscious would not be able to
23   process the perception of pain.  That's not to say that
24   there might be lower neurological structures within the
25   body that can react in some way, respond to the pain.  But

47

1    it would not be processed by the brain at a high level.
2    Q    At a high level.  Now, the probability -- you have
3    given various probabilities for the outcome of the
4    administration of a given quantity, a given amount of
5    thiopental.  Are these based on the assumption that the
6    chemical is delivered with 100 percent accuracy?
7    A    I don't understand the term "accuracy."  I would say
8    that these calculations are based upon an average 80
9    kilogram person receiving 5,000 milligrams of thiopental
10   over a period of approximately two and a half to three
11   minutes, and the assumption is that all 5,000 milligrams
12   were delivered into the person's body.
13   Q    Now, sir, when you say 80 kilograms, how many pounds
14   is that?
15   A    It's about 176.
16   Q    And is that the average weight of a human being in the
17   United States?
18   A    It's an average weight of an adult man in terms of
19   their what we call lean body mass.  If somebody is obese,
20   and let us assume that their desired body weight or their
21   body weight if they were not more than 10 or 15 percent
22   body fat, if that weight were 80 kilos, then this is the
23   predicted behavior of the drug.
24           If somebody had an ideal body weight of 80
25   kilograms but actually weighed 120 kilograms, but the

TAYLOR3.TXT

48

1    additional 40 kilograms was fat, the effect on my

2    predictions over a period of 15 to 30 minutes would be

3    negligible simply because blood flow to fat is so much less

4    than blood flow to the important organs.

5    Q    Are you aware of whether the Department of Corrections

6    gives physicals before they admit prisoners?

7    A    I have no specific information on that.

8    Q    So there would be no reason to assume, I take it, that

9    a prisoner who is going to be executed by lethal injection

10    would fall within some normal or expected or average weight

11    or body fat measurement?

12    A    I have no personal knowledge of that, but the actual

13    weight is somewhat irrelevant simply because these

14    probabilities are so small.  Even if you had an inmate of

15    greater weight or an inmate who had some degree of inherent

16    tolerance to a barbiturate perhaps because they receive

17    another medication with which there is cross-tolerance,

18    there would be no meaningful difference in the

19    probabilities.

20    Q    Would you allow one of your residents to inject a drug

21    into a central line by pushing as hard as he or she could?

22    A    We do it all the time.

23    Q    What are the complications of thiopental?

24    A    I guess it depends on your definition of

25    complication.  The drug has many adverse effects.  And so

49

1    if a person who is not ventilated, it causes apnea in

2    almost everybody.  It will cause a decrease in blood

3    pressure in almost everybody.  And those are significant

TAYLOR3.TXT

4    adverse effects that we as anesthesiologists have to deal

5    with.

6    Q    Would they include laryngospasm?

7    A    Thiopental at low doses can cause laryngospasm, but it

8    virtually never does so at high doses.

9    Q    What about bronchospasms?

10   A    Thiopental has no significant effect on the smooth

11   muscle of the bronchi.

12   Q    And what's your basis for that statement, sir?

13   A    What is the basis of that statement?

14   Q    Yes.  I'm sure you just didn't make it up.  Did you

15   read it some place?

16   A    Yes.

17   Q    Where?

18   A    Thiopental is known not to be a significant

19   bronchoconstricting drug and that's why it was so popularly

20   used in anesthesia for so long.  Now, that's not to say you

21   might not be able to find some patient in whom the drug may

22   cause bronchoconstriction, but that's not considered a

23   specific adverse effect.  That would be an idiosyncratic

24   reaction on the part of one person.  In general, it is not

25   a bronchoconstrictor.

                                                                50


1    Q    Does thiopental create a danger of extravasation?

2    A    Thiopental -- no drug is associated with a danger of

3    extravasation.  Extravasation is a phenomena of an

4    improperly placed IV.  It has nothing to do with the drug.

