# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., <u>et al.</u>,  ) | |
| )  | |
| Plaintiffs,  ) | |
| )  | |
| v.  ) | Civil Action No. 05-2337 (RWR) |
| )  | |
| ALBERTO GONZALEZ, <u>et al.</u>,  ) | |
| )  | |
| Defendants.  ) | |
| )  | |

## <u>DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION</u>

For the reasons set forth in Defendants' Motion for Extension of Time, filed today,

Defendants withdraw their Motion to Set Schedule (Document No. 103) as moot.

Respectfully submitted,

     s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

     s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

     s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372