UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, <u>et al.</u>, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-2337 (RWR/DAR) |

**<u>DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE THE PENDING MOTIONS TO COMPEL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF</u>**

Defendants respectfully move this Court for a one-day extension of time to file their oppositions to Plaintiffs' motions to compel, which were filed under seal.  Document Nos. 101 (sealed filing concerning deposition issues) and 100 (sealed filing concerning written discovery). In connection with LCvR 7(m), the undersigned counsel of record contacted lead counsel for Plaintiffs on August 27, 2007 in order to discuss the relief requested in this Motion.  We understand that Plaintiffs consent to the requested relief.  Good cause exists to grant this motion. As grounds for this Motion, Defendants state as follows:

1. Under Local Civil Rule 7, Defendants' oppositions to both motions to compel, which were hand delivered, would be due by August 27, 2007.

2. Plaintiffs moved for expedited treatment of their motions.  <u>See</u> Docs. 100, 101. Defendants moved for a schedule whereby one of their oppositions would be due by August 24, 2007 and the other would be due by August 27, 2007.  <u>See</u> Document No. 103.  That motion is

pending.[1] On August 21, 2007, the Court set a hearing on Plaintiffs' motion for September 6, 2007, but did not rule on the issue of the briefing schedule for Plaintiffs' motions. As explained below, despite diligent efforts to prepare and file their oppositions, Defendants will need this additional day to do so.

  3. As Defendants explained in their motion to set schedule, the preparation of the government's responses has taken significant time and effort, as is evidenced by the fact that Plaintiffs' filings are voluminous. Document No. 101 contains eighteen exhibits and appears to exceed one hundred pages total, including the motion, memorandum and exhibits. Document No. 100 is a 43-page memorandum with 46 exhibits attached (in two bound volumes). Setting aside the time that has been necessary for the factual and legal research and for the actual drafting of the government's response to these motions, simply getting the materials to the agency clients, reading the materials, and consulting with the clients about the responses have taken a significant amount of time.

  4. The undersigned counsel of record has had numerous other professional commitments during the last week, some of which have been related to this case. For example, the government's reply in support of its pending dispositive motion in this case was due by August 17. The undersigned prepared and filed a reply in support of a dispositive motion in <u>McCready v. Nicholson</u>, Civ. No. 01-2219 (RMC) on August 20, 2007 and had a hearing on that same motion on August 24. Finally, today the undersigned filed two appellate motions (both are dispositive motions), which were due today.

---

[1] That motion also has been made moot by the Court's setting of a hearing on September 6, 2007, and the filing of this consent Motion. Defendants will withdraw their pending motion to set schedule, Document No. 103.

For these reasons, Defendants request that the Court set the deadlines for Defendants' responses to Plaintiffs' motions in accordance with the attached proposed order, as August 28, 2007.

        Respectfully submitted,

            s/Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        Interim United States Attorney

            s/Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR #  434122
        Assistant United States Attorney

            s/Peter S. Smith
        PETER S. SMITH, D.C. BAR # 465131
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372