UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES ROANE, JR., <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, <u>et al.</u>, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-2337 (RWR/DAR) |

### ORDER

This matter comes before the Court on Defendants' Motion for Extension of Time. Upon consideration of the Motion, it is hereby:

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the deadline for the filing of Defendants' response to the sealed filings at Document Nos. 100 and 101 is August 28, 2007.

_____
HON. DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE