UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR) |
| ) | |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING UNDER SEAL**

This is to inform the Court, pursuant to the protective order in this case, Document No. 30, Defendants are filing their oppositions to Plaintiffs' motions to compel under seal. Plaintiffs' motions to compel were filed under seal and were filed in connection with the motions at Documents 100 and 101. Copies of Defendants' filings under seal were served on August 28, 2007, on counsel for Plaintiffs in this case by hand delivery to Paul Enzinna, BAKER BOTTS L.L.P., 1299 Pennsylvania Avenue, N.W., Suite 1300, Washington, D.C. 20004, and by Federal Express, next-day delivery to: William E. Lawler III, VINSON & ELKINS, L.L.P. , 1455 Pennsylvania Avenue, N.W., Suite 600, Washington, D.C. 20004-1008; Charles Anthony Zdebski, TROUTMAN SANDERS LLP, 401 9th Street, NW, Suite 1000, Washington, DC 20004-2134; Joshua Toll, KING & SPALDING, 1700 Pennsylvania Ave., N.W., Washington, D.C. 20006; and Owen Bonheimer, STEPTOE & JOHNSON LLP, 1330 Connecticut Ave., N.W. Washington, D.C. 20036.

Respectfully submitted,

   s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

   s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

   s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372