UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, et al., )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No. 05-2337(RWR/DAR) |

**ERRATA**

Defendants delete the last sentence from page 32 of their *Opposition to Plaintiffs' Motion to Compel Discovery and Motion for Extension of Time to File Declaration Asserting the Deliberative Process Privilege and Memorandum of Points and Authorities in Support Thereof.* The sentence reads as follows: "However, we understand the communication was sent from 'WSU' by a BOP employee or contractor."

    Respectfully Submitted,

    JEFFREY A. TAYLOR, D.C. BAR #498610
    United States Attorney


    /s/ Peter S. Smith /bmr
    _____
    PETER S. SMITH, D.C. BAR #465131
    Assistant United States Attorney
    U.S. Attorney's Office for the District of Columbia,
     Civil Division
    555 4th Street, N.W.
    Washington, D.C.  20530
    Ph:  (202) 307-0372

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Errata was sent by the Court's Electronic Case Filing System (unless otherwise noted), this 31st day of August, 2007, to:

Lisa S. McCalmont
8400 Alameda Drive
Norman, Oklahoma 73026
lsmccal@swbell.net

Paul F. Enzinna
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C.  20037
paul.enzinna@bakerbotts.com

Graham E. Eddy
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1008
geddy@velaw.com

Jeremy I. Levin
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
jeremy.levin@bakerbotts.com

Rachel M. McKenzie
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
rachel.mckenzie@bakerbotts.com

Charles Anthony Zdebski
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
charles.zdebski@troutmansanders.com

Mark Joseph Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mhulkower@steptoe.com

Jeanne Vosberg Sourgens (by first class mail)
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004

William E. Lawler, III
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004-1008
wlawler@velaw.com

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
jtoll@kslaw.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfort, KY 40602
mod@dcr.net

Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, D.C.  20006
abortnick@kslaw.com

William E. Hoffman, Jr. (by first class mail)
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Owen James Bonheimer
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
obonheimer@steptoe.com

Patrick John Cronin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
pcronin@steptoe.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney