UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, Jr., et al. | ) |
| Plaintiffs, | ) Civil Action No.: 05-2337 (RWR/DAR) |
| v. | ) |
| ALBERTO GONZALEZ, et al. | ) |
| Defendants | ) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as additional counsel for Defendants, Alberto Gonzalez et al., in the above-captioned case.

/s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157