## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

)
JAMES ROANE, JR., et al.,                    )
                                             )
      Plaintiffs,                     )
                                             )
      v.                              )     Civil Action No. 05-2337 (RWR)
                                             )
ALBERTO GONZALES, et al.,                    )
                                             )
      Defendants.                     )
_____ )

### NOTICE OF FILING UNDER SEAL

This is to inform the Court, pursuant to paragraph 4 of the June 13, 2007 Supplement to Privacy Act Protective Order, Document No. 69-2, as approved by the Court through a June 13, 2007 Minute Order, Defendants are filing the video record of the deposition in this case conducted on August 31, 2007. The supplemental order provides that: "counsel for defendants shall file the videotape or video record of the deposition under seal with the Court." Document 69-2, ¶ 4. This filing under seal consists of six VHS format videotapes and six mini-digital-video cassettes.

As per Paragraph 5 of the supplemental order, "**[n]o videotape or video record filed under seal as provided in paragraph 4 of this Order shall be released, even to counsel in this case, without prior approval of the Court** upon a showing by counsel for the party or parties requesting such release that the videotape or video record is necessary for the performance of a task relating to this case . . . ." Document 69-2, ¶ 5 (emphasis added).

Respectfully submitted,

      s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney


      s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney


      s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372