UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**ALBERTO GONZALES**, *et al.*,<br><br>　　　　Defendants. | **CONFIDENTIAL**<br>**FILED UNDER SEAL**<br><br>Civil Action No. 05-2337 (RWR/DAR)<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' AND INTERVENOR PLAINTIFFS' REPLY IN SUPPORT
OF MOTION TO COMPEL DISCOVERY**

**CONFIDENTIAL – FILED UNDER SEAL**