UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR/DAR) |
| ) | |
| **ALBERTO GONZALES**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO EXTEND DEADLINES FOR EXPERT DISCOVERY**

The Plaintiffs and Defendants (the "Parties") respectfully request that the Court enter an Order extending the deadlines currently in place under the Minute Order entered on June 4, 2007 for the close of all discovery and dispositive motions. Since June 4, the Plaintiffs have taken the depositions of Protected Persons ## 2, 3, 5, 6, 7, 8, 9, 4, 13 and are currently working with the Defendants to schedule numerous other depositions before the current October 11 deadline for the close of discovery. For various reasons (i.e. scheduling conflicts, discovery motions, etc) the Defendants have suggested—and the Plaintiffs agree—that the Parties need additional time for expert discovery. *See* Letter from Peter Smith to Paul Enzinna et al (Aug. 22, 2007), at Tab 1.

The Parties are seeking an extension of the relevant deadlines for the limited purpose of engaging in expert discovery. The Parties are not seeking an extension of the deadline for the close of fact discovery.

The Parties have consulted and have agreed on the following schedule:

| | |
|---|---|
| Fact Discovery Closed | October 11, 2007 |
| Plaintiffs Expert Designations | November 11, 2007 |
| Defendants Expert Designations | December 11, 2007 |
| Expert Discovery Closed | January 11, 2008 |
| Dispositive Motions | February 19, 2008 |

Defendants have filed a motion to stay discovery in this case. To date, Defendants have participated in discovery because their motion to stay discovery remains pending. Defendants' proposal for scheduling in this case is in recognition of that fact and is without withdrawing their motion to stay discovery or waiving the arguments upon which that motion was based.

WHEREFORE, the Parties respectfully request that the Court revise the scheduling Order and adopt the deadlines proposed above.

September 4, 2007

Respectfully submitted,

/s/ Paul F. Enzinna_____
PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909



BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*

3

/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
MARK J.  HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000


ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*

4