## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES ROANE, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2337 (RWR/DAR) |
| | ) | |
| ALBERTO GONZALES, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

The Court having considered the Consent Motion to Extend Deadlines for Expert Discovery, it is hereby

**ORDERED**

1.    That the Motion is GRANTED; and

2.    That the scheduling Order shall be revised as follows:

| | |
|---|---|
| Fact Discovery Closed | October 11, 2007 |
| Plaintiffs Expert Designations | November 11, 2007 |
| Defendants Expert Designations | December 11, 2007 |
| Expert Discovery Closed | January 11, 2008 |
| Dispositive Motions | February 19, 2008 |

SO ORDERED, this ___ day of September, 2007.

_____
Richard W. Roberts
United States District Judge