# Federal Death Penalty History and Mission of USP Terre Haute

Since 1927, the U.S. Government has executed 36 individuals under Federal death penalty laws. *A listing of these persons is included in the press kit.*

In 1992 (November 30) -- The Department of Justice published a proposed rule establishing procedures for carrying out death sentences in Federal civilian cases.

In 1993 (January 19) -- Department of Justice <u>Final Rule</u> (28 CFR Part 26) published regarding administering the death penalty in Federal cases. *A copy of the Final Rule has been included in the press kit.*

The Rule specifies that except to the extent a court orders otherwise, a sentence of death shall be executed: 1) on a date, time, and place ( Federal penal or correctional institution) determined by the Director of the Federal Bureau of Prisons; 2) by a United States Marshal designated by the Director of the United States Marshals Service, and assisted by additional personnel selected by the Marshal and the Warden of the designated institution and acting at the direction of the Marshal; 3) by lethal injection; and 4) DOJ employees have the right to decline to participate in executions for religious or moral reasons; or for medical personnel, for ethical reasons.

> ***Why was lethal injection chosen as the method for execution?*** Lethal injection has been selected by a majority of States as the method of execution since the Supreme Court re-established the death penalty in 1976. In an area where issues of humanity are of paramount concern, lethal injection is believed to be the most humane method of execution.

**In 1993** (July 19) -- United States Penitentiary (USP), Terre Haute, Indiana, was designated as the site by the Bureau of Prisons where implementation of the Federal death penalty would occur, including the establishment of a Special Confinement Unit (SCU) for Federal death penalty cases. *The institution's original press announcement regarding this decision is included in the press kit.*

> ***Why was USP Terre Haute selected as the location for the Execution*** time the decision was made, USP Terre Haute was one of urity prisons which confined the Bureau's most intractable

Roane et al. v. Gonzales et al.,
Civ. No. 05-2337 (D.D.C.)

Pls.' Opp to Mot. J. on the Pleadings
and Mot. to Lift Stays

Exhibit 3