# REDACTED

Roane, et al. v. Gonzales, et al., No. 05-2337 (D.D.C.)

Decl. Mark Heath
Exhibit C - REDACTED