1. Yellow: Sodium Pentothol (10cc)
2. Black: Saline (60cc)
3. Blue: Pancuronium (60cc)
4. Blue: Pancuronium (60cc)
5. Black: Saline (60cc)
6. Red: Potassium Chloride (60cc)
7. Red: Potassium Chloride (60cc)

1. Yellow: Sodium Pentothol (10cc)
2. Black: Saline (60cc)
3. Blue: Pancuronium (60cc)
4. Blue: Pancuronium (60cc)
5. Black: Saline (60cc)
6. Red: Potassium Chloride (60cc)
7. Red: Potassium Chloride (60cc)

1. Yellow: Sodium Pentothol (10cc)
2. Black: Saline (60cc)
3. Blue: Pancuronium (60cc)
4. Blue: Pancuronium (60cc)
5. Black: Saline (60cc)
6. Red: Potassium Chloride (60cc)
7. Red: Potassium Chloride (60cc)

1. Yellow: Sodium Pentothol (10cc)
2. Black: Saline (60cc)
3. Blue: Pancuronium (60cc)
4. Blue: Pancuronium (60cc)
5. Black: Saline (60cc)
6. Red: Potassium Chloride (60cc)
7. Red: Potassium Chloride (60cc)

1. Yellow: Sodium Pentothol (10cc)
2. Black: Saline (60cc)
3. Blue: Pancuronium (60cc)
4. Blue: Pancuronium (60cc)
5. Black: Saline (60cc)
6. Red: Potassium Chloride (60cc)
7. Red: Potassium Chloride (60cc)

Roane, et al. v. Gonzales, et al.,
No. 05-2337 (D.D.C.)

Decl. Mark Heath
Exhibit O

## CHEMICAL SUBSTANCES PREPARATION

1. SODIUM PENTOTHAL: 2.5% kit, 25MG. 5/GRAMS/50 CC's sterile water used. Draw up in syringe using 16 ga. Needle (purple). Mark syringe. This is the first drug administered. Only one syringe is needed.

2. PANCURONIUM BROMIDE (PAVILON): Comes in vials. Glass tops must be broken off each vial. 12 vials are used for a total of 60 cc's. One syringe is administered for execution. Second drug given.

3. POTASSIUM CHLORIDE (KCL): (2) 60 CC SYRINGES ARE USED. This stops the heart. Use (6) vials (40 meg 20 ml.) Mark each syringe.

4. HEP LOCK FLUSH WITH FOOD COLOR: (1) 60CC SYRINGE: Use sterile water. Two vials 10ml.

After each step above use approximately 10 cc in line after each drug given, this flushes the IV line.

5. If IV set in both arms then the above amounts would be doubled.

## CHEMICAL SUBSTANCES PREPARATION

1. SODIUM PENTOTHAL: 2.5% kit, 25MG. 5/GRAMS/50 CC's sterile water used. Draw up in syringe using 16 ga. Needle (purple). Mark syringe. This is the first drug administered. Only one syringe is needed.

2. PANCURONIUM BROMIDE (PAVILON): Comes in vials. Glass tops must be broken off each vial. 12 vials are used for a total of 60 cc's. One syringe is administered for execution. Second drug given.

3. POTASSIUM CHLORIDE (KCL): (2) 60 CC SYRINGES ARE USED. This stops the heart. Use (6) vials (40 meg 20 ml.) Mark each syringe.

4. HEP LOCK FLUSH WITH FOOD COLOR: (1) 60CC SYRINGE: Use sterile water. Two vials 10ml.

After each step above use approximately 10 cc in line after each drug given, this flushes the IV line.

5. If IV set in both arms then the above amounts would be doubled.

## CHEMICAL SUBSTANCES PREPARATION

1. SODIUM PENTOTHAL: 2.5% kit, 25MG. 5/GRAMS/50 CC's sterile water used. Draw up in syringe using 16 ga. Needle (purple). Mark syringe. This is the first drug administered. Only one syringe is needed.

2. PANCURONIUM BROMIDE (PAVILON): Comes in vials. Glass tops must be broken off each vial. 12 vials are used for a total of 60 cc's. One syringe is administered for execution. Second drug given.

3. POTASSIUM CHLORIDE (KCL): (2) 60 CC SYRINGES ARE USED. This stops the heart. Use (6) vials (40 meg 20 ml.) Mark each syringe.

4. HEP LOCK FLUSH WITH FOOD COLOR: (1) 60CC SYRINGE: Use sterile water. Two vials 10ml.

After each step above use approximately 10 cc in line after each drug given, this flushes the IV line.

5. If IV set in both arms then the above amounts would be doubled.