| FUNCTION | DATE | TIME | DOJ CC NOTIFY | INITIALS |
|---|---|---|---|---|
| 9. ▓▓▓ asks the U.S. Marshal if we are ready to proceed. | | | | |
| 10. The U.S. Marshal ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ AUDIO IS THEN TURNED OFF IN THE WITNESS ROOMS | | | | |
| 11. ▓▓▓ informs ▓▓▓▓▓▓▓▓ ▓▓▓▓ to begin Phase I. First injection commences. Notify DOJ Command Center of the start of the process. | | | | |
| 12. First Injection commences. Four syringes filled with 1.25 grams each of Sodium Pentothal and sterile water. Process takes 2 minutes, 45 seconds. Saline flush follows. ▓▓▓ waits until inmate is asleep before he informs ▓▓▓▓▓▓▓▓▓▓ to begin Phase II. | | | | |
| 13. Second injection commences. | | | | |
| 14. Second injection completed. Saline flush follows. | | | | |
| 15. Third injection commences. | | | | |
| 16. Third injection completed. | | | | |
| 17. Signal by chemical room to ▓▓▓ that all lethal drugs have been administered (headset). | | | | |
| 18. Designated qualified person checks vital signs on EKG. | | | | |

Roane, et al. v. Gonzales, et al.,
No. 05-2337 (D.D.C.)

Decl. Mark Heath
Exhibit P