1. Yellow – Sodium Pentothal 10 gm
2. Black – Saline (50 mil) 60
3. Blue – Pancuronium (50 mil) 40 mg
4. Blue – Pancuronium (50 mil) 40 mg
5. Black – Saline (50 mil) 60
6. Red – Potassium Chloride (40 mil) 60
7. Red – Potassium Chloride (40 mil) 60

A 12 only

368 - 369

Roane, et al. v. Gonzales, et al.,
No. 05-2337 (D.D.C.)

Decl. Mark Heath
Exhibit Q