**FLORIDA DEPARTMENT of CORRECTIONS**

Roane et al. v. Gonzales et al.,
Civ. No. 05-2337 (D.D.C.)

Pls.' Opp to Mot. J. on the Pleadings
and Mot. to Lift Stays

Exhibit 7

*An Equal Opportunity Employer*

Secretary
**JAMES R. McDONOUGH**

2601 Blair Stone Road • Tallahassee, FL 32399-2500              http://www.dc.state.fl.us

### EXECUTION BY LETHAL INJECTION PROCEDURES
Effective for executions after May 9, 2007

**PURPOSE:** To establish the procedures for the execution by lethal injection of inmates sentenced to death.

**DEFINITIONS:**

(1) **Execution team**, where used herein, refers to correctional officers and other persons who are selected by a warden designated by the Secretary to assist in the administration of an execution by lethal injection, and who have the training and qualifications, including the necessary licensure or certification, required to perform the responsibilities or duties specified.

(2) **Executioner**, where used herein, refers to a person 18 years of age or older, who is selected by the warden to initiate the flow of lethal chemicals into the inmate.

(3) **Warden**, where used herein, refers to the warden designated by the Secretary. The warden has the final and ultimate decision making authority in every aspect of the lethal injection process. No deviation from any part of this procedure is authorized unless approved and directed by the warden.

**SPECIFIC PROCEDURES:**

(1) **Receipt of Warrant:** These execution procedures will commence upon receipt of the Governor's Warrant of Execution. The warden will schedule the execution for a date and time certain that is within the period of time designated in the warrant. The warden will provide a copy of the Warrant of Execution to the department's Secretary and General Counsel, deliver a copy to the named inmate, and notify the Florida Department of Law Enforcement, any state correctional institutions, and any local agencies that may be affected by the issuance of the warrant and of the date and time selected for the execution.

(2) **Selection of the Executioners:**

(a) The warden will select two (2) executioners who are fully capable of performing the designated functions to carry out the execution. The warden will provide each executioner with a copy of this procedure and will explain fully their respective duties and responsibilities. The identities of the executioners will be kept strictly confidential as provided by statute.

(b) The warden will designate one of the selected executioners as the primary executioner and the other as the secondary executioner. The primary executioner will be solely responsible for initiating the flow of lethal chemicals into the inmate during the

execution. The secondary executioner will be present and available during the execution to assume the role of the primary executioner if the primary executioner becomes unable for any reason, as determined by the warden, to carry out his/her functions.

(3) **Selection of the Execution Team**: The warden will designate the members of the execution team and verify that each member has the training and qualifications, and possesses the necessary licensure or certification, required to perform the responsibilities or duties specified. The warden will ensure that all members of the execution team and other involved staff have been adequately trained to perform their requisite functions in the execution process. The identities of the members of the execution team are strictly confidential.

   (a) Security team members: Security staff shall be responsible for moving the condemned inmate to the execution gurney. Once the inmate is restrained on the gurney, only a necessary number of security team members, as determined by the warden, shall remain in the execution chamber.

   (b) Technical team members: The warden shall select personnel to perform the technical procedures needed to carry out an execution by lethal injection, including the mixing of the chemicals and placement of the intravenous access lines.

(4) **Training of the Execution Team and Executioners**: There shall be sufficient training to ensure that all personnel involved in the execution process are prepared to carry out their roles for an execution. The warden, or his/her designee, will conduct simulations of the execution process on a quarterly basis at a minimum or more often as needed as determined by the warden. Additionally, a simulation shall be conducted the week prior to any scheduled execution. All persons involved with the execution should participate in the simulations. If a person cannot attend the simulation, the warden shall provide for an additional training opportunity or otherwise ensure that the person is adequately trained to complete their assigned task. The simulations shall anticipate various contingencies. There shall be a written record of any training activities.

