

ATTORNEY GENERAL OF MISSOURI

JEFFERSON CITY

65102

JEREMIAH W. (JAY) NIXON
ATTORNEY GENERAL

P.O. Box 899
(573) 751-3321

April 17, 2007

Michael Gans, Clerk
US Court of Appeals, 8th Circuit
111 South 10th Street
St. Louis, MO 63102

Re:   *Michael Taylor v. Larry Crawford*, No. 06-3651

Dear Mr. Gans:

I am writing this letter to provide information that the Court may consider relevant to its decision in this appeal. During the argument of this appeal, there was some discussion of the involvement of the physician identified as John Doe I in any future executions. I have been informed by the Department of Corrections that it will not use the services of John Doe I at any future executions.

Thank you for your attention.

Sincerely,

JEREMIAH W. (JAY) NIXON
Attorney General

Michael Pritchett
Assistant Attorney General

cc:   John W. Simon
      C. John Pleban
      Lynette M. Petruska
      Donald Verilli
      Matthew S. Hellman
      Ginger Anders
      Eric Berger

> Roane et al. v. Gonzales et al.,
> Civ. No. 05-2337 (D.D.C.)
>
> Pls.' Opp to Mot. J. on the Pleadings
> and Mot. to Lift Stays
>
> Exhibit 8