| | Execution # 1 | Execution # 2 | Execution # 3 |
|---|---|---|---|
| Protected Person # 2 Physician | Execution Room - Established IV access - Chemical Room - monitored IV access, monitored condemned's vital signs and consciousness, monitored lethal substance administration- assist in determining death. | Execution Room - Established IV access. Chemical Room - monitored IV access, monitored condemned's vital signs and consciousness, monitored lethal substance administration- assist in determining death. | Execution Room - Established IV access. Chemical Room - monitored IV access, monitored condemned's vital signs and consciousness, monitored lethal substance administration- assist in determining death. |
| Protected Person # 3 Physician | Execution Room - Assist in establishing IV access. Chemical Room - assists in monitoring condemned's vital signs, assist in determining death. | Execution Room - Assist in establishing IV access. Chemical Room - assists in monitoring condemned's vital signs, assist in determining death. | Execution Room - Assist in establishing IV access. Chemical Room - assists in monitoring condemned's vital signs, assist in determining death. |
| Protected Person # 4 LPN | Execution Room and Chemical Room - Assist in preparing lethal substances- assists in preparing syringes. | Execution Room and Chemical Room - Assist in preparing lethal substances- assists in preparing syringes. | Execution Room and Chemical Room - Assist in preparing lethal substances- assists in preparing syringes. |
| Protected Person # 5 previously certified paramedic Institution BOP employee (I-BOP) | Chemical Room - assists in preparing syringes-administers lethal substances. | Chemical Room - assists in preparing syringes-administers lethal substances. | Chemical Room - assists in preparing syringes-administers lethal substances. |

2

Roane et al. v. Gonzales et al.,
Civ. No. 05-2337 (D.D.C.)

Pls.' Opp to Mot. J. on the Pleadings and Mot. to Lift Stays

Exhibit 13