**THE GOVERNOR'S COMMISSION
ON ADMINISTRATION OF LETHAL INJECTION**

February 24, 2007

Office of the Florida Bar
Suite C49
Meeting Room C
Tampa, Florida

**Reporting:**

Patricia K. Gough, CVR, CP
Certified Verbatim Reporter
State of Florida
Notary Public

Roane et al. v. Gonzales et al.,
Civ. No. 05-2337 (D.D.C.)

Pls.' Opp to Mot. J. on the Pleadings
and Mot. to Lift Stays

Exhibit 15

**BAY PARK REPORTING**
3410 Henderson Boulevard, Suite 100
Tampa, Florida  33609
(813) 490-0003

**APPEARANCES**

**COMMISSIONER MEMBERS:**

JOHN W. JENNINGS, CHAIR

SENATOR VICTOR CRIST

DR. DAVID VARLOTTA

HARLEY LAPPIN

HARRY SINGLETARY

CAROLYN SNURKOWSKI

HONORABLE STAN MORRIS

RODNEY DOSS

REPRESENTATIVE DENNIS ROSS

**ALSO PRESENT:**

PETER CANNON, ATTORNEY

    THE CHAIR: Let's just do it. We're here and let's do it. Let's do training while we're here. I'm just going to put the general heading "Training."

    MR. LAPPIN: Could I just read how I --

    THE CHAIR: Sure.

    MR. LAPPIN: Develop and implement a training process for all persons involved in the lethal injection process. The process should consider including a requirement for periodic training exercises involving, when feasible, all team members and representatives, including those" -- it should say including from FDLE.

    "If not feasible for persons to be involved in the periodic training, a procedure should be established to ensure that the persons performing a given function is proficient to perform that task. The training process should be documented as to the participants (by name or identifier), and the function rehearsed. Develop and implement a procedure of which each exercise is critiqued at all levels to address contingencies and to respond to these contingencies."

    SENATOR CRIST: One question. In Red Cross training you have Resuscitation Sally, so you're recommending having Execution Sam?

    MR. LAPPIN: We have not in our system. You're

49

talking about the insertion of the IVs.

SENATOR CRIST: Right.

MR. LAPPIN: That's why I put the center sentence in there. We have not, nor have I seen, in my experience, other teams practice inserting IVs. I assume that I'm bringing in somebody who is proficient, who is skilled, that they don't need to practice. So, that's why I put that vocabulary in. I mean, it depends on what they all expect.

But we didn't bring people in, or we don't bring people in to practice that function. But all the other functions are practiced and documented and by a team member. And, actually, I think it helps as a quality assurance aspect, especially if the other team members know the responsibilities of each functional area. Because it's another set of eyes overseeing the process.

SENATOR CRIST: This is strictly procedural. You're discussing the procedure and, maybe, taking it a step further and looking at possible aspects of that procedure that could go wrong and how to respond to it.

MR. LAPPIN: And number 7 could be combined with it, "Identify foreseeable lethal injection contingencies and develop responses to these contingencies which are rehearsed in periodic

50

training." So, develop scenarios to include -- you're going through the function of pushing the drugs. Somebody is out there and squeezes the line as though it's not flowing. What do you do, team members? And they go through practicing exactly, let the inmate resist. The inmate says something in the statement that is controversial. You know, how would you, as a team -- what role would you play?

So, every imaginable contingency has a scenario. And through the course of a year, all those scenarios are practiced and there's documentation of that and which team participants participated in those exercises. Because, again, I think that a concern, at least on our part, was credibility of the team and their skill level and their competency. And we, certainly, wanted to be able to document and articulate, if need be, the competency and the skill level of the team.

    SENATOR CRIST: I agree.

    THE CHAIR: Okay. Yes?

    MS. SNURKOWSKI: I think those are very helpful and I think you ought to acknowledge that the protocols do, in fact, say that there's to be quarterly things. I think we can expand on that. In fact, quarterly or more, if you want more frequently, in that they should