TAYLOR3.TXT

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| vs. ) | 05-4173-CV-S-FJG |
| ) | |
| LARRY CRAWFORD, et al., ) | |
| ) | JANUARY 30, 2006 |
| Defendant. ) | 4:00 P.M. |

TRANSCRIPT OF TESTIMONY OF DR. DERSHWITZ & DR. GRONER
BY TELEPHONE

On Monday, January 30, 2006, the above-entitled cause came on before the Honorable Fernando J. Gaitan, Jr., U.S. District Judge, sitting in Kansas City, Missouri.

APPEARANCES

For the Plaintiff:    MR. JOHN WILLIAM SIMON
                      2683 South Big Bend Blvd.
                      St. Louis, MO 63143-2100

For the Defendants:   MR. MICHAEL PRITCHETT
                      MR. STEPHEN HAWKE
                      MR. ANDREW HASSELL
                      Missouri Attorney General's Office
                      P.O. Box 899
                      Jefferson City, MO 65102

Donna M. Turner  RMR
U.S. Court Reporter, Room 7552
Charles Evans Whittaker Courthouse
400 East Ninth Street
Kansas City, MO 64106  (816) 512-5641

C

Roane et al. v. Gonzales et al.,
Civ. No. 05-2337 (D.D.C.)

Pls.' Opp to Mot. J. on the Pleadings
and Mot. to Lift Stays

Exhibit 17

Page 1

TAYLOR3.TXT

I N D E X

MARK DERSHWITZ, M.D.
Direct Examination by Mr. Pritchett        6
Cross-examination by Mr. Simon            41
Redirect Examination by Mr. Pritchett     59
Recross-examination by Mr. Simon          63


JONATHAN GRONER, M.D.
Direct Examination by Mr. Simon           68
Cross-examination by Mr. Hawke            85
Redirect Examination by Mr. Simon        106

EXHIBIT INDEX

| DEFENDANT'S | DESCRIPTION | RECEIVED |
|---|---|---|
| 1 | Dr. Dershwitz' affidavit in Johnston case | 26 |
| 2 | Dr. Dershwitz' CV | 9 |
| 3, 4 & 5 | Graphs re thiopental | 19 |

C

2

```
 1                  MONDAY, JANUARY 30, 2006
 2          THE COURT:  Hello.
 3          MR. SIMON:   Hello, Judge.
 4          THE COURT:  Yes.
 5          MR. PRITCHETT:  Hello, Judge.
 6          THE COURT:  Who do we have?
 7          MR. SIMON:  John Simon for the plaintiff, Your
 8   Honor.
 9          THE COURT:  Okay.
10          MR. PRITCHETT:  And this is Mike Pritchett, Steve
11   Hawke and Andrew Hassell for the defense all on one line.
12   We also have Dr. Mark Dershwitz on a second line.
```

TAYLOR3.TXT

13  represent the general population it's probably high.
14  Q    Are you aware of the proportion of capital defendants
15  -- capital prisoners in Missouri who have a history of
16  intravenous drug abuse?
17  A    I have no specific knowledge of that.
18  Q    Are you aware of the proportion of capital prisoners
19  in Missouri who are calm at the time of their execution?
20  A    I have no specific knowledge about that.
21  Q    Are you personally aware in your practice of anyone
22  having a bad reaction to thiopental?
23  A    I guess it depends on your definition of bad
24  reaction.  I have certainly had people with prolonged
25  hangovers, people who didn't feel well, nauseated patients,

C

52

1   things like that.  I have never had a bad allergic
2   reaction.  I have never given it to somebody who had
3   porphyria.  I have people who dropped their blood pressure
4   a lot and needed resuscitation.  So, yes, those sorts of
5   bad reaction I have seen.
6   Q    Sir, you testified that it's your understanding that
7   federal lethal injections are performed by use of a femoral
8   vein access.  What is the basis of that understanding?
9   A    That was communicated to me by an attorney who worked
10  in an office of the federal judiciary.  I could not tell
11  you exactly what office they worked in, but they called me
12  to discuss with me the pharmacology of the drugs used in
13  lethal injection.
14  Q    It wasn't a doctor?
15  A    No.  I believe it was an attorney.
16  Q    It wasn't a prison administrator?

Page 45

```
                              TAYLOR3.TXT
       17    A    The person identified themselves to me as an attorney
       18    who was working on a federal case.
       19    Q    Were they working for the condemned person or were
       20    they working for the executioners?
       21    A    They were employed by the federal government.
       22    Q    Thank you.  Is it more likely that the needle in a
       23    femoral line access will hit the femoral nerve if the
       24    person in whom it's being used is obese?
       25    A    I would say that hitting the femoral nerve with the
  C
                                                                          53


        1    finder needle is an extraordinarily rare event, since the
        2    artery is in between the nerve and vein.  So as long as the
        3    person knows which side the vein is on, as I would expect
        4    any physician to know, that if you position your needle on
        5    the proper side of the artery, the likelihood of hitting
        6    the vein is essentially zip.  I can't imagine how it could
        7    happen.  I have never seen it happen in my career.
        8    Q    So the answer to the question is no?
        9    A    No, I can't imagine how it could happen, unless by
       10    mistake.
       11    Q    Are femoral lines used for trauma when the site of the
       12    injury is the abdomen?
       13    A    Yes, commonly.  When a trauma patient presents and the
       14    extent of their injury is unknown, it is common for the --
       15    either the emergency department doctor or the trauma
       16    surgeon, especially if the patient is going to come to the
       17    OR quickly, to place large bore intravenous catheters both
       18    in the leg and the arm.  And depending on the type of
       19    injury, there are times for an anesthesiologist to choose
       20    one vs. the other depending on the type of the injury.
       21              So in my experience working at the busiest trauma
                                    Page 46
```

```
                              TAYLOR3.TXT
    17
    18
    19               REPORTER'S CERTIFICATE
    20
    21        I certify that the foregoing pages are a
    22   correct transcript from the record of proceedings in
    23   the above-entitled matter.
    24
    25   _____          _____RMR
             Date                     Registered Merit Reporter
C
```