Review of TDOC Electrocution Process
Rachel Jackson Building, Conference Room 6A
April 9, 2007

PRIVILEGED/CONFIDENTIAL

Roane et al. v. Gonzales et al.,
Civ. No. 05-2337 (D.D.C.)

Pls.' Opp to Mot. J. on the Pleadings and Mot. to Lift Stays

Exhibit 18

<u>Present</u>
Julian Davis, Presiding, Correspondence Coordinator, TDOC
Debbie Inglis, General Counsel, TDOC
Gayle Ray, Deputy Commissioner, TDOC
Ricky Bell, Warden, RMSI
Dr. Mark Dershwitz, MD, PhD (by telephone)

**Gayle Ray.:** What are the advantages and disadvantages of the one- two- and three- drug protocols?
**Dr. Dershwitz:** The advantages of using the three- drug protocol are the overall rapidity- using an EKG is a definite interpretation of the end of life, and the appearance to lay witnesses is not objectionable. The paralytic drug is a disadvantage. If it is removed there is still a rapid end of life. Without it, Potassium Chloride is more likely to promote involuntary muscle contractions. Pancuronium Bromide can mitigate that effect. The advantage of using the one- drug protocol (Thiopental) is that much of the objections of the other side are greatly removed. The disadvantage is that there is no generally applicable definition of the moment death occurs. Using only this drug you cannot rely solely on the EKG. Death could take 30 to 45 minutes. You would need another alternative to determine death. You would need a stethoscope- an expert to lay hands on the inmate to pronounce death.
**Julian Davis:** What are the advantages of using a pulse oxymeter?
**Dr. D.:** An oxymeter is of no help.
**Ricky Bell:** What is a lethal dose of Sodium Pentathol?
**Dr. D.:** The definition of a lethal dose of Sodium Pentothal varies from person to person, but one dose is lethal. Five grams falls into the category of needing very aggressive methods of resuscitation.
**G.R.:** Have there been any cruel and unusual lawsuits against the two- drug protocol?
**Dr. D.:** I do not know of a state with the two- drug protocol. There are several lawsuits against the three- drug protocol.
**Debbie Inglis:** New Jersey uses the Thiopental and Pancuronium Bromide protocol.
**Dr. D.:** I have never been contacted by New Jersey. This protocol does not make sense because Thiopental alone is enough for an execution. One gram causes breathing to stop long enough for someone to die.
**D.I.:** Do you have any problems with the Tennessee draft protocol?
**Dr. D.:** The three- drug protocol with the additional dose of Thiopental makes no sense.

**G.R.:** If Tennessee goes to the one- drug protocol, is there any likelihood that five grams of Sodium Pentothal would not cause death?
**Dr. D.:** No, but a statement can be added to the protocol that says after a certain amount of time, if the inmate is not deceased, another dose can be given. This is a very plausible back up.
**G.R.:** Is there any possibility of involuntary movement with one drug?
**Dr. D.:** It is common to have a seizure when the brain is deprived of oxygen. The chances of a seizure are small with Thiopental because it is the best drug at stopping that. There is no possibility of having a Grand Mal seizure in a conscious person. You lose consciousness just before a Grand Mal seizure. The likelihood after five grams is a miniscule fraction of one percent but it cannot be ruled out.
**G.R.:** What do we again by increasing the dosage of Thiopental?
**Dr. D.:** Five grams stops circulation, three grams does not. In California, with three grams, there have been several cases where the ECG did not flatline and they had to give another dose. Three grams are lethal due to the lack of spontaneous breathing. Five grams is lethal because of ceased circulation.
**D.I.:** If Tennessee used six grams, are there any benefits?
**Dr. D.:** There is no data in humans for over five grams.
**Ricky Bell:** The Tennessee protocol uses seven syringes.
**Dr. D.:** The number of syringes is irrelevant. The number of doses is relevant.
**R.B.:** If death does not occur, a complete set is given again. Would we only use the last drug again?
**Dr. D.:** It depends. Most states give another dose of Thiopental but those states also use an ECG.
**G.R.:** There is a concern about going to a one- drug protocol because it has not been done.
**Dr. D.:** It has been done in animals for euthanization.
**G.R.:** The executioners say that one drug can tell death.
**Dr. D.:** I would not put a lot of weight on appearances. You need a person to do a physical exam. A person can stop breathing for two or three minutes, but it would not cause death.
**D.I.:** If the heart has stopped, is there any possibility of restarting the brain activity?
**Dr. D.:** I cannot say definitely. Measure the absence of breathing and circulation twice, "x-number of minutes" apart. In most scenarios, medical experts have no rule of the exact instant of death.
**D.I.:** If we use five grams of Sodium Pentathol, how long is it before the doctor comes in to pronounce death?
**Dr. D.:** It depends on who is there. You should discuss this with the physician who will participate or the Medical Examiner. Waiting five minutes and another five minutes is reasonable, but you can check with other physicians.
**G.R.:** What is the concentration of saline used in the Sodium Pentathol mixture?
**Dr. D.:** Use 25 mg per 20 ml of water or saline. You can also transfer Thiopental from a 20 ml syringe to a 60 ml syringe. The current method of mixing is a 10% solution and probably not soluable. There are probably some particles suspended but not dissolved.
**J.D.:** What other states have you been involved with?

**Dr. D.:** I testified in Missouri and Kentucky in addition to Virginia. I have given depositions in Maryland, Virginia, and Oklahoma. I've submitted affidavits in 10 other states. I gave opinions to the Florida Commission regarding the botched execution of inmate Diaz. I gave no testimony, deposition, or affidavit for this one. I have everything written and can send it to Tennessee by CD.
**D.I.:**  The best way is for me to have the names of the cases.

**(At the end of conference call Dr. Dershwitz was thanked for his time and expertise).**

NOTES
---

- Ms. Inglis stated that there is a possibility of a suit regarding the closing of blinds. This would put the physician at risk of being seen. Mr. Davis stated that the EMT can pronounce death and the physician can come in and confirm. Ms. Inglis stated if Tennessee has the two-drug protocol and an ECG, Tennessee can do this easily without changing the drugs.
- Deputy Commissioner Ray stated that in the one-drug protocol the EMT would check for signs of life first, then the physician would come in five minutes later. She stated if there were not the issue of a long wait, Tennessee would lean toward the one-drug protocol.