# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY TAYLOR | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 05-4173-CV-W-FJG |
| | ) | |
| LARRY CRAWFORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## EXPERT WITNESS REPORT OF STEPHEN PAUL JOHNSON, M.D. PURSUANT TO FED. R. CIV. P. RULE 26(a)(2)(B)

### Certificate of Service

I hereby certify a true and correct copy of the foregoing was forwarded by electronic mail and Federal Express this 23rd day of May, 2006, to the offices of:

> Michael Pritchett, Esq.
> Assistant Attorney General
> P.O. Box 899
> Jefferson City, Missouri  65102

> /s/ John William Simon
> Attorney for Plaintiff

---

Roane et al. v. Gonzales et al.,
Civ. No. 05-2337 (D.D.C.)

Pls.' Opp to Mot. J. on the Pleadings
and Mot. to Lift Stays

Exhibit 19

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MICHAEL ANTHONY TAYLOR   )
   )
       Plaintiff,   )
vs.   )    No. 05-4173-CV-W-FJG
   )
LARRY CRAWFORD, et al.,   )
   )
       Defendants.   )
_____)

**EXPERT WITNESS REPORT OF STEPHEN PAUL JOHNSON, M.D.
PURSUANT TO FED. R. CIV. P. RULE 26(a)(2)(B)**

I have been retained to testify as an expert on behalf of Plaintiff Michael Anthony Taylor. I submit this report in compliance with the requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure. I expect to testify at trial regarding the matters stated in this report if asked by the Court or the parties' attorneys.

I have no financial interest in the outcome of this litigation. I am being compensated at a rate of $300.00 per hour. In the past four years, I have participated in only one lawsuit; the case was called *Maynard v. Doctors Hospital*, Case No. 01CVA-11-115588, in Columbus, Ohio. My testimony in that case concerned a complication of uterine fibroid embolization.

I reserve the right to supplement or modify this report if and when appropriate. I also reserve the right to supplement or modify this report to the extent that new or additional information is provided. In this regard, I may give additional testimony based upon documents, issues, or testimony that is presented at trial.

**A.        Background and Qualifications**

1.      I am an Associate Professor of Radiology at the University of Colorado Health Sciences Center. I also serve as Medical Director of the Division of Interventional Radiology and Program Director of the Interventional Radiology Fellowship Program.

2.      I received by Medical Doctorate degree from the Northeastern Ohio Universities College of Medicine in 1988, and completed my residency at the University of Cincinnati Hospital, where I served as Chief Resident in 1993.

3.      I am a board certified radiologist, and I have a CAQ, or Certificate of Added Qualification in interventional radiology.  I am currently licensed to practice medicine in Colorado.

4.      I have well over a decade of experience in placing central lines.  I perform central venous access on a daily basis.  Since 1989, I have placed more than 1,800 central venous lines in patients.

5.      As a result of my training and research, I am familiar and proficient in the use of large bore femoral venous access, which is the type of IV access currently used to administer chemicals during lethal injections in Missouri.

6.      My qualifications are further detailed in my curriculum vitae, a copy of which is attached hereto as Exhibit 1 and incorporated by reference as if fully rewritten herein.

## B.        Materials Reviewed

I have reviewed in connection with the preparation of this report Defendants' responses to Plaintiff's post-remand interrogatories (including John Doe 1's responses), Defendants' responses to Plaintiff's request for admissions and to Plaintiff's document production requests.  I also have reviewed the documents produced by Defendants pertaining to the last six executions and a transcript of the execution site inspection.  A list of the additional materials that I have reviewed is set forth in Exhibit 2.

## C.        Summary of Opinions

There is absolutely no medical indication to use femoral access for lethal injection where peripheral venous access is available.  Large bore femoral venous access is significantly more invasive, risky and painful than standard peripheral venous access.  The use of large bore femoral venous access for lethal injections presents a significant risk that the condemned person will experience significant pain from the placement.  The risk of pain inherent in femoral catheterization is gratuitous because of the alternative of standard peripheral vein access.  The fact that a last minute turn of events may call for cessation of the execution implicates additional risks also inherent in femoral catheterization, but not in peripheral access.

