**CONFIDENTIAL**

PROTOCOL LEAD SCRIPT

OPEN DOJ CURTAIN

▓▓▓▓ PLEASE CONTACT DOJ TO DETERMINE IF

▓▓▓▓ TEAM LEADER - PREPARE THE INMATE FOR TRANSPORT

▓▓▓▓ LEADER WILL RADIO WHEN THE INMATE IS READY FOR TRANSPORT

▓▓▓▓ TO ▓▓▓▓ LEADER - YOU MAY PROCEED WITH TRANSPORT OF THE INMATE

INMATE IS PLACED ON TABLE, MAKE SURE YOU PUT SHEET AROUND THE INMATE UP TO HIS SHOULDERS AND COVER LEADS COMING FROM C ROOM

CLOSE DOJ CURTAIN

OPEN DOOR FROM C ROOM AND LET ▓▓▓▓ IN

TILT UP THE TABLE IF NEEDED FOR ▓▓▓▓ TO WORK ON, RE DO SHEET

OPEN DOJ CURTAIN

▓▓▓▓ BEFORE SCHEDULED TIME

▓▓▓▓ PREPARE FOR TRANSPORTATION OF WITNESSES

CLOSE DOJ CURTAIN

▓▓▓▓ CHECK TOP SEE IF THERE ARE ANY IMPEDIMENTS TO PROCEEDING

▓▓▓▓ - WITNESS SECURE - COPY

THEN WAIT UNTIL THE SCHEDULED TIME

▓▓▓▓ - ARE YOU READY TO PROCEED?

STAND BACK AGAINST THE WALL SO AS NOT TO OBSTRUCT THE WITNESS ROOMS

▓▓▓▓ - YOU MAY OPEN THE CURTAINS

▓▓▓▓ AUDIO IS ON

INMATE X, DO YOU WISH TO MAKE A LAST STATEMENT? (LET INMATE SPEAK FOR A WHILE, THEN CUT OFF)

READ SENTENCE STATEMENT FROM CARD

IF INMATE MAKES LEGAL CHALLENGE OR RUNS TOO LONG READ THAT STATEMENT FROM CARD

MARSHALL ARE WE READY TO PROCEED?

MARSHALL GIVES OK ▓▓▓▓ AUDIO OFF

▓▓▓▓ YOU MAY BEGIN PHASE 1

▓▓▓▓ - PHASE 1 COMPLETE. GREEN LIGHT GOES ON. WAIT FOR DRUGS TO TAKE EFFECT, SEE IF INMATE IS SLEEPY

▓▓▓▓ YOU MAY BEGIN PHASE 2

▓▓▓▓ - ALL DRUGS ARE ADMINISTERED. RED LIGHT ON

▓▓▓▓ DEATH HAS OCCURRED AT XX O'CLOCK

SIGNAL TO TURN ON AUDIO

---

Roane et al. v. Gonzales et al.,
Civ. No. 05-2337 (D.D.C.)

Pls.' Opp to Mot. J. on the Pleadings and Mot. to Lift Stays

Exhibit 20