ANNEX IV – ATTACHMENT 1

**CONTROLLED CHEMICAL DISPOSITION RECORD
(LETHAL INJECTION)**

**GEORGIA DEPARTMENT OF CORRECTIONS – GDCP**

## CHEMICALS DISPENSED BY GDCP PHARMACY

| Name of Chemical – Amount | Date Issued | Lot # | Expiration | # of Vials |
|---|---|---|---|---|
| PENTOTHAL          6 GRAMS | | | | |
| PANCURONIUM BROMIDE 150 MGM | | | | |
| POTASSIUM CHLORIDE     360 MEQ | | | | |
| | | | | |

| ISSUED BY:  (SIGN AND PRINT NAME) | RECEIVED BY: (SIGN AND PRINT NAME) | DEPT/LOCATION |
|---|---|---|
| | | |

## CHEMICALS ADMINISTERED BY INJECTION TEAM

| DATE | TIME | INMATE NAME/NUMBER | CHEMICALS | QTY |
|---|---|---|---|---|
| | | | PENTOTHAL | |
| | | | PAVULON | |
| | | | POTASSIUM CHLORIDE | |
| | | | | |

## CHEMICALS DESTROYED

| CHEMICALS DESTROYED | QTY | # OF SYRINGES | DATE DESTROYED | DEPT/LOCATION |
|---|---|---|---|---|
| PENTOTHAL | | | | |
| PANCURONIUM BROMIDE | | | | |
| POTASSIUM CHLORIDE | | | | |

| DESTROYED BY: (SIGN AND PRINT NAME) | WITNESSED BY: (SIGN AND PRINT NAME) | DEPT/LOCATION |
|---|---|---|
| | | |

## CHEMICALS RETURNED TO GDCP PHARMACY

| DATE RETURNED | CHEMICAL RETURNED | QTY RETURNED | # OF VIALS |
|---|---|---|---|
| | PENTOTHAL | | |
| | PANCURONIUM BROMIDE | | |
| | POTASSIUM CHLORIDE | | |
| | | | |

Roane et al. v. Gonzales et al.,
Civ. No. 05-2337 (D.D.C.)

Pls.' Opp to Mot. J. on the Pleadings
and Mot. to Lift Stays

Exhibit 21

| RETURNED BY: (SIGN AND PRINT NAME) | RECEIVED BY: (SIGN AND PRINT NAME) |
|---|---|
| | |

# CONTROLLED CHEMICAL INVENTORY LOG

# GEORGIA DEPARTMENT OF CORRECTIONS – GDCP

## ANNEX IV – ATTACHMENT 2
*CHEMICAL – SODIUM PENTOTHAL*

| DATE | PACKAGE SIZE | BEGINNING INVENTORY | AMOUNT DISPENSED | DATE DISPENSED | SUBTOTAL | AMOUNT RETURNED | DATE RETURNED | TOTAL INVENTORY | INITIALS |
|------|-------------|---------------------|------------------|----------------|----------|-----------------|---------------|-----------------|----------|
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |
|      |             |                     |                  |                |          |                 |               |                 |          |

23

# CONTROLLED CHEMICAL INVENTORY LOG

## GEORGIA DEPARTMENT OF CORRECTIONS – GDCP

### ANNEX IV – ATTACHEMENT 3
### CHEMICAL – PANCURONIUM BROMIDE

| DATE | PACKAGE SIZE | BEGINNING INVENTORY | AMOUNT DISPENSED | DATE DISPENSED | SUBTOTAL | AMOUNT RETURNED | DATE RETURNED | TOTAL INVENTORY | INITIALS |
|------|-------------|---------------------|-------------------|-----------------|----------|------------------|----------------|------------------|----------|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

CONTROLLED CHEMICAL INVENTORY LOG

ANNEX IV – ATTACHEMENT 4
*CHEMICAL – POTASSIUM CHLORIDE*

GEORGIA DEPARTMENT OF CORRECTIONS – GDCP

| DATE | PACKAGE SIZE | BEGINNING INVENTORY | AMOUNT DISPENSED | DATE DISPENSED | SUBTOTAL | AMOUNT RETURNED | DATE RETURNED | TOTAL INVENTORY | INITIALS |
|------|--------------|---------------------|------------------|----------------|----------|-----------------|---------------|-----------------|----------|
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |
|      |              |                     |                  |                |          |                 |               |                 |          |

25