TAYLOR3

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL TAYLOR,                )
                               )
        Plaintiff,             )
                               )  Case No.
    vs.                        )  05-4173-CV-S-FJG
                               )
LARRY CRAWFORD, et al.,        )
                               )  JUNE 13, 2006
        Defendant.             )

VOLUME III
PAGES 262 - 395

TRANSCRIPT OF BENCH TRIAL PROCEEDINGS

BEFORE THE HONORABLE FERNANDO J. GAITAN, JR.
U.S. DISTRICT JUDGE

For the Plaintiff:    MS. GINGER D. ANDERS
                      MR. ERIC BERGER
                      MR. MATTHEW S. HELLMAN
                      Jenner & Block, LLP
                      601 13th Street NW
                      Washington DC 20005
                           and
                      MR. JOHN WILLIAM SIMON
                      2683 South Big Bend Blvd.
                      St. Louis, MO 63143-2100

For the Defendants:   MR. MICHAEL PRITCHETT
                      MR. STEVEN HAWKE
                      Missouri Attorney General's Office
                      P.O. Box 899
                      Jefferson City, MO 65102

Donna M. Turner  RMR
U.S. Court Reporter, Room 7552
Charles Evans Whittaker Courthouse
400 East Ninth Street
Kansas City, MO 64106  (816) 512-5641

Roane et al. v. Gonzales et al.,
Civ. No. 05-2337 (D.D.C.)

Pls.' Opp to Mot. J. on the Pleadings
and Mot. to Lift Stays

Exhibit 22

I N D E X

Page 1

```
                     TAYLOR3

                  JUNE 12, 2006


     DR. MARK HEATH
     Direct Examination by Ms. Anders              9
     Cross-examination by Mr. Hawke               86
     Redirect Examination by Ms. Anders          134

     DR. STEPHEN JOHNSON
     Direct Examination by Mr. Hellman           137
     Cross-examination by Mr. Hawke              169
     Redirect Examination by Mr. Hellman         185

     DR. THOMAS HENTHORN
     Direct Examination by Mr. Berger            188
     Cross-examination by Mr. Pritchett          232
     Redirect Examination by Mr. Berger          253
     Recross-examination by Mr. Pritchett        260


                  JUNE 13, 2006                   262


     DR. MARK DERSHWITZ
     Direct Examination by Mr. Pritchett         262
     Cross-examiation by Ms. Anders              301
     Redirect Examination by Mr. Pritchett       332
     Recross-examination by Mr. Anders           338

     TERRY MOORE
     Direct Examination by Mr. Pritchett         340
     Cross-examination by Mr. Berger             348

     LARRY CRAWFORD
     Direct Examination by Mr. Pritchett         363
     Cross-examination by Mr. Hellman            374
     Redirect Examination by Mr. Pritchett       393
```

EXHIBIT   INDEX

| PLAINTIFF'S | DESCRIPTION | RECEIVED |
|---|---|---|
| 1 - 23 | Discovery materials | 86 |
| 24 | Dr. Heath's CV | 10 |
| 26 | Print-out of package insert | 32 |
| 28 | Photo of triple lumen kit | 62 |
| 29 | Still picture of execution chamber | 74 |
| 30 | Still picture of execution chamber | 86 |
| 31 | Dr. Johnson's CV | 140 |
| 32 | Diagram of venous system | 144 |

TAYLOR3

20   Q    So are you aware that the dose of thiopental used at
21   the last several executions in Missouri was not five grams
22   as we understood in January?
23   A    Yes.
24   Q    How, if at all -- excuse me.  What is your
25   understanding of the amount of thiopental that was actually

                                                                  264


1    given at the last several executions?
2    A    I believe it was 2.5 grams.
3    Q    How, if at all, does the administration of 2.5 grams
4    of thiopental the last few executions impact your opinions
5    regarding executions in Missouri?
6    A    By decreasing the dose from five grams to 2.5 grams,
7    the probability of consciousness increases by a tiny and
8    minuscule amount.  Other states use as little as two grams
9    of thiopental, and even in that situation the likelihood of
10   consciousness during the period of time that an execution
11   requires is a tiny fraction of one percent.
12   Q    What's the key factor, in your opinion, regarding the
13   humaneness of executions in Missouri in particular and then
14   throughout the country in general?
15   A    Well, in my opinion for an execution to be humane an
16   adequate dose of hypnotic agent like thiopental has to be
17   administered prior to the paralytic or the potassium
18   chloride.  And in the other states in which I have
19   performed calculations I would say that probably the
20   minimum acceptable dose would be 1.5 grams, and anything
21   above that is associated with diminishing likelihood of
22   consciousness.
23   Q    Did your review of the new discovery in this case