| 7:06 A.M. | KC-1 INFORMS KC-2 TO BEGIN PHASE ONE. FIRST PHASE COMMENCES. DEPARTMENT OF JUSTICE COMMAND CENTER NOTIFIED OF THE PROCESS. |
|---|---|
| 7:07 A.M. | FIRST PHASE COMPLETED. KC-1 WAITS UNTIL INMATE IS ASLEEP BEFORE BEGINNING PHASE TWO. |
| 7:08 A.M. | SECOND PHASE COMPLETED. |
| 7:08 A.M. | THIRD PHASE COMMENCES. |
| 7:08 A.M. | THIRD PHASE COMPLETED. |
| 7:09 A.M. | KC-1 INFORMED OF DEATH BY KC-2 |
| 7:09 A.M. | DEATH IS DETERMINED AT 7:08 A.M. |
| 7:09 A.M. | KC-1 ANNOUNCES THAT INMATE JONES' DEATH WAS DETERMINED TO ALL WITNESS ROOMS. |
| 7:09 A.M. | CURTAINS CLOSED. AUDIO OFF. |
| 7:10 A.M. | COMMAND CENTER NOTIFIED TO BEGIN WITNESS EXTRACTION. |
| 7:11 A.M. | Media Witnesses removed from Execution Facility and Bureau PIO accompanies media witnesses to the media area. |
| 7:12 A.M. | Inmate Witnesses removed from Execution Facility. |
| 7:15 A.M. | Community Witnesses removed from Execution Facility |
| 7:17 A.M. | ALL TEAM MEMBERS SECLUDED IN EXECUTION FACILITY ROOMS. ESCORT TEAM ENTERS AND REMOVES RESTRAINTS FROM INMATE. |
| 7:19 A.M. | Inmate Witnesses returned to designated area. |
| 7:20 A.M. | Community Witness returned to designated area. |
| 7:22 A.M. | REPRESENTATIVE FROM THE VIGO COUNTY CORONER'S OFFICE ESCORTED INTO EXECUTION FACILITY TO EXAMINE THE BODY. |
| 7:23 A.M. | Media Witness have been dropped off at Training Center. Returning to Command Center. |
| 7:30 A.M. | ESCORT TEAM ASSISTS FUNERAL HOME REPRESENTATIVE IN THE REMOVAL OF THE INMATE'S BODY FROM THE EXECUTION FACILITY. |
| 7:32 A.M. | BODY PLACED IN FUNERAL HOME VEHICLE. |
| 7:34 A.M. | All protestors a[re] ... |

Roane et al. v. Gonzales et al.,
Civ. No. 05-2337 (D.D.C.)

Pls.' Opp to Mot. J. on the Pleadings
and Mot. to Lift Stays

Exhibit 23