21. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D. Plasma catecholamine concentrations before and after trigeminal rhizotomy: a clinical study. 5th International Symposium on Endocrinology in Anesthesia and Critical Care, Berlin, October, 1991.

22. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D. Plasma catecholamine concentrations before and after trigeminal rhizotomy: a clinical study. **Anesth. Analg.** 1992; 74:S217.

23. Dershwitz M, Randel G, Rosow CE, Fragen R, Di Biase PM, Librojo ES, Jamerson B, Shaw DL. Dose-response relationship of GI87084B, a new ultra-short acting opioid. **Anesthesiology** 1992; 77:A396.

24. Dershwitz M, Rosow CE, Di Biase PM, Wilson RS. Ventilatory depression during and after a low dose alfentanil infusion in normal volunteers. **Anesthesiology** 1992; 77:A360.

25. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease. Association of University Anesthesiologists Annual Meeting; Chicago, Illinois; May, 1994.

26. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in subjects with severe liver disease compared with normal subjects. **Anesthesiology** 1994; 81:A377.

27. Shlugman D, Dufore S, Dershwitz M, Michałowski P, Hoke J, Muir KT, Rosow C, Glass PSA. Respiratory effects of remifentanil in subjects with severe renal impairment compared to matched controls. **Anesthesiology** 1994; 81:A1417.

28. Hoke JF, Muir KT, Glass PSA, Shlugman D, Rosow CE, Dershwitz M, Michałowski P. Pharmacokinetics of remifentanil and its metabolite (GR90291) in subjects with renal disease. **Clin. Pharm. Ther.** 1995; 57:148.

29. Kovac A, Melson T, Graczyk S, Scuderi P, Watkins WD, MCPR44 Study Group. Treatment of postoperative nausea and vomiting with single doses of IV dolasetron: a multicenter trial. **Anesthesiology** 1995; 83:A6.

30. Kearse L, Rosow C, Connors P, Denman W, Dershwitz M. Propofol sedation/hypnosis and bispectral EEG analysis in volunteers. **Anesthesiology** 1995; 83:A506.

31. Kovac A, Chelly J, McKenzie R, Philip B, Pearman M, Brown R, MCPR45 Study Group. Multicenter intravenous dose response trial to assess the efficacy and safety of dolasetron mesylate in preventing postoperative nausea and vomiting. **Anesthesiology** 1996; 85:A1.

32. Dershwitz M, Conant JA, Rosow CE, Connors PM, Zaslavsky A. A dose-response study of ondansetron in preventing postoperative nausea and vomiting in female inpatients. **Anesthesiology** 1996; 85:A331.

33. Rosow CE, Connors PM, Hennessy D, Rosow D, Dershwitz M, Shyu WC, Vachharajani N. Bioavailability of nasal butorphanol. **Anesthesiology** 1996; 85:A314.

34. Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow C. Miotic effects of alfentanil, and fentanyl occur at extremely low doses. **The Pharmacologist** 1997; 39:109.

35. Dershwitz M, Morishige RJ, Walsh JL, Rodriguez-Paz JM, Maarschalk LA, Rubsamen RM, Connors PM, Rosow CE. Pharmacokinetics of inhaled morphine in normal volunteers. **Anesthesiology** 1997; 87:A376.

36. Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow CE. Miotic effects of alfentanil, and fentanyl occur at extremely low doses. **Anesthesiology** 1997; 87:A316.

37. Michałowski P, Dershwitz M, Rosow CE, Conlay LA, Chang YC. Total intravenous anesthesia with remifentanil or alfentanil in ambulatory orthopedic surgery carries minimal risk of postoperative nausea and vomiting. **Anesthesiology** 1998; 89:A34.

38. Walsh J, Dershwitz M, Rosow C, Connors PM, Morishige R, Rubsamen R. Intravenous and inhaled morphine pharmacokinetics and pharmacodynamics as measured by pupillometry. **Anesthesiology** 1998; 89:A521.

39. Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R. Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions. Association of University Anesthesiologists Annual Meeting; Pittsburgh, Pennsylvania; May, 1999.

40. Gollub RL, Breiter H, Dershwitz M, Elman I, Kantor H, Gastfriend D, Benson E, Lazar S, Krause S, Makris N, Kennedy D, Campbell T, Weisskoff R, Rosen B: Cocaine dose dependent activation of brain reward circuitry in humans revealed by 3T fMRI. International Conference on Functional Mapping of the Human Brain, 1999.

41. Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R. Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions. **Anesthesiology** 1999; 91:A367.

42. He YL, Walsh J, Denman W, Dershwitz M, Kim J, Rosow C. Pharmacodynamic modeling of the miotic effects of alfentanil in humans measured with infrared pupillometry. Association of University Anesthesiologists Annual Meeting; Rochester, NY; May, 2001.

43. Gollub R, Aquino P, Kong J, Gracely R, Kramet T, Dershwitz M. Reliable intensity and laterality encoding of noxious pressure and heat pain in cortex within single subjects using 1.5T fMRI. Organization for Human Brain Mapping 7th Annual Meeting; Brighton, UK; June, 2001.

44. Aquino P, Kong J, Gracely RH, Kramer T, Dershwitz M, Gollub R. Reliable encoding of brief noxious mechanical stimuli in single subjects using 1.5T fMRI. Society for Neuroscience, 2001.

Exhibit B



Exhibit C



Exhibit D



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

### FILE NUMBER 5:06-CT-3018-H

| | |
|---|---|
| **WILLIE BROWN, JR,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **SECOND AFFIDAVIT OF** |
| **v.** ) | **MARK DERSHWITZ, M.D., Ph.D.** |
| ) | |
| **THEODIS BECK, Secretary, North** ) | |
| **Carolina Department of Correction, and** ) | |
| **MARVIN POLK, Warden, Central** ) | |
| **Prison, and UNKNOWN** ) | |
| **EXECUTIONERS,** ) | |
| ) | |
| **Defendants.** | |

Affiant, being first duly cautioned and sworn, states as follows:

1. I have reviewed the document filed in this case entitled, "Reply in Support of Plaintiff's Motion for Preliminary Injunction," dated 3 April 2006. The purpose of this Second Affidavit is to supplement my First Affidavit and address statements made on pages 9-11 of the Reply pertaining to the interpretation of the blood concentrations of thiopental obtained from four inmates following their executions.

2. In Paragraphs 7-16 of my First Affidavit, I describe the results of my pharmacokinetic and pharmacodynamic predictions of the *arterial* blood concentrations of thiopental as a function of time in an average 80-kg man given 3000 mg of thiopental sodium. Because these predictions are based on experiments in humans that involved sampling *arterial* blood, the blood concentrations I predicted can be compared only to *arterial* blood samples obtained from living

humans. Thus, my predictions as described in Paragraphs 7-16 of my First Affidavit do **not** predict the thiopental concentrations that would be obtained after death. There are three mechanisms for the disparity.

3. The first mechanism is that thiopental undergoes a process called postmortem redistribution. This means that the thiopental concentration in blood decreases as a function of time after death. This process is evident in the blood samples obtained from inmates McHone, Boyd, and Simpson because the blood samples obtained at the time of autopsy at the office of the medical examiner are much lower than those obtained at the prison shortly after pronouncement of death.

4. The second mechanism is the time required for equilibration (i.e., the process by which the concentrations become equal) in thiopental concentrations between the arterial and venous circulatory systems. In normal humans given thiopental at a dose of approximately 400 mg, this process occurs with a half-life of about 1 minute. A "rule of thumb" is that five half-lives must elapse before a process is considered essentially complete. Although never studied in humans, following a dose of 3000 mg, thiopental would have a significant depressant effect upon the heart to slow the circulation and to increase the time required for equilibration between the arterial and venous circulatory systems. Since the circulation is completely stopped by the administration of potassium chloride, and the injection of potassium chloride typically occurs within approximately two minutes of the injection of the thiopental sodium, there is clearly inadequate time to permit equilibration of the thiopental concentrations between the arterial and venous circulatory systems. For this reason, and because it is the arterial circulation that delivers medications **to** the brain, venous blood sampling is almost never performed in research studies to

predict the effects of rapidly-acting medications upon the brain.

5. The third mechanism is that after obtaining the blood sample, it must be properly stored prior to analysis, and it should be submitted for analysis as quickly as is practical. The reference laboratory, National Medical Services, recommends that the blood sample be stored on ice after it is obtained, then frozen, and then sent to the laboratory on ice. In the case of all four blood samples, there was an unacceptable delay in sending them to the laboratory. Although the exact date of shipment is not specified in the reports of the medical examiner, the date of the receipt of the results is specified, and National Medical Services typically has a one-week or less turnaround time for this analysis. In addition, National Medical Services reported that none of the samples arrived frozen. Thus, in considering the data in the following table:

| Inmate's Name | Date of Execution | Date Lab Results Received | Number of Days Between Execution and Receipt of Lab Results | Thiopental Concentration (mg/L) |
|---|---|---|---|---|
| Syriani | 11/18/05 | 3/14/06 | 116 | 12 |
| McHone | 11/11/05 | 2/28/06 | 109 | 21 |
| Boyd | 12/2/05 | 3/14/06 | 102 | 29 |
| Simpson | 1/19/06 | 2/28/06 | 40 | 43 |

it is apparent that there is a systematic decrease in the reported thiopental concentrations as a function of the time the samples were stored prior to analysis. It is likely that all of the samples therefore contained higher thiopental concentrations at the time they were obtained. In addition, because the samples were stored for an excessive period of time and improperly shipped to the laboratory, the analytic results may not be reliable.

6. When obtaining blood from the femoral artery in a living person, the strong pulsation of the artery is the target to which the needle is aimed. When obtaining blood from the femoral

vein in a living person, the femoral arterial pulse is again the landmark, however the needle is inserted medial (i.e. adjacent and closer to the center of the body) to the pulse because the femoral vein is invariably located medial to the femoral artery. When obtaining blood from the femoral vessels in a corpse, the only way to be certain that the blood is from the artery or vein is to perform a dissection and visualize directly both the artery and vein, because a corpse has no pulse. That would be a surgical intervention and was not done when the blood samples were obtained at the prison from the executed inmates. For this reason, there is no way to be sure that a particular blood sample was obtained from the femoral artery or the femoral vein. In the case of a blood sample obtained within a few minutes of death of an executed inmate, the femoral arterial concentration of thiopental is likely to be higher than the femoral venous concentration.

7. Regardless of whether the blood samples are arterial or venous, those obtained from inmates McHone, Boyd, and Simpson demonstrate an extremely low probability of consciousness at the time of death. The lowest of the three, that of 21 mg/L from inmate McHone, would be associated with a probability of consciousness of approximately 0.017% assuming that this value represented the concentration of thiopental in the brain at the time of death. If this blood sample were obtained from the femoral vein instead of the femoral artery, the brain concentration would have been necessarily higher and associated with an even lower likelihood of consciousness.

8. The thiopental concentration results from inmate Syriani cannot be readily explained. The Plaintiffs suggest that the concentration of 12 mg/L measured in the blood sample drawn shortly after death is indicative of a problem with the administration of thiopental during the execution. That interpretation ignores the systematic problems described above in collecting and

transmitting the samples to the laboratory. Considering these systematic errors, it would be inappropriate to assume that the reported value of 12 mg/L accurately reflected the blood thiopental concentration at the time of death. If the assumption is made that the thiopental concentration of 12 mg/L did indeed reflect the arterial blood thiopental concentration at the time of death, this concentration corresponds to a probability of consciousness of approximately 1.4%.

