# United States District Court
# For the District of Columbia

JAMES H. ROANE, JR., et al.,

      Plaintiff(s)   )   **APPEARANCE**

      vs.   )   CASE NUMBER   05-2337 (RWR/DAR)

ALBERTO GONZALES, et al.,

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Matthew Herrington__ as counsel in this
                          (Attorney's Name)

case for: __Intervenor Plaintiff Orlando Hall__
           (Name of party or parties)

September 14, 2007
Date

*[Signature]*
Signature

Matthew Herrington
Print Name

452364
BAR IDENTIFICATION

Steptoe & Johnson LLP, 1330 Connecticut Ave., NW
Address

Washington, DC      20036
City    State    Zip Code

(202) 429-3000
Phone Number