UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES ROANE, JR., et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-2337 (RWR/DAR) |
| ALBERTO GONZALES, et al., | ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DELIBERATIVE PROCESS DECLARATIONS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendants respectfully move this Court for an enlargement of time, through and including September 26, 2007, within which to file any declaration asserting the deliberative process privilege. In connection with LCvR 7(m), the undersigned counsel of record contacted counsel for Plaintiffs concerning the relief requested in this Motion.[1] Plaintiffs graciously do not oppose the requested relief. As grounds for this Motion, Defendants state as follows:

1. The Court's September 7, 2007 Minute Order set the deadline for Defendants' filing of any deliberative process declaration as September 17, 2007. A hearing on the remaining issues in Plaintiffs' pending motion to compel is scheduled for September 28, 2007. September 7, 2007 Minute Order.

---

[1] As explained below, counsel for Defendants understood counsel for Plaintiffs to have agreed to a resolution of the remaining issues in Plaintiffs' pending motion to compel, including with respect to any deliberative process materials. Late this afternoon, counsel for Plaintiffs proposed meeting to discuss these issues on September 20, 2007. Thus, it does not appear that the parties will be able to file a stipulation prior to the deadline for the filing of Defendants' declaration. The undersigned immediately e-mailed counsel for Plaintiffs to discuss this Motion, but, as of the time of the filing of this Motion, has not received a response.

2.      By letter dated September 11, 2007, counsel for Defendants proposed to counsel for Plaintiffs a resolution of the remaining issues in Plaintiffs' pending motion to compel. Such a resolution would involve the withdrawal of Plaintiffs' motion and would obviate the need for the September 28, 2007 hearing scheduled in this case.

3.      By e-mail dated September 13, 2007, counsel for Plaintiffs accepted the proposal in the undersigned counsel of record's September 11, 2007 letter to counsel for Plaintiffs. Defendants relied upon that representation and on September 14, 2007, transmitted to counsel for Plaintiffs a draft stipulation withdrawing Plaintiffs' pending motion to compel. This morning, the undersigned also retrieved a voice mail message from counsel for Plaintiffs indicating Plaintiffs' agreement and further explaining the e-mail of September 13, 2007. In an e-mail late in the day on September 17, 2007, counsel for Plaintiffs proposed to meet on these issues on September 20, 2007, when the parties' representatives are together in Terre Haute, Indiana, for an entry upon land and a deposition in this case as per the Magistrate Judge's September 7, 2007 Minute Order. Defendants are amenable to such a meeting.

4.      The undersigned counsel of record understands the parties to be working out the contours of a stipulation withdrawing Plaintiffs' pending motion to compel.

To that end, Defendants respectfully request that the Court grant this motion for extension of time.

                                        Respectfully submitted,

                                          s/Jeffrey A. Taylor
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                      Interim United States Attorney

                                          s/Rudolph Contreras
                                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                                      Assistant United States Attorney

       s/Peter S. Smith
      PETER S. SMITH, D.C. BAR # 465131
      Assistant United States Attorney
      United States Attorney's Office
      Civil Division
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 307-0372