UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR/DAR) |
| ALBERTO GONZALEZ, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on Defendants' Motion for Enlargement of Time to File declaration asserting the deliberative process privilege. Upon consideration of the Motion, it is hereby:

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the deadline for the filing of Defendants' declaration is September 26, 2007.

_____
HON. DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE