UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES ROANE, JR., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2337 (RWR) |
| ALBERTO GONZALEZ, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ERRATA CONCERNING DOCUMENT NUMBER 126**

Defendants file this Errata to correct a footnote that was inadvertently included in the filed version of the motion for extension of time dated September 17, 2007. Document No. 126. Footnote number one should be deleted from the motion.

Respectfully submitted,

   s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

   s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372