UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR) |
| ALBERTO GONZALES, et al., | ) |
| Defendants. | ) |

**NOTICE OF FILING UNDER SEAL**

This is to inform the Court, pursuant to paragraph 4 of the June 13, 2007 Supplement to Privacy Act Protective Order, Document No. 69-2, as approved by the Court through a June 13, 2007 Minute Order, Defendants are filing the video record of the deposition in this case conducted on September 20, 2007. The supplemental order provides that: "counsel for defendants shall file the videotape or video record of the deposition under seal with the Court." Document 69-2, ¶ 4. This filing under seal consists of two VHS format videotapes and two mini-digital-video cassettes.

As per Paragraph 5 of the supplemental order, "**[n]o videotape or video record filed under seal as provided in paragraph 4 of this Order shall be released, even to counsel in this case, without prior approval of the Court** upon a showing by counsel for the party or parties requesting such release that the videotape or video record is necessary for the performance of a task relating to this case . . . ." Document 69-2, ¶ 5 (emphasis added).

Respectfully submitted,

s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372