UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES ROANE, JR., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2337 (RWR/DAR) |
| ALBERTO GONZALEZ, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Defendants' Motion for Clarification, any opposition thereto, and the entire record herein, it is hereby ORDERED that Defendants' Motion is GRANTED and that the Court clarifies that its September 19, 2007 Minute Order extended the deadlines for expert disclosures and expert depositions only.  Fact discovery will close on October 11, 2007.

_____
United States District Judge