UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JAMES ROANE, JR**., *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2337 (RWR/DAR) |
| **ALBERTO GONZALES**, *et al.,* | ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF ATTORNEY WITHDRAWAL

Patrick J. Cronin, an attorney who entered an appearance on behalf of Intervenor Plaintiff Orlando Hall in this matter, files this Notice of Attorney Withdrawal ("Notice") because he is leaving the employ of Steptoe & Johnson LLP ("Steptoe"). This Notice does not in any way alter Steptoe's representation of Intervenor Plaintiff Orlando Hall in this matter; this Notice pertains to the named individual attorney only.

Respectfully submitted,

/s/ Patrick J. Cronin
MARK J. HULKOWER (D.C. Bar No. 400463)
MATTHEW HERRINGTON (D.C. Bar No. 452364)
OWEN BONHEIMER (D.C. Bar No. 484984)
PATRICK CRONIN (D.C. Bar. No. 491754)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX 78704
(512) 804-2661

- 2 -

          MARCIA A. WIDDER
          Louisiana Bar No. 23367
          636 Baronne Street
          New Orleans, LA  70113
          (504) 558-9867

          *Counsel for Intervenor Plaintiff Orlando Hall*

Dated: September 28, 2007