UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**JAMES ROANE, JR.**, <u>et al.</u>,        )
                                   )
    Plaintiffs,              )
                                   )
    v.                       )   Civil Action No. 05-2337 (RWR)
                                   )
**ALBERTO GONZALES**, <u>et al.</u>,       )
                                   )
    Defendants.              )
                                   )
_____)

### <u>ORDER</u>

    The defendants have moved for clarification of the September 19, 2007 minute order granting in part the parties' consent motion [#119] "for an Order extending the deadlines currently in place . . . for the close of all discovery[.]" Consent Motion at 1. The December 6, 2006 Scheduling Order set a single deadline for the close of all discovery, and the June 4, 2007 minute order extended the single deadline for the close of all discovery. The orders set no separate deadlines for the close of fact and expert discovery. Paragraph 5 of the Scheduling Order permits the parties to alter deadlines other than the deadline for the close of discovery by consent without the need for a court order. The parties' consented to end fact discovery on October 11, 2007 and alter other deadlines. Consent Motion at 1-2. As those deadlines were already fixed, the only deadline the court needed to address was the single deadline it had set for the close of all discovery, however and whenever the parties had consented to conduct fact and expert discovery before then. The parties are already bound by the deadlines to which they already consented; the court granted the only extension

-2-

required.  There being no need for the clarification sought, it is hereby

ORDERED that defendant's motion for clarification [#129] be, and hereby is, DENIED.

SIGNED this 29th day of September, 2007.

                                              /s/
                                   RICHARD W. ROBERTS
                                   United States District Judge