IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES H. ROANE, JR., et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 05-2337 (RWR/DAR) |
| | : | |
| **ALBERTO GONZALES, et al.,** | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of the undersigned Assistant U.S. Attorney as one of the counsel for defendants in the above-captioned case.

    s/Madelyn E. Johnson
MADELYN E. JOHNSON D.C. BAR # 292318
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7135