UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, *et al.,* )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2337 (RWR/DAR) |

## PLAINTIFF JAMES H. ROANE, JR.'S UNOPPOSED MOTION
## TO WITHDRAW COUNSEL

Plaintiff James H. Roane, Jr., by the undersigned counsel, respectfully moves this Court to withdraw the appearance of Lisa S. McCalmont in this case. Ms. McCalmont, who had been admitted by this Court *pro hac vice* and entered an appearance on behalf of Plaintiff Roane, passed away on November 1, 2007. This motion is not opposed.

Dated: November 21, 2007

Respectfully submitted,

/s/ Paul F. Enzinna_____
PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
RACHEL M. McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752
Fax:  (202) 639-7980

*Counsel for Plaintiff James H. Roane, Jr.*