**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| JAMES ROANE, JR., et al.,       ) | |
| ) | |
|        Plaintiffs,    ) | |
| ) | |
| v.       ) | Civil Action No. 05-2337 (RWR/DAR) |
| ) | |
| ALBERTO GONZALES, *et al.,*   ) | |
| ) | |
|        Defendants.   ) | |
| ) | |

**ORDER**

    The Court having considered Plaintiff James H. Roane, Jr.'s Unopposed Motion to Withdraw Counsel, it is hereby **ORDERED t**hat the Motion is GRANTED.

    SO ORDERED, this ___ day of November, 2007.

_____
Richard W. Roberts
United States District Judge