**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JAMES ROANE, JR**., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2337 (RWR/DAR) |
| | ) | |
| **ALBERTO GONZALES**, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel of record for Plaintiff Bruce

Webster.

Respectfully submitted,

/s/ Alexander O. Levine
Alexander O. Levine (DC Bar No. 501924)
VINSON ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004-1008
Telephone: 202.639.6720
Facsimile: 202.639.6604
Email: alevine@velaw.com

November 28, 2007