UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 05-2337(RWR/DAR) |
| | ) |
| MICHAEL B. MUKASEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of *Defendants' Unopposed Motion for an Extension of Time for the Parties to Complete Expert Discovery Pursuant to Fed. R. Civ. P. 26(a)(2) and File Dispositive Motions, and Defendants' Motion to Continue the January 22, 2008 Status Conference*, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the Motion should be and hereby is granted, and accordingly, the Parties shall have up to and including 60 days after the Supreme Court's decision in Baze v. Rees, No. 07-5439 (S.Ct.) to complete expert discovery if such is still deemed appropriate; and it is further

ORDERED that the Parties shall have up to and including 100 days after the Supreme Court's decision in Baze to file dispositive motions, and it is further

ORDERED that the January 22, 2008 status conference is continued and the Court will reschedule the status conference for a date after the Supreme Court's decision in Baze;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Patrick John Cronin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Paul F. Enzinna
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C. 20037

Graham E. Eddy
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008

Jeremy I. Levin
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Rachel M. McKenzie
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Charles Anthony Zdebski
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134

Mark Joseph Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

Jeanne Vosberg Sourgens
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004

William E. Lawler, III
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004-1008

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfort, KY 40602

Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, D.C. 20006

William E. Hoffman, Jr.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Owen James Bonheimer
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

Beverly M. Russell
Madelyn E. Johnson
Peter S. Smith
Kenneth Adebonojo
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

Robert J. Erickson
U.S. Department of Justice
950 Pennsylvania Avenue, Rm. 1515
Washington, D.C. 20530