```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                        )
**JAMES ROANE, JR.**, <u>et al.</u>,    )
                                        )
      **Plaintiffs**,           )
                                        )
      v.                        )  Civil Action No. 05-2337
                                        )  (RWR/DAR)
**MICHAEL B. MUKASKEY**, <u>et al.</u>, )
                                        )
      **Defendants.**           )
_____)

## <u>ORDER</u>

Upon consideration of the defendants' unopposed motion for an extension of time for the parties to complete discovery and file dispositive motions, and motion to continue the January 22, 2008 status conference, it is hereby

ORDERED that the motion [138] be, and hereby is, GRANTED. The January 22, 2008 status conference is hereby continued sine die.  The parties are directed to confer and file a joint written report and proposed order within 21 days after the Supreme Court's decision in <u>Baze v. Rees</u>, No. 07-5430, proposing the next steps that should be taken in this case.  It is further

ORDERED that the parties shall have up to and including 60 days after the Supreme Court's decision in <u>Baze</u> to complete expert discovery if it is still required.  It is further

-2-

ORDERED that the parties shall have up to and including 100 days after the Supreme Court's decision in <u>Baze</u> to file dispositive motions. It is further

ORDERED that the defendants' motion [59] to stay discovery be, and hereby is, DENIED AS MOOT. It is further

ORDERED that, in light of the Supreme Court's pending decision in <u>Baze</u>, the defendants' motion [60] for a judgment on the pleadings and motion to lift the stay of the plaintiffs' executions be, and hereby is, DENIED WITHOUT PREJUDICE.

SIGNED this 6th day of December, 2007.

                                             /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge