UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2337 (RWR/DAR) |

**PLAINTIFFS' AND INTERVENOR PLAINTIFFS' CONSENT MOTION
FOR LEAVE TO FILE UNDER SEAL MOTION TO
TEMPORARILY REOPEN THE PROCEEDINGS**

Pursuant to Local Civil Rule 5.1(j) of the Rules of the United States District Court for the District of Columbia, Plaintiffs James Roane, Jr., Richard Tipton, and Cory Johnson, and Intervenor Plaintiffs Bruce Webster, Anthony Battle, and Orlando Hall (collectively, "Plaintiffs"), by and through the undersigned counsel, respectfully submit this motion for leave to file under seal their Motion to Temporarily Reopen the Proceedings, which has attached to it as an exhibit Plaintiffs' Motion to Modify the Protective Order. Because the exhibit (Plaintiffs' Motion to Modify the Protective Order) references issues covered under the Protective Order issued by this Court on February 27, 2007 and supplemented by Order of June 13, 2007, Plaintiffs seek to file the instant Motion under seal. Plaintiff's counsel has conferred with defense counsel, and Defendants consent to this Motion being filed under seal.

Respectfully submitted this 20th day of February, 2008.



RECEIVED
FEB 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Paul F. Enzinna/jrl*
_____
PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

*Charles A. Zdebski/jrl*
_____
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*

*Charles A. Zdebski/jrl*
_____
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600

2

Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*

*[signature]*
---
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*

*[signature]*
---
JOSHUA C. TOLL (D.C. Bar No. 463073)
WILLIAM E. HOFFMANN, JR.
ABIGAIL BORTNICK
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500

MARGARET O'DONNELL
McNally & O'Donnell P.S.C.
513 Capitol Avenue
P.O. Box 1243
Frankfort, KY 40601
(502) 227-2142

*Counsel for Plaintiff Anthony Battle*

*[signature]*
---
MATTHEW HERRINGTON (D.C. Bar No. 452364)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW

Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct paper copy of the foregoing Plaintiffs' Consent Motion for Leave to File Under Seal Plaintiffs' Motion to Reopen Proceedings and Proposed Order have been served by hand in a sealed envelope on the following this 20th day of February, 2008:

Beverly Russell, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Room E-4915
Washington, D.C. 20530

Counsel for Defendants

            _____
            Joshua C. Toll
            Counsel for Plaintiff-Intervenor Anthony Battle