UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al.,           ) | |
|                                                          ) | |
|           Plaintiffs,                          ) | |
|                                                          ) | |
|           v.                                         ) | Civil Action No. 05-2337(RWR/DAR) |
|                                                          ) | |
| ALBERTO GONZALES, et al.,     ) | |
|                                                          ) | |
|           Defendants.                       ) | |
| _____) | |

**DEFENDANTS' NOTICE TO THE COURT REGARDING THEIR POSITION ON "PLAINTIFFS' AND INTERVENOR PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL MOTION TO TEMPORARILY REOPEN THE PROCEEDINGS"**

On February 20, 2008, Plaintiffs and Intervenor Plaintiffs filed what they characterized as a "consent motion for leave to file under seal motion to temporarily reopen the proceedings." Although Defendants requested that Plaintiffs' motion for relief be filed under seal, and Plaintiffs will apparently do so, Defendants also expressed opposition to reopening this case at this time in light of Baze v. Rees, No. 07-5439(S.Ct.), a position that is omitted or unclear from Plaintiffs' "consent" motion.

Thus, consistent with this Court's Order closing this case pending a decision by the Supreme Court in Baze, Defendants herein reiterate their opposition to reopening this case as requested by Plaintiffs and the Intervenor Plaintiffs.

Date: February 26, 2008

                                                                        Respectfully Submitted:

                                                                        /s/ Jeffrey A. Taylor /mj
                                                                        _____
                                                                        JEFFREY A. TAYLOR, D.C. BAR #498610
                                                                        United States Attorney

/s/ Rudolph Contreras /mj

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendants' Notice to the Court Regarding Their Position on "Plaintiffs' and Intervenor Plaintiffs' Consent Motion for Leave to File under Seal Motion to Temporarily Reopen the Proceedings"* was sent by the Court's Electronic Case Filing System (unless otherwise noted), this 26th day of February, 2008, to:

Patrick John Cronin
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
pcronin@steptoe.com

Paul F. Enzinna
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C. 20037
paul.enzinna@bakerbotts.com

Graham E. Eddy
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
geddy@velaw.com

Jeremy I. Levin
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
jeremy.levin@bakerbotts.com

Rachel M. McKenzie
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
rachel.mckenzie@bakerbotts.com

Charles Anthony Zdebski
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
charles.zdebski@troutmansanders.com

Jeanne Vosberg Sourgens (by first class mail)
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004

William E. Lawler, III
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004-1008
wlawler@velaw.com

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
jtoll@kslaw.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfort, KY 40602
mod@dcr.net

Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, D.C. 20006
abortnick@kslaw.com

William E. Hoffman, Jr. (by first class mail)
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

| | |
|---|---|
| Mark Joseph Hulkower<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, NW<br>Washington, D.C.  20036<br>mhulkower@steptoe.com | Owen James Bonheimer<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, NW<br>Washington, D.C.  20036<br>obonheimer@steptoe.com |

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney