**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JAMES ROANE, JR**., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2337 (RWR/DAR) |
| | ) | |
| **MICHAEL B. MUKASEY**, *et al.,* | ) | **ORAL ARGUMENT REQUESTED** |
| | ) | |
| Defendants. | ) | **FILED UNDER SEAL** |
| | ) | |

**NOTICE OF FILING REDACTED VERSION OF PLAINTIFFS' AND INTERVENOR**
**PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER AND**
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

On February 20, 2008, Plaintiffs and Intervenor Plaintiffs filed a Motion to Temporarily Reopen the Proceedings Which Were Administratively Closed Pending the United States Supreme Court's Ruling in *Baze v. Rees*, which attached as an exhibit Plaintiffs and Intervenor Plaintiffs' Motion To Modify The Protective Order And Memorandum Of Points And Authorities In Support Thereof Because of the Protective Order in place in this case, plaintiffs and intervenor plaintiffs filed a motion to file these pleadings under seal.  On    February    27, 2008, the Court issued an Order stating that the "motion to reopen will be accepted for filing under seal only after parties electronically file an appropriately redacted public version of the motion to reopen."   Plaintiffs submit the attached Redacted Version of Plaintiffs' and Intervenor Plaintiffs' Motion to Modify the Protective Order and Memorandum of Points and Authorities in Support Thereof in response to that Order.

In making this submnission, plaintiffs do not concede that the redactions made in the Redacted Version are required by or appropriate under the Protective Order.  Rather, these redactions have been insisted upon by the defendants.   In fact, plaintiffs believe that the

redactions insisted upon by the defendants support the plaintiffs' request for relief, and respectfully reserve the right to address that issue in a supplemental filing, to be made under seal in order to ensure that the Protective Order is not breached.

Respectfully submitted,


/s/ Paul F. Enzinna_____

PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*


/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*

/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909


BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III_____
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*

/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

/s/ Margaret O'Donnell
MARGARET O'DONNELL (Kentucky Bar No. 83889)
McNally and O'Donnell P.S.C.
513 Capitol Avenue
P.O. Box 1243
Frankfort, KY  40601
(502) 227-2142

*Counsel for Plaintiff Anthony Battle*

/s/ Owen Bonheimer
MATTHEW HERRINGTON (D.C. Bar No. 452364)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*

Dated:  March 19, 2008