UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 05-2337(RWR/DAR) |
| | ) |
| MICHAEL B. MUKASEY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO
FILE A RESPONSE TO PLAINTIFFS' AND INTERVENOR PLAINTIFFS'
MOTION TO MODIFY THE PROTECTIVE ORDER,
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully move for an extension of time to Wednesday, April 9, 2008 to file their opposition or other response to *Plaintiffs' and Intervenor Plaintiffs' Motion to Modify the Protective Order*. The current filing deadline is today, Wednesday, April 2, 2008. Pursuant to Local Rule 7(m), Defendants' counsel contacted Plaintiffs' counsel but was unable to obtain Plaintiffs' position on the relief requested herein before the filing of this Motion. Accordingly, Defendants are unable to present Plaintiffs' position on the Motion.[1] Defendants' reasons for seeking the extension are set forth below.

---

[1] Defendants' counsel did consult with Plaintiffs' counsel regarding an extension to April 4, 2008. Plaintiffs did not oppose that relief. However, subsequent to that communication, Defendants' counsel learned that the agency representative assigned this matter is out of the office this week, and thus, is unavailable for consultation on Defendants' response. Accordingly, Defendants are moving for an extension of time to April 9, 2008.

Defendants request the extension because of recent work-related demands on their counsel. Specifically, earlier this week, Defendants' counsel had to spend a significant period of time addressing matters in Atlantic Sea Island Group v. Connaughton, et al., Civil Action No. 08-00259(RWR)("ASIG"), a case brought pursuant to the Administrative Procedure Act and a case in which the plaintiffs also seek the relief of a preliminary injunction. Defendants' counsel anticipates filing an opposition memorandum in the ASIG case today. Also, this week, Defendants' counsel had to address discovery related matters in Schroer v. Billington, Civil Action No. 05-1090, a Title VII case. Given these and other work-related demands, Defendants' counsel does not anticipate completing the response to *Plaintiffs' and Intervenor Plaintiffs' Motion to Modify the Protective Order* in time for supervisory review and filing with the Court by the current deadline, and thus, Defendants respectfully move for an extension to April 9, 2008, to file their response. Additionally, as explained above, the agency representative with whom Defendants' undersigned counsel must consult is out of the office for the rest of the week, and for this reason as well, Defendants request the extension.

A proposed Order consistent with the relief requested herein is attached.

Date: April 2, 2008

                              Respectfully Submitted:

                              /s/ Jeffrey A. Taylor /mj
                              _____
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney

/s/ Rudolph Contreras /mj
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendants' Motion for an Extension of Time to File a Response to Plaintiffs' and Intervenor Plaintiffs' Motion to Modify the Protective Order* was sent by the Court's Electronic Case Filing System (unless otherwise noted), this 2nd day of April, 2008, to:

Owen James Bonheimer
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
obonheimer@steptoe.com

Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
abortnick@kslaw.com

Graham E. Eddy
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
geddy@velaw.com

Paul F. Enzinna
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C. 20037
paul.enzinna@bakerbotts.com

Matthew John Herrington
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
mherrington@steptoe.com

William E. Hoffman, Jr. (by first class mail)
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Mark Joseph Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mhulkower@steptoe.com

William E. Lawler, III
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
wlawler@velaw.com

Alexander Owen Levine
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
alevine@velaw.com

Jeremy I. Levin
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
jeremy.levin@bakerbotts.com

Rachel M. McKenzie
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
rachel.mckenzie@bakerbotts.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfurt, KY 40602
mod@dcr.net

Jeanne Vosberg Sourgens (by first class mail)
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
jtoll@kslaw.com

Robert E. Waters
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004
rwaters@velaw.com

Charles Anthony Zdebski
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
charles.zdebski@troutmansanders.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney