UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES ROANE, JR., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR/DAR) |
| ) | |
| MICHAEL B. MUKASEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' AND INTERVENOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE MOTION TO MODIFY THE PROTECTIVE ORDER**

More than two months have passed since Plaintiffs first sought to resolve the issues raised by their Motion to Modify the Protective Order ("Motion"). Now the Defendants have requested and received[1] an additional period of time within which to file their response to the Motion, thereby further delaying a resolution of the serious issues raised by Motion.

Pursuant to Local Rule LCvR 7(m), Plaintiffs sent the Defendants a letter on January 24, 2008, requesting information relating to the issues raised in the Motion. Eight days later, on February 1, 2008, Defendants responded that they would not provide the requested information. On February 4, 2008, Plaintiffs sent Defendants a draft of the Motion and asked if Defendants would consent to the requested relief. On the same day, Defendants asked Plaintiffs to hold off filing the Motion until February 6, to give Defendants a chance to review the Motion and decide whether they would agree to the requested relief. Then on February 5, the Court administratively closed the case which necessitated a request to reopen the proceedings in order to file the Motion.

---

[1] The Defendant's motion for an extension of time was granted on April 3.

Later, on February 27, 2008, when the Court ordered the filing of a redacted public version of the motion to reopen, the Plaintiffs had to make several attempts to obtain proposed redactions from the Defendants, including a threat to file their own redacted version of the Motion without input from the Defendants, before Defendants submitted their proposed redactions on March 19, 2008 -- a full three weeks after the Court's order of February 27.[2]

Subsequently, on April 1[3], and again on April 2, the Defendants asked for extensions of time to file their response to the Motion.

It appears to the Plaintiffs that the Defendants are attempting to simply delay indefinitely a resolution of the serious issues raised by Plaintiffs' Motion. For this reason the Plaintiff's oppose any further delay in the deadline for Defendants' response. Furthermore, The Plaintiff's intend to file redacted versions of the remaining pleadings promptly after they are filed, and expect the full and prompt cooperation of Defendants, without delays. Every day that passes is another day that the Defendant's apparent discovery violations are allowed to continue and time needed by Plaintiffs to remedy these violations is lost.

Respectfully submitted,

Dated: April 3, 2008                /s/ Joshua Christopher Toll
                                    Joshua Christopher Toll (D.C. Bar No. 463073)
                                    KING & SPALDING, LLP
                                    1700 Pennsylvania Avenue, NW
                                    Washington, DC 20006
                                    (202) 737-8616

---

[2] Although the Plaintiffs strenuously disagreed with many of the Defendants' proposed redactions -- which included items such as newspaper articles that are in the public domain -- the Plaintiffs agreed to the Defendants' proposed redactions in order to get the motion filed without further delay.

[3] On April 1, the Plaintiffs agreed to a two-day extension but were not able to respond to the Defendants' subsequent request before the Defendants filed the motion for extension of time.

2

Paul F. Enzinna
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 639-7752

Graham E. Eddy
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
(202) 639-6500

Jeremy I. Levin
BAKER BOTTS, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-7734

Rachel M. McKenzie
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-1314

*Counsel for Plaintiff James H. Roane, Jr.*


/s/ Charles Anthony Zdebski
Charles Anthony Zdebski (D.C. Bar No. 451075)
TROUTMAN SANDERS LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

Joshua Christopher Toll
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-8616

3

Graham E. Eddy
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
(202) 639-6500

*Counsel for Plaintiff Richard Tipton*


/s/ Charles Anthony Zdebski
Charles Anthony Zdebski (D.C. Bar No. 451075)
TROUTMAN SANDERS LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

Joshua Christopher Toll
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-8616

Graham E. Eddy
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
(202) 639-6500

*Counsel for Plaintiff Cory Johnson*


/s/ Joshua Christopher Toll
Joshua Christopher Toll (D.C. Bar No. 463073
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-8616

/s/ Graham E. Eddy
William E. Lawler, III (D.C. Bar No.398951)
Graham E. Eddy (D.C. Bar No. 495794)
Alexander Owen Levine
Robert E. Waters
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
(202) 639-6500

*Counsel for Intervenor Plaintiff Bruce Webster*


/s/ Joshua Christopher Toll
Joshua Christopher Toll (D.C. Bar No. 463073)
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-8616

Margaret O'Donnell
MCNALLY & O'DONNELL, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfort, KY 40602
(502) 227-2142

Abigail Bortnick
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 626-5502

William E. Hoffmann, Jr.
KING & SPALDING, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
(404) 572-3383

Graham E. Eddy
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
(202) 639-6500

*Counsel for Intervenor Plaintiff Anthony Battle*


/s/ Joshua Christopher Toll
Joshua Christopher Toll (D.C. Bar No. 463073)
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-8616

Mark Joseph Hulkower
STEPTOE & JOHNSON LLP
1330 CONNECTICUT AVENUE NW
Washington, DC 20036
(202) 429-6221

Matthew John Herrington
STEPTOE & JOHNSON, L.L.P.
1330 Connecticut Avenue, NW
Washington, DC 20007
(202) 429-8164

Graham E. Eddy
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
(202) 639-6500

Owen James Bonheimer
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6266

Patrick John Cronin
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

*Counsel for Intervenor Plaintiff Orlando Hall*