UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JAMES ROANE, JR.**, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>**MICHAEL B. MUKASEY**, *et al.*,<br><br>   Defendants. | Civil Action No. 05-2337 (RWR/DAR) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court shall withdraw the appearance of Alexander O. Levine as counsel for Plaintiff Bruce Webster in the above-captioned case.  Withdrawal is requested only as to Mr. Levine, who is leaving the law firm of Vinson & Elkins L.L.P.  All other attorneys of record from Vinson & Elkins L.L.P. will maintain their appearance on behalf of Plaintiff Bruce Webster.

                                                                        Respectfully submitted,

                                                                        /s/ Alexander O. Levine
                                                                        Alexander O. Levine (DC Bar No. 501924)
                                                                        VINSON ELKINS L.L.P.
                                                                        The Willard Office Building
                                                                        1455 Pennsylvania Avenue, NW, Suite 600
                                                                        Washington, DC 20004-1008
                                                                        Telephone: 202.639.6720
                                                                        Facsimile: 202.639.6604
                                                                        Email: alevine@velaw.com

Dated: April 14, 2008