IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al., | : |
| Plaintiffs, | : |
| v. | : Case Number: 1:05-cv-2337 |
| MICHAEL MUKASEY, et al., | : |
| Defendants. | : |

### ORDER

This matter comes before the Court on Plaintiffs' and Intervenor Plaintiffs' Consent Motion for Leave to File Under Seal Their Reply to Defendants' Opposition to Plaintiffs' and Intervenor Plaintiffs' Motion to Modify Protective Order. Upon consideration of the Motion, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Plaintiffs' and Intervenor Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' and Intervenor Plaintiffs' Motion to Modify Protective Order shall be filed under seal.

SO ORDERED.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE