# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES H. ROANE, JR., et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Case Number:  1:05-cv-2337** |
| | : | |
| **MICHAEL B. MUKASEY, et al.,** | | |
| | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF FILING OF PLAINTIFFS' AND INTERVENOR PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' AND INTERVENOR PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER UNDER SEAL

Pursuant to this Court's February 23, 2007, Privacy Act Protective Order governing the above-captioned case, plaintiffs hereby provide notice that on April 17, 2008, they filed their Reply to Defendants' Opposition to Plaintiffs' and Intervenor Plaintiffs' Motion to Modify Protective Order under seal.

Respectfully submitted,


/s/ Paul F. Enzinna_____

PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
RACHEL McKENZIE
EMMA KUNTZ
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*

/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
MARK J. HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX 78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*

Dated: April 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Filing of Plaintiffs' and Intervenor Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' and Intervenor Plaintiffs' Motion to Modify Protective Order Under Seal was sent by the Court's Electronic Case Filing System this 17th day of April, 2008, to:

Beverly M. Russell
Assistant United States Attorney
U.S. Attorney's Office for the
   District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, DC 20530

/s/ Paul F. Enzinna

*Counsel for James H. Roane, Jr.*