## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES ROANE, JR., <u>et</u> <u>al.</u>, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-2337(RWR/DAR)** |
| | ) | |
| MICHAEL B. MUKASEY, <u>et</u> <u>al.</u>, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### DEFENDANTS' NOTICE OF FILING

Plaintiffs and Intervenor Plaintiffs have filed a Motion to Modify the Protective Order to allow them to undertake their own investigations of individuals designated as Protected Persons in this case. Defendants opposed the Motion on grounds that fact discovery is closed, and that the Court equitably addressed discovery related issues as to production of discovery on the background of Protected Persons – i.e., balancing Plaintiffs' and Intervenor Plaintiffs' discovery related demands with the highly sensitive, privacy interests at issue in this suit. The Court's determinations in this regard, as well as the Federal Rules of Civil Procedure (<u>see</u> Fed. R. Civ. P. 26(e)), cover any matters that might arise as to the need for supplementation of discovery. Thus, an expansive and invasive investigation as Plaintiffs and Intervenor Plaintiffs propose is not necessary, and more troubling, is contrary to the intent of the Court's Orders governing this suit and could very likely be detrimental to the privacy interests that the Court's Orders are designed to protect. Indeed, the lack of oversight as to what Plaintiffs and Intervenor Plaintiffs would be up to, and want of any remedy that could ameliorate the harm from any disclosure of the Protected Persons' identities as the result of the proposed investigations also show that the motion to modify the protective order should be denied.

Underscoring the propriety of this Court's determination regarding discovery related to the background of Protected Persons is the Protective Order issued by the United States District Court for the Western District of Missouri, Central Division in the case Clemons v. Crawford, Case No. 07-4129-CV-FJG.  Consistent with the Court's discovery determination in this case, the District Court in the Western District of Missouri precluded Plaintiffs from conducting independent investigations stating: "Counsel for Plaintiffs may not conduct independent investigations or background investigations of those persons counsel for Plaintiffs believe to be involved in past executions, nor of those expected to be involved in future executions.  For example, neither counsel, nor anyone acting on their behalf, may contact schools, former employers or credentialing agencies in an effort to determine the identity of, or *gain background information* on, the aforementioned persons *because to do so would pose an unacceptable risk that their participation and identities would be made public*."  Clemons v. Crawford, Case No. 07-4129(W.D. Mo.)(Protective Order, p. 2)(emphasis added)(attached hereto).  The Protective Order entered in the Missouri case reflects the very concerns raised by Plaintiffs' request to modify the Protective Order in this case, and supports Defendants' position that Plaintiffs' motion in this regard should be denied.  The risk is too high that identities might be disclosed even if through inadvertence, recklessness, or negligence.

Date: May 2, 2008

Respectfully Submitted:


/s/ Jeffrey A. Taylor /mj

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /mj

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendants' Notice of Filing*** was

sent by the Court's Electronic Case Filing System (unless otherwise noted), this <u>2nd</u> day of May,

2008, to:

Owen James Bonheimer
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
obonheimer@steptoe.com

Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
abortnick@kslaw.com

Graham E. Eddy
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1008
geddy@velaw.com

Paul F. Enzinna
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C.  20037
paul.enzinna@bakerbotts.com

Matthew John Herrington
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mherrington@steptoe.com

William E. Hoffman, Jr. (by first class mail)
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Mark Joseph Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mhulkower@steptoe.com

William E. Lawler, III
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
wlawler@velaw.com

Jeremy I. Levin
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
jeremy.levin@bakerbotts.com

Rachel M. McKenzie
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
rachel.mckenzie@bakerbotts.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfurt, KY 40602
mod@dcr.net

Jeanne Vosberg Sourgens (by first class mail)
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
jtoll@kslaw.com

Robert E. Waters
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
rwaters@velaw.com

Charles Anthony Zdebski
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
charles.zdebski@troutmansanders.com

                              /s/ Beverly M. Russell

                              _____
                              BEVERLY M. RUSSELL
                              Assistant United States Attorney