IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES H. ROANE, JR., et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case Number: 1:05-cv-2337 |
| : | |
| **MICHAEL MUKASEY, et al.,** : | |
| : | |
| Defendants. : | |

### PLAINTIFFS' AND INTERVENOR-PLAINTIFFS' RESPONSE TO DEFENDANTS' "NOTICE OF FILING"

On May 1, 2008, Defendants filed a "Notice of Filing," which contains additional argument in opposition to Plaintiffs' Motion to Modify Protective Order. Defendants' Notice of Filing is far more revealing for what it *does not* say than for what it does. Defendants have yet to address in any filing before the Court the issue that is central to resolution of this motion—whether, and why, they failed to meet their obligations under the Court's March 26, 2007 Order. However, in a letter to counsel for plaintiff James H. Roane, Jr., also received on May 1, 2008, Defendants have finally provided Plaintiffs with at least some of the information Plaintiffs requested—and Defendants refused to provide—more than three months ago. In the letter, defense counsel admits that the individual in question is, in fact, a "Protected Person," which renders him subject to the March 26, 2007 Order. *See* Exh. 1.[1] Therefore, it is now clear that Defendants have violated the Court's March 26, 2007 Order. Plaintiffs therefore respectfully

---

[1] Given its designation as "Confidential," Plaintiffs' counsel spoke with defense counsel before attaching the latter's May 1, 2008, letter to this pleading. According to defense counsel, the letter was designated "Confidential" as a "courtesy," and not because of any claim of confidentiality under the Protective Order in this case.

request that the Court reconsider the balancing that led to the Protective Order's ban on investigation, and grant their Motion to Modify the Protective Order.

Defendants' Notice of Filing attaches a Protective Order entered recently by the United States District Court for the Western District of Missouri in *Clemons v. Crawford* (the "Missouri Protective Order"). The Missouri Protective Order adds nothing to the analysis of Plaintiffs' motion here, because it does not address the basis for Plaintiffs' Motion—Defendants' failure to abide by the representations they made in support of the restrictions they sought, and on the basis of which the Court imposed those restrictions. In ruling on Defendants' initial request for a protective order, this Court weighed Defendants' professed need for secrecy against Plaintiffs' need for information, and decided not to allow Plaintiffs to conduct their own background investigations of execution personnel. Order (March 26, 2007). Although Defendants led Plaintiffs to believe they had provided that information, it is now clear that they failed to do so, and that the balance drawn by the Court on which the Protective Order's ban on investigation is based—permitting Defendants to avoid discovery that would normally be allowed, but only if they provided necessary information to Plaintiffs—has been subverted by Defendants, and must be revisited.

Defendants offer "the lack of oversight" of any background investigation by Plaintiffs as a reason to deny Plaintiffs' motion. However, it is precisely the lack of oversight over *Defendants* that has led to the motion. Defendants convinced the Court that their asserted need for privacy should outweigh Plaintiffs' need for information by assuring the Court and Plaintiffs that the two interests could be reconciled by Defendants' voluntary cooperation. However, it is now clear that, rather than cooperate, Defendants have used the Protective Order to conceal relevant information from Plaintiffs. Plaintiffs have no interest in embarrassing or otherwise

harming execution personnel, but Plaintiffs cannot receive a fair hearing of their claims if Defendants are permitted to conceal relevant information. Plaintiffs therefore respectfully request that the Court grant their Motion to Modify the Protective Order.

Respectfully submitted,

/s/ Paul F. Enzinna_____

PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
RACHEL McKENZIE
EMMA KUNTZ
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*

-4-

/s/ Owen Bonheimer
MATTHEW HERRINGTON (D.C. Bar No. 452364)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*

Dated:  May 6, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Plaintiffs' and Intervenor-Plaintiffs' Response to Defendants' "Notice of Filing" was sent by the Court's Electronic Case Filing System this 6th day of May, 2008, to:

>Beverly M. Russell
>Assistant United States Attorney
>U.S. Attorney's Office for the
>  District of Columbia
>555 4th Street, N.W., Rm. E-4915
>Washington, DC 20530

                                        /s/ Paul F. Enzinna                        

                                        *Counsel for James H. Roane, Jr.*