# EXHIBIT 1



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 1, 2008

CONFIDENTIAL

Paul F. Enzinna
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Suite 1300
Washington, D.C. 20004

    Re: <u>Roane, et al. v. Gonzales, et al.</u>, Civ. No. 05-2337(RWR/DAR) (D.D.C.)

Dear Mr. Enzinna:

    I am writing this letter to convey Defendants' concern as to your conduct, reflected in an April 15, 2008 declaration submitted with Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' and Intervenor Plaintiffs' Motion to Modify the Protective Order, in contacting law enforcement officials on an individual designated as a Protected Person in this case. Given the uncertainty as to the details, scope, and nature of the conversations with these law enforcement officials, and what the law enforcement officials could surmise based on your contact with them, Defendants have concern that your contact may have - through inadvertence or otherwise - violated the Protective and Stipulated Orders governing the above-captioned suit. If Plaintiffs' attorneys continue to comport themselves in reckless, negligent or intentional disregard to the provisions of and bases for the Protective Order, Defendants may seek additional relief from the Court.

    Please contact me at 202-307-0492 if you wish to discuss this letter.

    Very truly yours,

    JEFFREY A. TAYLOR
    United States Attorney

By: _____
    BEVERLY M. RUSSELL
    Assistant United States Attorney