# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR/DAR) |
| ) | |
| **MICHAEL B. MUKASEY**, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STATUS REPORT

On February 5, 2008, the Court ordered this case administratively closed pending the decision of the United States Supreme Court in *Baze v. Rees*, 128 S. Ct. 1520 (2008). The Court's Order as well as an earlier December 6, 2007 Order require the Parties to submit a joint status report within 21 days of the Supreme Court's decision in *Baze*, and the February 5, 2008 Order provides that this case will be reopened upon submission of a joint status report. The Supreme Court issued its decision in *Baze* on April 16, 2008. Pursuant to the Court's December 6, 2007 and February 5, 2008 Orders, the Parties respectfully submit this Joint Status Report.

Pursuant to the Court's Orders of June 4, 2007 and September 4, 2007, fact discovery was completed on October 11, 2007. Plaintiffs provided defendants with Rule 26(a) expert reports on November 13, 19 and 28, 2007. On September 4, 2007, the Court ordered that expert discovery be completed by January 11, 2008, but stayed discovery on December 6, 2007 after the Supreme Court granted *certiorari* in the *Baze* case. Plaintiffs' Motion to Modify the Protective Order is still pending before the Court. *See* Plaintiffs' and Intervenor Plaintiffs' Motion to Modify the Protective Order (February 20, 2007 and March 19, 2008).

The Parties disagree on the impact of the *Baze* decision on this proceeding. In light of their disagreement, the Parties have different positions on scheduling as reflected below.

For the reasons stated in Plaintiffs' Supplement to the Joint Status Report, which addresses Plaintiff's position regarding the effect on this case of the decision of the United States Supreme Court in *Baze v.* Rees, 128 S. Ct. 1520 (2008), and which will be filed separately today, May 7, 2008, it is Plaintiffs' position that the Court should grant their Motion to Modify the Protective Order, and provide them with a sufficient period of time in which to conduct the background investigation they propose to conduct. Following that investigation period, Plaintiffs' propose that the Court revert to the schedule established by its Orders of June 4, 2007, and September 4, 2007. Under that schedule:

- Defendants would have 30 days following the investigation period in which to make expert designations;

- Expert discovery would close 60 days following the end of the investigation period; and

- Dispositive motions would be due 90 days following the end of the investigation period.

Defendants do not believe any additional discovery is necessary in light of the Supreme Court's decision in *Baze*, and will discuss the impact of *Baze* in their substantive filings as set forth in their proposed schedule below:

| | |
|---|---|
| May 16, 2008: | Motion to Stay Discovery, Renewed Partial Motion to Dismiss [see R. 13], and Renewed Motion for Judgment on the Pleadings and Motion to Lift the Stay of Plaintiffs' Executions [see R. 60]. |
| May 30, 2008: | Plaintiffs' Opposition to Defendants' May 16, 2008 Filings |
| June 9, 2008: | Defendants' Reply to Plaintiff's Opposition to Defendants' Motions Filed on May 16, 2008 |
| June 30, 2008: | Defendants' Motion for Summary Judgment (consistent with and pursuant to *Baze*) |

| | |
|---|---|
| July 31, 2008: | Plaintiffs' Opposition to Defendants' Motion for Summary Judgment Filed June 30, 2008 |
| August 22, 2008: | Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment filed on June 30, 2008 |

Respectfully submitted,

/s/ Paul F. Enzinna_____

PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
RACHEL McKENZIE
EMMA KUNTZ
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*


/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*

3

/s/ Charles A. Zdebski\
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)\
Troutman Sanders LLP\
401 9th Street, NW\
Suite 1000\
Washington, D.C. 20004-2134\
(202) 274-2909

BARBARA HARTUNG\
700 E. Main Street\
Suite 1600\
Richmond, VA 23219

EDWARD E. SCHER\
Thorsen & Scher, LLP\
3810 Augusta Avenue\
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III\
WILLIAM E. LAWLER III (D.C. Bar No.398951)\
GRAHAM E. EDDY (D.C. Bar No. 495794)\
Vinson & Elkins LLP\
1455 Pennsylvania Avenue, NW\
Suite 600\
Washington, DC 20004-1008\
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*

/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

/s/ Margaret O'Donnell
MARGARET O'DONNELL
Kentucky Bar No. 83889
McNally and O'Donnell, P.S.C.
513 Capitol Avenue
P.O. Box 1243
Frankfort, KY  40602
(502) 227-2142

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
MATTHEW HERRINGTON (D.C. Bar No. 452364)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Roundtree, LLP
P.O. Box 40428
Austin, TX 78704
(512) 804-2661


MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Barrone Street
New Orleans, LA 70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*



/s/ Jeffrey A. Taylor /mj
JEFFREY A. Taylor, D.C. BAR #498610

5

        United States Attorney

        /s/ Rudolph Contreras /mj_____
        RUDOLPH CONTRERAS, D.C. Bar #434122

        /s/ Beverly M. Russell_____
        BEVERLY M. RUSSELL, (D.C. Bar #454257)
        Assistant United States Attorney
        U.S. Attorneys Office for the District
        of Columbia, Civil Division
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C. 20530
        (202) 307)-0492

Dated: May 7, 2008