UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| Plaintiffs, | ) |
| ANTHONY BATTLE, ORLANDO HALL, BRUCE WEBSTER, | ) |
| Plaintiff-Intervenors, | ) Civil Action No. 05-2337 (RWR/DAR) |
| v. | ) |
| MICHAEL B. MUKASEY, et al., | ) |
| Defendants. | ) |

ORDER

Upon consideration of *Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay of Plaintiffs' and Plaintiff-Intervenors' Executions*, any opposition thereto, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED that the Motion should be and hereby is granted, and it is further

ORDERED that the stays of execution are lifted; and it is further

ORDERED that this case is dismissed WITH PREJUDICE.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Owen James Bonheimer
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
obonheimer@steptoe.com

Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
abortnick@kslaw.com

Graham E. Eddy
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1008
geddy@velaw.com

Paul F. Enzinna
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C.  20037
paul.enzinna@bakerbotts.com

Matthew John Herrington
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mherrington@steptoe.com

William E. Hoffman, Jr.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Mark Joseph Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mhulkower@steptoe.com

William E. Lawler, III
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
wlawler@velaw.com

Alexander Owen Levine
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004
alevine@velaw.com

Jeremy I. Levin
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
jeremy.levin@bakerbotts.com

Rachel M. McKenzie
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
rachel.mckenzie@bakerbotts.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfort, KY 40602
mod@dcr.net

Jeanne Vosberg Sourgens
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
jtoll@kslaw.com

Robert E. Waters
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004
rwaters@velaw.com

Charles Anthony Zdebski
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
charles.zdebski@troutmansanders.com

Beverly M. Russell
Madelyn E. Johnson
Peter S. Smith
Kenneth Adebonojo
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530

Robert J. Erickson
U.S. Department of Justice
950 Pennsylvania Avenue, Rm. 1515
Washington, D.C.  20530