UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES ROANE, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| ANTHONY BATTLE, ORLANDO HALL, | ) | |
| BRUCE WEBSTER, | ) | |
| | ) | |
| Plaintiff-Intervenors, | ) | Civil Action No. 05-2337 (RWR/DAR) |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND EX PARTE**

Plaintiffs and Intervenor Plaintiffs (collectively referred to as "Plaintiffs") have filed a Motion to Modify the Protective Order [R. 143], the underpinning of which is an implication that Defendants have intentionally not provided certain background information on individuals participating on the team responsible for effectuating federal death penalty sentences. In their Motion, Plaintiffs request that the Court modify the protective order governing this case to allow Plaintiffs to undertake their own background investigation into these individuals. Defendants' opposition to Plaintiffs' Motion was set forth in Defendants' filings at R. 147 and 148.

To affirmatively put this discovery-related issue to rest, and to demonstrate to the Court that they have not violated the Protective Order, Defendants proposed to Plaintiffs that Defendants file ex parte and under seal with the Court (1) the National Crime Information Center checks completed on the relevant individuals as well as (2) a declaration providing the Court with background information as to Defendants' efforts to respond to the discovery related matters

at issue. Defendants' counsel presented this proposal to Plaintiffs' counsel as a possible means of amicably resolving Plaintiffs' concerns regarding discovery.[1]  Plaintiffs, however, have expressed a desire to proceed with their Motion for a Protective Order.  Nevertheless, Defendants still believe that their proposal is the best and most decisive means of addressing Plaintiffs' concerns regarding discovery while preserving the integrity of the Protective Order governing this matter.  Accordingly, Defendants respectfully move for leave to file ex parte and under seal the documents described above.  Pursuant to Local Rule 7(m), Defendants' counsel conferred with Plaintiffs' counsel on this non-dispositive motion and, as indicated above, was informed that Plaintiffs wish to proceed with disposition on their Motion for a Protective Order.

      A proposed Order consistent with the relief requested herein accompanies this Motion.

Date: May 21, 2008

---

[1] As Defendants stated in their opposition to Plaintiffs' Motion to Modify the Protective Order [R. 147], to the extent that Plaintiffs really have a genuine concern regarding discovery production and are entitled to any relief, it is not properly addressed by entry of a new Protective Order diametrically inconsistent with the purpose and intent of having such Order govern this case in the first place, but supplemental production consistent with Fed. R. Civ. P. 26(e). Further, the Supreme Court in Baze v. Rees, 128 S.Ct. 1520, 1533-34 (2008) focused on the requirements of the written protocol including the professional experience of execution team members, not on matters unrelated to the members' ability to prepare and manage the lethal injection protocol.  Thus, Plaintiffs' Motion to Modify the Protective Order is particularly irrelevant.

Respectfully Submitted:

/s/ Jeffrey A. Taylor /mj
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /mj
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

/s/ Robert J. Erickson /bmr
_____
ROBERT J. ERICKSON, D.C. Bar No. 220731
Principal Deputy Chief
Criminal Appellate Section
U. S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Room 1515
Washington, DC 20530
(202) 514-2841

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' *Motion for Leave to File Under Seal and Ex Parte* was sent by the Court's Electronic Case Filing System (unless otherwise noted), this 21st day of May, 2008, to:

Owen James Bonheimer
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
obonheimer@steptoe.com

Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
abortnick@kslaw.com

Graham E. Eddy
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
geddy@velaw.com

Paul F. Enzinna
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C. 20037
paul.enzinna@bakerbotts.com

Matthew John Herrington
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
mherrington@steptoe.com

William E. Hoffman, Jr. (by first class mail)
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Mark Joseph Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mhulkower@steptoe.com

William E. Lawler, III
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
wlawler@velaw.com

Jeremy I. Levin
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
jeremy.levin@bakerbotts.com

Rachel M. McKenzie
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
rachel.mckenzie@bakerbotts.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfurt, KY 40602
mod@dcr.net

Jeanne Vosberg Sourgens (by first class mail)
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
jtoll@kslaw.com

Robert E. Waters
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
rwaters@velaw.com

Charles Anthony Zdebski
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
charles.zdebski@troutmansanders.com

                                              /s/ Beverly M. Russell
                                              _____
                                              BEVERLY M. RUSSELL
                                              Assistant United States Attorney