UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR/DAR) |
| ) | |
| **ALBERTO GONZALES**, *et al.*, ) | **ORAL ARGUMENT REQUESTED** |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' AND INTERVENOR PLAINTIFFS' CONSENT MOTION
FOR LEAVE TO FILE UNDER SEAL THEIR (1) OPPOSITION TO
DEFENDANTS' RENEWED MOTION FOR JUDGMENT ON THE
PLEADINGS AND RENEWED MOTION TO LIFT THE STAY OF THE
PLAINTIFFS' EXECUTIONS; (2) OPPOSITION TO DEFENDANTS'
RENEWED MOTION TO STAY DISCOVERY; AND
<u>(3) OPPOSITION TO DEFENDANTS' RENEWED MOTION TO DISMISS</u>**

Plaintiffs James Roane, Jr., Richard Tipton, and Cory Johnson, and Intervenor Plaintiffs Bruce Webster, Anthony Battle, and Orlando Hall (collectively "Plaintiffs"), by and through the undersigned counsel, respectfully submit this motion pursuant to Local Civil Rule 5.1(j) for leave to file under seal their opposition to *Defendants' Renewed Motion For Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' Executions; Defendants' Renewed Motion to Stay Discovery; and Defendants' Renewed Motion to Dismiss*. Because Plaintiffs' Oppositions and accompanying Exhibits reference issues covered under the Protective Order issued by this Court on February 27, 2007 and supplemented by Order of June 13, 2007, Plaintiffs seek to file these documents under seal. Counsel for Plaintiffs have consulted with counsel for the Defendants, and Defendants have consented to this motion. Upon further consultation with counsel for Defendants, Plaintiffs plan to file a redacted version of the Response and accompanying Exhibits for incorporation into the public record.

Respectfully submitted this 30 day of May, 2008,

        /s/ Graham E. Eddy
GRAHAM E. EDDY
(D.C. Bar No. 495794)
WILLIAM E. LAWLER III
(D.C. Bar No.398951)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*

      /s/ Paul F. Enzinna
PAUL F. ENZINNA
(D.C. Bar No. 421819)
JEREMY I. LEVIN
TIMOTHY LOPER
RACHEL McKENZIE
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

      /s/ Charles A. Zdebski
CHARLES A. ZDEBSKI
(D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP
(D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point, P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*

/s/ Mark J. Hulkower
MARK J. HULKOWER
(D.C. Bar No. 400463)
OWEN BONHEIMER
(D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN
(Texas Bar No. 15371950)
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER
(La. Bar No. 23367)
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI
(D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW, Suite 1000
Washington, D.C.  20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA  23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA  23230

*Counsel for Plaintiff Cory Johnson*

3

      /s/ Joshua C. Toll
JOSHUA C. TOLL
(D.C. Bar No. 463073)
ABIGAIL BORTNICK
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

MARGARET O'DONNELL
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfort, KY  40602
(502) 227-2142
(502) 227-4669 (fax)

WILLIAM E. HOFFMANN, JR.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
(404) 572-3383
(404) 572-5136 (fax)

*Counsel for Plaintiff Anthony Battle*


Service on counsel of record via the Court's ECF system.