## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **ALBERTO GONZALES**, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-2337 (RWR/DAR) <br><br> **ORAL ARGUMENT REQUESTED** |

### ORDER

Upon review of the reasons set forth in Plaintiffs' and Intervenor Plaintiffs' Consent Motion for Leave to File under Seal their Opposition to Defendants' Renewed Motion For Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' Executions; Defendants' Renewed Motion to Stay Discovery; and Defendants' Renewed Motion to Dismiss, and pursuant to Local Rule 5.1(j) of the Rules of the United States District Court of the District Court for the District of Columbia, this Court hereby **GRANTS** leave to Plaintiffs and Intervenor Plaintiffs to file opposition memoranda under seal. The oppositions will be considered filed on the date that they were delivered to the Court.

ENTERED this _____day of _____, 2008.

_____
Richard W. Roberts
United States District Judge