# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JAMES ROANE, JR.**, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) ) | |
| v. | ) ) | |
| **ALBERTO GONZALES**, *et al.,* | ) ) | Civil Action No. 05-2337 (RWR/DAR) |
| Defendants. | ) ) ) | **ORAL ARGUMENT REQUESTED** |

## ORDER

Upon review of the reasons set forth in Plaintiffs' and Intervenor Plaintiffs' Consent Motion for Leave to File under Seal their Opposition to Defendant's Motion to File Documents Under Seal and *Ex Parte*, and pursuant to Local Rule 5.1(j) of the Rules of the United States District Court for the District of Columbia, this Court hereby **GRANTS** leave to Plaintiffs and Intervenor Plaintiffs to file an opposition memorandum under seal. The opposition will be considered filed on the date that they were delivered to the Court.

ENTERED this _____ day of _____, 2008.

_____
Richard W. Roberts
United States District Judge