UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-2337(RWR/DAR) |
| | ) |
| MICHAEL B. MUKASEY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' FIRST MOTION FOR AN EXTENSION OF TIME TO
FILE THEIR REPLY TO PLAINTIFFS' AND INTERVENOR PLAINTIFFS'
OPPOSITION TO (1) DEFENDANTS' RENEWED MOTION FOR JUDGMENT
ON THE PLEADINGS AND RENEWED MOTION TO LIFT
THE STAY OF PLAINTIFFS' EXECUTIONS,
(2) DEFENDANTS' RENEWED MOTION TO DISMISS AND
(3) DEFENDANTS' MOTION TO STAY DISCOVERY
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully move for an extension of time to Monday, June 16, 2008, to file their reply memoranda to Plaintiffs' and Intervenor Plaintiffs' (collectively "Plaintiffs") Opposition to (1) Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay of Plaintiffs' Executions, (2) Defendants' Renewed Motion to Dismiss, and (3) Defendants' Motion to Stay Discovery. The current filing deadline is Monday, June 9, 2008. Pursuant to Local Rule 7(m), Defendants' counsel contacted Plaintiffs' counsel and was informed that Plaintiffs do not oppose the Court granting the relief requested herein. In support of this Motion, Defendants state the following.

Plaintiffs filed their opposition memoranda under seal on May 30, 2008. As of yesterday, Defendants' counsel had not received the service copies of the opposition memoranda, and so informed Plaintiffs' counsel. Plaintiffs' counsel graciously had copies of the opposition memoranda hand-delivered today, June 6, 2008. However, Defendants' counsel will not be able to review Plaintiffs' three opposition memoranda, and draft the replies in sufficient time for supervisory review and filing with the Court by the current deadline. Accordingly, Defendants respectfully move for an extension to June 16, 2008 to file their reply memoranda.

A proposed Order consistent with the relief requested herein is attached.

Date: June 6, 2008

                                     Respectfully Submitted:

                                     /s/ Jeffrey A. Taylor /bmr
                                     _____
                                     JEFFREY A. TAYLOR, D.C. BAR #498610
                                     United States Attorney

                                     /s/ Rudolph Contreras /bmr
                                     _____
                                     RUDOLPH CONTRERAS, D.C. BAR #434122
                                     Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendants' First Motion for an Extension of Time to File Their Reply to Plaintiffs' and Intervenor Plaintiffs' Opposition to (1) Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay of Plaintiffs' Executions, (2) Defendants' Renewed Motion to Dismiss and (3) Defendants' Motion to Stay Discovery* was sent by the Court's Electronic Case Filing System (unless otherwise noted), this 6th day of June, 2008, to:

Owen James Bonheimer
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
obonheimer@steptoe.com

Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
abortnick@kslaw.com

Graham E. Eddy
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
geddy@velaw.com

Paul F. Enzinna
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C. 20037
paul.enzinna@bakerbotts.com

Matthew John Herrington
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
mherrington@steptoe.com

William E. Hoffman, Jr. (by first class mail)
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Mark Joseph Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mhulkower@steptoe.com

William E. Lawler, III
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
wlawler@velaw.com

Alexander Owen Levine
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
alevine@velaw.com

Jeremy I. Levin
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
jeremy.levin@bakerbotts.com

Rachel M. McKenzie
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
rachel.mckenzie@bakerbotts.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfurt, KY 40602
mod@dcr.net

Jeanne Vosberg Sourgens (by first class mail)
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
jtoll@kslaw.com

Robert E. Waters
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004
rwaters@velaw.com

Charles Anthony Zdebski
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
charles.zdebski@troutmansanders.com

        /s/ Beverly M. Russell
        _____
        BEVERLY M. RUSSELL
        Assistant United States Attorney