# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR/DAR) |
| ) | |
| **ALBERTO GONZALES**, *et al.,* ) | **ORAL ARGUMENT REQUESTED** |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFFS' AND INTERVENOR PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

On June 2, 2008, the Court entered an order requiring Plaintiffs and Intervenor Plaintiffs to "show cause in writing why *Robinson v. Mukasey, et al.,* Civil Action No. 07-2145 (RWR) (D.D.C.) should not be consolidated with this case for all purposes, allowing only limited, if any, discovery regarding Robinson to be taken." Respectfully, Plaintiffs and Intervenor Plaintiffs take no position on this issue.

Respectfully submitted,

/s/ Paul F. Enzinna

PAUL F. ENZINNA (D.C. Bar No. 421819)
JEREMY I. LEVIN
RACHEL McKENZIE
EMMA KUNTZ
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909



BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*

- 2 -

/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
MARK J.  HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*

Dated:  June 11, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Plaintiffs' and Intervenor-Plaintiffs' Response to Order to Show Cause was sent by the Court's Electronic Case Filing System this 11th day of June, 2008, to:

> Beverly M. Russell
> Assistant United States Attorney
> U.S. Attorney's Office for the District of Columbia
> 555 4th Street, N.W., Rm. E-4915
> Washington, D.C. 20530

/s/ Paul F. Enzinna_____

*Counsel for Plaintiff James H. Roane, Jr.*