UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337(RWR/DAR) |
| ) | |
| MICHAEL B. MUKASEY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME TO
FILE THEIR REPLIES
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully move for an extension of time to Tuesday, June 24, 2008, to file their reply memoranda to Plaintiffs' and Intervenor Plaintiffs' (collectively "Plaintiffs") Opposition/Response to (1) Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay of Plaintiffs' Executions, (2) Defendants' Renewed Motion to Dismiss, (3) Defendants' Motion to Stay Discovery, and (4) Defendants' Motion for Leave to File Documents Under Seal and Ex Parte. The current filing deadline is today, Monday, June 16, 2008. Pursuant to Local Rule 7(m), Defendants' counsel contacted Plaintiffs' counsel and was informed that Plaintiffs do not oppose the Court granting the relief requested herein. In support of this Motion, Defendants state the following.

Defendants request the extension because of the work-related demands on their counsel. For example, last week, Defendants' undersigned counsel devoted a significant period coordinating with the agency representatives and finalizing the administrative record in Atlantic Sea Island Group v. Connaughton, Civil Action No. 08-259(RWR), a case in which the plaintiff

challenges the Maritime Administration's designation of New Jersey as an "adjacent coastal state" for purposes of allowing review of and approval authority over the plaintiff's proposed deepwater port application. Also, last week, drafting the reply memorandum in the case <u>Olaniyi v. United States</u>, Civil Action 05-455(RBW) took far more time than expected due to the need to address arguments in a very lengthy opposition memorandum and to coordinate with the agency on a declaration to respond to certain of the factual allegations raised in that memorandum. Defendants' undersigned counsel also had to address matters in <u>United States v. Slade</u>, Civil Action No. 07-1961(RJL), a case brought pursuant to the False Claims Act, and <u>Robinson v. Mukasey</u>, Civil Action No. 07-2145(RWR).

Accordingly, because of these and other work-related demands on their counsel, Defendants will not be able to file the reply memorandum due in this case by the current deadline, and respectfully moves for an extension of time to Tuesday, June 24,2008, to do so.

A proposed Order consistent with the relief requested herein is attached.

Date: June 16, 2008

Respectfully Submitted:

/s/ Jeffrey A. Taylor /mj
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /mj
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendants' Second Motion for an Extension of Time to File Their Replies* was sent by the Court's Electronic Case Filing System (unless otherwise noted), this 16th day of June, 2008, to:

Owen James Bonheimer
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
obonheimer@steptoe.com

Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
abortnick@kslaw.com

Graham E. Eddy
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1008
geddy@velaw.com

Paul F. Enzinna
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C.  20037
paul.enzinna@bakerbotts.com

Matthew John Herrington
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mherrington@steptoe.com

William E. Hoffman, Jr. (by first class mail)
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Mark Joseph Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mhulkower@steptoe.com

William E. Lawler, III
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004
wlawler@velaw.com

Alexander Owen Levine
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004
alevine@velaw.com

Jeremy I. Levin
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
jeremy.levin@bakerbotts.com

Rachel M. McKenzie
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
rachel.mckenzie@bakerbotts.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfurt, KY 40602
mod@dcr.net

Jeanne Vosberg Sourgens (by first class mail)
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
jtoll@kslaw.com

Robert E. Waters
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
rwaters@velaw.com

Charles Anthony Zdebski
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
charles.zdebski@troutmansanders.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney