## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES ROANE, JR., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-2337(RWR/DAR)** |
| | ) | |
| **MICHAEL B. MUKASEY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLIES AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully move for an extension of time to Friday, June 27, 2008, to file their reply memoranda to Plaintiffs' and Intervenor Plaintiffs' (collectively "Plaintiffs") Opposition/Response to (1) Defendants' Renewed Motion to Dismiss and (2) Defendants' Motion to Stay Discovery. Additionally, Defendants move for an extension of time to July 16, 2008 to file their reply to Plaintiffs' Opposition to Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' and Plaintiff-Intervenors' Executions. The current filing deadline for filing the replies is today, Tuesday, June 24, 2008. Pursuant to Local Rule 7(m), Defendants' counsel contacted Plaintiffs' counsel and was informed that Plaintiffs do not oppose the Court granting the relief requested herein. In support of this Motion, Defendants state the following.

The drafting of the various replies is taking considerably longer than anticipated, in part due to considerable other work-related demands on Defendants' counsel and, in part, due to the sheer volume of Plaintiffs' Opposition to Defendants' Renewed Motion for Judgment on the

Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' and Plaintiff-Intervenors' Executions.  Regarding the former, Defendants' counsel had multiple filings over the past week, and notwithstanding working beyond normal hours recently, was unable to complete the replies in this matter in time for supervisory review and filing with the Court by the current deadline. Accordingly, Defendants are seeking the extension requested herein – specifically to June 27, 2008 to file their replies to Plaintiffs' Opposition/Response to (1) Defendants' Renewed Motion to Dismiss and (2) Defendants' Motion to Stay Discovery, and to July 16, 2008 to file their reply to Plaintiffs' Opposition to Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' and Plaintiff-Intervenors' Executions.

A proposed Order consistent with the relief requested herein is attached.

Date: June 24, 2008

Respectfully Submitted:

/s/ Jeffrey A. Taylor /mj
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /mj
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendants' Motion for an***

***Extension of Time to File Their Replies*** was sent by first class, postage prepaid mail, this

24th day of June, 2008, to:

William E. Hoffman, Jr.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Jeanne Vosberg Sourgens
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004

**All other counsel were served via the Court's Electronic Case Filing System.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney