## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES ROANE, JR., <u>et</u> <u>al.</u>,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-2337(RWR/DAR)** |
| | ) | |
| **MICHAEL B. MUKASEY, <u>et</u> <u>al.</u>,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### ORDER

Upon consideration of ***Defendants' Motion for an Extension of Time to File Their Replies,*** and for good cause shown, it is this _____ day of _____, 2008,

ORDERED that the Motion should be and hereby is granted, and accordingly, Defendants shall have up to and including June 27, 2008 to file their reply memoranda to Plaintiffs' Opposition/Response to (1) Defendants' Renewed Motion to Dismiss and (2) Defendants' Motion to Stay Discovery; and it is further

ORDERED that Defendants shall have up to and including July 16, 2008 to file their reply to Plaintiffs' Opposition to Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' and Plaintiff-Intervenors' Executions;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Owen James Bonheimer
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
obonheimer@steptoe.com

Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
abortnick@kslaw.com

Graham E. Eddy
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1008
geddy@velaw.com

Paul F. Enzinna
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C.  20037
paul.enzinna@bakerbotts.com

Matthew John Herrington
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mherrington@steptoe.com

William E. Hoffman, Jr.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Mark Joseph Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mhulkower@steptoe.com

William E. Lawler, III
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
wlawler@velaw.com

Alexander Owen Levine
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
alevine@velaw.com

Jeremy I. Levin
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
jeremy.levin@bakerbotts.com

Rachel M. McKenzie
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
rachel.mckenzie@bakerbotts.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfurt, KY 40602
mod@dcr.net

Jeanne Vosberg Sourgens
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
jtoll@kslaw.com

Robert E. Waters
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
rwaters@velaw.com

Charles Anthony Zdebski
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
charles.zdebski@troutmansanders.com

Beverly M. Russell                          Robert J. Erickson
Madelyn E. Johnson                          U.S. Department of Justice
Peter S. Smith                              950 Pennsylvania Avenue, Rm. 1515
Kenneth Adebonojo                           Washington, D.C.  20530
U.S. Attorney's Office for the
  District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530