UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., <u>et al.</u>, )<br>)<br>    Plaintiffs,  )<br>)<br>    v.  )<br>)<br>MICHAEL B. MUKASEY, <u>et al.</u>, )<br>)<br>    Defendants.  )<br>_____ ) | Civil Action No. 05-2337(RWR/DAR) |

**NOTICE OF FILING, UNDER SEAL, THE UNREDACTED VERSION OF "DEFENDANTS' REPLY TO PLAINTIFFS' AND INTERVENOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL AND *EX PARTE* "**

Pursuant to this Court's February 23, 2007 Privacy Act Protective Order governing the above-captioned case, Defendant notices that, on June 25, 2008, it is filing, under seal, the unredacted version of "Defendants' Reply to Plaintiffs' and Intervenor Plaintiffs' Opposition to Defendants' Motion to File Documents under Seal and *Ex Parte*."

Date: June 25, 2008

                                              Respectfully Submitted:

                                              JEFFREY A. TAYLOR, D.C. BAR #498610
                                              United States Attorney

                                              /s/ Beverly M. Russell
                                              _____
                                              BEVERLY M. RUSSELL, D.C. Bar #454257
                                              Assistant United States Attorney
                                              U.S. Attorney's Office for the District
                                               of Columbia, Civil Division
                                              555 4th Street, N.W., Rm. E-4915
                                              Washington, D.C. 20530
                                              Ph:  (202) 307-0492
                                              Fax: (202) 514-8780
                                              E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing <u>Notice of Filing, Under Seal, the Unredacted Version of "Defendants' Reply to Plaintiffs' and Intervenor Plaintiffs' Opposition to Defendants' Motion to File Documents under Seal and *Ex Parte*</u>" was sent by the Court's Electronic Case Filing System (unless otherwise noted), this <u>25th</u> day of June, 2008, to:

Owen James Bonheimer
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
obonheimer@steptoe.com

Abigail Bortnick
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
abortnick@kslaw.com

Graham E. Eddy
Vinson & Elkins, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1008
geddy@velaw.com

Paul F. Enzinna
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C.  20037
paul.enzinna@bakerbotts.com

Matthew John Herrington
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mherrington@steptoe.com

William E. Hoffman, Jr. (by first class mail)
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Mark Joseph Hulkower
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
mhulkower@steptoe.com

William E. Lawler, III
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
wlawler@velaw.com

Alexander Owen Levine
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004
alevine@velaw.com

Jeremy I. Levin
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
jeremy.levin@bakerbotts.com

Rachel M. McKenzie
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
rachel.mckenzie@bakerbotts.com

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfurt, KY 40602
mod@dcr.net

Jeanne Vosberg Sourgens (by first class mail)
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
jtoll@kslaw.com

Robert E. Waters
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004
rwaters@velaw.com

Charles Anthony Zdebski
Troutman Sanders, LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
charles.zdebski@troutmansanders.com


    /s/ Beverly M. Russell
    _____
    BEVERLY M. RUSSELL
    Assistant United States Attorney