UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337(RWR/DAR) |
| ) | |
| MICHAEL B. MUKASEY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR A TWO-DAY EXTENSION OF TIME
TO FILE THEIR REPLY TO PLAINTIFFS' AND INTERVENOR PLAINTIFFS'
OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT
ON THE PLEADINGS AND RENEWED MOTION TO LIFT THE STAY**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully move for an extension of time to Friday, July 18, 2008, to file their reply to Plaintiffs' Opposition to Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' and Plaintiff-Intervenors' Executions.  The current filing deadline for filing the reply is today, Tuesday, July 16, 2008.  Pursuant to Local Rule 7(m), Defendants' counsel contacted Plaintiffs' counsel and was informed that Plaintiffs do not oppose the Court granting the relief requested herein. In support of this Motion, Defendants state the following.

Today, July 16, 2008, Defendants' counsel completed a draft of the reply but not  in sufficient time for the required agency and supervisory review.  Accordingly, to allow a period for such review, Defendants respectfully request a brief, two-day extension to July 18, 2008 to file their reply.

A proposed Order consistent with the relief requested herein is attached.

Date: July 14, 2008

Respectfully Submitted:


/s/ JAT/mj
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ RC /mj
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendants' Unopposed Motion for a Two-Day Extension of Time to File Their Reply to Plaintiffs' and Intervenor Plaintiffs' Opposition to Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay* was sent by first class, postage prepaid mail, this 16th day of July, 2008, to:

William E. Hoffman, Jr.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Jeanne Vosberg Sourgens
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004

**All other counsel were served via the Court's Electronic Case Filing System.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney