## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., <u>et</u> <u>al.</u>,     ) | |
|                            ) | |
|       Plaintiffs,          ) | |
|                            ) | |
|      v.                     ) | Civil Action No. 05-2337(RWR/DAR) |
|                            ) | |
| MICHAEL B. MUKASEY, <u>et</u> <u>al.</u>,  ) | |
|                            ) | |
|       Defendants.       ) | |
| _____ ) | |

## NOTICE OF FILING, UNDER SEAL, THE CONFIDENTIAL,
## UNREDACTED VERSION OF
## "DEFENDANTS' REPLY TO PLAINTIFFS' AND INTERVENOR PLAINTIFFS'
## OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR
## JUDGMENT ON THE PLEADINGS AND RENEWED MOTION TO LIFT THE STAY
## OF THE PLAINTIFFS' EXECUTIONS"

        Pursuant to this Court's February 23, 2007 Privacy Act Protective Order governing the

above-captioned case, Defendant notices that, on July 21, 2008, it is filing, under seal, the

confidential, unredacted version of "***Defendants' Reply to Plaintiffs' and Intervenor Plaintiffs'***

***Opposition to Defendants' Renewed Motion for Judgment on the Pleadings and Renewed***

***Motion to Lift the Stay of the Plaintiffs' Executions***."

Date: July 21, 2008

                           Respectfully Submitted:

                           JEFFREY A. TAYLOR, D.C. BAR #498610
                           United States Attorney

                           /s/ Beverly M. Russell
                           _____
                           BEVERLY M. RUSSELL, D.C. Bar #454257
                           Assistant United States Attorney
                           U.S. Attorney's Office for the District
                            of Columbia, Civil Division
                           555 4th Street, N.W., Rm. E-4915
                           Washington, D.C. 20530
                           Ph:  (202) 307-0492
                           Fax: (202) 514-8780
                           E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Notice of Filing, Under Seal, the Confidential, Unredacted Version of "Defendants' Reply to Plaintiffs' and Intervenor Plaintiffs' Opposition to Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' Executions"*** was sent by first class, postage prepaid mail, this 21st day of July, 2008, to:

William E. Hoffman, Jr.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Jeanne Vosberg Sourgens
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C.  20004

**All other counsel were served via the Court's Electronic Case Filing System.

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney