UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337(RWR/DAR) |
| ) | |
| MICHAEL B. MUKASEY, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF
"DEFENDANTS' REPLY TO PLAINTIFFS' AND INTERVENOR PLAINTIFFS'
OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR
JUDGMENT ON THE PLEADINGS AND RENEWED MOTION TO LIFT THE STAY
OF THE PLAINTIFFS' EXECUTIONS"**

Certain exhibits in support of "***Defendants' Reply to Plaintiffs' and Intervenor Plaintiffs' Opposition to Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' Executions***" can be filed on the public record but were not included or only filed, in part, with Defendants' Reply filed on Friday, July 18, 2008.  These exhibits are attached hereto, specifically, Defendants' Exhibit 1, Addendum to BOP Execution Protocol Effective August 1, 2008, with Checklist; Exhibit 7, Addendum to BOP Execution Protocol Effective July 1, 2007 with Checklist; and Exhibit 12, BOP Execution Protocol (redacted).

 Date: July 21, 2008

Respectfully Submitted:

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Notice of Filing Exhibits in Support of "Defendants' Reply to Plaintiffs' and Intervenor Plaintiffs' Opposition to Defendants' Renewed Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' Executions"* was sent by first class, postage prepaid mail, this 21st day of July, 2008, to:

William E. Hoffman, Jr.
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Jeanne Vosberg Sourgens
Vinson & Elkins, LLP
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004

**All other counsel were served via the Court's Electronic Case Filing System.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney