ADDENDUM TO BOP EXECUTION PROTOCOL
FEDERAL DEATH SENTENCE IMPLEMENTATION PROCEDURES
EFFECTIVE JULY 1, 2007

A. Federal death sentences are implemented by an intravenous injection of a lethal substance or substances in a quantity sufficient to cause death, such substance or substances to be determined by the Director, Federal Bureau of Prisons (BOP) and to be administered by qualified personnel selected by the Warden and acting at the direction of the United States Marshal. 28 CFR 26.3. The procedures utilized by the BOP to implement federal death sentences shall be as follows unless modified at the discretion of the Director or his/her designee, as necessary to (1) comply with specific judicial orders; (2) based on the recommendation of on-site medical personnel utilizing their clinical judgment; or (3) as may be required by other circumstances.

B. The identities of personnel considered for and/or selected to perform death sentence related functions, any documentation establishing their qualifications and the identities of personnel participating in federal judicial executions or training for such judicial executions shall be protected from disclosure to the fullest extent permitted by law.

C. The lethal substances to be utilized in federal lethal injections shall be Sodium Pentothal, (thiopental); Pancuronium Bromide and Potassium Chloride.

D. Not less than fourteen (14) days prior to a scheduled execution, the Director or designee, in conjunction with the United States Marshal Service, shall make a final selection of qualified personnel to serve as the executioner(s) and their alternates. See BOP Execution Protocol, Chap. 1, §§ III (F) and IV (B) & (E). Qualified personnel shall have necessary training or experience in the specific function they will perform in implementing the federal death sentence. Any documentation establishing the qualifications, including training, of such personnel shall be maintained by the Director or designee.

E. The Director or designee shall appoint a senior level Bureau employee to assist the United States Marshal in implementing the federal death sentence. The Director or designee shall appoint an additional senior level Bureau employee to supervise the activities of personnel preparing and administering the lethal substances.

F. The lethal substances shall be prepared by qualified personnel in the following manner unless otherwise directed by the Director, or designee, on the recommendation of the on-site medical personnel. The lethal substances shall be placed into four sets of numbered and labeled syringes. Two of the sets of syringes are used in the implementation of the death sentence and two sets are available as a backup.

Roane v. Mukasey,
Civil Action No. 05-2337(RWR/DAR)
Defs.' Ex. 7

ADDENDUM TO BOP EXECUTION PROTOCOL
FEDERAL DEATH SENTENCE IMPLEMENTATION PROCEDURES
EFFECTIVE JULY 1, 2007

G. Approximately thirty (30) minutes prior to the scheduled implementation of the death sentence, the condemned individual will be escorted into the execution room. The condemned individual will be restrained to the execution table. The leads of a cardiac monitor will be attached by qualified personnel. A suitable venous access line or lines will be inserted and inspected by qualified personnel and a slow rate flow of normal saline solution begun.

H. Lethal substances shall be administered intravenously. Venous catheterization of the femoral vein is the preferred access method. The Director or designee may approve a different method of venous access (1) based on the training and experience of personnel establishing the intravenous access; (2) to comply with specific orders of federal courts; or (3) based upon a recommendation from qualified personnel available at the execution facility.

When venous access is acquired through the femoral vein (accessed near the groin), a set of syringes will consist of:

Syringe # 1 contains 5.0 grams of Sodium Pentothal in 10 ccs of diluent,
Syringe # 2 contains 60 ccs of saline flush,
Syringe # 3 contains 120 milligrams of Pancuronium Bromide,
Syringe # 4 contains 120 milligrams of Pancuronium Bromide,
Syringe # 5 contains 60 ccs of saline flush,
Syringe # 6 contains 120 mEq of Potassium Chloride and
Syringe # 7 contains 120 mEq of Potassium Chloride.

