# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **JAMES ROANE, JR.**, *et al.*,    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | |
| v.    ) | Civil Action No. 05-2337 (RWR/DAR) |
| ) | |
| **MICHAEL B. MUKASEY**, *et al.*,    ) | |
| ) | |
| Defendants.    ) | |

### PLAINTIFFS' AND INTERVENOR PLAINTIFFS' MOTION FOR LEAVE TO RESPOND TO DEFENDANTS' REPLY TO THEIR OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS AND RENEWED MOTION TO LIFT THE STAY OF PLAINTIFFS' EXECUTIONS

On Friday, July 18, 2008, Defendants filed their Reply To Plaintiffs' And Intervenor Plaintiffs' Opposition To Defendants' Renewed Motion For Judgment On The Pleadings And Renewed Motion To Lift The Stay Of Plaintiffs' Executions ("Def. Reply"). Consistent with the Protective Order entered in this case, Defendants filed—and Plaintiffs and Intervenors were served with—a redacted version of their Reply. Defendants filed an unredacted version of the Reply on Monday, July 21, 2008. As of the time of the filing of this document, Plaintiffs have not yet been served with copies of the unredacted document.[1]

Defendants' Reply introduces, and relies upon, a document entitled "Addendum to BOP Execution Protocol: Federal Death Sentence Implementation Procedures Effective August 1, 2008." This document, which makes significant changes to the federal death sentence protocol

---

[1] Defendants also supplemented their discovery in connection with the filing of the Reply. Some, but not all, of the Plaintiffs and Intervenor Plaintiffs have received this production.

previously in place, had not previously been made available to Plaintiffs and Intervenor Plaintiffs, and had not been the subject of any discovery in this case.

The tack Defendants have taken—the introduction of, and reliance upon, previously undisclosed facts in a reply brief filed in support of a potentially dispositive motion—would be inappropriate in any case, but it is particularly so here.  By their Motion, Defendants ask the Court to dismiss this action, award them judgment on the pleadings, and lift the stay of Plaintiffs' and Intervenor Plaintiffs' executions.  In short, Defendants seek, by their Motion, to end the lives of the Plaintiffs and Intervenor Plaintiffs, in a manner whose constitutionality has not been tested.  Particularly given these stakes, the new issues raised by Defendants should not be addressed hurriedly, and without input from the Plaintiffs and Intervenor Plaintiffs.  Plaintiffs and Intervenor Plaintiffs therefore respectfully request that they be permitted to respond to Defendants' Reply, within ten calendar days from the date on which we are served with the unredacted version of Defendants' Reply.  Counsel for Plaintiffs and Intervenor Plaintiffs have conferred with counsel for Defendants to seek consent for this Motion and were informed that counsel for Defendants does not oppose the Court granting the relief sought in this Motion.

Dated:  July 22, 2008                                         Respectfully submitted,


/s/ Paul F. Enzinna_____

PAUL F. ENZINNA (D.C. Bar No. 421819)
EMMA KUNTZ
Baker Botts L.L.P
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders L.L.P
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders L.L.P
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders L.L.P
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909



BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, L.L.P
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*

/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins L.L.P
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding L.L.P
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
MATTHEW HERRINGTON (D.C. Bar No. 452364)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson L.L.P
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, L.L.P
P.O. Box 40428
Austin, TX 78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*