UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JAMES ROANE, JR.**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2337 (RWR/DAR) |
| **MICHAEL B. MUKASEY**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' AND INTERVENOR PLAINTIFFS'
MOTION FOR AN EXTENSION OF TIME TO FILE THEIR
SURREPLY AND MEMORANDUM IN SUPPORT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs and Intervenor Plaintiffs move for an extension of time until Thursday, August 14, 2008 to file their Surreply Regarding Defendants' Motion for Judgment on the Pleadings and Motion to Lift the Stay of Plaintiffs' Executions. The current filing deadline for the Surreply is today, Thursday, August 7, 2008. Pursuant to Local Rule 7(m), Plaintiffs' counsel contacted Defendants' counsel and was informed that Defendants do not oppose the Court granting the relief requested in this motion. In support of this Motion, Plaintiffs state the following:

The drafting of the Surreply is taking considerably longer than anticipated, in part, due to significant other work-related demands on Plaintiffs' counsel and, in part, due to Defendants' announcement of a new execution protocol. Accordingly, Plaintiffs are seeking the extension requested in this motion — specifically to Thursday, August 14, 2008, to file their Surreply Regarding Defendants' Motion for Judgment on the Pleadings and Renewed Motion to Lift the Stays of Plaintiffs' Executions.

A proposed Order consistent with the relief requested herein is attached.

1

Dated August 7, 2008                                        Respectfully submitted,


                /s/ Paul F. Enzinna

PAUL F. ENZINNA (D.C. Bar No. 421819)
EMMA KUNTZ
Baker Botts L.L.P
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders L.L.P
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders L.L.P
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders L.L.P
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, L.L.P
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins L.L.P
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding L.L.P
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
MATTHEW HERRINGTON (D.C. Bar No. 452364)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson L.L.P
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, L.L.P

P.O. Box 40428
Austin, TX 78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*

- 4 -