#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JAMES ROANE, JR.**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-2337 (RWR/DAR) |
| **ALBERTO GONZALES**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon review of the reasons set forth in Plaintiffs' and Interventor Plaintiffs' Consent Motion for Leave to File under Seal their Surreply to Defendants' Renewed Motion For Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' Executions, and pursuant to Local Rule 5.1(j) of the Rules of the United States District Court for the District of Columbia, this Court hereby **GRANTS** leave to Plaintiffs and Intervenor Plaintiffs to file a surreply memoranda under seal.  The surreply will be considered filed on the date that they were delivered to the Court.

ENTERED this _____ day of August, 2008.

_____
Richard W. Roberts
United States District Judge