UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, et al., )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>**ALBERTO GONZALES**, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2337 (RWR/DAR) |

**PLAINTIFFS' AND INTERVENOR PLAINTIFFS' CONSENT MOTION
FOR LEAVE TO FILE UNDER SEAL THEIR SURREPLY REGARDING
DEFENDANTS' RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS AND
RENEWED MOTION TO LIFT THE STAY OF PLAINTIFFS' EXECUTIONS**

Plaintiffs James Roane, Jr., Richard Tipton, and Cory Johnson, and Intervenor Plaintiffs Bruce Webster, Anthony Battle, and Orlando Hall (collectively "Plaintiffs"), by and through the undersigned counsel, respectfully submit this motion pursuant to Local Civil Rule 5.1(j) for leave to file under seal their Surreply regarding *Defendants' Renewed Motion For Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' Executions.* Because Plaintiffs' Surreply references issues covered under the Protective Order issued by this Court on February 27, 2007 and supplemented by Order of June 13, 2007, Plaintiffs seek to file this documents under seal. Counsel for Plaintiffs have consulted with counsel for the Defendants, and Defendants have consented to this motion. Upon further consultation with counsel for Defendants, Plaintiffs plan to file a redacted version of the Response and accompanying Exhibits for incorporation into the public record.

Respectfully submitted this 14 day of August, 2008,

/s/ Paul F. Enzinna_____
PAUL F. ENZINNA (D.C. Bar No. 421819)
EMMA KUNTZ
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*


/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

Counsel for Plaintiff Richard Tipton
/s/ Charles A. Zdebski_____
CHARLES A. ZDEBSKI  (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

2

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
MARK J.  HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER

3

Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*

4