# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR**., *et al.,*  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | Civil Action No. 05-2337 (RWR/DAR) |
| ) | |
| **MICHAEL B. MUKASEY**, *et al.,*  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

## <u>ORDER</u>

The Plaintiffs having requested an extension of time until Friday, August 15, 2008 to file their Surreply Regarding Defendants' Motion for Judgment on the Pleading and Motion to Lift the Stay of Plaintiffs' Executions, and the Court being sufficiently informed:

IT IS HEREBY ORDERED, that the Plaintiffs' Surreply is due to be filed on Friday, August 15, 2008.

_____
Richard W. Roberts
United States District Judge

Dated: _____