UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-2337 (RWR/DAR) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT ON PLAINTIFFS' AND INTERVENOR PLAINTIFFS' SURREPLY REGARDING DEFENDANTS' RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS AND RENEWED MOTION TO LIFT THE STAY OF PLAINTIFFS' EXECUTIONS**

Pursuant to Local Civil Rule 7(e) of the Rules of the United States District Court for the District of Columbia, Plaintiffs James Roane, Jr., Richard Tipton, and Cory Johnson, and Intervenor Plaintiffs Bruce Webster, Anthony Battle, and Orlando Hall (collectively "Plaintiffs") hereby move this Court for a seven (7) page enlargement of the page limit on their Surreply regarding *Defendants' Renewed Motion For Judgment on the Pleadings and Renewed Motion to Lift the Stay of Plaintiffs' Executions*. Defendants do not oppose this motion. In further support of their motion, Plaintiffs state as follows:

1. The Defendants' reply addresses a number of distinct legal and factual allegations;

2. The Defendants' reply introduces and relies upon significant new facts and arguments; and

      3.      Plaintiffs believe that thirty-two (32) pages for their surreply memoranda will be sufficient to adequately present the relevant issues to the Court.

Respectfully submitted this 15 day of August, 2008,

/s/ Paul F. Enzinna
PAUL F. ENZINNA (D.C. Bar No. 421819)
EMMA KUNTZ
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*


/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004-2134
(202) 274-2909

STEPHEN A. NORTHUP (D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1240

FREDERICK R. GERSON
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*

/s/ Charles A. Zdebski
CHARLES A. ZDEBSKI (D.C. Bar No. 451075)
Troutman Sanders LLP
401 9th Street, NW
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2909

BARBARA HARTUNG
700 E. Main Street
Suite 1600
Richmond, VA 23219

EDWARD E. SCHER
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Cory Johnson*


/s/ William E. Lawler III
WILLIAM E. LAWLER III (D.C. Bar No.398951)
GRAHAM E. EDDY (D.C. Bar No. 495794)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004-1008
(202) 639-6676

*Counsel for Plaintiff Bruce Webster*


/s/ Joshua C. Toll
JOSHUA C. TOLL (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

*Counsel for Plaintiff Anthony Battle*


/s/ Owen Bonheimer
MARK J. HULKOWER (D.C. Bar No. 400463)
OWEN BONHEIMER (D.C. Bar No. 484984)

3

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
P.O. Box 40428
Austin, TX  78704
(512) 804-2661

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne Street
New Orleans, LA  70113
(504) 558-9867

*Counsel for Plaintiff Orlando Hall*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR/DAR) |
| **ALBERTO GONZALES**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon review of the reasons set forth in the Unopposed Motion for Enlargement of Page Limits on Plaintiffs' and Intervenor Plaintiffs' Surreply regarding Defendants' Renewed Motion For Judgment on the Pleadings and Renewed Motion to Lift the Stay of the Plaintiffs' Executions filed in the above-captioned action, and pursuant to Local Rule 7(e) of the Rules of the United States District Court for the District of Columbia, this Court hereby **GRANTS** leave to Plaintiffs and Intervenor Plaintiffs to file a surreply memoranda not in excess of thirty-two (32) pages.

ENTERED, this ____ day of August, 2008

_____
Richard W. Roberts
United States District Judge