UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **ERIC H. HOLDER, JR.**, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-2337 (RWR/DAR) |

**PLAINTIFFS' AND INTERVENOR PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR LEAVE TO FILE A SURREPLY IN
RESPONSE TO PLAINTIFFS' AND INTERVENOR PLAINTIFFS'
MOTION FOR LIMITED ADDITIONAL DISCOVERY AND TO COMPEL
THE COMPLETION OF THE DEFENDANTS' RULE 30(b)(6) DEPOSITION**

On October 8, 2009, the Court will hear argument on Plaintiffs' and Intervenor-Plaintiffs' Motion for Limited Additional Discovery and to Compel the Completion of the Defendants' Rule 30(b)(6) Deposition (Docket No. 200) (hereinafter "Motion for Limited Additional Discovery") and Motion to Modify the Protective Order (Docket No. 143). Pursuant to an agreement made during a March 13, 2009, status conference, the Plaintiffs withdrew the above-referenced motions (collectively "Discovery Motions") without prejudice to their ability to re-file them, or to seek other additional discovery, following this Court's decision on Defendants' Motion to Dismiss (Docket No. 159) and Motion for Judgment on the Pleadings (Docket No. 160 pt. 1) (collectively, the "Dispositive Motions"). Following the Court's April 20, 2009 Memorandum and Opinion (Docket No. 208) addressing the Dispositive Motions, Plaintiffs and Intervenor-Plaintiffs filed a Motion to Deem Plaintiffs' Motion to Modify the Protective Order Re-Filed and Briefed and to Deem Plaintiffs' Motion for Limited Additional Discovery and to Compel the Completion of the Defendants' Rule 30(b)(6) Deposition Re-Filed and Briefed in

Part (Docket No. 219) (hereinafter, "Motion to Deem").  The Motion for Limited Additional Discovery was only "briefed in part" because the Plaintiffs and Intervenor-Plaintiffs had not filed a Reply Brief in support of their Motion for Limited Additional Discovery before agreeing to withdraw it.

At the September 16, 2009 status conference, it became clear that there was some confusion as to precisely which docket entries represent the Discovery Motions pending for decision by the Magistrate Judge.  Although there was reference to Docket No. 219 at the hearing, that docket entry represents the Motion to Deem, and not the underlying Discovery Motions.  Plaintiffs requested the opportunity to file a Reply Brief on one of the underlying Discovery Motions, the Motion for Limited Additional Discovery (Docket No. 200), in order simply to complete the permitted briefing on that motion.  However, the Court's Minute Order authorized the Plaintiffs to file a Reply Brief, and the Defendants to file a Surreply, on Docket No. 219, the Motion to Deem.  Nevertheless, understanding the Court to be permitting them to complete the briefing on the Motion for Limited Additional Discovery, Plaintiffs filed a Motion for Leave to File Their Reply Brief on that Motion on September 25, 2009 (Docket No. 225).

In filing their Surreply, Defendants recognized the apparent confusion, and that their proposed Surreply had not been expressly authorized by the Court's Minute Order.  Although the Court had authorized a Surreply on the Motion to Deem, Defendants' counsel stated that she would move for leave to file the Surreply because it addresses the Motion for Limited Additional Discovery.  Surreplies are appropriate only to address issues germane to the particular motion that were raised for the first time in a reply.  *See Lopez v. Council on American-Islamic Relations Action Network*, 2009 WL 3069661 at *3 (D.D.C. Sept. 28, 2009) ("It is within the court's authority to grant leave to file a sur-reply when 'the party making the motion would be unable to

contest matters presented to the court for the first time in the opposing party's reply'") (*quoting Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001).  Defendants have failed to establish that Plaintiffs' Reply Brief raises new issues that warrant a Surreply, and instead simply rehearse arguments already made by the Defendants in opposition to the Motion for Limited Additional Discovery.  Plaintiffs therefore oppose Defendants' filing of the Surreply.

Respectfully submitted this 7th day of October, 2009,

       /s/ Paul F. Enzinna
PAUL F. ENZINNA
(D.C. Bar No. 421819)
JEREMY I. LEVIN
(D.C. Bar No. 495736)
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7752

*Counsel for Plaintiff James H. Roane, Jr.*

| | |
|---|---|
|     /s/ Graham E. Eddy     |     /s/ Charles A. Zdebski     |

GRAHAM E. EDDY  
(D.C. Bar No. 495794)  
WILLIAM E. LAWLER III  
(D.C. Bar No.398951)  
Vinson & Elkins LLP  
1455 Pennsylvania Avenue, NW  
Suite 600  
Washington, DC 20004-1008  
(202) 639-6676  

*Counsel for Plaintiff Bruce Webster*

CHARLES A. ZDEBSKI  
(D.C. Bar No. 451075)  
Troutman Sanders LLP  
401 9th Street, NW, Suite 1000  
Washington, DC 20004-2134  
(202) 274-2909  

STEPHEN A. NORTHUP  
(D.C. Bar. No. 54587)  
Troutman Sanders LLP  
1001 Haxall Point, P.O. Box 1122  
Richmond, VA 23218-1122  
(804) 697-1240  

FREDERICK R. GERSON  
Robinson & Gerson, P.C.  
7102 Three Chopt Road  
Richmond, VA 23226  

*Counsel for Plaintiff Richard Tipton*

| | |
|---|---|
|     /s/ Matthew Herrington     |     /s/ Charles A. Zdebski     |
| MATTHEW HERRINGTON (D.C. Bar No. 452 | CHARLES A. ZDEBSKI |
| OWEN BONHEIMER (D.C. Bar No. 484984) | (D.C. Bar No. 451075) |
| JODY CUMMINGS (D.C. Bar No. 474206) | Troutman Sanders LLP |
| Steptoe & Johnson L.L.P | 401 9th Street, NW, Suite 1000 |
| 1330 Connecticut Avenue, NW | Washington, D.C.  20004-2134 |
| Washington, DC  20036 | (202) 274-2909 |
| (202) 429-3000 | |
| | BARBARA HARTUNG |
| ROBERT C. OWEN | 700 E. Main Street |
| (Texas Bar No. 15371950) | Suite 1600 |
| Owen & Rountree, LLP | Richmond, VA  23219 |
| P.O. Box 40428 | |
| Austin, TX  78704 | EDWARD E. SCHER |
| (512) 804-2661 | Thorsen & Scher, LLP |
| | 3810 Augusta Avenue |
| MARCIA A. WIDDER | Richmond, VA  23230 |
| (La. Bar No. 23367) | |
| 636 Baronne Street | *Counsel for Plaintiff Cory Johnson* |
| New Orleans, LA  70113 | |
| (504) 558-9867 | |
| | |
| *Counsel for Plaintiff Orlando Hall* | |

5

  /s/ Joshua C. Toll
JOSHUA C. TOLL
(D.C. Bar No. 463073)
ABIGAIL BORTNICK
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

MARGARET O'DONNELL
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfort, KY  40602
(502) 227-2142
(502) 227-4669 (fax)

WILLIAM E. HOFFMANN, JR.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
(404) 572-3383
(404) 572-5136 (fax)

*Counsel for Plaintiff Anthony Battle*

## **CERTIFICATE OF SERVICE**

Service on parties via the Court's ECF system.