# MARK DERSHWITZ, M.D., Ph.D.

33 Wildwood Drive
Sherborn, MA 01770
Telephone (508) 720-3436

26 January 2010

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Room E-4915
Washington, D.C. 20530

Re: Roane v Gonzales; Contract/Order #: 7W-USA16-335

Dear Ms. Russell:

My fee for my deposition taken on 18 January 2010 in this case is $3,000. Please remit this amount to the address above. My tax identification number is             , and my DUNS number is

Sincerely,

*[signature]*

Mark Dershwitz, M.D., Ph.D.

MD/

# MARK DERSHWITZ, M.D., Ph.D.
33 Wildwood Drive
Sherborn, MA 01770
Telephone (508) 720-3436

26 January 2010

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Room E-4915
Washington, D.C. 20530

Re: Roane v Gonzales; Contract/Order #: 7W-USA16-335

Dear Ms. Russell:

My charges in the case of Roane v Gonzales since my prior bill of 10 January 2010 are:

| | | |
|---|---|---|
| 1/11/10 | Review materials in preparation for telephone conference | 0.8 hr |
| 1/13/10 | Telephone conference with Ms. Russell | 1.8 hr |

The total time I have devoted to the case since my prior bill of 10 January 2010 is 2.6 hours. My hourly fee is $400. Please remit the amount of $1,040 to the address above. My tax identification number is         and my DUNS number is

Sincerely,

Mark Dershwitz, M.D., Ph.D.

MD/