## Declaration of Seymour Halleck, M.D.

I am a psychiatrist residing and practicing in Chapel Hill, North Carolina. My practice is primarily that of forensic psychiatry, and in that capacity, I have been involved in several cases involving the competence of condemned prisoners to be executed or to waive their appeals. A recent copy of my curriculum vitae summarizing my qualifications is attached.

I was engaged by Mr. Robert McGlasson of the Federal Defender Office from Atlanta, Georgia, to begin an evaluation of Jeffrey William Paul in connection with his appeals of his conviction of murder and sentence of death. I did examine Mr. Paul on November 20, 2002. At that time he appeared to be emotionally disturbed and unstable, but not psychotic. Sometime in 2003 his condition became much worse. I was asked to see him again. To conduct a reliable and professionally adequate re-evaluation, it is necessary that I interview Mr. Paul in person. It is my understanding that I cannot gain entry into the federal penitentiary in Terre Haute, Indiana, without a court order.

It is my understanding that in November of 2003, a court entered an order allowing me to enter the U.S. Penitentiary to conduct my examination of Mr. Paul, but that the order was withdrawn after Mr. Paul sent the court a pro se letter expressing a desire to dismiss his appeals. I also understand that Mr. Paul quickly repudiated his withdrawal of his appeal. I am still awaiting authorization to enter the prison to complete my assessment.

After the court order authorizing my visit was set aside, Mr. Paul's counsel arranged for me to speak with Mr. Paul by telephone. On January 7, 2004, Mr. Paul and his attorneys, Sean O'Brien and Robert McGlasson, and I spoke on a teleconference late one afternoon. My notes indicate that Mr. Paul expressed some very bizarre and disjointed ideas and beliefs. He made the following statements:

1. "I see things outside of my mind and body."
2. "My attorneys may be involved in letting me become a fall guy." Note: he was preoccupied with Sean O'Brien's eyes being green like his.
3. "Everything I see on T.V. I saw before T.V. is directed at me. Everything that happens to me happened before."
4. "During my last phone call the words I spoke with were not my own. Words were put in my mouth."
5. "My girlfriend Cary is not a woman. She's a hermaphrodite. She's in love with a black inmate."
6. "People are calling me things like a 'maggot pedophile.' They want me to kill myself. I'm being programmed."
7. "I have conversations with voices only I can hear." Note: At the point when I asked him if others could hear his thoughts his response was affirmative.

During this call, Mr. Paul's attorneys told me about Mr. Paul's recent suicide attempt by hanging, and subsequent self mutilation by breaking safety glass in his prison cell and using the shards to slice his arm. It was my firm impression at that time that Mr. Paul was very likely experiencing a serious psychotic illness which could interfere with his ability to make rational choices or understand his legal rights.

In spite of my impression that Mr. Paul was experiencing a serious mental illness, it is necessary for me to evaluate him in person to reach a definitive conclusion. Further, it would be very important to ascertain additional family and medical history. I would be particularly

July 7, 2010
Exhibit 2

FROM : PHONE NO. : Feb. 03 2005 11:13PM P3
p.3
Aug 04 2004 4:35PM HP LASERJET 3330

interested in whether there were persons in his family tree who had been diagnosed with schizophrenia or other major mental illness. A thorough investigation and evaluation could enable me to determine the nature and extent of Mr. Paul's mental illness, and how it affected him during any of the events leading up to his conviction and sentence.

I declare under the penalty of perjury of the laws of the state of Arkansas and the United States that the foregoing is true to the best of my knowledge and belief.

Dated this 4th day of August, 2004.

Seymour Halleck, M.D.

A02238
447