UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al.,         ) | |
|                                                             ) | |
|             Plaintiffs,                       ) | |
|                                                             ) | |
|         v.                                              ) | Civil Action No. 05-2337(RWR/DAR) |
|                                                             ) | |
| ERIC H. HOLDER, JR., et al.,       ) | |
|                                                             ) | |
|             Defendants.                    ) | |
| _____) | |

DEFENDANTS' STATUS REPORT

On August 4, 2010, Magistrate Judge Deborah A. Robinson granted *Defendants' Unopposed Motion to Continue the August 5, 2010 Motions Hearing*. The motions hearing was scheduled on *Defendants' Motion to Compel Plaintiffs and Plaintiff-Intervenors to Pay the Expert Fees of the January 18, 2010 Deposition of Dr. Mark Dershwitz, Defendants' Expert* (R. 251). As explained in Defendants' motion to continue, prior to the scheduled hearing date, the parties had tentatively agreed to continue with expert depositions in a manner that would moot the pending motion to compel. The proposed agreement however was subject to internal approval within the U.S. Attorney's Office for the District of Columbia which was granted yesterday, August 24, 2010. Therefore, Defendants will withdraw the pending motion to compel once the parties enter into an agreement on expert costs (specifically, that the parties will cover their respective expert costs including those costs previously incurred). Once this agreement is in place, Defendants will withdraw their motion to compel.

Date: August 25, 2010

        Respectfully submitted,

        RONALD C. MACHEN JR.
        United States Attorney

        RUDOLPH CONTRERAS
        Chief, Civil Division

        /s/ Beverly M. Russell
        BEVERLY M. RUSSELL, DC Bar No. 454257
        United States Attorney's Office for the
         District of Columbia, Civil Division
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        Ph:  202-307-0492
        Fax:  202-514-8780