# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.           ) | Civil Action No. 05-2337 (RWR/DAR) |
| ) | |
| **ERIC HOLDER**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PARTIES JOINT STATUS REPORT
## REGARDING SUPPLEMENTATION OF DISCOVERY

Pursuant to the Court's Order of April 14, 2011, counsel for the parties met and conferred on April 27, 2011, with regard to the Plaintiffs' request that Defendants' supplement their responses to Plaintiffs' discovery requests, in light of the Attorney General's March 4, 2011, statement that "at the present time, the federal government does not have any reserves of sodium thiopental for lethal injections." In that meeting, counsel for the parties agreed that Defendants would provide any supplementation — or notice that there will be no supplementation — on or before May 9, 2011. Pursuant to the Court's April 14, 2011, Order, Plaintiffs are required to file any motion to reopen discovery necessitated by the unavailability of sodium thiopental by May 13, 2011.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Beverly M. Russell | Paul F. Enzinna |
| Assistant United States Attorney | Brown Rudnick, LLP |
| U.S. Attorney's Office | 601 13th Street, N.W. |
|    for the District of Columbia | Suite 600 |
| 555 4th Street NW, Room E-4915 | Washington, DC 20005 |
| Washington, DC 20530 | penzinna@brownrudnick.com |
| beverly.russell@usdoj.gov | *Counsel for Plaintiff James H. Roane, Jr.* |
| | |
| *Counsel for Defendants* | |

Robert J. Erickson                                      Stephen A. Northup
Principal Deputy Chief                              Troutman Sanders, LLP
Criminal Appellate Section                       1001 Haxall Point
U.S. Department of Justice                       Richmond, VA  23219
950 Pennsylvania Avenue NW, Room 1515   steve.northup@troutmansanders.com
Washington, DC  20530
robert.erickson@usdoj.gov                       *Counsel for Plaintiff Richard Tipton*

*Counsel for Defendants*



                                              Frederick R. Gerson
                                              Robinson & Gerson, P.C.
                                              7102 Three Chopt Road
                                              Richmond, VA 23226

                                              *Counsel for Plaintiff Richard Tipton*

Barbara Hartung
700 E. Main Street
Suite 1600
Richmond, VA 23219

*Counsel for Plaintiff Corey Johnson*

Edward E. Scher
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

*Counsel for Plaintiff Corey Johnson*

William Lawler
Vinson & Elkins, LLP
1455 Pennsylvania Avenue NW
Washington, DC  20004-1008
wlawler@velaw.com

*Counsel for Plaintiff Bruce Webster*

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfurt, KY  40602
mod@dcr.net

*Counsel for Plaintiff Anthony Battle*

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue NW
Washington, DC  20006
jtoll@kslaw.com

*Counsel for Plaintiff Anthony Battle*

Owen James Bonheimer
Jody Cummings
Steptoe & Johnson, LLP
1330 Connecticut Avenue NW
Washington, DC  20036
cbonheimer@steptoe.com

*Counsel for Plaintiff Orlando Hall*