UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JAMES ROANE, JR**., *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>**ERIC H. HOLDER. JR.**, *et al.,*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2337 (RWR/DAR)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPPOSED MOTION TO EXTEND DEADLINE
FOR FILING MOTION TO REOPEN DISCOVERY**

Plaintiffs James Roane, Jr., Richard Tipton, and Cory Johnson and Intervenor Plaintiffs Bruce Webster, Anthony Battle, and Orlando Hall (collectively "Plaintiffs"), by and through undersigned counsel, respectfully move to extend the deadline for filing a motion to reopen discovery until May 27, 2011.  Good cause exists to grant this motion:

1. On April 14, 2011, the Court ordered that no later than May 13, 2011, Plaintiffs shall file a motion to reopen discovery necessitated by the unavailability of sodium thiopental.

2. On May 3, 2011, this Court ordered that after considering the Parties Joint Status Report Regarding Supplementation of Discovery (Doc. 281), Defendants must supplement their discovery responses by no later than May 9, 2011.

3. On May 9, 2011, Defendants filed an unopposed request to extend the time to complete their supplementation of discovery as ordered by the Court until May 16, 2011 (Doc. 283).  Plaintiffs agreed to that extension on the condition that Defendants would agree to an extension of time for Plaintiffs to file a motion to reopen discovery until May 27, 2011. Defendants so agreed.

4. On May 10, 2011, the Court ordered that Defendants shall complete supplementation of discovery by May 16, 2011.

5. An extension until May 27, 2011 will give Plaintiffs adequate time to consider Defendants' supplementation of discovery due by May 16, 2011 and prepare a motion to reopen discovery, if necessary.

For the foregoing reasons, Plaintiffs respectfully request that the Court extend the deadline for filing a motion to reopen discovery until and including May 27, 2011. Pursuant to Local Rule 7(m), counsel for Plaintiffs contacted Defendants' counsel regarding this non-dispositive motion, and was informed that Defendants do not oppose the relief requested herein. A proposed Order is included with this motion.

Respectfully submitted,

/s/ Paul Enzinna

| | |
|---|---|
| Matthew Herrington | Paul F. Enzinna |
| Owen Bonheimer | (DC Bar No. 421819) |
| Jody Cummings | Brown Rudnick, LLP |
| Steptoe & Johnson, LLP | 601 13th Street, N.W. |
| 1330 Connecticut Avenue NW | Suite 600 |
| Washington, DC 20036 | Washington, DC 20005 |
| *Counsel for Plaintiff Orlando Hall* | *Counsel for Plaintiff James H. Roane, Jr.* |
| Barbara Hartung | Stephen A. Northup |
| 700 E. Main Street | Troutman Sanders, LLP |
| Suite 1600 | 1001 Haxall Point |
| Richmond, VA 23219 | Richmond, VA 23219 |
| Edward E. Scher | Frederick R. Gerson |
| Thorsen & Scher, LLP | Robinson & Gerson, P.C. |
| 3810 Augusta Avenue | 7102 Three Chopt Road |
| Richmond, VA 23230 | Richmond, VA 23226 |
| *Counsel for Plaintiff Corey Johnson* | *Counsel for Plaintiff Richard Tipton* |
| Joshua Christopher Toll | William Lawler |
| King & Spalding, LLP | Vinson & Elkins, LLP |
| | 1455 Pennsylvania Avenue NW |
| 1700 Pennsylvania Avenue NW | Washington, DC 20004-1008 |
| Washington, DC 20006 | *Counsel for Plaintiff Bruce Webster* |

Margaret O'Donnell
McNally & O'Donnell, P.S.C.
P.O. Box 1243
513 Capitol Avenue
Frankfurt, KY  40602

*Counsel for Plaintiff Anthony Battle*