UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al.,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Civil Action No. 05-2337(RWR/DAR) |
| ) | |
| ERIC H. HOLDER, JR., et al.,   ) | |
| ) | |
| Defendants.   ) | |
| _____ ) | |

THE PARTIES' JOINT MOTION TO CONTINUE THE
JUNE 8, 2011 MOTION HEARING AND
BRIEFING SCHEDULE GOVERNING THE ABOVE-CAPTIONED CASE

By Minute Order dated April 14, 2011, Magistrate Judge Deborah A. Robinson ordered the parties to meet and confer about reopening discovery and to file a joint status report regarding discovery by April 29, 2011.  In that same Minute Order, Magistrate Judge Robinson ordered Plaintiffs to file their motion to reopen discovery by May 13, 2011 and scheduled a motion hearing on Wednesday, June 8, 2011 at 2:00 pm.  On April 29, 2011, the Parties filed their joint status report, and on May 24, 2011, the Parties filed a *Joint Motion for an Order Establishing a Deadline for Defendants to Supplement Discovery, if Appropriate, and to Extend Plaintiffs' Deadline for Filing Motion to Reopen Discovery*.  The Parties filed the Motion based on the Federal Bureau of Prisons' current consideration whether, and if so how, to modify the lethal injection protocol used to effectuate federal death sentences.  On May 25, 2011, Magistrate Judge Robinson granted the Parties' *Joint Motion for an Order Establishing a Deadline for Defendants to Supplement Discovery, if Appropriate, and to Extend Plaintiffs' Deadline for Filing Motion to Reopen Discovery*.  As part of the Order, the Plaintiffs now have until August 26, 2011 to move to reopen discovery if they deem that appropriate.   Given the extension of this deadline, the

Parties respectfully move that the Court continue the motion hearing scheduled on June 8, 2011 which was based on a May 13, 2011 submission from Plaintiffs as to reopening discovery.  Given the current status of discovery, the Parties also move to continue the briefing schedule and propose that the Parties submit a revised briefing schedule on or before July 29, 2011, as part of their Joint Status Report due the same day, or alternatively provide the Court with a status of discovery and its impact on briefing.

For the reasons stated herein, Plaintiffs and Defendants jointly and respectfully move the Court for an Order continuing the June 8, 2011 Motions Hearing and the briefing schedule governing the above-captioned matter.  Good cause exists to grant this motion:

Respectfully submitted,

| | |
|---|---|
| /s/ Paul F. Enzinna | RONALD C. MACHEN JR. |
| Paul F. Enzinna | United States Attorney |
| (DC Bar No. 421819) | |
| Brown Rudnick, LLP | RUDOLPH CONTRERAS |
| 601 13th Street, N.W. | Chief, Civil Division |
| Suite 600 | |
| Washington, DC 20005 | /s/ Beverly M. Russell |
| | Beverly M. Russell |
| *Counsel for Plaintiff James H. Roane, Jr.* | (DC Bar No. 454257) |
| | United States Attorney's Office  for the |
| Stephen A. Northup |    District of Columbia, Civil Division |
| Troutman Sanders, LLP | 555 Fourth Street, N.W. |
| 1001 Haxall Point | Washington, D.C.  20530 |
| Richmond, VA  23219 | Ph:  202-307-0492 |
| | |
| Frederick R. Gerson | |
| Robinson & Gerson, P.C. | |
| 7102 Three Chopt Road | |
| Richmond, VA 23226 | |
| | |
| *Counsel for Plaintiff Richard Tipton* | |

| | |
|---|---|
| Matthew Herrington | |
| Owen Bonheimer | /s/ Robert J. Erickson /bmr |
| Jody Cummings | Robert J. Erickson, |
| Steptoe & Johnson, LLP | (DC Bar No. 220731) |
| 1330 Connecticut Avenue NW | Principal Deputy Chief |
| Washington, DC  20036 | Criminal Appellate Section |
| | U. S. Department of Justice |
| *Counsel for Plaintiff Orlando Hall* | 950 Pennsylvania Avenue, NW, Room 1515 |
| William Lawler | Washington, DC 20530 |
| Kathryn B. Codd | Ph:  202-514-2841 |
| Vinson & Elkins, LLP | |
| 1455 Pennsylvania Avenue NW | *Counsel for Defendants* |
| Washington, DC  20004-1008 | |

*Counsel for Plaintiff Bruce Webster*

Barbara Hartung
700 E. Main Street
Suite 1600
Richmond, VA 23219

Edward E. Scher
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

Donald Salzman
Skadden
1440 New York Avenue, NW
Washington, DC 20005

*Counsel for Plaintiff Corey Johnson*

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue NW
Washington, DC  20006

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604

*Counsel for Plaintiff Anthony Battle*