UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2337(RWR/DAR) |
| ) | |
| **ERIC H. HOLDER, JR., et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THE PARTIES' JOINT MOTION TO CONTINUE THE
AUGUST 2, 2011 STATUS CONFERENCE AND
BRIEFING SCHEDULE GOVERNING THE ABOVE-CAPTIONED CASE**

By Minute Order dated April 14, 2011, Magistrate Judge Deborah A. Robinson ordered the Parties to meet and confer about reopening discovery and to file a joint status report regarding discovery by April 29, 2011. In that same Minute Order, Magistrate Judge Robinson ordered Plaintiffs to file their motion to reopen discovery by May 13, 2011 and scheduled a motion hearing on Wednesday, June 8, 2011 at 2:00 pm. On April 29, 2011, the Parties filed their joint status report, and on May 24, 2011, the Parties filed a *Joint Motion for an Order Establishing a Deadline for Defendants to Supplement Discovery, if Appropriate, and to Extend Plaintiffs' Deadline for Filing Motion to Reopen Discovery*. The Parties filed the Motion based on the Federal Bureau of Prisons' consideration whether, and if so how, to modify the lethal injection protocol used to effectuate federal death sentences.

On May 25, 2011, Magistrate Judge Robinson granted the Parties' *Joint Motion for an Order Establishing a Deadline for Defendants to Supplement Discovery, if Appropriate, and to Extend Plaintiffs' Deadline for Filing Motion to Reopen Discovery*. Accordingly, consistent with Magistrate Judge Robinson's May 25, 2011 Minute Order, Defendants now have until July 29,

2011 to supplement their discovery, or if no decision has been made as to whether to modify the protocol, the Parties are required to meet and confer and submit a joint status report on or before July 29, 2011.  Magistrate Judge Robinson has also scheduled a status conference for August 2, 2011.

Defendants inform the Court that the Federal Bureau of Prisons has decided to modify its lethal injection protocol but the protocol revisions have not yet been finalized.  Accordingly, the Parties propose to continue the August 2, 2011 status conference, and that Defendants submit a monthly status report to the Court on the status of finalizing the protocol revisions (i.e., on the 2nd of each month beginning in September).  Once the revised lethal injection protocol is available, Defendants will provide a copy to Plaintiffs' attorneys for purposes of developing a schedule for supplemental discovery on the revised protocol and a briefing schedule to be filed with the Court.

For the reasons stated herein, Plaintiffs and Defendants jointly and respectfully move the Court for an Order continuing the August 2, 2011 status conference, requiring Defendants to submit monthly reports on the status of the lethal injection protocol, and for the Parties to submit a proposed discovery and briefing schedule upon the lethal injection protocol being made available.

Respectfully submitted,

/s/ Paul F. Enzinna /bmr
Paul F. Enzinna
(DC Bar No. 421819)
Brown Rudnick, LLP
601 13th Street, N.W.
Suite 600
Washington, DC 20005

*Counsel for Plaintiff James H. Roane, Jr.*

Stephen A. Northup
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219

Frederick R. Gerson
Robinson & Gerson, P.C.
7102 Three Chopt Road
Richmond, VA 23226

*Counsel for Plaintiff Richard Tipton*


Matthew Herrington
Owen Bonheimer
Jody Cummings
Steptoe & Johnson, LLP
1330 Connecticut Avenue NW
Washington, DC 20036

*Counsel for Plaintiff Orlando Hall*

William Lawler
Kathryn B. Codd
Vinson & Elkins, LLP
1455 Pennsylvania Avenue NW
Washington, DC 20004-1008

*Counsel for Plaintiff Bruce Webster*

RONALD C. MACHEN JR.
United States Attorney

RUDOLPH CONTRERAS
Chief, Civil Division

/s/ Beverly M. Russell
Beverly M. Russell
(DC Bar No. 454257)
United States Attorney's Office for the
   District of Columbia, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Ph: 202-307-0492

/s/ Robert J. Erickson /bmr
Robert J. Erickson,
(DC Bar No. 220731)
Principal Deputy Chief
Criminal Appellate Section
U. S. Department of Justice
950 Pennsylvania Avenue, NW,
Room 1515
Washington, DC 20530
Ph: 202-514-2841

*Counsel for Defendants*

3

Barbara Hartung
700 E. Main Street
Suite 1600
Richmond, VA 23219

Edward E. Scher
Thorsen & Scher, LLP
3810 Augusta Avenue
Richmond, VA 23230

Donald Salzman
Skadden
1440 New York Avenue, NW
Washington, DC 20005

*Counsel for Plaintiff Corey Johnson*

Joshua Christopher Toll
King & Spalding, LLP
1700 Pennsylvania Avenue NW
Washington, DC  20006

Margaret O'Donnell
P.O. Box 4815
Frankfort, KY 40604

*Counsel for Plaintiff Anthony Battle*