UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES ROANE, JR., et al.,          ) | |
| )| |
| Plaintiffs,          ) | |
| )| |
| v.          ) | Civil Action No. 05-2337(RWR/DAR) |
| )| |
| ERIC H. HOLDER, JR., et al.,          ) | |
| )| |
| Defendants.          ) | |
| ) | |

### DEFENDANTS' STATUS REPORT

Pursuant to the Court's July 29, 2011 Minute Order, Defendants are providing this status report on the Bureau of Prisons' revisions of the Lethal Injection Protocol used to effectuate federal death sentences. The revisions have not yet been finalized but the review process, encompassing multiple sections of the Bureau of Prisons and other parts of the United States Department of Justice, is currently underway.

                                        Respectfully submitted,

                                        RONALD C. MACHEN JR.
                                        United States Attorney

                                        RUDOLPH CONTRERAS
                                        Chief, Civil Division


                                        /s/ Beverly M. Russell
Of Counsel:                             BEVERLY M. RUSSELL, DC Bar No. 454257
Rick Winter                             United States Attorney's Office for the
Federal Bureau of Prisons                District of Columbia, Civil Division
                                        555 Fourth Street, N.W.
                                        Washington, D.C.  20530
                                        Ph:  202-307-0492

/s/ Robert J. Erickson /bmr
ROBERT J. ERICKSON, D.C. Bar # 220731
Principal Deputy Chief
Criminal Appellate Section
U. S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW, Room 1515
Washington, DC 20530
Ph:  (202) 514-2841