# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES ROANE, JR., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ERIC H. HOLDER, JR., et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-2337 (RWR/DAR) |

## UNOPPOSED MOTION TO WITHDRAW ATTORNEY APPEARANCE

Jeremy I. Levin, an attorney who entered an appearance on behalf of Plaintiff James Roane, Jr., in this matter, respectfully moves this Court to withdraw his appearance. Mr. Roane continues to be represented by his lead counsel Paul F. Enzinna, who has moved firms to Brown Rudnick L.L.P. This motion is unopposed.

Dated: July 9, 2012

Respectfully submitted,

/s/ Jeremy I. Levin_____

Jeremy I. Levin (D.C. Bar No. 495736)
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 639-7734
Email: jeremy.levin@bakerbotts.com

## **CERTIFICATE OF SERVICE**

Service on parties via the Court's ECF system.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JAMES ROANE, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-2337 (RWR/DAR) |
| | ) |
| ERIC H. HOLDER, JR., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Having considered Plaintiff's Unopposed Motion to Withdraw Attorney Appearance for Jeremy I. Levin, it is hereby ORDERED that the Motion is GRANTED.

This ___ day of July, 2012.

_____
Richard W. Roberts
United States District Judge