UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES ROANE, JR.**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2337 (RWR/DAR) |
| **ERIC H. HOLDER. JR.**, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF WITHDRWAL OF APPEARANCE**

Jody A. Cummings, an attorney who entered an appearance on behalf of Intervenor-Plaintiff Orlando Hall in this matter, files this Notice of Withdrawal of Appearance ("Notice") because he is leaving the employ of Steptoe & Johnson LLP ("Steptoe"). This Notice does not otherwise alter Steptoe's representation of Intervenor-Plaintiff Orlando Hall in this matter. This Notice pertains to the named individual only.

Respectfully submitted,

/s/ Jody A. Cummings
Jody A. Cummings (DC Bar No. 474206)
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036
Telephone: (202) 429-8096
Facsimile: (202) 429-3902
jcummings@steptoe.com

May 23, 2013