## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES H. ROANE, JR., et al** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 05-2337 (RWR)(DAR) |
| ) | |
| ) | |
| **ERIC H. HOLDER, JR., et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's July 29, 2011 Minute Order, Defendants are providing this status report on the Bureau of Prisons' ("Bureau") revisions of the Lethal Injection Protocol used to effectuate federal death sentences. The Department of Justice and the Bureau of Prisons are continuing to assess matters as relates to revision or amendment of the Bureau's lethal injection protocol due to the unavailability of sodium thiopental used in the current protocol. However, the assessment is ongoing and no final determinations have been made as to specific changes to the protocol.

As ordered by the Court on November 3, 2011, Defendants will continue to file monthly reports on the status of the revisions.

Date: June 4, 2013

Respectfully Submitted,

RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: /s/

BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7238

/s/ Robert J. Erickson /bgp
ROBERT J. ERICKSON, D.C. Bar# 220731
Principal Deputy Chief
Criminal Appellate Section
U. S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW, Room 1515
Washington, DC 20530
Ph:  (202) 514-2841

Of Counsel:
Rick Winter
Federal Bureau of Prisons