# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES H. ROANE, JR., et al** )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. ) Civil Action No. 05-2337 (RWR)(DAR)<br>)<br>)<br>**ERIC H. HOLDER, JR., et al.,** )<br>)<br>Defendants. )<br>) | |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's July 29, 2011 Minute Order, Defendants are providing this status report on the Bureau of Prisons' ("Bureau") revisions of the Lethal Injection Protocol used to effectuate federal death sentences. The Department of Justice and the Bureau of Prisons are in the final phases of finalizing the protocol as it relates to revision or amendment of the Bureau's lethal injection protocol due to the unavailability of sodium thiopental used in the current protocol. However, the assessment is ongoing and no final determinations have been made as to specific changes to the protocol.

As ordered by the Court on November 3, 2011, Defendants will continue to file monthly reports on the status of the revisions.

Date: April 1, 2014

Respectfully Submitted,

RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: /s/

BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534


Of Counsel:
Rick Winter
Federal Bureau of Prisons