UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY PAUL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:05-CV-2337 (RWR) |
| ) | |
| ERIC H. HOLDER, JR., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

*unopposed re-filed*

IT IS ORDERED that Plaintiff Jeffery Paul's Motion for a Preliminary Injunction Barring Defendants from Setting an Execution Date for Plaintiff and from Executing Him is hereby GRANTED. The Defendants herein are enjoined from setting a date for executing Jeffery Paul and from executing Jeffery Paul pending further order of this Court.

Dated: 4/3/14

_____
Richard W. Roberts
United States District Judge