5    Even sodium chloride saline solution can extravasate if the

6    IV is not in the right place.

7    Q    Are there contraindications to the use of thiopental?

                            Page 43

TAYLOR3.TXT

8    A    In anesthesia we would say that one absolute

9    contraindication would be if a person had one of certain

10   types of porphyria which is a genetic disease, they would

11   be at increased risk for having a severe reaction hours

12   later.  People with bad hearts are subject to an expected

13   blood pressure drop with thiopental.  And those are

14   probably a couple of important contraindications.

15   Q    What precautions would a physician using thiopental

16   for something other than lethal injection take in selecting

17   that medication for the non-terminal patient, the patient

18   who is not to be executed?

19   A    Well, first of all, as I said, thiopental is rarely

20   used in anesthesia today, but back in the days when we did

21   use it the major things that we would ask patients is, if

22   they had had it before, we would ask if you had any bad

23   reactions to it.  There were some people who seemed

24   particularly sensitive to vomiting excessively after a

25   thiopental anesthetic, and if they told me that I would be

                                                          51

1    less likely to use it again.  Of course, in the very, very

2    rare population of people who have porphyria we would avoid

3    it.  But for approximately 50 years, from the mid 1940s to

4    the mid 1990s, it was the most common way that

5    anesthesiologists started a general anesthetic.

6    Q    And of course if they were given pancuronium bromide,

7    they wouldn't vomit, would they?

8    A    Well, at the end of the case, the pancuronium would

9    have been reversed anyway, so, yes, they would.

10   Q    Now, are you aware of the proportion of capital

11   prisoners in Missouri who are obese?

12   A    I have no specific knowledge of that, but if they

                         Page 44

TAYLOR3.TXT

13    represent the general population it's probably high.

14    Q    Are you aware of the proportion of capital defendants

15    -- capital prisoners in Missouri who have a history of

16    intravenous drug abuse?

17    A    I have no specific knowledge of that.

18    Q    Are you aware of the proportion of capital prisoners

19    in Missouri who are calm at the time of their execution?

20    A    I have no specific knowledge about that.

21    Q    Are you personally aware in your practice of anyone

22    having a bad reaction to thiopental?

23    A    I guess it depends on your definition of bad

24    reaction.  I have certainly had people with prolonged

25    hangovers, people who didn't feel well, nauseated patients,

                                                                    52


1    things like that.  I have never had a bad allergic

2    reaction.  I have never given it to somebody who had

3    porphyria.  I have people who dropped their blood pressure

4    a lot and needed resuscitation.  So, yes, those sorts of

5    bad reaction I have seen.

6    Q    Sir, you testified that it's your understanding that

7    federal lethal injections are performed by use of a femoral

8    vein access.  What is the basis of that understanding?

9    A    That was communicated to me by an attorney who worked

10    in an office of the federal judiciary.  I could not tell

11    you exactly what office they worked in, but they called me

12    to discuss with me the pharmacology of the drugs used in

13    lethal injection.

14    Q    It wasn't a doctor?

15    A    No.  I believe it was an attorney.

16    Q    It wasn't a prison administrator?

                          Page 45

TAYLOR3.TXT

17    A    The person identified themselves to me as an attorney

18    who was working on a federal case.

19    Q    Were they working for the condemned person or were

20    they working for the executioners?

21    A    They were employed by the federal government.

22    Q    Thank you.  Is it more likely that the needle in a

23    femoral line access will hit the femoral nerve if the

24    person in whom it's being used is obese?

25    A    I would say that hitting the femoral nerve with the

53

1    finder needle is an extraordinarily rare event, since the

2    artery is in between the nerve and vein.  So as long as the

3    person knows which side the vein is on, as I would expect

4    any physician to know, that if you position your needle on

5    the proper side of the artery, the likelihood of hitting

6    the vein is essentially zip.  I can't imagine how it could

7    happen.  I have never seen it happen in my career.

8    Q    So the answer to the question is no?

9    A    No, I can't imagine how it could happen, unless by

10    mistake.

11    Q    Are femoral lines used for trauma when the site of the

12    injury is the abdomen?

13    A    Yes, commonly.  When a trauma patient presents and the

14    extent of their injury is unknown, it is common for the --

15    either the emergency department doctor or the trauma

16    surgeon, especially if the patient is going to come to the

17    OR quickly, to place large bore intravenous catheters both

18    in the leg and the arm.  And depending on the type of

19    injury, there are times for an anesthesiologist to choose

20    one vs. the other depending on the type of the injury.