(5) **Use of Checklists**: Compliance with this procedure will be documented on appropriate checklists. Upon completion of each step in the process, the responsible member of the execution team will place an identifier in the appropriate space to indicate that the step has been completed. Prior to the administration of the lethal chemicals, the warden will consult with the designated team member and verify that all steps in the process have been performed properly. At the conclusion of the process, the warden will again consult with the designated team member and verify that the remaining steps in the process were performed properly. The warden will then sign the forms, attesting that all steps were performed properly.

(6) **Purchase and Maintenance of Lethal Chemicals**: A designated member of the execution team will purchase, and at all times ensure a sufficient supply of, the chemicals to be used in the lethal injection process. The designated team member will ensure that the lethal chemicals have not reached or surpassed their expiration dates. The lethal chemicals will be stored securely at all times as required by state and federal law.

(7) **FDLE Monitors**:

   (a) Two FDLE agents shall serve as monitors and shall be responsible for observing the actions of the execution team and the condition of the condemned inmate at all times during the execution process.

2

    (b) The first FDLE agent shall be located in the Executioner's Booth, and the agent's responsibilities are to include documenting and keeping a detailed log as to what occurs in the Executioner's Booth at a minimum of two minute intervals. The log shall be available at the post execution debriefings.

    (c) The second FDLE agent shall be located in the Execution Chamber, and will be responsible for keeping a detailed log of what is occurring in the Execution Chamber at a minimum of two minute intervals. The log shall be available for the post execution debriefings.

(8) **Approximately One (1) Week Prior to Execution:**

    (a) The warden will designate one or more members of the execution team to review the inmate's medical file and to make a limited physical examination of the inmate to determine whether there are any medical issues that could potentially interfere with the proper administration of the lethal injection process. The team member(s) will verbally report his/her findings to the warden as soon as is practicable following the file review and physical examination. The results of this examination shall be documented in the inmate's file. After reviewing the results of the examination which should include a determination of the best access site, the warden shall determine, what is the more suitable method of venous access (peripheral or femoral) for the lethal injection process given the individual circumstances of the condemned inmate.

    (b) If a team member reports any issue that could potentially interfere with the proper administration of the lethal injection process, the warden will consult with any or all of the members of the execution team and resolve the issue.

(9) **On the day of execution:**

    (a) A food service director, or his/her designee, will personally prepare and serve the inmate's last meal. The inmate will be allowed to request specific food and non-alcoholic drink to the extent such food and drink costs forty dollars ($40) or less, is available at the institution, and is approved by the food service director.

    (b) The inmate will be escorted by one or more correctional officers to the shower area where the chief of security will supervise the showering of the inmate. If the inmate is a female and the chief of security is male, the chief of security will designate a female to supervise the showering of the inmate. Immediately thereafter, the inmate will be returned to his/her assigned cell and issued appropriate clothing. A designated member of the execution team will obtain and deliver the clothing to the inmate.

    (c) A designated member of the execution team will ensure that the telephone in the execution chamber is fully functional and that there is a fully-charged, fully-functional cellular telephone in the execution chamber. Telephone calls will be placed from the telephone to ensure proper operation. Additionally, the member of the team shall ensure that the two-way audio communication system and the visual monitoring equipment are fully functional.

    (d) A designated member of the execution team will ensure that the public address (P.A.) system is fully functional.

    (e) The only staff authorized to be in the Execution Chamber area are members of the execution team and others as approved by the warden, including two monitors from the Florida Department of Law Enforcement.