## D.        Bases and Reasons for Opinions

*Scope of Assignment*

The scope and substance of my testimony will be based on the review of the material identified above in Section B, and my professional experience, expertise and educational background as set forth above in Section A.  As part of my testimony, I may also provide a brief tutorial on femoral venous access and how it differs from peripheral venous access.

*Femoral Vein Access*

2

1.      Femoral line placement is substantially more invasive than peripheral vein access. Whereas peripheral access involves only a small needle that is inserted just a fraction of an inch beneath the skin, femoral catheterization involves a large bore needle (18 or 19 gauge) inserted deeper under the skin and immediately adjacent to critical structures such as the femoral artery and nerve. It is ordinary practice, in placing a femoral line, to locate the femoral vein by advancing the large bore needle until it hits the bone and then aspirating back until entry of the vein is marked by a flush of blood.

2.      The flow rate obtained with peripheral IV is completely adequate for lethal injection. There is no medical indication for placing a femoral line for increased flow rate.

3.      While a peripheral IV does not require local anesthesia or sedation, femoral catheterization is ordinarily performed with both. In my ordinary practice, I administer the sedative through a peripheral IV. Only after the patient is properly sedated do I apply local anesthesia and begin the central line placement.

4.      It is my understanding that Missouri does not sedate the condemned individual prior to femoral access. Although it appears that a sedative is offered, it is my understanding that inmates can and do decline such sedation. The practice of placing a femoral line without a sedative is contrary to established medical standards. One indication for sedation during elective central venous catheter placement is that local anesthesia in and of itself is painful and it is difficult to provide local anesthesia to the nerve and bone. Failure to administer a sedative prior to femoral placement exacerbates the risk of complications, moreover, because inadvertent puncture of the artery, the bone, or other structures is more likely to occur if the inmate resists the procedure or moves during placement of the femoral catheter.

5.      Whereas peripheral access provides a relatively simple means of venous access that can be competently achieved by many individuals with medical training, the Department of Corrections has chosen a procedure that requires a trained physician. The reason that femoral venous access requires a trained physician whereas peripheral access does not is that the risks involved in femoral placement are substantially more serious than in peripheral access. Indeed, the complications inherent in femoral line access may necessitate emergency surgery. It is my understanding, however, that transporting the inmate to an operating room during his execution is simply not an option. Medically, it makes no sense to choose a procedure that implicates such risks and complications where the alternative of standard peripheral access exists. The scope of complications that would necessitate immediate attention in the operating room is outside the realm of peripheral access.

6.	Even in the controlled hospital setting, mechanical complications -- predominantly inadvertent arterial puncture -- occurs in up to 17.3% of patients with femoral catheterization.  The large caliber needle used to access the femoral vein frequently punctures the femoral artery, as well as the femoral nerve, the periostium, or the bone.  In the execution context, if the inmate physically resists placement of the femoral catheter, the risk of such complications may be higher.

7.	Puncture of the femoral artery can create substantial bleeding.  Such bleeding is in itself painful and can be excruciatingly painful when an enlarging hematoma is difficult to compress.  The risk of hematoma increases when a patient is obese or hypertensive.  Hypertension is likely to be present in an inmate who is not sedated and about to undergo lethal injection.

8.	Serious bleeding may require immediate surgical attention or blood transfusion.  To be sure, the condemned person could bleed to death instead, but that is an extremely painful way to die.

9.	Hematoma formation (or bleeding under the skin) occurs in 10% of femoral access cases. Hematomas are often the size of a golf ball or grapefruit and can be much larger.  They are especially dangerous where the bleeding enters the abdomen.  When this happens from inadvertent arterial puncture, surgical repair is frequently required.  Intra-abdominal bleeding can be difficult to diagnose and typically requires a CAT Scan.

10.	Contrary to representations made by John Doe 1 in his interrogatory responses, hematomas occur irrespective of the technique of access.  There are two techniques for femoral catheterization:  the "Seldinger" technique and the "Single Wall" technique.  The Single Wall technique is preferred because it avoids puncturing the back wall of the vessel and decreases the chance of hematoma formation.  The Seldinger technique, which is the technique used by John Doe 1, involves "through and through" puncturing of the vessel.  In other words, it requires a second hole in the anterior wall of the vessel (in contrast to the single hole required by the Single Wall technique).  Also, in the Seldinger technique -- but not in the Single Wall technique -- the physician is unable to determine whether he has hit the artery or vein until he withdraws the needle.