9. Recognizing that the process of postmortem redistribution of thiopental does occur as described above in Paragraph 3, the calculated probability of consciousness at the time of death may be artifactually high, ***but it cannot be artifactually low.*** Thus, in the case of inmates McHone, Boyd, and Simpson, if the blood thiopental concentrations decreased during storage, the actual probabilities of consciousness would be even lower than the miniscule values described in Paragraph 7. In the case of inmate Syriani, no defensible conclusions can be drawn regarding the probability of consciousness at the time of his death other than the fact that it was lower than 1.4%.

10. Further, the Affiant sayeth not.

This, the 5th day of April 2006.

_____

**Mark Dershwitz, M.D., Ph.D.**

Sworn to and subscribed before me,

this the 5th day of April 2006.

_____

Notary Public

My Commission Expires: _____

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NUMBER 5:06-CT-3018-H

| | | |
|---|---|---|
| WILLIE BROWN, JR, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF** |
| v. | ) | **MARK DERSHWITZ, M.D., Ph.D.** |
| | ) | |
| THEODIS BECK, Secretary, North | ) | |
| Carolina Department of Correction, and | ) | |
| MARVIN POLK, Warden, Central | ) | |
| Prison, and UNKNOWN | ) | |
| EXECUTIONERS, | ) | |
| | ) | |
| Defendants. | | |

Affiant, being first duly cautioned and sworn, states as follows:

1. I am Dr. Mark Dershwitz, an M.D. with a Ph.D. in Pharmacology. A true and accurate copy of my curriculum vitae is attached as Exhibit A. I am licensed to practice medicine in the States of Massachusetts and Maine. I am currently an Anesthesiologist at the University of Massachusetts and I am certified by the American Board of Anesthesiology. I am currently a Professor of Anesthesiology and Biochemistry and Molecular Pharmacology at the University of Massachusetts.

2. I have done extensive research and written numerous review articles and research papers on the use of anesthetics and I regularly practice medicine in that capacity. My research includes the study of the pharmacodynamics and the pharmacokinetics of drugs. Pharmacokinetics is the study of the time course of a drug, while pharmacodynamics refers to

1

the effects of a drug.

3. Prior to my current appointment at the University of Massachusetts, I have been an Instructor, Assistant Professor and Associate Professor at Harvard Medical School. I have testified as an expert witness concerning the pharmacokinetics and/or pharmacodynamics of anesthetic medications and other medications. I have testified in court as an expert witness on eleven occasions. I have given nineteen depositions as an expert witness.

4. I previously provided testimony in the case of *Page v. Beck*, File Number 5:04-CT-04-BO, in affidavits filed in this Court and dated 20 February 2004 and 17 September 2005, an affidavit filed in this Court in the case of *Perkins v. Beck*, File Number 5:04-CT-643-BO, and dated 27 September 2004, an affidavit filed in this Court in the case of *Boyd v Beck*, File Number 5:05-CT-00774-D, and dated 21 November 2005, and an affidavit filed in this Court in the case of *Moody v Beck*, File Number 5:06-CT-03020, and dated 14 March 2006.

5. I have been requested by the Attorney General's Office of the State of North Carolina to render an expert opinion concerning the effects of administering thiopental sodium, pancuronium bromide, and potassium chloride with respect to the procedures employed in North Carolina for executing prisoners by lethal injection. While North Carolina's execution protocol references "Sodium Pentothal," it is the same substance as thiopental sodium. Similarly, while North Carolina's execution protocol references "Pavulon," it is the same substance as pancuronium bromide. Accordingly, all discussion in my Affidavit relating to thiopental sodium references the anesthetic drug being used in North Carolina in its execution protocol, and all discussion in my Affidavit relating to pancuronium bromide references the paralytic drug being used in North Carolina in its execution protocol. I understand that, in order to reduce the stress

2

on all persons whose lives are affected by the execution process and to make its protocol more

consistent with the majority of the 36 other states which utilize lethal injection as a method of

execution, including those protocols which have been upheld following constitutional review,

North Carolina revised its procedures in September 2004 for administering thiopental sodium,

pancuronium bromide and potassium chloride for the execution of condemned prisoners.

    a.    Death is caused by the administration of lethal quantities of thiopental

          sodium, pancuronium bromide, and potassium chloride.

          i.    The lethal injection process involves the successive, simultaneous slow

                injection into two IV lines, each leading to an intravenous catheter

                inserted into a peripheral vein, of the chemical substances contained in

                two identical sets of five (5) individual syringes that are prepared in

                advance, and each syringe of each set contains only one (1) of the drugs.

          ii.    The first syringe in each set contains not less than 1500 mg, for a total

                dose of not less than 3000 mg, of thiopental sodium, which is a

                barbiturate that quickly renders the inmate unconscious.

          iii.    The second syringe in each set contains not less than 30 mL, for a total

                volume of not less than 60 mL, of saline solution, which is injected in

                each line to flush the thiopental sodium from the IV line.

          iv.    The third syringe in each set contains not less than 20 mg of

                pancuronium bromide, for a total dose of not less than 40 mg, which is a

                paralytic agent.

          v.    The fourth syringe in each set contains not less than 80 mEq of

3

potassium chloride, for a total does of not less than 160 mEq, which, at this dosage level, causes the cessation of spontaneous electrical activity in the heart and therefore causes the heart to stop beating.

    vi.   The fifth syringe in each set contains not less than 30 mL of saline solution, for a total volume of not less than 60 mL, which is injected to flush the pancuronium bromide and the potassium chloride from the IV line.

  b.   The syringes containing the drugs are prepared and loaded prior to the inmate being moved into the death chamber.

  c.   The primary injection sites on the inmate's body are established by means of two intravenous catheters inserted into usable veins.

  d.   An infusion of saline solution is started into each intravenous catheter as soon as the condemned inmate is brought into the execution chamber, and the infusion continues until the Warden signals for the injection of the execution chemicals to begin.

  e.   Upon signal from the Warden, both sets of syringes are injected simultaneously in order "one" through "five" with each succeeding chemical solution being introduced within a few seconds after the injection of the immediately preceding chemical solution is completed, and so forth until the injection of the contents of all five syringes is completed.

6. On 20 February 2004, I executed an affidavit in the case of *Page v. Beck* in which I rendered an expert opinion regarding the former execution protocol employed in North Carolina. It was my opinion that the former protocol was satisfactory, humane and posed little risk that a

condemned inmate would resume consciousness.  In  paragraph 14 of my earlier affidavit I

stated, "it is my opinion to a reasonable degree of medical certainty that there is an exceedingly

small risk that a condemned inmate under these circumstances would experience any pain

associated with the infusion of lethal doses of pancuronium bromide and potassium chloride."

My opinion of the suitability of the former protocol is not changed by the newer, more generally

accepted protocol being employed since September 2004.

      7.  I have performed a detailed pharmacokinetic and pharmacodynamic analysis of the

effects of a 3000-mg dose of thiopental sodium given to an average man with a mass of 80

kilograms or about 176 pounds.  (I note that the wording of the revised execution protocol

provides for minimum doses or volumes of the chemical compounds named in order to allow for

a properly qualified person, after evaluating the condemned inmate, to increase the dose of the

chemical compounds if the inmate weighs significantly more than average or is morbidly obese,

which are the only factors that would necessitate an increase in the doses used).  It is my opinion,

to a reasonable degree of medical certainty, that a condemned inmate who is administered 3000

mg of thiopental sodium will be rendered unconscious, and not experience pain, for the time

period necessary to complete the execution.  The following discussion will quantitate the

minuscule probability that the person could be conscious during the period of time that elapses

between the administration of the thiopental sodium and the person's death.  Even in persons of

greater size or with inherent drug tolerance (due, for example, to the prior administration of

therapeutic medications), the listed probabilities would not be altered in a meaningful way.

      8.  From my pharmacokinetic analysis I have generated two graphs, attached as Exhibits

B and C. These pharmacokinetic graphs show the predicted concentration of thiopental in the

blood in an average man as a function of time. In Exhibit B, the time course considered is two

hundred minutes, while in Exhibit C it is twenty minutes. In both Exhibits B and C, the y-axis is

the concentration of thiopental in blood measured in mcg/mL (micrograms, or millionths of

gram). As shown in Exhibit B, after the administration of 3000 mg of thiopental sodium, the

blood concentration of thiopental would be about 63.0 mcg/mL about five minutes after drug

administration, falling to about 33.3 mcg/mL after twenty minutes. It should be noted that

twenty minutes is more than twice as long as any prior execution in North Carolina has required

using the procedure described herein. Over the two hundred minute time course shown in

Exhibit B, the blood concentration of thiopental would fall to about 8.1 mcg/mL. The blood

concentration of thiopental at which 50% of people are conscious and 50% are unconscious is

7.0 mcg/mL; about 280 minutes must elapse until this point is reached.

9. From my pharmacodynamic analysis, I have generated a graph, attached as Exhibit D.

This pharmacodynamic graph shows the probability that an average man will be conscious as a

function of the blood concentration of thiopental. In other words, the graph shows the likelihood

of consciousness in the presence of varying blood concentrations of thiopental. The graph shows

that it is extraordinarily unlikely that someone will remain conscious during the hour following

the administration of 3000 mg of thiopental sodium.

10. It is my opinion, to a reasonable degree of medical certainty, that the dose of

thiopental sodium used by North Carolina would render most people unconscious within 60

seconds from the time of the start of administration. By the time all 3000 mg of thiopental

sodium solution are injected, it is my further opinion, to a reasonable degree of medical

certainty, that over 99.99999999 % of the population would be unconscious. Furthermore, this

6

dose of thiopental sodium will cause virtually all persons to stop breathing within a minute of

drug administration. Thus, although the subsequent administration of pancuronium bromide, a

paralytic agent, would have the effect of paralyzing the person and preventing him from being

able to breathe, virtually every person given 3000 mg of thiopental sodium will have stopped

breathing prior to the administration of the pancuronium bromide. Thus, even in the absence of

the administration of pancuronium bromide and potassium chloride, the administration of 3000

mg of thiopental sodium by itself would be lethal in almost everyone.

11. It is my opinion, to a reasonable degree of medical certainty, that there is

approximately a 0.000003 % probability that a condemned inmate given 3000 mg of thiopental

sodium would be conscious, and able to experience pain, after a period of five minutes.

12. It is my opinion, to a reasonable degree of medical certainty, that there is

approximately a 0.00012 % probability that a condemned inmate given 3000 mg of thiopental

sodium would be conscious, and able to experience pain, after a period of ten minutes.

13. It is my opinion, to a reasonable degree of medical certainty, that there is

approximately a 0.0014 % probability that a condemned inmate given 3000 mg of thiopental

sodium would be conscious, and able to experience pain, after a period of thirty minutes.

14. It is my opinion, to a reasonable degree of medical certainty, that there is

approximately a 0.029 % probability that a condemned inmate given 3000 mg of thiopental

sodium would be conscious, and able to experience pain, after a period of sixty minutes.

15. Finally, it is my opinion, based upon a reasonable degree of medical certainty, the

administration of 3000 mg of thiopental sodium would render most people unconscious for a

period of approximately 4.7 hours, assuming that they were able to breathe.

7

16.  Therefore, it is my opinion to a reasonable degree of medical certainty that there is an exceedingly small risk that a condemned inmate under the circumstances of the revised execution protocol would experience any pain associated with the administration of lethal doses of pancuronium bromide and potassium chloride.

17.  I have reviewed the protocols for lethal injection as used in California, Kentucky, Maryland, Missouri, North Carolina, Ohio, South Carolina, and Virginia.  All of these states use the same three medications in lethal injections.  While the protocols in these states differ in terms of the doses of the three medications used, each of these protocols will render the inmate unconscious quickly and cause the inmate's rapid and painless death.