When venous access is acquired through a peripheral vein, a set of syringes will consist of:

Syringe # 1 contains 1.25 grams of Sodium Pentothal in 50 ccs of diluent,
Syringe # 2 contains 1.25 grams of Sodium Pentothal in 50 ccs of diluent,
Syringe # 3 contains 1.25 grams of Sodium Pentothal in 50 ccs of diluent,
Syringe # 4 contains 1.25 grams of Sodium Pentothal in 50 ccs of diluent,
Syringe # 5 contains 60 ccs of saline flush,
Syringe # 6 contains 120 milligrams of Pancuronium Bromide,
Syringe # 7 contains 120 milligrams of Pancuronium Bromide,
Syringe # 8 contains 60 ccs of saline flush,
Syringe # 9 contains 120 mEq of Potassium Chloride and
Syringe # 10 contains 120 mEq of Potassium Chloride.

Each syringe will be administered in the order set forth above when directed by supervisory personnel.

2

ADDENDUM TO BOP EXECUTION PROTOCOL
FEDERAL DEATH SENTENCE IMPLEMENTATION PROCEDURES
EFFECTIVE JULY 1, 2007

If peripheral venous access is utilized, two separate lines shall be inserted in separate locations and determined to be patent by qualified personnel. A flow of saline shall be started in each line and administered at a slow rate to keep the line open. One line will be used to administer the lethal substances and the second will be reserved in the event of the failure of the first line. Any failure of a venous access line shall be immediately reported to the on-site medical personnel and the Director's designee. The Director's designee shall take steps consistent with paragraph L below.

I. At the direction of the U.S. Marshal, the flow of lethal substances shall be initiated and controlled by qualified personnel. The first lethal substance (Sodium Pentathol) will be administered followed by saline flush.

Lethal substances will be administered into two identical sets of IV lines, one which is connected to the condemned individual and the other into a disposal container in the execution room. The personnel administering the lethal substances shall not be informed as to which line is connected to the condemned individual.

J. After the first lethal substance has rendered the condemned individual unconscious as determined by qualified personnel, BOP supervisory personnel will direct personnel to administer the remaining lethal substances (Pancuronium Bromide and Potassium Chloride). The fact, time and order of administration of each substance shall be documented and the documentation maintained. The condemned individual's consciousness will be monitored by qualified personnel.

K. In the event that death of the condemned individual has not occurred within five minutes after completion of the administration of the second syringe of Potassium Chloride, personnel shall proceed as outlined in paragraph L.

L. If at any time during the federal death penalty procedure a member of the execution team becomes aware of a situation not contemplated in this procedure, the team member should advise a supervisory BOP team member who shall forthwith advise the Director's on-site designee. The Director's on-site designee, after consulting with the United States Marshal, may direct that the procedure be interrupted, the curtains to the witness viewing rooms be closed, and if necessary, for witnesses to be removed from the facility. A complete assessment of the situation may be done, including if necessary, input from the on-site medical personnel. After consultation with appropriate personnel, a decision will be made to re-commence the procedure from the beginning, to re-commence the procedure from the point of its interruption, or to re-commence the procedure from the beginning at a different time and/or date.

3

SEVEN SYRINGE FEDERAL LETHAL INJECTION SUBSTANCE CHECKLIST (PAGE 1 OF 2 PAGES)

DATE: _____    Condemned Individual: _____

| Syringe # | PREPARED BY Name or Identifier | Substance/ Amount/ Concentration | Label Color | Label | WITNESS Name or Identifier | Administered or Disposed by: | Time begin | Time complete | WITNESS Name or Identifier |
|---|---|---|---|---|---|---|---|---|---|
| 1 A | | | | | | | | | |
| 2 A | | | | | | | | | |
| 3 A | | | | | | | | | |
| 4 A | | | | | | | | | |
| 5 A | | | | | | | | | |
| 6 A | | | | | | | | | |
| 7 A | | | | | | | | | |
| 1 B | | | | | | | | | |
| 2 B | | | | | | | | | |
| 3 B | | | | | | | | | |
| 4 B | | | | | | | | | |
| 5 B | | | | | | | | | |
| 6 B | | | | | | | | | |
| 7 B | | | | | | | | | |