21              So in my experience working at the busiest trauma

TAYLOR3.TXT

22    center in Massachusetts, I routinely receive patients from

23    the emergency department with both a large bore IV in the

24    arm as well as a large bore IV in the femoral vein.

25    Q    Sir, are you familiar -- do you have an opinion to a

                                                                      54

1    reasonable degree of medical certainty whether there is a

2    medical reason for the administration of pancuronium

3    bromide in a lethal injection?

4    A    I can hypothesize why pancuronium bromide might be

5    perceived as useful, but since I have no personal knowledge

6    of the person who wrote the protocol I do not know if they

7    were thinking along the same logical lines as I am.

8    Q    Is it necessary to produce the death of the condemned

9    person?

10    A    No, it is not.

11    Q    Does it serve an anesthetic function?

12    A    Not per se.  Not according to the definition of

13    anesthesia that I use.

14    Q    Assuming that a jurisdiction uses five grams of

15    thiopental, is there a medical reason to use potassium

16    chloride to bring about the death of the condemned person?

17    A    It will hasten the onset of death.  If you use

18    cessation of electrical activity on an ECG as the

19    definition of death, then that will occur within a minute

20    of the injection of the potassium chloride.

21         If one gave the first two drugs and did not

22    give potassium chloride and then waited for cessation of

23    electrical activity on the ECG, in an average person that

24    will take a very long time.  30 to 45 minutes in my

25    experience.  And, therefore, I think that could be a

TAYLOR3.TXT

55

1   painfully long time for the witnesses to have to sit there
2   and wait.
3   Q    Is there a medical reason, to the -- do you have an
4   opinion to a reasonable degree of medical certainty,
5   whether there is a medical reason to use sodium pentothal
6   as distinguished from pentobarbital?
7   A    It is certainly a drug whose behavior is more
8   accurately predicted because we have much more experience
9   with it than we have with pentobarbital.
10  Q    What drug -- do you know what chemical or drug is the
11  most common usually used by veterinarians in animal
12  euthanasia?
13  A    I have read that it is pentobarbital.
14  Q    Do you have an opinion why veterinarians use
15  pentobarbital as opposed to sodium thiopental?
16  A    Probably because of long-standing custom, but I have
17  no specific knowledge of why they chose that many years
18  ago.
19  Q    Are you aware of any consequences that a veterinarian
20  would be subject to if he or she used pancuronium bromide
21  in an animal euthanasia?
22  A    You mean by itself?  It would be inhumane to paralyze
23  an animal, just as it would be inhumane to paralyze a human
24  who is wide awake.
25  Q    Are you aware of any consequences that would occur for

56

1   a veterinarian if they used potassium chloride in an animal
2   euthanasia?
3   A    Well, again -- are you asking me as a single agent?

Page 48

TAYLOR3.TXT

4     As a single agent by itself, as I already mentioned,

5     potassium chloride would be very painful to a human between

6     the time it's injected and the time the heart stops.  I

7     would assume the vast majority of animals would feel

8     similar pain.

9     Q     Are you aware of whether veterinarians use the same

10    three chemical sequence that the state of Missouri uses in

11    animal euthanasia?

12    A     My understanding is that most veterinarians use just

13    a single barbiturate for euthanizing an animal.

14    Q     Sir, are you familiar with the American Medical

15    Association's Code of Ethics?

16    A     Not really.

17    Q     Do you regard it as authoritative?

18    A     No.

19    Q     Does it contain a -- are you aware of whether the

20    American Medical Association Code of Ethics contains a

21    prohibition on the performance of medically unnecessary

22    procedures?

23    A     Again, I am not specifically familiar with the

24    wording.  I don't think I have ever read it.  So if you

25    say it's there I could accept it, but I have no specific

57

1     knowledge of that.

2     Q     Do you belong to the American Medical Association?

3     A     No, I do not.

4     Q     Did you take the Hippocratic Oath?

5     A     Actually I did not.  My medical school didn't do that.

6     Q     When you give an IV general anesthesia with

7     thiopental, or any other drug, what monitoring do you put

Page 49

TAYLOR3.TXT

8   on the patient?