(f) A designated member of the execution team, in the presence of one or more additional members of the execution team, including an independent observer from the Florida Department of Law Enforcement, will prepare the lethal injection chemicals as follows, ensuring that each syringe used in the lethal injection process is appropriately labeled, including the name of the chemical contained therein:

(1) <u>Sodium pentothal</u>: A sterile, disposable twenty cubic centimeter (20cc) syringe will be used to draw ten milliliters (10ml) of sterile water for injection from a vial containing same and then inject those ten milliliters (10ml) of sterile water for injection into a vial containing 500 milligrams of sodium pentothal to create a five percent (5%) solution of sodium pentothal. This procedure will be repeated until twenty (20) vials of sodium pentothal have been reconstituted, for a total of ten grams (10g) of sodium pentothal in solution. The syringe used to reconstitute the sodium pentothal will be discarded. A new, sterile, disposable, sixty cubic centimeter (60cc) syringe and needle will be used to draw the entire contents of five vials of sodium pentothal in solution, for a total of two and one-half grams (2.5g) of sodium pentothal in solution. That syringe will then be fitted with an eighteen (18) gauge, one (1) inch, blunt cannula (tube), clearly labeled with the number one (1), and placed in the first slot on a stand designed to hold eight (8) such syringes in separate slots. The stand will be clearly labeled with the letter "A." This process will be repeated with a second syringe, which will be clearly labeled with a number two (2) and placed in the second slot on stand "A." Two additional syringes will be drawn in the same manner, fitted with the blunt cannula, and clearly labeled with the numbers one (1) and two (2), respectively. These two syringes will be placed in the first two slots on a second stand that has been clearly labeled with the letter "B." All materials used to prepare these syringes will be removed from the work area and discarded pursuant to state and federal law.

(2) <u>Pancuronium bromide</u>: A sterile, disposable sixty cubic centimeter (60cc) syringe will be used to draw fifty milligrams (50mg) of pancuronium bromide from one or more vials containing same. The syringe will then be fitted with an eighteen (18) gauge, one (1) inch, blunt cannula (tube). This procedure will be repeated until there are four (4) syringes, each containing fifty milligrams (50mg) of pancuronium bromide, for a total of 200 milligrams. Two syringes will be clearly labeled with the numbers four (4) and five (5), respectively, and placed into slots four (4) and five (5) on stand "A." This procedure will be repeated with the other two syringes, each of which will be fitted with a blunt cannula, labeled appropriately and placed in slots four (4) and five (5), respectively, on stand "B." All materials used to prepare these syringes will be removed from the work area and discarded pursuant to state and federal law.

(3) <u>Potassium chloride</u>: A sterile, disposable sixty cubic centimeter (60cc) syringe will be used to draw one hundred twenty milliequivalents (120mEq) of potassium chloride from one or more vials containing same. The syringe will then be fitted with an eighteen (18) gauge, one (1) inch blunt cannula (tube). This procedure will be repeated until there are four (4) syringes, each containing one hundred twenty milliequivalents (120mEq) of potassium chloride, for a total of 480 milliequivalents. Two syringes will be clearly labeled with the numbers seven (7) and eight (8), respectively, and placed into slots seven (7) and eight (8) on stand "A." This procedure will be repeated with the other two syringes, each of which will be fitted with a blunt cannula, labeled appropriately, and placed in slots seven (7) and eight (8), respectively, on stand "B." All materials used to

prepare these syringes will be removed from the work area and discarded pursuant to state and federal law.

(4) <u>Saline solution</u>: A sterile, disposable twenty cubic centimeter (20cc) syringe will be used to draw twenty milliliters (20ml) of sterile saline solution from one or more vials containing same. This procedure will be repeated until there are four (4) syringes, each containing twenty milliliters (20ml) of sterile saline solution, for a total of eighty (80) milliliters. Each syringe will then be fitted with an eighteen (18) gauge, one (1) inch, blunt cannula (tube). Two syringes will be clearly labeled with the numbers three (3) and six (6), respectively, and placed into slots three (3) and six (6) on stand "A." This procedure will be repeated with the other two syringes, each of which will be placed in slots three (3) and six (6), respectively, on stand "B." All materials used to prepare these syringes will be removed from the work area and discarded pursuant to state and federal law.