11.	Either technique can result in hematoma formation and, in fact, such puncture may be more likely during the Seldinger technique as it requires two holes instead of one.

12.	Bleeding from the arterial puncture could cause severe pain from the expanding hematoma and prevent successful femoral vein placement at that site.  Inability to access the femoral vein at the original site would require the provider to choose a new site for central venous access, repeating the entire procedure on the other extremity. During this delay, it is quite likely that the inmate would be experiencing substantial to excruciating pain from the ongoing bleeding from the original access site.

13.	John Doe 1 has represented that if a massive hematoma occurred, he would drain it.  This would require surgical evacuation, however.

4

14.	Inadvertent arterial placement of the central line also would lead to inadvertent intraarterial injection of the Potassium Chloride. This would result in excruciating lower extremity pain, arterial thrombosis (or the clotting of the artery), and possible limb loss.

15.	Malpositioning of the femoral catheter tip also could lead to drug misadministration. Catheter tip placement in a small branch vessel may lead to misadministration of the chemicals whereby they enter a branch vein rather than the main femoral vein.

16.	Malposition of the catheter tip during a femoral central line placement cannot be detected through the naked eye. This is in direct conflict to peripheral IV in which malfunction of the peripheral IV is immediately detected. The risk of malposition of the femoral catheter causes enough concern that radiologists ordinarily use flouroscopy and/or ultrasound when inserting a central line to ensure proper placement.

17.	In the event of a last minute stay or other change of events resulting in cessation of an execution, the additional long term complications of a groin infection and deep femoral thrombosis are implicated. Deep venous thrombosis has been reported after femoral venous catheter placement with an incidence of up to 25%. This results in lower extremity edema (or swelling of the lower extremity) and the need for anti-coagulation therapy. Groin infection and/or inflammation after femoral central line placement are additional complications that may result.

18.	It is my understanding that the Department of Corrections' procedures permit the doctor to insert the femoral line prior to any final determination regarding clemency or a stay. It also is my understanding that the Department of Corrections does not utilize "Universal Precautions" for a sterile environment when placing the femoral line. The use of Universal Precautions is standard medical practice; failure to use such precautions unnecessarily heightens the risk of groin infection.

19.	The photographs of executed inmates with the femoral line still in place, which I understand were produced by the State during discovery, reveal just how invasive the femoral placement procedure is. The knotting of the tubes in these pictures, one of which is reproduced here as Exhibit 3, raises questions as usually the tubes are controlled through clamps rather than knotting.

20.	The swelling around the catheter inserted in Mr. Johnston (Exhibit 3) indicates a hematoma. Although difficult to confirm through photographs, the color of the blood in this particular photograph also suggests that Mr. Johnston's artery may have been punctured, because the blood appears to be more oxygenated than venous blood.

21. In short, the choice of placement of a large bore central venous catheter into the femoral vein represents a significantly more invasive and risky choice of access for lethal injection. Because of the large caliber of needle and catheter, significantly more pain can be associated with the placement compared to peripheral IV access. Inadvertent femoral arterial placement probably presents the most serious complication, which can cause excruciating pain and failure of the procedure at that site of access. Other associated risks of femoral placement include secondary infection and deep venous thrombosis.

22. To be sure, there are circumstances where central line placement is medically indicated. Specifically, in emergent circumstances such as cardiac arrest or circumstances that require a large caliber IV -- primarily, dialysis -- central line access is preferred. Central line access also is indicated for patients who lack adequate peripheral veins due to long-term use of intravenous drugs or chemotherapy.

23. Even when use of a central line is medically indicated, however, femoral lines are hardly ever placed because the complications inherent in femoral access are greater than those inherent in access through other central lines, such as the jugular vein.

24. I understand that a Kentucky court recently held that central line placement through the jugular vein creates a substantial risk of wanton and unnecessary infliction of pain, torture, or lingering death in violation of the Eighth Amendment. Central line placement through the femoral vein involves essentially the same procedure. It is every bit as invasive, and the complications inherent in femoral access are even greater, specifically the risk of infection and deep venous thrombosis.

## E.    Trial Exhibits

At trial, I may refer to and use as exhibits the documents and materials I reviewed as well as other exhibits prepared for that purpose, including demonstrative exhibits to assist in providing testimony.