18.  I have reviewed the affidavit of Dr. Mark Heath, dated 27 February 2006 and filed in this Court in this case.  I note that Dr. Heath's published works focus on the molecular mechanisms of pain.  It does not appear that Dr. Heath has particular expertise with respect to the pharmacodynamics and pharmacokinetics of anesthetic medications.  In other words, Dr. Heath has no specific expertise in the time course of a medication's effect, which in my view is the primary medical and scientific issue raised in this case.  While all anesthesiologists should be familiar with the use of thiopental sodium, pancuronium bromide, and potassium chloride, my primary research interest throughout my career in anesthesiology has been the study of the time course of the effects of anesthetic medications.

19.  In paragraph 14 of his affidavit, Dr. Heath starts that, "The plane of anesthesia needs to be monitored during an execution to ensure the anesthesia has been properly administered and the appropriate plane of anesthesia has been properly induced."  I agree that in clinical anesthesia an expert clinician such as an anesthesiologist or nurse anesthetist must monitor the

8

depth of anesthesia. In clinical anesthesia, however, much lower doses of anesthetic medications are given in order to permit the patient to awaken quickly at the end of the surgical procedure. The dose of thiopental sodium used in a judicial execution in North Carolina, 3000 mg, is about seven to ten times higher than that typically used in clinical anesthesia. Since such a large overdose of thiopental sodium is used in a judicial execution in North Carolina, there is no need to have an expert clinician monitoring the depth of anesthesia.

20. In paragraph 15 of his affidavit, Dr. Heath states that, "alternative chemicals [to potassium chloride exist] that do not activate the nerves in the vessel walls of the veins in the way that potassium chloride does." It is interesting that Dr. Heath does not name any of these alternative chemicals. In fact, no available medication will stop the electrical activity in the heart as rapidly as does potassium chloride. To a reasonable degree of medical certainty, substituting any other medication for potassium chloride will prolong the time required to achieve a "flat line" electrocardiogram. Furthermore, potassium chloride will not cause pain to be perceived by a person previously given 3000 mg of thiopental sodium because that dose of thiopental sodium will render the person unconscious and insensible to pain from any source.

21. In paragraph 19 of his affidavit, Dr. Heath describes the suffering that would be experienced by a person given pancuronium alone. I agree that pancuronium given alone would indeed cause such suffering. The North Carolina protocol for a judicial execution describes the pancuronium being given *after* the 3000-mg dose of thiopental sodium. As described in the previous paragraph, to a reasonable degree of medical certainty, a 3000-mg dose of thiopental sodium will render the inmate unconscious and unable to perceive pain or discomfort of any kind.

9

22. In paragraph 22, Dr. Heath states that it is "unnecessary to administer pancuronium in the course of an execution..." I agree that it is unnecessary to cause the inmate's death, however I disagree that the pancuronium serve no purpose whatsoever. The administration of potassium chloride will cause widespread depolarization of nerve and muscle tissue throughout the body and may cause involuntary muscle movements that could be misperceived by lay witnesses as due to suffering on the part of the inmate. Pancuronium will prevent or decrease the intensity of such involuntary muscle movements.

23. In paragraph 26, Dr. Heath states, "Because of the potential for an excruciating death created by the use of potassium chloride, it is necessary to induce and maintain an appropriate and deep plane of anesthesia." The use of a 3000-mg dose of thiopental sodium, given before the potassium chloride, to a reasonable degree of medical certainty will achieve the appropriately deep plane of anesthesia.

24. In paragraph 28, Dr. Heath describes the usual clinical practice of using a small dose of thiopental sodium, e.g. 300 mg, to begin general anesthesia and then administer other medications to maintain anesthesia. In a judicial execution in which a 3000-mg dose of thiopental sodium is given, there is no need to administer any additional medications to maintain unconsciousness. As described above, a 3000-mg dose of thiopental sodium will render approximately 99.999% of the people unconscious for thirty minutes, far longer than required for a judicial execution.

25. In paragraph 30, Dr. Heath states, "My research into executions by lethal injection strongly indicates that executions have occurred that the full dose of sodium pentothal was not fully and properly administered." Interestingly, Dr. Heath cites no evidence for this statement.

26. In paragraph 30, Dr. Heath also states, "Many foreseeable situations exist in which human or technical errors could result in the failure to successfully administer the intended dose." He then lists thirteen examples of potential sources for such errors. Interestingly he does not provide an estimate of the likelihood of such errors, nor does he provide evidence that such errors have previously occurred in North Carolina or anywhere else.

27. In paragraph 31, Dr. Heath describes some North Carolina inmates "writhing and convulsing" during previous judicial executions and then goes on to describe the usual lack of movement in a patient given thiopental sodium. Dr. Heath fails to mention that involuntary muscle movements may be caused by potassium chloride (a phenomenon never seen during clinical anesthesia because large doses of potassium chloride are never given to patients), and that such movements may be incompletely blocked by pancuronium. I interpret these symptoms, if they occurred, as involuntary muscle contractions. It is my opinion, to a reasonable degree of medical certainty, that somebody who is in pain or uncomfortable and who is capable of speaking out will do so if not properly anesthetized and pancuronium or potassium chloride are injected. If the inmate were not properly anesthetized or the pancuronium were given before the thiopental sodium, the inmate would become paralyzed. However, before complete paralysis takes effect, which occurs over the course of several minutes, the inmate would feel short of breath, very weak and very anxious. The inmate would be expected to cry out complain about these symptoms.

28. Similarly, if the inmate were not properly anesthetized or the potassium chloride were given before the thiopental sodium, there would be a period of 15 to 30 seconds where the inmate would experience intense pain from the vein in which the potassium chloride was

11

injected. This would occur before the heart stops. It is inconceivable that someone would not

cry out while experiencing that degree of pain. It is my opinion, to a reasonable degree of

medical certainty, that acceptable evidence of awareness would be the inmate crying out and

complaining of uncomfortable symptoms such as, "That hurts. I'm in pain. I can't breathe. I'm

weak." From my review of Warden Polk's affidavits, no such cries or complaints have occurred

in the 26 executions he has witnessed.

29. In paragraphs 32-46, Dr. Heath describes the need for qualified anesthesiologists or

nurse anesthetists to monitor an inmate during a judicial execution. As stated above, such

qualified personnel are indeed mandatory during the provision of clinical anesthesia to patients.

The typical patient, however, needs to be rendered unconscious for a short period of time, and

then must awaken quickly and leave the operating room and then leave the hospital in a short

period of time. Such qualified personnel are not required to participate in a judicial execution

because the 3000-mg dose of thiopental sodium reliably produces unconsciousness for a period

far in excess of that required to complete the administration of pancuronium and potassium

chloride.

30. I have reviewed the affidavit of Dr. Philip Boysen, dated 26 February 2006 and filed

in this Court in this case. In paragraph 5, Dr. Boysen states that, "the intravenous line

connecting the syringe and drug source to the prisoner is longer than what would be used in

clinical medicine." While this is generally a true statement, there are many instances in clinical

anesthesia where the intravenous equipment is positioned well away from the patient. For

example, I have often administered general anesthesia via a continuous intravenous infusion of

anesthetic medication to patients undergoing magnetic resonance imaging (MRI). The

12

intravenous infusion pump cannot typically be in the same room as the MRI magnet. In such cases, I place the pump in the adjoining control room and connect the pump to the patient with approximately twenty feet of intravenous tubing. This practice for giving anesthesia in an MRI environment is well-described in the anesthesiology literature.

31. In paragraph 7, Dr. Boysen states that, "Dosing a barbiturate hypnotic must be tailored to age, gender, and body mass." This is a true statement when carefully choosing the dose of thiopental sodium for a clinical anesthetic. A 3000-mg dose will, to a reasonable degree of medical certainty, render the inmate unconscious for a period of time beyond that required for a judicial execution. In addition, the warden has the authority, with the consultation of a properly qualified person, after evaluating the condemned inmate to increase the dose of the chemical compounds if the inmate weighs significantly more than average or is morbidly obese, which are the only factors that would necessitate an increase in the doses used.

32. In paragraph 9, Dr. Boysen describes the horrible effects of pancuronium given to an awake individual. As I described above, the onset of action of pancuronium is slow enough so that there would be the opportunity for an awake inmate to complain of being weak and short of breath. I am unaware of any witnesses' description of such an occurrence.

33. In paragraph 10, Dr. Boysen describes the horrible pain experienced if potassium chloride were given to an awake individual. I am unaware of any witnesses' description of an inmate complaining of such pain. With North Carolina's protocol of utilizing lethal doses of the three medications *each given into one of two intravenous catheters*, the scenarios described by Drs. Heath and Boysen to result in an inmate suffering would *require the simultaneous failure of both intravenous lines.* It is important to note that these doses of the medications given into *each*

13

intravenous line are *each individually and separately lethal.*

33. I have reviewed the affidavit of Dr. Kevin Concannon, dated 24 February 2006 and filed in this Court in this case. In paragraph 4 of his affidavit, Dr. Concannon states, "Pentobarbital, and not thiopental sodium, is a long-acting barbiturate." With this statement, he mischaracterizes the pharmacology of thiopental sodium. Like many anesthetic medications, the duration of action of thiopental sodium is dependent upon the dose. As stated above, at a dose of 3000 mg, thiopental sodium is most definitely long-acting. Furthermore, and to a reasonable degree of medical certainty, at a dose of 3000 mg and in the context of a judicial execution, there will be no meaningful or clinically relevant difference in the pharmacological behavior between thiopental sodium and pentobarbital.

34. In paragraph 6 of his affidavit, Dr. Concannon describes the use of a stethoscope to determine the absence of a heartbeat when euthanizing an animal. This however is not the method used to ascertain death in a judicial execution. In a judicial execution, there is the continuous monitoring of the electrocardiogram (ECG). Potassium chloride will stop all electrical activity in the heart and cause the ECG to become a flat line. If a judicial execution were to be accomplished by the administration of only a large dose of barbiturate like thiopental sodium, the time required to achieve such a "flat line" ECG would be significantly prolonged. In my experience in caring for many persons declared brain dead and serving as organ donors, and based upon a reasonable degree of medical certainty, once circulation ceases (but without the administration of potassium chloride) the time required to achieve a "flat line" ECG is typically 30-45 minutes.

35. In paragraphs 11-12, Dr. Concannon describes the effects of "a short-acting

14

anesthetic." In a 3000-mg dose in an adult human, as stated above, thiopental sodium is

certainly *not* a short-acting anesthetic.

36. I have reviewed the affidavit of Nancy Bruton-Maree, dated 28 February 2006 and

filed in this Court in this case. In paragraph 5, Ms. Bruton-Maree states, "If an inmate is snoring

deeply, he could not have been administered a full 3000 mg. of sodium pentothal." Based upon

my extensive experience, and to a reasonable degree of medical certainty, this statement is

clearly not true. Invariably thiopental sodium causes loss of consciousness *before* cessation of

breathing. Snoring often accompanies loss of consciousness produced by any of the anesthetic

medications. Patients frequently snore following loss of consciousness and prior to cessation of

breathing that occurs later.

37. In paragraph 8, Ms. Bruton-Maree describes the possibility that "a vein may

rupture…when attempting to administer a large volume of intravenous fluids in a short amount

of time." In the North Carolina protocol, a total volume of 170 mL is injected into each

intravenous line over a period of two to three minutes. This is most certainly *not* a large volume

in a short period of time, and is much slower than the typical rates of intravenous infusion given

during resuscitation of a patient.