Prepared by _____, Title: _____

SEVEN SYRINGE FEDERAL LETHAL INJECTION SUBSTANCE CHECKLIST (PAGE 2 OF 2 PAGES)

DATE: _____                    Condemned Individual: _____

| Syringe # | PREPARED BY Name or Identifier | Substance/ Amount/ Concentration | Label Color | Label | WITNESS Name or Identifier | Administered or Disposed by: | Time begin | Time complete | WITNESS Name or Identifier |
|---|---|---|---|---|---|---|---|---|---|
| 1 C | | | | | | | | | |
| 2 C | | | | | | | | | |
| 3 C | | | | | | | | | |
| 4 C | | | | | | | | | |
| 5 C | | | | | | | | | |
| 6 C | | | | | | | | | |
| 7 C | | | | | | | | | |
| 1 D | | | | | | | | | |
| 2 D | | | | | | | | | |
| 3 D | | | | | | | | | |
| 4 D | | | | | | | | | |
| 5 D | | | | | | | | | |
| 6 D | | | | | | | | | |
| 7 D | | | | | | | | | |

Prepared by: _____, Title: _____

TEN SYRINGE FEDERAL LETHAL INJECTION SUBSTANCE CHECKLIST (PAGE 1 OF 2 PAGES)

DATE: _____     Condemned Individual: _____

| Syringe | PREPARED BY Name or Identifier | Substance amount/ Concentration | Label Color | Label | WITNESS Name or Identifier | Administered or Disposed by: | Time | WITNESS Name or Identifier |
|---|---|---|---|---|---|---|---|---|
| 1 A | | | | | | | | |
| 2 A | | | | | | | | |
| 3 A | | | | | | | | |
| 4 A | | | | | | | | |
| 5 A | | | | | | | | |
| 6 A | | | | | | | | |
| 7 A | | | | | | | | |
| 8 A | | | | | | | | |
| 9 A | | | | | | | | |
| 10 A | | | | | | | | |
| 1 B | | | | | | | | |
| 2 B | | | | | | | | |
| 3 B | | | | | | | | |
| 4 B | | | | | | | | |
| 5 B | | | | | | | | |
| 6 B | | | | | | | | |
| 7 B | | | | | | | | |
| 8 B | | | | | | | | |
| 9 B | | | | | | | | |
| 10 B | | | | | | | | |

Prepared by: _____, Chemical Room Recorder

TEN SYRINGE FEDERAL LETHAL INJECTION SUBSTANCE CHECKLIST (PAGE 2 OF 2 PAGES)

DATE: _____        Condemned Individual: _____

| Syringe # | PREPARED BY Name or Identifier | Substance/amount/ concentration | Label Color | Label | WITNESS Name or Identifier | Administered or Disposed By | Time | WITNESS Name or Identifier |
|---|---|---|---|---|---|---|---|---|
| 1 C | | | | | | | | |
| 2 C | | | | | | | | |
| 3 C | | | | | | | | |
| 4 C | | | | | | | | |
| 5 C | | | | | | | | |
| 6 C | | | | | | | | |
| 7 C | | | | | | | | |
| 8 C | | | | | | | | |
| 9 C | | | | | | | | |
| 10 C | | | | | | | | |
| 1 D | | | | | | | | |
| 2 D | | | | | | | | |
| 3 D | | | | | | | | |
| 4 D | | | | | | | | |
| 5 D | | | | | | | | |
| 6 D | | | | | | | | |
| 7 D | | | | | | | | |
| 8 D | | | | | | | | |
| 9 D | | | | | | | | |
| 10 D | | | | | | | | |

Prepared by: _____ _____, Chemical Room Recorder