9   A   Well, there are certain basic monitors that we use in

10   everybody, and that would include things like blood

11   pressure, EKG, pulse oximetry.  And then there are

12   additional monitors that we may choose to use based on

13   either the nature of the operation or the patient's

14   underlying medical condition.

15   Q   Do you think that femoral lines have more or fewer

16   complications than peripheral IVs?

17   A   It depends upon the time course over which you make

18   your observation.  If the femoral line is left in for

19   many hours or days, there is a higher likelihood of

20   complications.  But when one is placing a femoral IV for

21   a procedure that's going to be over in a few minutes and

22   when it is placed by an experienced surgeon, I'd expect the

23   likelihood of complications to be very small.

24   Q   If you were having an operation, say for example

25   having your gall bladder removed, would you want a femoral

58

1   line or peripheral IV?

2   A   Well, me personally I would want a peripheral IV

3   because I have very good veins in my arms.

4   THE COURT:  Mr. Simon, I have indulged you with

5   this thing, but you need to start narrowing in on different

6   issues here.

7   Q   (By Mr. Simon)  Sir, are you the survivor of the

8   victim of crime?

9   MR. PRITCHETT:  Object on the grounds of

10   relevance.

11   MR. SIMON:  Your Honor, that goes to

12   Dr. Dershwitz' credibility.  It's a simple question.

Page 50

TAYLOR3.TXT

13          THE COURT:  He can answer the question.

14     A    Can you be more specific?  I'm not sure I understand

15     the question.

16     Q    (By Mr. Simon)  Has any member of your family or your

17     close circle of friends been murdered?

18     A    No.

19          MR. SIMON:  That concludes my cross-examination,

20     Your Honor.

21          THE COURT:  Okay.

22          MR. PRITCHETT:  I have a few follow-ups, Judge,

23     if that's okay.

24          THE COURT:  If you keep them to a few.  I gave

25     you the opportunity to have expansive examination as well.

                                                        59


1          MR. PRITCHETT:  I'll do my best, Judge.  I don't

2     think it will be very long.

3     REDIRECT EXAMINATION BY MR. PRITCHETT:

4     Q    Doctor, in your experience, what body is it that

5     licenses physicians?

6          MR. SIMON:  Objection; calls for a legal

7     conclusion.

8     A    It's the individual state.

9          MR. SIMON:  Your Honor, I object --

10          THE COURT:  The objection is overruled.

11     Q    (By Mr. Pritchett)  Is it typically the state that

12     licenses physicians?

13     A    Yes.  In all of the states with which I am familiar

14     there is something called the Board of Registration in

15     Medicine or something similar to that that licenses

16     physicians.

                           Page 51

TAYLOR3.TXT

17    Q    Do the AMA ethical guidelines necessarily apply -- are

18    those necessarily applied to, in your understanding and

19    experience, to the licensing of doctors in particular

20    states?

21         MR. SIMON:  Objection; asked and answered.  The

22    doctor has already testified he doesn't regard them as

23    authoritative.

24         THE COURT:  Sustained.

25         MR. PRITCHETT:  My question is broader.  Is it

                                                        60

1    the doctor's understanding whether or not states impose the

2    AMA guidelines as a matter of course.

3         MR. SIMON:  Objection; calls for a legal

4    conclusion.

5         THE COURT:  Only if you have personal knowledge,

6    Doctor.

7         THE WITNESS:  I have personal knowledge of

8    ethical decisions that have been made by the Board of

9    Registration in Medicine that probably rely on published

10   ethics from many different sources, and perhaps they

11   included the AMA.

12        THE COURT:  Sounds like speculation.  I'm going

13   to sustain the objection.

14   Q    (By Mr. Pritchett)  You were asked about the

15   likelihood of mistake, or about mistakes in placing the

16   femoral IV.  In your experience, Doctor, what's the

17   likelihood of a mistake being made by a trained person in

18   placing a femoral IV?

19   A    Well, the most common error that I have seen is the

20   catheter going into the femoral artery instead of the

21   femoral vein, and in most cases we actually leave the

Page 52

TAYLOR3.TXT

22    catheter in the femoral artery and use it as an arterial

23    line to obtain blood sampling as well as accurate blood

24    pressure data.