(g) The designated member of the execution team who has prepared the lethal chemicals will transport them personally, in the presence of one or more additional members of the execution team, to the executioner's room. Stand "A" will be placed on the worktop for use by the primary executioner. Stand "B" will be placed on a shelf underneath the worktop within easy reach of the executioners should they be needed during the execution. The lethal chemicals will remain secure in the locked room until the executioners arrive. No one other than the executioners will have access to the lethal chemicals, unless a stay is granted, in which case the execution team member who prepared the lethal chemicals will retrieve them from the locked room and dispose of them according to state and federal law.

(h) A designated member of the execution team will prepare, using an aseptic technique, two (2) standard intravenous (IV) infusion sets, each consisting of a pre-filled, sterile plastic bag of normal saline for IV use (a solution of sodium chloride at 0.9% concentration) with an attached drip chamber, a long sterile tube fitted with a back check valve and a clamp to regulate the flow, a connector to attach to the access device, and an extension set fitted with a luer lock tip for a blood cannula to allow for the infusion of the lethal chemicals into the line. The extension set that will be used to infuse the lethal chemicals into the primary injection line will be clearly marked with a "1," and the additional extension set that will be attached to the secondary injection line will be clearly marked with a "2."

(i) A designated member of the execution team will explain the lethal injection preparation procedure to the inmate and offer any medical assistance or care deemed appropriate. The inmate will be offered and, if accepted, will be administered an intramuscular injection of diazepam, in an appropriate dosage relative to weight, to ease anxiety.

(j) Authorized media witnesses will be picked up at the designated media on-looker area located at New River Correctional Institution by two designated Department of Corrections escort staff, transported to the main entrance of Florida State Prison as a group, cleared by security, and escorted to the population visiting park, where they will remain until being escorted to the witness room of the execution chamber by the designated escort staff.

(k) The warden will administer both a presumptive drug test (oral swab method) and a presumptive alcohol test (breath analyzer) to each member of the execution team. A positive indication for the presence of alcohol or any chemical substance that may impair their normal faculties will disqualify that person from participating in the execution process. Upon the arrival of the executioners to perform their duties, the

5

warden will administer both a presumptive drug test (oral swab method) and a presumptive alcohol test (breath analyzer) to each executioner. A positive indication for the presence of alcohol or any chemical substance that may impair their normal faculties will disqualify that person from participating in the execution process. If one or both of the executioners is disqualified, the warden will continue to select and test as many additional executioners as is necessary to ensure the presence of two qualified executioners at the execution.

(10) **Approximately Thirty (30) Minutes Prior to Execution**:

   (a) A designated member of the execution team will establish telephone communication with the Governor's office on behalf of the warden. The phone line will remain open to the Governor's office during the entire execution procedure. The assistant warden will use this open line to report the ongoing activities of the execution team and other personnel to the Governor's office.

   (b) A designated member of the execution team will escort the two executioners into the executioner's room, where they will remain until the execution process is complete.

   (c) The warden will read the Warrant of Execution to the inmate.

   (d) Designated members of the execution team, supervised by the designated assistant warden, will apply wrist restraints to the inmate and escort him from his cell to the execution chamber.

   (e) Designated members of the execution team, supervised by the designated assistant warden, will assist the inmate, if necessary, in positioning himself/herself onto the execution gurney in the execution chamber.

   (f) Designated members of the execution team, supervised by the designated assistant warden, will secure the restraining straps.

   (g) One or more designated members of the execution team will attach the leads to two (2) heart monitors to the inmate's chest, ensuring that the monitors are operational both before and after the chest restraints are secured.

   (h) A designated member of the execution team will insert one intravenous (IV) line into each arm at the medial aspect of the antecubital fossa of the inmate and ensure that the saline drip is flowing freely. The team member will designate one IV line as the primary line and clearly identify it with the number "1." The team member will designated the other line as the secondary line and clearly identify it with the number "2." If venous access cannot be achieved in either or both of the arms, access will be secured at other appropriate sites until peripheral venous access is achieved at two separate locations, one identified as the primary injection site and the other identified as the secondary injection site.