## F.    Affirmation

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 23rd day of May, 2006.

Respectfully submitted,

_____/S/_____
Stephen Paul Johnson

# EXHIBIT 1

# CURRICULUM VITAE
# STEPHEN PAUL JOHNSON, M.D.

**PRESENT POSITION:**

Associate Professor of Radiology
University of Colorado Health Sciences Center
4200 East Ninth Avenue, Campus Box A030
Denver, CO 80252

Program Director – Interventional Radiology
    Fellowship Program
2002 – Present

Medical Director, 2004 - Present
Division of Interventional Radiology

Program Director, 2006
Western Angiographic Interventional Society

President-elect, 2006
Association of Program Directors

**EDUCATION:**

**HIGH SCHOOL:**

Ravenna, Ohio
Valedictorian

**COLLEGE:**

Kent State University
Kent, Ohio.  1982-1984
Graduated Summa Cum Laude.  BS

**MEDICAL SCHOOL:**

Northeastern Ohio Universities
College of Medicine.  1984-88

**INTERNSHIP:**

St. Thomas Medical Center
Akron, Ohio.  1988-89

**RESIDENCY:**

University of Cincinnati Hospital.  1989-1993
Chief Resident.  1993

**FELLOWSHIP:**

University of Colorado Health Sciences Center
Interventional Radiology.  1993-1994

**CERTIFICATION:**

NBME 1, 2, 3
American Board of Radiology.  June 1993

Certificate of Added Qualification
Interventional Radiology.  November 1996


**LICENSURE:**                    Ohio.          1991-1998
                                  Texas:         1998-2000
                                  Colorado:      1998-Present


**MILITARY SERVICE:**             United States Air Force.  1994-1998
                                  Rank attained:  Major

                                  United States Air Force Reserves.  1984-1994


**HOSPITAL AFFILIATIONS:**        University Hospital
                                  Denver, Colorado
                                  Associate Professor of Radiology
                                  1998-Present

                                  Denver Health and Hospitals
                                  Denver, Colorado
                                  Staff Radiologist
                                  1998-Present

                                  Veterans Administration Hospital
                                  Denver, Colorado
                                  Staff Radiologist
                                  1998-Present

                                  Wilford Hall Medical Center
                                  Lackland AFB, Texas 78236-5300
                                  Faculty.  Interventional and Diagnostic Imaging
                                  1994-1998
                                  Director of Interventional Radiology. 1997-1998

                                  University of Texas Health Sciences Center
                                  San Antonio, Texas
                                  Clinical Assistant Professor

                                  University of Colorado
                                  Denver, Colorado
                                  Fellow.  Interventional Radiology.  1993-1994

                                  Green Memorial Hospital
                                  Xenia, Ohio

Staff Radiologist.  1991-1993

**PROFESSIONAL SOCIETIES &**      AOA, RSNA, SIR, SCR, WAIS
**COMMITTEES:**

San Antonio Interventional Club
1994 - 1997

Chairman, Selection Committee
University of Cincinnati, Ohio.  1992

Education Committee.  2000-Present
University of Colorado

Blood Committee.  2001-2005
University of Colorado

ACGME Preparation Committee, APDIR
Society of Interventional Radiology
September 2004-Present

Medical Student Preceptorship Program
University of Colorado
October 2001-Present

**RESEARCH**:

**PUBLICATIONS:**

1. Perme C, **Johnson SP**, Weinstein A:  The Talbot Finger:  hereditary symphangilism.  Skeletal Radiology.  1992; 23(6): 468-470.

2. **Johnson SP**, Wienstein A:  Eosinophilic granuloma of the cervical spine:  an unusual case presentation and literature review.   Skeletal Radiology.  1993; 22: 63-65.

3. Riegler JL, Lang KA, **Johnson SP**, Westerman JH.  TIPS improves oxygenation in hepato-pulmonary syndrome.  Gastroenterology.  1995; 109: 978-983.

4. **Johnson SP**, Leyendecker JR, Joseph FB, et al:  TIPS in pediatric patients awaiting liver transplantation.  Transplantation.  1996; 62(8): 1178-1181.

5. Leyendecker JR, Buehrer JL, **Johnson SP**, McDonald KD: Ischemic limb threat due to superficial femoral artery aneurysms in a child. JVIR. Sept-Oct 1996; Vol. 7(5): 691-695.