38. In paragraph 9, Ms. Bruton-Maree describes an 18-gauge intravenous catheter as the

"minimum appropriate size." In my experience, and to a reasonable degree of medical certainty,

the administration of intravenous fluids at a rate of 50-100 mL/min (as is done in judicial

executions in North Carolina) may be *easily* accomplished through a 20-gauge intravenous

catheter.

39. I have reviewed the affidavit of Warden Polk and understand that the condemned

15

prisoner is restrained securely with four restraint belts, fastened tightly around his ankles, knees, hands, and chest. Additionally, after the IV catheters are inserted, a hand roll is placed in each of the prisoner's hands before the hands are wrapped with cling gauze. The purpose of the multiple restraints is to minimize the range of motion afforded to the prisoner and correspondingly decrease the probability of catheter migration. Similarly, the prisoner's hands are wrapped and secured to prevent the prisoner from attempting to grab or remove a catheter or interfere with any IV line or equipment.

40. It is my opinion, to a reasonable degree of medical certainty, that were an inserted catheter to have missed a vein or a catheter to migrate from a vein such that thiopental sodium or potassium chloride were administered subcutaneously, the prisoner would experience immediate pain and discomfort and cry out and voice complaints.

41. Further, the Affiant sayeth not.

This, the 20th day of March 2006.

Mark Dershwitz, M.D., Ph.D.

Sworn to and subscribed before me,

this the 20th day of March 2006.

Notary Public

My Commission Expires: _____9/21/08_____

16

# EXHIBIT A
# CURRICULUM VITAE
(prepared 20 November 2005)

**NAME:**            Mark Dershwitz

**ADDRESS:**         33 Wildwood Drive
                     Sherborn, MA 01770
                     Telephone (508) 651-1120

**PLACE OF BIRTH:**  Dearborn, MI

**EDUCATION:**

| | |
|---|---|
| 1974 | B.A. cum laude<br>Chemistry, with Departmental Honors<br>Oakland University, Rochester, MI 48063 |
| 1982 | Ph.D. (Pharmacology)<br>Northwestern University, Evanston, IL 60201 |
| 1982 | M.D. Northwestern University, Chicago, IL 60611 |

**POSTDOCTORAL TRAINING:**

**INTERNSHIPS AND RESIDENCIES:**

| | |
|---|---|
| 1983 | Transitional Resident<br>Carney Hospital, Boston, MA 02124 |
| 1984-1986 | Resident in Anesthesia<br>Massachusetts General Hospital, Boston, MA 02114 |

**RESEARCH FELLOWSHIPS:**

| | |
|---|---|
| 1986-1988 | Department of Anesthesia<br>Massachusetts General Hospital, Boston, MA 02114 |

**LICENSURE AND CERTIFICATION:**

| | |
|---|---|
| 1984 | Massachusetts |
| 1987 | American Board of Anesthesiology |
| 1990 | Maine |
| 2005 | American Board of Anesthesiology, Maintenance of Certification<br>in Anesthesiology |

17

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1977-1979 | Lecturer in Pharmacology, Illinois College of Podiatric Medicine |
| 1979-1982 | Lecturer in Pharmacology, Illinois College of Optometry |
| 1984-1987 | Clinical Fellow in Anæsthesia, Harvard Medical School |
| 1987-1990 | Instructor in Anæsthesia, Harvard Medical School |
| 1990-1997 | Assistant Professor of Anæsthesia, Harvard Medical School |
| 1997-2000 | Associate Professor of Anæsthesia, Harvard Medical School |
| 2000- | Professor and Academic Vice Chair of Anesthesiology |
| | Professor of Biochemistry & Molecular Pharmacology |
| | University of Massachusetts Medical School |

HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1986-1990 | Assistant in Anesthesia, Massachusetts General Hospital |
| 1990-1996 | Assistant Anesthetist, Massachusetts General Hospital |
| 1996-2000 | Associate Anesthetist, Massachusetts General Hospital |
| 2000-2002 | Clinical Associate in Anesthesia, Massachusetts General Hospital |
| 2000- | Anesthesiologist, UMass Memorial Medical Center |

AWARDS AND HONORS:

| | |
|---|---|
| 1972 | Michigan Higher Education Association Scholarship |
| 1972-1974 | Oakland University Competitive Scholarship |
| 1973-1974 | National Merit Scholarship |
| 1979 | American Society for Pharmacology and Experimental Therapeutics Travel Award |
| 1981 | Biophysical Society Samuel A. Talbot Award |
| 1982 | Alpha Omega Alpha Research Award |
| 1986-1988 | NIH National Research Service Award |
| 2001 | Distinguished Alumnus Award |
| | Oakland University Department of Chemistry |
| 2002 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2003 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2003 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2004- | Listed in **Who's Who in America** |
| 2005 | Teaching Recognition Award, Honorable Mention |
| | International Anesthesia Research Society |

MEMBERSHIPS IN PROFESSIONAL SOCIETIES:

    Association of University Anesthesiologists
    American Society of Anesthesiologists
    American Society for Pharmacology and Experimental Therapeutics
    American Society for Clinical Pharmacology and Therapeutics
    International Anesthesia Research Society
    Biophysical Society
    International Society for Anesthetic Pharmacology
    Massachusetts Medical Society
    Anesthesia History Association


RESEARCH INTERESTS:

    Intravenous anesthetics
    Antiemetics
    Monitoring depth of anesthesia
    Malignant hyperthermia


RESEARCH FUNDING:

| | |
|---|---|
| 1986-1988 | National Institutes of Health GM11656 (PI)<br>The role of glutathione in malignant hyperthermia |
| 1988-1989 | Anaquest, Inc. (PI)<br>Comparison of the sedative effects of midazolam and butorphanol |
| 1989-1990 | Glaxo, Inc. (Co-I)<br>A randomized, double-blind comparison of intravenous ondansetron and placebo in the prevention of postoperative nausea and vomiting in female patients undergoing abdominal gynecological surgical procedures |
| 1990-1991 | Glaxo, Inc. (Co-I)<br>A randomized, double-blind, placebo-controlled study of the effects of two dose levels of intravenous ondansetron on respiratory depression induced by alfentanil in healthy male volunteers |
| 1991-1992 | Glaxo, Inc. (Co-I)<br>A dose finding and comparative trial of GI87084B and alfentanil for anesthesia maintenance |
| 1992-1993 | Glaxo, Inc. (Co-I)<br>Pharmacokinetics and pharmacodynamics of GI87084B in subjects with hepatic impairment compared to subjects with normal hepatic function |

| 1993-1994 | Marion Merrell Dow, Inc. (PI) |
| | A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in patients experiencing postoperative nausea and vomiting |
| 1993-1994 | Marion Merrell Dow, Inc. (PI) |
| | A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in preventing postoperative nausea and vomiting |
| 1993-1994 | Glaxo, Inc. (Co-I) |
| | Pharmacokinetics and pharmacodynamics of GI87084B in subjects with renal impairment compared to subjects with normal renal function |
| 1995-1996 | Glaxo, Inc. (PI) |
| | A randomized, double-blind, dose-response study of ondansetron in the prevention of postoperative nausea and vomiting in inpatients |
| 1996-1997 | Aradigm Corporation (Co-I) |
| | Comparison of the pharmacokinetics and pharmacodynamics of inhaled versus intravenous morphine sulfate in healthy volunteers |
| 1999-2000 | Searle, Inc. |
| | Clinical Protocol for a Double-blind, Placebo-Controlled, Randomized Study of the Efficacy of Parecoxib 20 mg IV and Parecoxib 40 mg IV Given Postoperatively to Determine Narcotic-Sparing Effectiveness in a Post-General Surgery Pain Model |

## CLINICAL RESPONSIBILITIES:

| 1986-1988 | Attending Anesthesiologist (20% clinical responsibility) Massachusetts General Hospital |
| 1988-2000 | Attending Anesthesiologist (50% clinical responsibility) Massachusetts General Hospital |
| 1994-1997 | Team Leader, East-West Anesthesia Service Massachusetts General Hospital |
| 1997-2000 | Team Leader, General Surgery Anesthesia Service Massachusetts General Hospital |
| 2000- | Attending Anesthesiologist (45% clinical responsibility) |

# EXHIBIT A

# CURRICULUM VITAE

## Thomas Keil Henthorn, M.D.
Professor and Chair
Department of Anesthesiology
University of Colorado Health Sciences Center
4200 East 9th Avenue, Campus Box B113
Denver, Colorado  80262
Telephone:  (303) 372-6341
Fax: (303) 372-6315
E-mail:  Thomas.Henthorn@uchsc.edu

## BIOGRAPHICAL DATA:

| | |
|---|---|
| Date of Birth: | October 29, 1951 |
| Place of Birth: | Indianapolis, Indiana |
| Marital Status: | Nancy Jean Henthorn |
| Children: | Jaimie Reneè, August 9, 1978 |
| | Patrick Keil, August 26, 1984 |

## EDUCATION:

| | |
|---|---|
| Undergraduate | Drake University, Bachelor of Arts, 1972 |
| Medical School | Northwestern University Medical School, M.D., 1978 |

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 2001-Present | Professor and Chair, Department of Anesthesiology, University of Colorado School of Medicine, Denver, Colorado |
| 2000-2001 | Associate Professor and Chair, Department of Anesthesiology, University of Colorado School of Medicine, Denver, Colorado |
| 1997-2000 | Associate Professor, University of Colorado Health Sciences Center, Department of Anesthesiology |
| 1997 | Adjunct Associate Professor, University of Colorado Health Sciences Center, Department of Pharmaceutical Sciences |
| 1994-1997 | Associate Chairman for Research, Northwestern University Medical School, Department of Anesthesia |
| 1993-1997 | Associate Professor, Northwestern University Medical School, Department of Anesthesia |
| 1984-1997 | Associate in Clinical Pharmacology, Northwestern University Medical School |
| 1984-1993 | Assistant Professor, Associate in Clinical Pharmacology, Northwestern University Medical School, Department of Anesthesia |
| 1983-1984 | Visiting Scientist, Karolinska Institute, Department of Clinical Pharmacology, Huddinge University Hospital, Huddinge, Sweden |

Thomas K. Henthorn, M.D.
Curriculum Vitae

**CERTIFICATION:**    National Board of Medical Examiners, 1978
Certified as a Diplomate of the American Board of
Anesthesiologists, 1985
Certified as a Diplomate of the American Board of Clinical
Pharmacology, 1991

**LICENSURE:**    Illinois, 1979
Colorado, 1997

**TRAINING:**
Northwestern University Medical School Chicago, Illinois
     Resident in Anesthesiology, 7/82-6/83
Northwestern University Medical School Chicago, Illinois
     Post-Doctoral Fellow in Clinical Pharmacology, 7/80-6/82
Northwestern University Medical School Chicago, Illinois
     Resident in Anesthesia, 7/79-6/80
Northwestern Memorial Hospital Chicago, Illinois
     Categorical Intern in Internal Medicine, 7/78-6/79

**HONORS:**
Phi Beta Kappa
Sigma Xi
Parker B. Francis Investigator in Anesthesiology, 1986-1988
Association of University Anesthesiologists, 1987-
     Scientific Advisory Board, 1993-96
NIH, Biomedical Research Support Advisory Committee, National Center for Research
     Resources, Ad Hoc, 11/89, 11/92, 6/97
NIH, Surgery, Anesthesiology & Trauma Study Section, DRG, NIH, Ad Hoc member,
     2/92, 6/99
DVA, Alcoholism and Drug Dependence Study Section, Merit Review Board, 8/92-7/95
NIH, General Medical Sciences, ZRG4, PHRA (1), Special Ad Hoc Review Groups
     12/97, 3/98
Universtiy of Colorado Anesthesiology Residency Program, Outstanding Teacher of the
     Year, 1999
NIH, General Medical Sciences, Special Ad Hoc Review Group for Post-doctoral
     Training Grants, 7/99
NIH, NIDA, Special Ad Hoc Review Group 3/01
University of Colorado Hospital, President's Award, 2001

**RESEARCH AND TRAINING SUPPORT:**
NIH training grant 2 T32 GM07842-06, Post-doctoral training in clinical pharmacology,
7/1/80-6/30/82.