25            So in the situation where I am most likely to use

61

1    femoral lines, it is common to deliberately place a femoral

2    arterial line.  And even if it wasn't deliberate, when it

3    happens accidentally, we usually make use of it.

4    Q    What's the likelihood, what's the -- how often does

5    that mistake occur, in your experience?

6    A    It's hard for me to put a number on it.  It's probably

7    a matter of a fraction of a percent to a few percent, but I

8    am not speaking from a scientific point of view.  This is

9    just a guess.

10            MR. SIMON:  Your Honor, I'm going to move that

11    the answer to the previous question be stricken from the

12    record because it's just a guess.

13            THE COURT:  Sustained.

14    Q    (By Mr. Pritchett)  Is administration -- a flow rate

15    of the drugs used in the Missouri execution process of two

16    cc's per second an appropriate flow rate, in your view?

17    A    Yes, it is.  It's actually on the slow side compared

18    to how we would give these medications to a patient.  Both

19    the size of the syringe and the length of the IV tubing

20    actually limit the speed with which the injection can be

21    made.  So these injections are proceeding more slowly than

22    they would be in a typical OR patient.

23    Q    And you were asked briefly about IV drug use and

24    essentially agitation of a person and the effect of

25    thiopental in those particular cases.  What would be the

Page 53

TAYLOR3.TXT

1    impact of your conclusions that you have already testified

2    concerning on the effect of thiopental if we presume a

3    patient who had previously been an IV drug user?

4    A    If the person had abused a class of drugs like the

5    barbiturates, they could develop cross-tolerance to that.

6    However, I think that the likelihood of that being a

7    significant problem in an incarcerated person is small,

8    because once somebody stops using these medications the

9    prior tolerance that they developed actually dissipates

10   over a period of weeks to months.  And knowing what I know

11   about how long people typically spend between the time

12   they're sentenced and the time they're executed, the

13   likelihood that they have any underlying tolerance from

14   drug abuse is very, very remote.

15   Q    And finally, Doctor, what would be the impact or

16   difference, if any, on your conclusions you have already

17   given us if we presume a patient who was particularly

18   agitated at the time the drugs were being administered?

19   A    A person who is agitated may have a slightly increased

20   requirement for medication to cause unconsciousness.  I

21   believe that the dose of thiopental used here is so large

22   that that would overwhelm that minor change in their

23   responsiveness.

24             MR. PRITCHETT:  Thank you, Doctor.

25             That's all that I have for follow-up.

1             MR. SIMON:  Your Honor, may I have a recross?

2             THE COURT:  Brief, please.

3             MR. SIMON:  Yes, Judge.
                    Page 54

TAYLOR3.TXT

4    RECROSS-EXAMINATION BY MR. SIMON:

5    Q    Sir, what year did you graduate from Northwestern

6    University Medical School?

7    A    I received my Ph.D in June of '82 and I completed the

8    requirements for the M.D. in November of '82.

9    Q    November of '82 was when you received your M.D.

10   A    Well, they actually presented it -- I believe they

11   presented it to me in June of '83, but I was not in school

12   between November of '82 and June of '83.

13   Q    Now, I don't mean to misstate this, but I believe you

14   just said something about hitting the artery all the time.

15   A    No, I didn't say that.

16   Q    Okay.  I must have been confused.  I am having to

17   follow a lot of balls here.

18   A    If you're referring to the placement of a femoral

19   venous line, one of the complications that can occur is

20   hitting the femoral artery, and in my experience, when this

21   is done in a trauma patient, usually the femoral arterial

22   line is left in because we can make good use of it as a

23   means to obtain good blood samples as well as accurate

24   measurement of the blood pressure.

25   Q    And when you were talking about the flow rate as being

64

1    fast or slow, have you come up with some method of

2    quantifying that since I was asking you about it?

3    A    I don't understand the question.

4    Q    Thank you.

5         MR. SIMON:  That concludes my recross, Your

6    Honor.

7         MR. PRITCHETT:  Nothing further, Judge.