   (i) If peripheral venous access cannot be achieved, a designated member of the execution team will perform a central venous line placement, with or without a venous cut-down (wherein a vein is exposed surgically and a cannula is inserted), at one or more sites deemed appropriate by that team member. If two sites are accessed, the extension sets attached to each line will be identified with a "1" or a "2," depending on their identification as the primary and secondary lines.

(j) One or more designated members of the execution team will remove, one at a time, from the pole attached to the gurney, the two (2) saline bags and pass the bags, along with the extension sets labeled "1" and "2," through a small opening into the executioner's room, where the primary or secondary executioner will hang the bags on separate hooks inside the room. The designated team member(s) will ensure that the tubing from the IV insertion points to the bags has not been compromised and that the saline drip is flowing freely.

(11) **Approximately Fifteen (15) Minutes Prior to Execution:**

(a) Official witnesses will be secured in the witness room of the execution chamber by two designated Department of Corrections escort staff.

(b) Authorized media witnesses will be secured in the witness room of the execution chamber.

(c) The only persons authorized in the witness room are: twelve (12) official witnesses, including family members of the victim, four (4) alternate official witnesses, one (1) nurse or medical technician, twelve (12) authorized media representatives, one (1) representative from the department's public affairs office, one (1) designated staff escort, and one (1) designated security officer. Any exception must be approved by the warden.

(d) The execution chamber will be secured. Only designated staff and other authorized persons will be allowed in the chamber.

(12) **Administration of Execution:**

(a) The warden will use the open telephone line to determine from the Governor whether there has been a stay of execution. If the warden receives a negative response, s/he will return the telephone handset to the designated assistant warden to continue reporting the ongoing activities of the execution team and other personnel to the Governor's office. The warden will then proceed with the execution.

(b) One or more designated members of the execution team will open the drape to the witness gallery window and turn on the public address (P.A.) system.

(c) The warden will permit the inmate to make an oral statement, which will be broadcast into the witness gallery over the P.A. system. At the conclusion of the inmate's statement, or if the inmate declines to make a statement, the warden will signal that the execution process has begun. A designated member of the execution team will turn off the P.A. system.

(d) In the presence of the secondary executioner and within sight of one or more members of the execution team and one of the FDLE monitors, the primary executioner will administer the lethal chemicals in the following manner:

    (1) The executioner will remove from the stand on the worktop the syringe labeled number one (1), which contains two and one-half grams (2.5g) of sodium pentothal in solution, place the blunt cannula into the open port of the IV extension set labeled "A," and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the

syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(2) The executioner will remove from the stand on the worktop the syringe labeled number two (2), which contains two and one-half grams (2.5g) of sodium pentothal in solution, place the blunt cannula into the open port of the IV extension set labeled "A," and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(3) At this point, a member of the execution team will assess whether the inmate is unconscious. The warden must determine, after consultation, that the inmate is indeed unconscious. Until the inmate is unconscious and the Warden has ordered the executioners to continue, the executioners shall not proceed to step (5).

(4) In the event that the inmate is not unconscious, the warden shall signal that the execution process is suspended and note the time and order the drapes to be closed. The execution team shall assess the viability of the secondary access site. If the secondary access site is or at any time becomes compromised, a designated member of the execution team will secure peripheral venous access at another appropriate site or will perform a central venous line placement, with or without a venous cut-down, at one or more sites deemed appropriate by that team member. Once the warden is assured that the team has secured a viable access site, the warden shall order the drapes to be opened and signal that the execution process will resume. The executioners will then be directed to initiate the administration of lethal chemicals from stand "B", starting with the syringes of sodium pentothal, labeled one (1) and two (2).