6. **Johnson SP**, Fujitani RI, Leyendecker JR, Joseph FB. Stent deformation and intimal hyperplasia complicating treatment of a post-carotid endarterectomy intimal flap with a Palmaz stent. J of Vasc Surg. 1997; 25(4): 764-768.

7. Leyendecker JR, **Johnson SP**, Diffin DC, Elsass K, Bifano SL. Time-of-flight MR angiography of infrapopliteal arteries with MIP reconstruction: is interpretation of the axial source images helpful? AJR. 1997; 169(4): 1145-1150.

8. Leyendecker JR, Rivera E, Washburn WK, **Johnson SP**, Diffin DC, Eason JD. MR angiography of the portal venous system: techniques, interpretation, and clinical applications. Radiographics. 1997; 17(6): 1425-1444.

9. Carrier DA, Arriagen MA, Dahlen RT, **Johnson SP**, Preoperative embolization of anastamosis of the jugular bulb: a new adjuvant in jugular foramen surgery. AJNR. 1997; 18(7): 1252-1256.

10. **Johnson SP**, Johnson CE, Taylor JP. Anomalous common origin of the left internal carotid artery and left vertebral artery. AJR. Aug 1998; Feb; 170(2): 514.

11. Diffin DC, Leyendecker JR, **Johnson SP**; Zucker RJ, Grebe PJ. Distribution of pulmonary emboli on interobserver variability in the interpretation of pulmonary angiography. Accepted AJR. March 1998.

12. Loomer DC, **Johnson SP**; Diffin DC. Superior mesenteric artery stenting in a patient with acute mesenteric ischemia. Accepter JVIR. June 1998.

13. **Johnson SP**, Raiken DP, Grebe PJ, Diffin DC, Leyendecker JR. Single institution prospective evaluation of the over-the-wire Greenfield IVC Filter. JVIR. 1998; Sept-Oct: 9(5): 766-73.

14. **Johnson SP**, Durham JD, Knudson D, et al. Acute arterial occlusion of the small vessels of the hand and forearm: treatment with regional urokinase. JVIR. 1999, Jul-Aug: 10(7): 869-76.

15. Robinson TN, Stiegman GV, Durham JD, **Johnson SP**, Wachs ME, Serra AD, Kumpe DA. Management of major bile duct injury associated with laparoscopic cholecystectomy. Surgical Endoscopy. 2001.

16. **Johnson SP**. Stroke thrombolysis using TPA. The Interventionalist. Vol 1(3): 8-9; 2001.

17. Nehler MR, Mueller RJ, McLafferty RB, **Johnson SP**, Nussbaum JD, Mattos MA, Whitehill TA, Esler AL, Hodgson KJ, Krupski WC. Outcome of catheter-directed thrombolysis for lower extremity arterial bypass occlusion. J Vasc Surg. 2003; Jan: 37(1): 72-8.

18. **Johnson SP**, Voria P, Elliot D, Ludkowski MJ, Nehler M, Whitehill TA, Durham JD. Technical Note: Treatment of Type II Endoleaks at the time of endograft placement. Submitted JVS. March 2005.

19. **Johnson SP**, Bauer J, et al. The role of TIPS for portal vein patency in liver transplant patients with portal vein thrombosis. Submitted Liver Transplant. April 2006.

20. Brickley, TW, Trotter JF, **Johnson SP**. Torulopsis glabrata Fungemia from Infected Transjugular Intrahepatic Portosystemic Shunt Stent. J Vasc Interv Radiol. 2005 May; 16(5):751-2.

21. Rapp JH, **Johnson SP**, et al. A Multi-Center, Comparative, Phase 3 Study to Determine the Safety and Efficacy of MS-325-Enhanced MRA for Evaluation of Aortoiliac Disease in Patients with Known or Suspected PVD. Radiology. 2005 Jul;236(1):71-8.

22. Bauer J, **Johnson SP**, Lynch D. Hughes-Stovin Syndrome: A case report with review of Imaging and Treatment. Submitted CVIR, April 2006.

23. **Johnson SP**, Bagrosky BM, Mitchell EL, McIntyre RC. CT-guided RFA ablation of an Aldosterone Secreting Primary Adrenal Tumor in a Surgically unfit patient. Submitted JVIR, May 2006.