Thomas K. Henthorn, M.D.
Curriculum Vitae

Janssen Pharmaceutica, Protocol JRD 16,660/001, "The Clinical Evaluation of Etomidate in Total Intravenous Anesthesia," PI-Robert J. Fragen, M.D., $16,000, 80-81.

Ohio Medical Anesthetics, "The Effects of Enflurane, Isoflurane, or Halothane Anesthesia on Hepatic Blood Flow in Man." PI-Michael J. Avram, Ph.D., 1983, $5,000.

Swedish Medical Research Council visiting scientist fellowship awarded through Fogarty International Center, National Institutes of Health, 7/1/83-6/30/84.

NIGMS Program Project Grant 2 P01 GM22371, Clinical Pharmacology of Commonly Used Drugs, 4/1/85-6/30/86, recommended direct costs $883,253, effort 10%, PI-Arthur J. Atkinson, Jr., M.D.

American Society of Anesthesiologists Research Starter Grant, "Mixing Time and the Estimation of the Initial Distribution Volume of Thiopental in Young and Old Adults," PI-Tom C. Krejcie, M.D., $7,300, 2/1/86-1/31/87.

Puritan-Bennett Parker B. Francis Investigatorship in Anesthesiology, Metabolism and the Polymorphic Oxidation Phenotype, PI-Thomas K. Henthorn, M.D., $57,000, 1986-1988.

Stuart Pharmaceuticals Study DIP 7-531-4, "Evaluation of the Safety and Efficacy of Diprivan and Alfentanil Using the Technique of Total Intravenous Anesthesia for Intermediate Length Surgical Procedures," PI-Robert J. Fragen, M.D., $25,272, 1/88-4/89.

NIH Research Grant (R01-GM43776), "Determinants of Drug Disposition During Anesthesia," PI-Michael J. Avram, Ph.D., $458,850 Total Direct Costs, 20% effort, 10% effort 1995-1999, 1/1/91-4/30/99.

NIH Program Project Grant (GM-47819), Project 4: "Effect of Pulmonary Uptake on the Pharmacokinetics and Pharmacodynamics of Fentanyl Analogs, PI-Thomas K. Henthorn, M.D., "Adult and Pediatric Clinical Pharmacology," PI-Arthur J. Atkinson, Jr., M.D., $1,846,023 Total Direct Costs, 20% Effort, 8/1/92-7/31/95

NIH Research Grant (RO1-GM47502), "Pulmonary Uptake and Kinetics of IV Anesthetics," PI-Thomas K. Henthorn, M.D., 9/1/99-8/31/03, 40% Effort, Total Costs, $1,085,227.

**PROFESIONAL SOCIETIES:**
American Society for Clinical Pharmacology and Therapeutics
American Society of Anesthesiologists
    Subcommittee on Drug Disposition and Anesthetic Action 1991 – 1999, 2000-2003
    Committee on Research, 2005-
Association of Anesthesiology Program Directors

Thomas K. Henthorn, M.D.
Curriculum Vitae

Association of University Anesthesiologists
     Scientific Advisory Board, 1992-95
American Medical Association
Colorado Medical Society
Colorado Society of Anesthesiologists
     Executive Committee, 2000-
Denver Medical Society
International Anesthesia Research Society
International Liver Transplantation Society
International Society of Anesthetic Pharmacology
     Board of Directors, 2002-
Society of Academic Anesthesiology Chairs
     Council Member, 2003-
WTG Morton Society, 2004-

**EDITORIAL SERVICE:**
Editorial Board - Clinical Pharmacology and Therapeutics, 1986-
Editorial Board - Anesthesiology, 2000-2002
Editorial Board - Quarterly Review of Anaesthetic Pharmacology,    1992-97
Reviewer – Anesthesia and Analgesia
Reviewer -- Journal of Pharmacology and Experimental Therapeutics
Reviewer – Journal of Pharmaceutical Sciences
Reviewer – Journal of Applied Physiology
Reviewer -- American Journal of Physiology

**COMMITTEES:**
National:
American Society of Anesthesiologists Committee on Drug Disposition and Anesthetic
    Action 1991 – 1999, 2000-2003
American Society of Anesthesiologists
    Subcommittee on Anesthetic Action and Pharmacology 2003-
    Committee on Research 2005-
Association of University Anesthesiologists Scientific Advisory Board 1992-1995
Specification Committee - SAAM II kinetic analysis program Resource Facility for
    Kinetic Analysis, University of Washington, Seattle, WA, 1993-98
USP, Advisory Board 1995-
Anesthesiology and Life Support Advisory Committee, FDA, 2004-
Arthritis Advisory Committee, FDA, 2004-

University:
Northwestern University, Animal Care and Use Committee, 1988-91, 1995-96
Northwestern University, Medical School Intramural Research Committee, 1992-1995
Northwestern University, Medical School Research Council, 1994-97
Northwestern University, Medical School Search Committee for Department of
    Anesthesia Chairman, 1994-1995

Thomas K. Henthorn, M.D.
Curriculum Vitae

Northwestern University, Medical School Appointments, Promotion and Tenure
Committee, 1995-
University of Colorado School of Medicine, Promotion and Tenure Committee, 1999-
2000
University of Colorado School of Medicine, Executive Committee, 2000-
University Physicians Incorporated, Board of Directors,  2000-
University of Colorado School of Medicine, Research Strategic Planning Committee,
2002-
University of Colorado School of Medicine
    Search Committee, Chair of Surgery, 2001-02
    Search Committee, Chair of Orthopaedics, 2001-02
    Search Committee, Division Chief, Cardiothoracic Surgery, 2002-03
    Chair, Search Committee, Chair of Ophthalmology, 2004-05


Hospital:
Northwestern Memorial Hospital, Pharmacy and Therapeutics Committee, 1981-
83,1984-97
Northwestern Memorial Hospital, Pharmacy and Therapeutics Committee, Therapeutics
Subcommittee, 1994-97
University of Colorado Hospital, Denver, Pharmacy and Therapeutics Committee, 1998-
2000
University of Colorado Hospital, Denver, Medical Board, 2000-


Departmental:
**Northwestern University**
Department of Anesthesia, Research Committee, 1984-97
Department of Anesthesia, Residency Selection Committee, 1986-97
Department of Anesthesia, Search Committee for new Biomedical Engineering Faculty
Member, 1991-92
Department of Anesthesia, Visiting Professor Committee, 1984-97, Chairman, 1989 -96

**UCHSC**
Department of Anesthesiology, Research Committee, 1997-  (Director of research since
12/98)
Department of Anesthesiology, Promotion and Tenure Committee (chair), 1998-2000
Department of Anesthesiology, Education Committee, 1999-
Department of Anesthesiology, Residency Selection Committee, 1999-


**SPECIAL QUALIFICATIONS:**
Instructor, Advanced Cardiac Life Support, American Heart Association, 1982
Certified as a Diplomate of the American Board of Anesthesiologists, 1985
Associate Examiner, American Board of Anesthesiologists, 1987-90
Certified as a Diplomate of the American Board of Clinical Pharmacology, 1991


**BIBLIOGRAPHY**

Thomas K. Henthorn, M.D.
Curriculum Vitae

**ORIGINAL CONTRIBUTIONS**

1. Stec GP, Greenberger P, Ruo TI, Henthorn T, Morita Y, Atkinson AJ, Jr., Patterson R: Kinetics of theophylline transfer into breast milk. Clin Pharmacol Ther 28:404-408, 1980.

2. Ruo TI, Morita Y, Atkinson AJ, Jr., Henthorn T, Thenot J-P: Identification of desethyl procainamide in patients: A new metabolite of procainamide. J Pharmacol Exp Ther 216:357-362, 1981.

3. Eudeikis JR, Henthorn TK, Lertora JJL, Atkinson AJ, Jr., Chao GC, Kushner W: Kinetic analysis of the vasodilator and ganglionic blocking actions of N-acetylprocainamide. J Cardiovasc Pharmacol 4:303-309, 1982.

4. Shanks CA, Funk DI, Avram MJ, Henthorn TK: Gallamine administered by combined bolus and infusion. Anesth Analg 61:847-852, 1982.

5. Henthorn TK, Avram MJ, Fredericksen MC, Atkinson AJ, Jr.,: Heterogeneity of interstitial fluid space demonstrated by simultaneous kinetic analysis of the distribution and elimination of inulin and gallamine. J Pharmacol Exp Ther 222:389-394, 1982.

6. Fredericksen MC, Henthorn TK, Ruo TI, Atkinson AJ, Jr.: Pharmacokinetics of pentobarbital in the dog. J Pharmacol Exp Ther 225:355-360, 1983.

7. Fragen RJ, Avram MJ, Henthorn TK, Caldwell NJ: A pharmacokinetically designed etomidate infusion regimen for hypnosis. Anesth Analg 62:654-660, 1983.

8. Fredericksen MC, Bowsher DJ, Ruo TI, Henthorn TK, Ts'ao C-H, Green D, Atkinson AJ, Jr.: Kinetics of epsilon-aminocaproic acid distribution, elimination and antifibrinolytic effects in normal subjects. Clin Pharmacol Ther 35:387-393, 1984.

9. Atkinson AJ, Jr., Henthorn TK: Thiopental anesthesia in the elderly. Anesthesiology 62:706-707, 1985 (editorial).

10. Spina E, Henthorn TK, Eleborg L, Nordin C, Sawe J: Desmethylimipramine overdose: Nonlinear kinetics in a slow hydroxylator. Ther Drug Mon 7:239-241, 1985.

11. von Bahr C, Spina E, Birgersson C, Ericsson O, Goransson M, Henthorn T, Sjoqvist F: Inhibition of desmethylimipramine 2-hydroxylation by drugs in human liver microsomes. Biochem Pharmacol 34:2501-2505, 1985.

Thomas K. Henthorn, M.D.
Curriculum Vitae

12. Avram MJ, Henthorn TK, Shanks CA, Krejcie TC: The initial rate of change in distribution volume is the sum of intercompartmental clearances. J Pharm Sci 75:919-920, 1986.

13. Avram MJ, Shanks CA, Henthorn TK, Ronai AK, Kinzer J, Wilkinson CJ: Metocurine kinetics in patients undergoing operations requiring cardiopulmonary bypass. Clin Pharmacol Ther 42:576-581, 1987.

14. Katz JA, Kaeding CS, Hill JR, Henthorn TK: The pharmacokinetics of bupivacaine when injected intra-articularly after knee arthroscopy. Anesth Analg 67:872-875, 1988.

15. Ambre JJ, Connelly TJ, Ruo TI, Henthorn TK: Induction and loss of acute tolerance to the cardiac chronotropic effect of cocaine in humans. NIDA Res Monogr 95:355-356, 1989.

16. Henthorn TK, Avram MJ, Krejcie TC: Intravascular mixing and drug distribution: The concurrent disposition of thiopental and indocyanine green. Clin Pharmacol Ther 45:56-65, 1989.

17. Henthorn TK, Spina E, Dumont E, von Bahr C: In vitro inhibition of a polymorphic human liver P-450 isozyme by narcotic analgesics. Anesthesiology 70:339-342, 1989.