(5) The executioner will remove from the stand on the worktop the syringe labeled number three (3), which contains twenty milliliters (20ml) of saline solution, place the blunt cannula into the open port of the IV extension set labeled "A," and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(6) The executioner will remove from the stand on the worktop the syringe labeled number four (4), which contains fifty milligrams (50mg) of pancuronium bromide, place the blunt cannula into the open port of the IV extension set labeled "A," and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(7) The executioner will remove from the stand on the worktop the syringe labeled number five (5), which contains fifty milligrams (50mg) of pancuronium bromide, place the blunt cannula into the open port of the IV extension set labeled "A," and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(8) The executioner will remove from the stand on the worktop the syringe labeled number six (6), which contains twenty milliliters (20ml) of saline solution, place the blunt cannula into the open port of the IV extension set labeled "A," and push the entire contents of that syringe into the IV port at a rate that meets the

injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(9) The executioner will remove from the stand on the worktop the syringe labeled number seven (7), which contains one hundred twenty milliequivalents (120mEq) of potassium chloride, place the blunt cannula into the open port of the IV extension set labeled "A," and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(10) The executioner will remove from the stand on the syringe labeled number eight (8), which contains one hundred twenty milliequivalents (120mEq) of potassium chloride, place the blunt cannula into the open port of the IV extension set labeled "A," and push the entire contents of that syringe into the IV port at a rate that meets the injection resistance of the cannula. When the syringe is depleted, s/he will hand the empty syringe to the secondary executioner for safe disposal.

(e) If at any time prior to or during the administration of the lethal chemicals the primary venous access becomes compromised, the warden shall stop the execution process stopped and order the drapes to be closed. The execution team shall assess the primary access site and assess the viability of the secondary access site and take appropriate remedial action at the access site, if necessary. If neither access site is viable, a designated member of the execution team will secure peripheral venous access at another appropriate site or will perform a central venous line placement, with or without a venous cut-down, at one or more sites deemed appropriate by that team member. Once the warden is assured that the execution team has secured a viable access site, the warden shall order the drapes to be opened and direct that the execution process will resume. The executioners will be directed to initiate the administration of lethal chemicals from stand "B", starting with the syringes of sodium pentothal, labeled one (1) and two (2).

(f) Throughout the execution process, one or more designated members of the execution team will observe the heart monitors. If the heart monitors reflect a flat line reading during or following the complete administration of the lethal chemicals, the physician will examine the inmate to determine whether there is complete cessation of respiration and heartbeat.

(g) Once the inmate is pronounced dead by the physician, a designated member of the execution team will record the time of death on the Lethal Injection Procedures Checklist.

(h) The warden will notify the Governor via the open phone line that the sentence has been carried out and the time of death.

(i) A designated member of the execution team will turn on the P.A. system and make the following announcement to the witnesses in the gallery: "The sentence of the State of Florida vs. [Inmate Name] has been carried out at [time of day]."

(j) The designated Department of Corrections escort staff will escort the official witnesses and all of the media pool from the witness room of the execution chamber.

(13) **Immediate Post-Execution Procedures**:

    (a) Designated members of the execution team will dispose of the equipment and any remaining chemicals as required by state and federal law.

    (b) The designated assistant warden will coordinate the entry of hearse attendants for recovery of the inmate's body.

    (c) The inmate's body will be removed from the execution table by hearse attendants under the supervision of the designated assistant warden.

    (d) The designated assistant warden will obtain a certification of death from the physician and will deliver the certification to the hearse attendants prior to their departure.

    (e) The inmate's body will be transported by the hearse attendants to the medical examiner's office in Alachua County for an autopsy.

    (f) The warden shall conduct a brief debriefing interview with every member of the execution, documenting any exceptional circumstances that arose during the execution. Subsequent debriefings will take place, as appropriate.

(14) **Follow-Up Procedures**:

    (a) The warden will forward the Warrant of Execution and a signed statement of the execution to the Secretary of State.

    (b) The warden will file an attested copy of the Warrant of Execution and a signed statement of the execution with the clerk of the court that imposed the sentence.

    (c) The correctional senior sentence specialist will advise central office records by e-mail of the inmate's name and the date and time of death by execution.

_[signature]_  
James R. McDonough, Secretary

Date: 9 May 2007