## SCIENTIFIC ABSTRACTS:

1. Leyendecker JR, Grebe PJ, **Johnson SP**, Hickman catheter placement in the fluoroscopy suite: importance of catheter tip and tunnel location. [abstr] Radiology. 1995; 197(P): 283.

2. Leyendecker JR, Schroeder RD, Pohl JM, Chong CL, **Johnson SP**. Midshunt velocities obtained with ultrasound are useful for the detection of shunt stenosis following transjugular intrahepatic portosystemic shunt placement. [abstr] Radiology. 1995; 197(P): 272.

3. Leyendecker JR, **Johnson SP**, Diffin DC, Elsass K, Bifano FL. Time-of-flight MR angiography of the below knee arteries with MIP reconstruction: is interpretation of the axial source images helpful? 97th Annual Meeting ARRS. 1997.

4. **Johnson SP**, Raiken DP, Grebe PJ, Diffin DC, Leyendecker JR.  Single institution prospective evaluation of the over-the-wire Greenfield IVC filter.  Presented SCVIR.  March 1998; JVIR Supplement 1998; Volume 9(1) part 2: 221.

5. Diffin DC, Leyendecker JR, **Johnson SP**, Grebe PJ.  Spiral CT angiography in the diagnosis of pulmonary embolism.  American Roentgen Ray Society.  1998.

6. **Johnson SP**, Bashir S, Durham JD, Subber SW, Krysl J, Kumpe DA.  Role of urokinase in the treatment of acute arterial occlusion of the small vessels of the hand and forearm.  Presented SCVIR.  March 1998; JVIR Supplement; Volume 9(1) part 2: 206.

7. **Johnson SP**, Cutts S, Durham JD, Krysl J, Kumpe DA.  Initial experience of percutaneous mechanical thrombectomy using the Amplatz thrombectomy device for the treatment of deep venous thrombosis.  Presented SCVIR.  March 2000.

8. **Johnson SP**, Durham JD, Kondo K, Mitchusson K, Kumpe DA.  Single institution experience with TIPS in the treatment of refractory ascites in cirrhosis patients.  Presented SCVIR.  March 2001.

9. **Johnson SP**, Mao J, Kumpe DA.  A single institution experience using intrarterial r-TPA for the treatment of acute stroke.  Presented Western Angiographic Society 2001.


## ELECTRONIC MEDIA:

CAQ Examination in Interventional Radiology Preparation, 2006.


## FUNDED RESEARCH:

1. Principal Investigator.  A Multicenter, Comparative Two Arm, Phase 3 Study to Determine the Safe and Efficacy of AngioMark-enhanced MRA for Evaluation of Aortoiliac Occlusive Disease in Patients with Known or Suspected Peripheral Vascular Disease or Aortic Aneurysms.  2001.

2. Co-investigator.  Multicenter Evaluation of the Percutaneous Mechanical Thrombectomy (PMT) Device for Treatment of Thrombosed Dialysis Grafts. 2002.

3. Co-investigator.  A Randomized, Double-blind, Comparative Study of H 376/95 and Enoxaparin for the Prevention of Venous Thromboembolism Following the Total Hip Arthroplasty.  Protocol 237.  2002.

4. Co-investigator.  Multicenter Phase I trial of PTFE stent graft for the treatment of venous anastomotic stenosis in hemodialysis grafts.  2002.

5. Co-investigator/  A Randomized Controlled Trial to Compare Elective Open vs Endovascular Repair in Abdominal Aortic Aneurysms (AAA) – OVER Trail.  VA Cooperative Study #498.  Acronym:  Open Vs Endovascular Repair.  COMIRB #03-294.  First patient was randomized on 11/6/02 to EVR. 2002-present.

6. Co-investigator.  A Double-blind, Randomized, Multicenter Study to Investigate the Safety, Tolerability, and Effects of Tezosentan to Portal Hypertension in Patients with Portal Pressure and patients with Portal Hypertension Secondary to Cirrhosis.  To be submitted to COMIRB.  November 2003.

7. Principal Investigator.  ZIPS trial.  A Randomized, Multicenter Study Comparing Zilver Stent Placement Versus Angioplasty for the Treatment of Superficial Femoral Artery Stenosis.  Submitted COMIRB.  October 2003.