18. Henthorn TK, Benitez J, Avram MJ, Martinez C, Llerena A, Cobaleda J, Krejcie TC, Gibbons RD: Assessment of the debrisoquin and dextromethorphan phenotyping tests by Gaussian mixture distributions analysis. Clin Pharmacol Ther 45:328-333, 1989.

19. Bertilsson L, Henthorn TK, Sanz E, Tybring G, Sawe J, Villen T: Importance of genetic factors in the regulation of diazepam metabolism: Relationship to s-mephenytoin, but not debrisoquin hydroxylation phenotype. Clin Pharmacol Ther 45:348-355, 1989.

20. Henthorn TK, Avram MJ, Krejcie TC: Alfentanil clearance is independent of the polymorphic debrisoquin hydroxylase. Anesthesiology 71:635-639, 1989.

21. Avram MJ, Krejcie TC, Henthorn TK: The relationship of age to the pharmacokinetics of early drug distribution: Concurrent disposition of thiopental and indocyanine green. Anesthesiology 72:403-411, 1990.

22. Henthorn TK, Avram MJ, Krejcie TC, Shanks CA, Asada A, Kaczynski DA: Minimal compartmental model of circulatory mixing of indocyanine green. Am J Physiol 262:H903-H910, 1992.

Thomas K. Henthorn, M.D.
Curriculum Vitae

23. Ambre JJ, Connelly TJ, Ruo TI, Henthorn TK: Acute tolerance to the chronotropic effect of cocaine in humans. NIDA Res Monogr 108:41-54, 1991.

24. Henthorn TK, Krejcie TC, Avram MJ: The relationship between alfentanil distribution kinetics and cardiac output. Clin Pharmacol Ther 52:190-196, 1992.

25. Henthorn TK, Krejcie TC, Shanks CA, Avram MJ: Time-dependent distribution volume and kinetics of the pharmacodynamic effector site. J Pharm Sci 81:1136-1138, 1992.

26. Avram MJ, Sanghvi R, Henthorn TK, Krejcie TC, Shanks CA, Fragen RJ, Howard KA, Kaczynski DA: Determinants of thiopental induction dose requirements. Anesth Analg 76:10-17, 1993.

27. Shanks CA, Avram MJ, Krejcie TC, Henthorn TK, Gentry WB: A pharmacokinetic-pharmacodynamic model for quantal responses with thiopental. J Pharmacokinet Biopharm 21:309-321, 1993.

28. Krejcie TC, Henthorn TK, Shanks CA, Avram MJ: A recirculatory pharmacokinetic model describing the circulatory mixing, tissue distribution and elimination of antipyrine in dogs. J Pharmacol Exp Ther 269:609-616, 1994.

29. Gentry WB, Krejcie TC, Henthorn TK, Shanks CA, Howard KA, Gupta DK, Avram MJ: Infusion rate-related dose-response relationship: Assessment of a pharmacokinetic-pharmacodynamic model. Anesthesiology 81:316-324, 1994.

30. Shanks CA, Avram MJ, Krejcie TC, Henthorn TK: Calculation of an effect compartment rate constant using recovery indicies obtained with an isolated arm. Br J Anaesth 75:109-112, 1995.

31. Gentry WB, Krejcie TC, Henthorn TK, Avram MJ: Canine total intravenous anesthesia with methohexital. Am J Vet Res 57:1044-1049, 1996.

32. Krejcie TC, Henthorn TK, Niemann CU, Klein C, Gupta DK, Gentry WB, Shanks CA, Avram MJ: Recirculatory pharmacokinetic models of markers of blood, extracellular fluid, and total body water administered comcomitantly. J Pharmacol Exp Ther 278:1050-1057, 1996.

32. Krejcie TC, Niemann CU, Avram MJ, Jacquez JA, Shanks CA, Henthorn TK: Use of parallel Erlang density functions to analyse first-pass pulmonary uptake of multiple indicators in dogs. J Pharmacokinet Biopharm 24:569-588, 1996.

33. O'Hara DA, Hexem JG, Derbyshire GJ, Overdyk FJ, Chen B, Henthorn TK, Li K-J: The use of a PID controller to model vecuronium pharmacokinetics and pharmacodynamics during liver transplantation. IEEE Trans Biomed Eng 44:610-619, 1997.

Thomas K. Henthorn, M.D.
Curriculum Vitae

34. Birmingham PK, Tobin MJ, Henthorn TK, Berkelhamer MC, Smith FA, Fanta KB, Coté CJ: 24 hour pharmacokinetics of rectal acetaminophen in children: an old drug with new recommendations. Anesthesiology 87:244-252, 1997

35. Krejcie TC, Avram MJ, Gentry WB, Niemann CU, Janowski MP, Henthorn TK: A recirculatory model of the pulmonary uptake and pharmacokinetics of lidocaine based on analysis of arterial and mixed venous data from dogs. J Pharmacokinet Biopharm 25:169-90, 1997.

36. Avram MJ, Krejcie TC, Niemann CU, Klein C, Gentry WB, Shanks CA, Henthorn TK: The effect of halothane on the recirculatory pharmacokinetics of physiologic markers. Anesthesiology 87:1381-93, 1997.

37. Dsida RM, Wheeler M, Birmingham PK, Henthorn TK, Avram MJ, Enders-Klein C, Maddalozzo J, Cote CJ: Premedication of pediatric tonsillectomy patients with oral transmucosal fentanyl citrate. Anesth Analg 86:66-70, 1998.

38. Waters CM, Avram MJ, Krejcie TC, Henthorn TK: Uptake of fentanyl in pulmonary endothelium. J Pharmacol Exp Ther 288:157-63, 1999.

39. Kaplan B, Wang Z, Siddohom O, Henthorn TK, Mujais SK: Evaluation of urea kinetics utilizing stable isotope urea and pharmacokinetic modeling. Artif Organs 23:44-50, 1999.

40. Henthorn TK, Liu Y, Mahapatro M, Ng KY: Active transport of fentanyl by the blood-brain barrier. J Pharmacol Exp Ther 289:1084-89, 1999.

41. Henthorn TK, Krejcie TC, Niemann CU, Klein C, Shanks CA, Avram MJ: Ketamine distribution described by a recirculatory pharmacokinetic model is not stereoselective. Anesthesiology 91:1733-43, 1999.

42. Gonzalez R, Ebbinghaus S, Henthorn TK, Miller D, Kraft AS: Treatment of patients with metastatic melanoma with bryostatin-1 – a phase II study. Melanoma Res 9:599-606, 1999.

43. Mandell MS, Henthorn T: Fibrinolysis in patients with fulminant hepatic failure. Liver Transpl Surg 5:464, 1999.

44. Krejcie TC, Henthorn TK, Gentry WB, Niemann CU, Enders-Klein C, Shanks CA, Avram MJ: Modifications of blood volume alter the disposition of markers of blood volume, extracellular fluid, and total body water. J Pharmacol Exp Ther, 291:1308-16, 1999.

Thomas K. Henthorn, M.D.
Curriculum Vitae

45. Avram MJ, Krejcie TC, Niemann CU, Enders-Klein C, Shanks CA, Henthorn TK: Isoflurane alters the recirculatory pharmacokinetics of physiologic markers. Anesthesiology, 92(6):1757-68, 2000.

46. Niemann CU, Henthorn TK, Krejcie TC, Shanks CA, Enders-Klein C, Avram MJ: Indocyanine green kinetics characterize blood volume and flow distribution and their alteration by propranolol Clin Pharmacol Ther 67:342-50, 2000.

47. Cho CW, Liu Y, Yan X[1,2], Henthorn TK, Ng KY: Carrier-mediated uptake of rhodamine 123: implications on its use for mdr research. Biochem Biophys Res Commun, 279(1):124-30, 2000.

48. Birmingham PK, Tobin MJ, Fisher DM, Henthorn TK, Hall SC, Coté CS: Initial and subsequent dosing of rectal acetaminophen in children: A 24-hour pharmacokinetic study of new dose recommendations. Anesthesiology, 94(3):385-9, 2001.

49. Liu Y, Cho CW, Yan X, Henthorn TK, Lillehei KO, Cobb WN, Ng KY: Ultrasound-Induced hyperthermia increases cellular uptake and cytotoxicity of P-glycoprotein substrates n multi-drug resistant cells. Pharm Res, 18(9):1255-61, 2001.

50. Niemann CU, Yost CS, Mandell M, Henthorn TK: Evaluation of the splanchnic circulation with indocyanine green pharmacokinetics in liver transplant patients. Liver Transplantation. 8:476-81, 2002.

51. Avram MJ, Krejcie TC, Henthorn TK: The Concordance of Early Antipyrine and Thiopental Distribution Kinetics. J Pharmacol Exp Ther, 302: 594-600, 2002

52. Mandell MS, Wachs M, Niemann CU, Henthorn TK: Elimination of indocyanine green in the perioperative evaluation of donor liver function. Anesth Analg 95:1182-4, 2002.

53. Cho CW, Liu Y, Cobb WN, Henthorn TK, Lillehei K, Christians U, Ng KY: Ultrasound-induced mild hyperthermia as a novel approach to increase drug uptake in brain microvessel endothelial cells. Pharm Res 19:1123-9, 2002.

54. Ng KY, Yan XD, Lui Y, Henthorn TK: Substrate Specificity of the Fentanyl Blood-Brain Barrier Transporter. Anesthesiology, (submitted).

55. Minto CF, Schider TW, Gregg KM, Henthorn TK, Shafer SL: Using the maximum effect site concentration to combine pharmacokinetics and pharmacodynamics. Anesthesiology 99:324-33, 2003.

56. Hirshman E, Fisher J, Henthorn T, Arndt J, Passannante A. Midazolam amnesia and retrieval from semantic memory: Developing methods to test theories of implicit memory. Brain Cogn 53:427-32, 2003.

Thomas K. Henthorn, M.D.
Curriculum Vitae

57. Henthorn TK. Recirculatory pharmacokinetics. Which covariates affect the pharmacokinetics of intravenous agents? Adv Exp Med Biol. 523:27-33, 2003.

58. Hirshman E, Fisher J, Henthorn T, Arndt J, Passannante A. fect of heat preconditioning on the uptake and permeability of R123 in brain microvessel endothelial cells during mild heat treatment. J Pharm Sci. 93:896-907, 2004.

59. Ng KY, Cho CW, Henthorn TK, Tanguay RL: Effect of heat preconditioning on the uptake and permeability of R123 in brain microvessel endothelial cells during mild heat treatment. J Pharm Sci 93:896-907, 2004.

60. Avram MJ, Krejcie TC, Henthorn TK , Niemann CU. beta-Adrenergic Blockade Affects Initial Drug Distribution Due to Decreased Cardiac Output and Altered Blood Flow Distribution. J Pharmacol Exp Ther. 311:617-624, 2004.

## ABSTRACTS:

1. Eudeikis JR, Henthorn TK, Lertora JJL, Atkinson AJ, Jr., Chao GC, Kushner W: Kinetic analyses of the vasodilator and ganglionic blocking actions of N-acetylprocainamide. Annual Meeting of the Central Society for Clinical Research, Chicago, IL, 1981.

2. McDonnell TE, Bartowski RR, Bonilla FA, Henthorn TK, Williams JJ: Nonuniformity of alfentanil pharmacokinetics in healthy adults. Annual meeting of the American Society of Anesthesiologists, Las Vegas, NV, 1982. Anesthesiology 57:A236, 1982.

3. Shanks CA, Funk DI, Avram MJ, Henthorn TK: Gallamine administered by combined I.V. bolus and infusion. Annual General Meeting of the Australian Society of Anaesthetists, 1981. Anaesth Int Care 10:72, 1982.