## **BOOK CHAPTERS:**

1. **Johnson SP**.  Contributing author.  In:  Krupski WC.  Review of Vascular Surgery.  W. B. Saunders.  1995.

2. Kumpe DA, **Johnson SP**.  Catheter-directed thrombolysis for treatment of upper extremity Ischemia.  Current Critical Problems in Vascular Surgery, Volume 8.  Editor:  Frank J. Veith.  1998.

3. **Johnson SP**.  Seminars in Interventional Radiology.  Interventional management of complications of renal transplantation.  Vol 18(1): 47-57:  2001.

4. **Johnson SP**, Durham JD.  TIPS for the treatment of refractory ascites, hepatorenal syndrome, hepatopulmonary syndrome, and hepatic hydrothorax in patients with cirrhosis.  SCVIR.  Portal Hypertension Syllabus.  2002.

5. Ray CA, **Johnson SP**, Spaulding SA.  Imaging of Neurovascular Trauma.  Seminars in Neurosurgery.  To be submitted November 2003.

6. **Johnson SP**, Huddleston JR.  Embolization of Painful Neoplasms.  Pain Management in Interventional Radiology.  Editor:  Charles Ray, MD.  In press May, 2006.


## **BOOK REVIEWS:**

1. Reviewer:  Endovascular Therapy for Atherosclerotic Renal Artery Stenosis:  Present and Future.  Annals of Vascular Surgery.  In press 2002.

2. Reviewer:  Interventional Radiology.  Valji K.  Journal of Vascular Surgery.  2001.

3.  Reviewer:  Endovascular Therapy for Atherosclerotic Renal Artery Stenosis:
    Present and Future.  Annals of Vascular Surgery.  November 2001.

4.  Reviewer:  Journal of Pediatric Gastoenterology and Nutrition.  March 2003.

5.  Reviewer:  Circulation.  2004.

6.  Reviewer:  Journal of Vascular Surgery.  2004 - 2005.

7.  Reviewer:  JVIR. 2005 - Present.


**<u>INVITED LECTURES:</u>**

>           Embolization Techniques
>           University of Cincinnati
>           Cincinnati, Ohio
>           December 22, 1994
>
>           Imaging of Renal Trauma
>           Brooke Army Medical Center
>           February 15, 1995
>
>           SCVIR Annual Meeting
>           IVC Filter Workshop
>           Fort Lauderdale, Florida
>           March, 1995
>           Therapeutic Options in the Treatment of Vascular Malformations
>           University of Texas
>           San Antonio - May 17, 1995
>           Brooke Army Medical Center – May 20,1995
>
>           SCVIR Annual Meeting
>           IVC Filter Workshop
>           Seattle, Washington
>           March 6, 1996
>
>           IVC Filters
>           University of Texas, San Antonio – May 10, 1996
>           Brooke Army Medical Center – May 15, 1996
>
>           SCVIR Annual Meeting
>           IVC Filter Workshop
>           Washington, DC
>           March 13, 1997

Renal CT Angiography
University of Colorado Health Sciences Center
Denver, Colorado
April, 1997

Treatment of Deep Venous Thrombosis with
        Endovascular Techniques
International Symposium on Endovascular Therapy
San Antonio, Texas
January, 1998

SCVIR Annual Meeting
Advanced TIPS Workshop
Orlando, Florida
April, 1999

Advances in Stent Technology
Montrose, Colorado
May, 1999
Advancement in the Treatment of DVT
Wilford Hall Medical Center
Brooke Army Medical Center
May, 1999

Surgical Grand Rounds
Stents:  How, Where, and When
Denver, Colorado
October 23, 1999

Rocky Mountain AVIR 5th Educational Seminar
Treatment of Abdominal Aortic Aneurysms with
        Endovascular Stents
Hyatt Regency
Denver, Colorado
January, 2000

Rocky Mountain Vascular Symposium
The Limits of Aortoiliac PTA and Stenting
Vail, Colorado
March, 2000

SCVIR Annual Meeting
Advanced TIPS Workshop
San Diego, California
March, 2000

PTA and Stenting for the Treatment of Peripheral

Vascular Disease
Brooke Army Medical Center – May, 2000
Wilford Hall Medical Center, San Antonio – May 2000