4. Fredericksen MC, Green D, Bowsher DJ, Ruo TI, Henthorn TK, Ts'ao C, Atkinson AJ, Jr.,: Pharmacokinetics of epsilon-aminocaproic acid (EACA) in normal subjects. IXth International Congress on Thrombosis and Haemostasis, Stockholm, Sweden, 1983. Thrombosis and Haemostasis 50:301, 1983.

5. Bowsher DJ, Fredericksen MC, Ruo TI, Henthorn TK, Ts'ao C, Green D, Atkinson AJ, Jr.: Pharmacokinetics and effect kinetics of epsilon- aminocaproic acid. Annual Meeting of the Central Society for Clinical Research, Chicago, IL, 1983.

Thomas K. Henthorn, M.D.
Curriculum Vitae

6. Henthorn TK, Spina E, Birgersson C, Ericsson O, von Bahr C: In vitro competitive inhibition of desipramine hydroxylation by alfentanil and fentanyl in human liver microsomes. Anesthesiology 63:A305, 1985.

7. Henthorn TK, Tybring G, Sawe J, Bertilsson L: Relationship between debrisoquin hydroxylation and plasma kinetics of diazepam, desmethyldiazepam and oxazepam. Acta Pharmacol Toxicol 59:114, 1986.

8. Henthorn TK, Spina E, Dumont E: In vitro evidence of a genetic factor accounting for slow elimination clearance of some narcotics. Annual Meeting of the Association of University Anesthetists, Portland, OR, 1987.

9. Henthorn TK, Krejcie TC, Avram MJ: Age and intravascular mixing during induction with thiopental. Anesthesiology 67:A663, 1987.

10. Krejcie TC, Henthorn TK, Avram MJ, Morton DL: Thiopental kinetics and age: A reassessment. Anesthesiology 67:A664, 1987.

11. Katz JA, Kaeding CS, Hill JR, Henthorn TK: The pharmacokinetics of bupivacaine when injected intra-articularly following knee arthroscopy. Annual Meeting of the American Society of Regional Anesthesia, San Francisco, CA, 1987.

12. Henthorn TK, Avram MJ, Krejcie TC: Simultaneous kinetic modelling of thiopental and indocyanine green. Annual Meeting of the Resource Facility for Kinetic Analysis, Seattle, WA, 1987.

13. Avram MJ, Henthorn TK, Krejcie TC: Thiopental disposition, intravascular mixing, and age. Ninth World Congress of Anaesthesiologists, Washington, DC, 1988.

14. Avram MJ, Henthorn TK, Krejcie TC, Benitez J, Gibbons RD, Llerena A, Martinez C, Cobaleda J: The dextromethorpan phenotyping test accurately predicts debrisoquin hydroxylase phenotype. Anesthesiology 69:A422, 1988.

15. Henthorn TK, Avram MJ, Krejcie TC: Alfentanil clearance is independent of the polymorphic debrisoquin hydroxylase phenotype. Anesthesi- ology 69:A464, 1988.

16. Krejcie TC, Henthorn TK, Avram MJ: Alfentanil pharmacokinetics: Intravascular space and cardiac output. Anesthesiology 69:A466, 1988.

17. Henthorn TK, Avram MJ, Krejcie TC, Shanks CA: A delayed drug return to the central compartment explains oscillation in the thiopental concentration-time curve. Annual Meeting of the Association of University Anesthetists, Rochester, MN, 1989.

18. Ambre JJ, Connelly TJ, Ruo TI, Henthorn TK: Induction and loss of acute tolerance to the cardiac chronotropic effect of cocaine in humans. Annual Scientific

Thomas K. Henthorn, M.D.
Curriculum Vitae

Meeting Committee on Problems of Drug Dependence (CPDD) Keystone, CO, 1989.

19.  Henthorn TK, Avram MJ, Krejcie TC, Shanks CA:  A circulatory lag model for an oscillation in the thiopental concentration-time curve. Eur J Clin Pharmacol 36:A182, 1989.

20.  Krejcie TC, Henthorn TK, Wheeler M, Avram MJ:  Modelling non-stationary pharmacokinetics during canine methohexital anesthesia.  Anesthesiology 71:A257, 1989.

21.  Henthorn TK, Avram MJ, Krejcie TC, Shanks CA:  A delayed return to the central compartment explains oscillation in the thiopental concentration-time curve. Anesthesiology 71:A258, 1989.

22.  Martinez C, Henthorn TK, Avram MJ, Llerena A, Cobaleda J, Krejcie TC, Benitez J: Interacciones genetico-ambientes en metabolismo de debrisoquina y dextrometorphano.  Rev Farm Clin Exp 6:276, 1989.

23.  Henthorn TK, Krejcie TC, Shanks CA, Kaczynski DA, Asada A, Avram MJ: A discontinuous indocyanine green (ICG) kinetic model.  Clin Pharmacol Ther 47:149, 1990.

24.  Fragen RJ, Avram MJ, Henthorn TK, Asada A, Pemberton D, Correll T: Total intravenous anesthesia with propofol, alfentanil and vecuronium for superficial surgery. Anesth Analg 70:S112, 1990.

25.  Krejcie TC, Henthorn TK, Shanks CA, Asada A, Avram MJ:  The intravascular disposition of indocyanine green (ICG) from the moment of its administration. Anesthesiology 73:A380, 1990.

26.  Shanks CA, Henthorn TK, Asada A, Krejcie TC, Avram MJ:  A pharmacokinetic model characterizing antipyrine disposition from the moment of its administration. Anesthesiology 73:A377, 1990.

27. Sanghvi R, Henthorn TK, Krejcie TC, Shanks CA, Fragen RJ, Howard K, Kasczynski D, Avram MJ:  Patient characteristics associated with the thiopental doses at clinical and EEG induction endpoints.   Clin Pharmacol Ther 49:164, 1991.

28. Avram MJ, Sanghvi R, Henthorn TK, Fragen RJ, Asada A, Pemberton D, Correll T, Minienka I:  The pharmacokinetics of alfentanil administered by multiple bolus and continuous infusion in the presence of either nitrous oxide or propofol. Anesthesiology 75:A320, 1991.

Thomas K. Henthorn, M.D.
Curriculum Vitae

29. Krejcie TC, Sanghvi R, Henthorn TK, Shanks CA, Fragen RJ, Howard K, Kaczynski D, Avram MJ: Patient characteristics included in models for thiopental doses at clinical and EEG induction endpoints. Anesthesiology 77:A450, 1992.

30. Henthorn TK, Krejcie TC, Gupta DK, Shanks CA, Gentry WB, Avram MJ: Recirculatory kinetics of ICG, inulin and antipyrine. Clin Pharmacol Ther 53:217, 1993.

31. Gentry WB, Krejcie, Henthorn TK, Howard KA, Gupta DK, Shanks CA, Avram MJ: Thiopental dose requirements with different rates of infusion. Clin Pharmacol Ther 53:217, 1993.

32. Gentry WB, Krejcie, Henthorn TK, Shanks CA, Avram MJ: Thiopental dose requirements with different rates of infusion. Presented at the1993 Annual Meeting of the Association of University Anesthesiologists in Winston-Salem, N.C.

33. Avram MJ, Krejcie TC, Shanks CA , Gentry WB, Janowski MP, Henthorn TK: The effect of halothane anesthesia on drug disposition from the moment of injection. Anesthesiology 79:A337, 1993.

34. Gentry WB, Henthorn TK, Krejcie TC, Gupta DK, Shanks CA, Avram MJ: Recirculatory kinetics of markers of blood, interstitial fluid, and total body water administered concomitantly. Anesthesiology 79: A338, 1993.

35. Gentry WB, Krejcie TC, Henthorn TK, Shanks CA, Gupta DK, Avram MJ: Infusion rate-related thiopental dose-response: Application of a kinetic-dynamic model. Anesthesiology 79:A339, 1993.

36. Henthorn TK, Krejcie TC, Gentry WB, Gupta DK, Avram MJ: Inclusion of pulmonary uptake in a recirculatory model of lidocaine. Anesthesiology 79:A340, 1993.

37. Krejcie TC, Henthorn TK, Gentry WB, Tulloch JM, Enders CL, Avram MJ: The concordance of the early distribution kinetics of antipyrine and thiopental. Anesthesiology 79:A341, 1993.

38. Shanks CA, Avram MJ, Krejcie TC, Henthorn TK, Gentry WB: A kinetic- dynamic model for quantal responses with thiopental. Anesthesiology 79:A342, 1993.

39. Shanks CA, Avram MJ, Krejcie TC, Gentry WB, Henthorn TK: Calculation of the effect compartment rate constant, keo, using recovery indices with the isolated arm technique. Presented at the 1994 annual meeting of the Association of University Anesthesiologists in Chicago.

40. Krejcie TC, Henthorn TK, Gentry WB, Shanks CA, Avram MJ: The effect of altered blood volume on intravascular mixing. Presented at the 1994 annual meeting of the Association of University Anesthesiologists in Chicago.

Thomas K. Henthorn, M.D.
Curriculum Vitae

41. Krejcie TC, Henthorn TK, Gentry WB, Shanks CA, Enders C, Van Drie J, Avram MJ: The effect of altered blood volume on intravascular mixing. Anesthesiology 81(3A):A410, 1994.

42. Henthorn TK, Krejcie TC, Gentry WB, Avram MJ: The pulmonary uptake of alfentanil and fentanyl defined in a recirculatory model. Anesthesiology 81(3A):A411, 1994.

43. Henthorn TK, Niemann CU, Krejcie TC, Avram, MJ: Comparison of first pass lidocaine pulmonary pharmacokinetics with one versus two parallel pulmonary circuits. Anesthesiology 83:A366, 1995.

44. Krejcie TC, Henthorn TK, Niemann CU, Shanks CA, Klein C, Lane M, Avram MJ: Recirculatory pharmacokinetics of indocyanine green, a marker of intravascular space, in man. Anesthesiology 83:A371, 1995.

45. Birmingham PK, Tobin MJ, Fanta KB, Berkelheimer M, Smith FA, Henthorn TK, Coté C: 24_hour pharmacokinetics of rectal acetaminophen in children: an old drug with new recommendations. Anesthesiology 83:A1127, 1995.

46. Niemann C, Krejcie T, Henthorn T, Avram M: Characterization of lagged concentration-time data by an Erlang distribution function. Clin Pharmacol Ther 59:206, 1996.

47. Niemann CU, Henthorn TK, Krejcie TC, Klein C, Shanks CA, Avram MJ: The disposition of fentanyl and alfentanil from the moment of injection in man. Anesthesiology 85:A319, 1996.

48. Henthorn TK, Krejcie TC, Niemann CU, Klein C, Shanks CA, Avram MJ: Ketamine enantiomer pulmonary uptake defined by a recirculatory model kinetic model. Anesthesiology 85:A320, 1996.

49. Shanks CA, Niemann CU, Avram MJ, Krejcie TC, Henthorn TK: Predicting spontaneous recovery with two effect compartment concentration-response curves. . Anesthesiology 85:A321, 1996.

50. Birmingham P, Tobin M, Henthorn T, Kennedy-Mooney S, Smith F, Coté C: "Loading" and subsequent dosing of rectal acetaminophen in children: A 24 hour pharmacokinetic study of new dose recommendations. Anesthesiology 85:A1063, 1996.

51. Dsida R, Wheeler M, Birmingham P, Henthorn T, Avram M, Klein C, Coté C: A kinetic comparison: Intravenous vs. Oral transmucosal fentanyl in tonsillectomy patients. Anesthesiology 85:A1072, 1996.