Partners in Preceptorship:  The Role of Interventional Radiology
      in the Management of Peripheral Vascular Disease
Sheraton Hotel, Denver, Colorado – October, 2001
Marriott Hotel, Denver, Colorado – November, 2001

Peripheral Vascular Update
Inferior Vena Caval Filters:  State of the Art
San Antonio, Texas
January, 2001

Horizons in Surgery Meeting
The Role for Endovascular Repair of Abdominal Aortic Aneurysms
Breckenridge, Colorado
March, 2001

SCVIR Annual Meeting
Advanced TIPS Workshop
Closure Devise Workshop
San Antonio, Texas
March, 2001

Northern Plains Vascular Surgical Society
An Interventional Radiologists View of Hemodialysis Access
January, 2002.

Rocky Mountain Nephrology Nurses Annual Meeting
Interventional Radiology's Role in the Management of the
      Dialysis Patient
Breckenridge, Colorado
February, 2002

Northern Plains Vascular Surgical Society
Role of Mechanical Thrombectomy Devices in the Management
      of PAD
Denver, Colorado
January, 2003

SCVIR Annual Meeting
Advanced TIPS Workshop
Salt Lake City, Utah
March, 2003

Western Angiographic Society

1. Mechanical Thrombectomy Devices: Which Device Should I Use? Practical TIPS for PAD and Venous Applications.
2. TIPS: Patient Selection and Practical TIPS I Learned This Year.
3. M & M

Vancouver, British Columbia, Canada
October, 2003

Horizons in Surgery Meeting
What's New in Interventional Radiology?
Breckenridge, Colorado
March, 2004

Controversies in Transplantation Meeting
Stent Graft Repair of Hepatic Artery Pseudoaneurysms
Breckenridge, Colorado
March, 2004

Surgical Grand Rounds
Denver, Colorado
March 29, 2004

Regional Management of Endoleaks
WAIS Annual Meeting
Kauai, Hawaii
November, 2004

New Devices for Vascular Intervention
WAIS Annual Meeting
Kauai, Hawaii
November, 2004

Preparing for an ACGME Site Visit
APDIR Annual Meeting
Boston, Massachusetts
September, 2005

Pancreatic Islet Cell Transplantation:
WAIS Annual Meeting
Santa Barbara, California
November, 2005

Interventional Case Management
WAIS Annual Meeting
Santa Barbara, California
November, 2005

# EXHIBIT 2

References:

1. Bansal, R, et al.  A prospective randomized study to compare ultrasound-guided with nonultrasound-guided double lumen internal jugular catheter insertion as a temporary hemodialysis access.  Ren Fail.  2005; 27(5): 561-4.

2. Baumbauer, R, Latza, R. Complications in large bore catheters for extracorporeal detoxification methods.  Artif Organs.  2004 Jul; 28(7):629-33.

3. *Baze v. Rees*, No. 04-CI-01094 (Ky. Cir. Ct. July 8, 2005).

4. Durbec, O, et al.  A prospective evaluation of the use of femoral venous catheters in critically ill adults.  Critical Care Medicine.  1997 Dec; 25(12):1943-6.

5. El Minshawy, O, et al.  Evaluation of vascular access complications in acute and chronic hemodialysis prescription. J. Vascular Access.  2004; 5: 76-82.

6. Gann, M. Jr.  Improved results using ultrasound guidance for central venous access.  Am. Surg.  2003 Dec.; 69(12): 1104-7.

7. Koroglu, M, et al.  Percutaneous placement of central venous catheters: comparing the anatomical landmark method with the radiologically guided technique for central venous catheterization through the jugular vein in emergent hemodialysis patients.  Acta Radiol. 2006 Feb.; 47(1): 43-7.

8. Merrer, J, et al.  Complications of Femoral and Subclavian Venous Catheterization in Critically Ill Patients.  JAMA.  2001 Aug; 286:700-07.

9. Nicholson, T, Ettles, D, Robinson, G.  Managing inadvertent arterial catheterization during central venous access. Cardiovasc Intervention Radiol.  2004 Jan; 27(1) 21-5.

10. Valji, K.  Vascular and Interventional Radiology.  Philadelphia.  W.B Saunders; 1999.

11. Williams, JF, et al.  Use of femoral venous catheters in critically ill adults: prospective study.  Critical Care Medicine.  1991 Apr; 19(4) 550-3.

# EXHIBIT 3