Thomas K. Henthorn, M.D.
Curriculum Vitae

52. Krejcie TC, Henthorn TK, Niemann CU, Klein C, Shanks CA, Avram MJ: The disposition of antipyrine in awake and halothane-anesthetized dogs. Anesthesiology 85:A318, 1996.

53. Henthorn TK, Krejcie TC, Avram MJ, Jensen TR, Waters CM:  Transporter-mediated uptake of fentanyl by pulmonary endothelium.  Presented at the Symposium for p-Glycoprotein and Related Transporters, Berlin, 1997.

54. Henthorn TK, Krejcie TC, Avram MJ, Jensen TR, Waters CM: Transporter-mediated uptake of fentanyl by pulmonary endothelium.  Presented at the Annual Meeting of the European Society for Clinical Pharmacology and Therapeutics,  Berlin, 1997.

55. Henthorn TK, Krejcie TC, Avram MJ, Jensen TR, Waters CM:  Endothelium-mediated pulmonary uptake of fentanyl: evidence for a saturable transporter. Anesthesiology 87:A352, 1997.

56. Krejcie TC, Henthorn TK, Niemann CN, Shanks CA, Avram MJ: The effect of blood volume on drug disposition from the moment of injection.  Anesthesiology 87:A351, 1997.

57. Niemann CN, Krejcie TC, Henthorn TK, Klein C, Avram MJ:  Regional blood flows are not proportional to cardiac index in man.  Anesthesiology 87:A330, 1997.

58. Wheeler M, Tobin MJ, Birmingham PK, Cote CJ, Henthorn TK, Kennedy-Mooney SH:  Pharmacokinetics and dose response for oral acetominophen in children. Anesthesiology 87:A1054, 1997.

59. Krejcie TC, Avram MJ, Henthorn TK, Waters CM:  Fentanyl uptake by pulmonary endothelium.  Anesthesiology A519, 1998.

60. Krejcie TC, Henthorn TK, Niemann NU, Klein C, Shanks CA, Avram MJ: The effect of isoflurane on drug disposition from the moment of injection.  Anesthesiology A520, 1998.

61. Henthorn TK,  Liu Y, Ng KY: Evidence for a fentanyl transporter at the blood-brain barrier.  Anesthesiology A522, 1998.

62.  Henthorn TK, Krejcie TC, Niemann  CU, Enders-Klein C, Avram MJ: Ketamine Distribution Pharmacokinetics Are Not Stereoselective. Anesthesiology A346, 1999.

63. Henthorn TK, Mandel S: Noninvasive Estimation of the Recirculatory Pharmacokinetics of a Marker of the Intravascular Space during Liver Transplantation. Anesthesiology 93:A524, 2000.

64. Henthorn TK, Yan X, Ng L: Evidence That the Fentanyl Blood-Brain-Barrier Transporter Is pKa-Specific. Anesthesiology 93:A525, 2000.

Thomas K. Henthorn, M.D.
Curriculum Vitae

65. Krejcie TC, Henthorn TK, Niemann CU, Avram MJ: Beta Blockers Alter Initial Drug Distribution by Decreasing Cardiac Output and Altering Blood Flow Distribution in Man. Anesthesiology 101:A500, 2004.

66. Iijima T, Henthorn TK, Kobayashi N, Iwao Y: Pharmacokinetic Reevaluation of Back-Extrapolation Method for Estimation of Blood Volume. Anesthesiology 103:A866, 2005.

Thomas K. Henthorn, M.D.
Curriculum Vitae

## BOOK CHAPTERS:

1. Henthorn TK, Avram MJ:  Pharmacologic principles.  In *Introduction to Anesthesia: The Principles of Safe Practice*.  Dripps RD, Eckenhoff JE, Vandam LD (Eds.).  Philadelphia, WB Saunders, 1987.

2. Henthorn TK, Krejcie TC:  Postoperative pain management.  In *Handbook of Chronic Pain Management*.  Tollison CD (Ed.). Baltimore, Williams and Wilkins, 1988.

3. Avram MJ, Henthorn TK:  What's new in pharmacokinetics and pharmacodynamics.  In *Anesthesiology Clinics of North America*, Vol. 6, No. 2.  New Anesthetic Drugs.  Fragen RJ (Ed.).  Philadelphia, WB Saunders, 1988.

4. Henthorn TK, Avram MJ:  Pharmacokinetics and pharmacodynamics of drug response.  Current Opinion in Anaesthesiology 3(4):529-537, 1990.

5. Henthorn TK:  Opioid infusions.  In *Drug Infusions in Anesthesiology*.  Fragen RJ (Ed.).  New York, Raven Press, 1991, pp. 85-105.

6. Henthorn TK, Avram MJ:  Pharmacokinetics and pharmacodynamics.  In *Kinetics of Anaesthetic Drugs,* Edited by White PF.  Bailliere's Clinical Anaesthesiology, London, Bailliere Tindall, 1991.

7. Henthorn TK: Pharmacokinetic of intravenous induction agents. In *The Pharmacological Basis of Anesthesiology: Basic Science and Clinical Application*, Edited by Bowdle TA, Horita A, Kharasch ED. New York, Churchill Livingstone, 1994.

8. Henthorn TK: Emerging concepts in pharmacokinetics. In Henthorn TK:  Opioid infusions.  In *Drug Infusions in Anesthesiology*.  Fragen RJ (Ed.).  New York, Raven Press, 1991, pp. 85-105., Edited by Bowdle TA, Horita A, Kharasch ED. New York, Churchill Livingstone, 1994.

9. Editor (and editorialist): $\alpha$2-agonist issue: Anaesthetic Pharmacology Review 1:220-315, 1993.

10. Henthorn TK:  Opioid infusions.  In Drug Infusions in Anesthesiology (Second Edition).  Fragen RJ (Ed.).  New York, Raven Press, 1996, pp. 103-125.

11. Gentry WB, Henthorn TK. Barbiturates. In Textbook of Intravenous Anesthesia. White PF (Ed.). Philadelphia, Williams and Wilkins, 1997, pp. 65-76.

12. Henthorn TK:  Recirculatory pharmacokinetics. Which covariates affect the pharmacokinetics of intravenous agents?  Adv Exp Med Biol. 2003;523:27-33.

Thomas K. Henthorn, M.D.
Curriculum Vitae

13. Hudson RJ, Henthorn TK. Basic Principles of Clinical Pharmacology. In Clinical Anesthesia. Barash PG, Cullen BF, Stoelting RK (Eds.).  Philadelphia, Lippincott Williams and Wilkins, 2005, pp. 247-274.

Thomas K. Henthorn, M.D.
Curriculum Vitae

## PUBLISHED SYMPOSIA PROCEEDINGS AND NON-REFEREED PAPERS:

1. Avram MJ, Henthorn TK, Krejcie TC:  Assay for serum sufentanil level is not sensitive (letter).  Anesthesiology 65:110-111, 1986.

2. Vinik HR, Anton KE, Barbarash RA, Fuller FW, Henthorn TK, et al.: Patient-controlled analgesia in hospitalized patients:  A multicenter evaluation. Postgraduate Medicine Suppl. pp. 41-45, Aug. 28, 1986.

3. Henthorn TK:  Narcotic analgesics and debrisoquin polymorphism (letter). Anesthesiology 71:475, 1989.

4. Henthorn TK:  Mixture distribution in pharmacologic research.  Rev Farm Clin Exp, 6:169-171, 1989.

5. Henthorn TK, Gupta DK: Association of University Anesthesiologists Satellite Symposium: Pharmacokinetics and Pharmacodynamics. Lake Bluff, Illinois, May 3-5, 1994.  Report of a scientific meeting.  Anesthesiology 81:1556-7, 1994.

6. Henthorn TK, Krejcie TC, Avram MJ, Jensen TR, Waters CM: Transporter-mediated pulmonary endothelial uptake of fentanyl.  Int J Clin Pharmacol Ther 36:74-5, 1998.


## INVITED LECTURES (selected)

Visiting Professor (since 1987):

      Stanford

      University of Texas, Houston

      Vanderbilt University

      UMDNJ - Robert Wood Johnson Medical School

      University of Chicago

      Rush University Medical School

      University of Rochester

      Massachusetts General Hospital of Harvard Medical School

      University of Illinois

Thomas K. Henthorn, M.D.
Curriculum Vitae

Columbia University

University of Washington

University of New Mexico

John H. Stroger Hospital of Cook County

"Gaussian Mixture Distributions in Pharmacologic Research," presented at the 14th annual meeting of the Pharmacological Society of Spain, Badajoz, Spain, September 1989.

"Polymorphic Drug Metabolism and Anesthesia," - Workshop on Perioperative Factors Affecting Drug Disposition. 1990 annual meeting of the American Society of Anesthesiologists, Las Vegas, 1990.

"Pharmacology of Anesthetics and Analgesics" - Clinical Pharmacology Review Course at the 1994 annual meeting of the American Society for Clinical Pharmacology and Therapeutics, New Orleans, March 1994.

"Emerging Concepts in Pharmacokinetics and Pharmacodynamics" and "Pharmacokinetics of Intravenous Anesthetics," presented at the UCSD Anesthesiology Review Course, San Diego, May 1994.

Host and organizer of the Association of University Anesthesiologists' Satellite Symposium on "Pharmacokinetics and Pharmacodynamics" Lake Bluff, IL, May, 1994.

"A Kinetic Approach for the Understanding of the Physiologic Basis of the Redistribution of Thiopental and Other Drugs," presented at the 16th annual meeting of the Japanese Society of Anesthetic Toxicology and Metabolism, Osaka, November 1994.

"Pharmacokinetics" - 4 hours of lecture as part of the 2nd year Pharmacology Course, Harvard Medical School, Boston, MA, February 1995.

"Pharmacokinetics: Putting Theory into Practice" - Annual meeting of the Society of Intravenous Anesthesia, Atlanta, October, 1995.

"What Governs the Onset of Drug Effect?" - Panel on The New Clinical Pharmacology. 1996 annual meeting of the American Society of Anesthesiologists, New Orleans, 1996.

"Endothelial Transport of Lipophilic Drugs" - University of Extremadura, Badajoz, Spain, December, 1998.

"Total Intravenous Anesthesia" – "Colorado Review of Anesthesia and Ski Holiday, Vail, Colorado", UCHSC, March, 1999.

Thomas K. Henthorn, M.D.
Curriculum Vitae

Host and organizer of Colorado Review of Anesthesia and Ski Holiday, Vail, Colorado, UCHSC, February 2001.

"Recirculatory pharmacokinetics. Which physiological covariates affect the pharmacokinetics of IV agents?" Panel on "An update on PK/PD modeling" annual meeting of the European Society for Intravenous Anesthesia. April, 2001.

Host and organizer of Colorado Review of Anesthesia and Ski Holiday, Vail, Colorado, UCHSC, February 2002.

"TIVA: The Odorless Anesthesia: We Don't Need No Stinking Gas" Colorado Review of Anesthesia and Ski Holiday, Vail, Colorado, UCHSC, February 2002.

Host and organizer of Colorado Review of Anesthesia and Ski Holiday, Vail, Colorado, UCHSC, March 2003--.

"Anesthetic Considerations in the Morbidly Obese Patient" Colorado Review of Anesthesia and Ski Holiday, Vail, Colorado, UCHSC, March 2004.

"Formal and Informal Mentoring" annual meeting of the Society of Academic Anesthesiology Chairs, Boston, MA, November, 2004.

"Obstructive Sleep Apnea" Colorado Review of Anesthesia and Ski Holiday, Vail, Colorado, UCHSC, March 2005

"Anesthetic Pharamcology Update" Colorado Review of Anesthesia and Ski Holiday, Vail, Colorado, UCHSC, February 2006

# EXHIBIT F



