UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   Civil Action No. 05-2337 |
| | ) |
| ERIC H. HOLDER Jr., et al. | ) |
| | ) |
| Defendants. | ) |

**PARTIES' JOINT STATUS REPORT**

The Parties respectfully submit this Joint Status Report pursuant to the Court's Order of April 8, 2016.

The Plaintiffs in this action[1] are individuals sentenced to death under federal statutes that provide for capital punishment, but which do not specify the method by which such punishment shall be carried out. The United States Department of Justice has promulgated regulations that call for federal death sentences to be imposed by lethal injection. See 28 C.F.R. Part 26 (1993). Those regulations, however, do not specify the chemical agents to be used in carrying out such punishment, or the method by which those agents shall be administered.  At the time these actions were filed, the Defendants had authored a "Lethal Injection Protocol" specifying that capital punishment would be carried out using three drugs – sodium thiopental, pancuronium

---

[1] This action was originally filed by Plaintiffs Roane, Tipton, and Johnson.  On January 29, 2007, the Parties stipulated to the intervention of Plaintiff Webster, and on April 27, 2007, the Parties stipulated to the intervention of Plaintiffs Battle and Hall. Plaintiff Paul moved to intervene on October 6, 2009.  The Court denied that motion on July 1, 2010.  On March 21, 2014, the U.S. Court of Appeals for the District of Columbia Circuit reversed and remanded, and Paul's motion to intervene was granted on March 24, 2014.

bromide, and potassium chloride – and specifying the manner and method by which those agents would be administered.   The original complaint in this action was filed on December 6, 2005, alleging that the Lethal Injection Protocol violates the Plaintiffs' Fifth Amendment rights to Due Process, their Eighth Amendment rights to be free from cruel and unusual punishment, and the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*

 On February 24, 2006, the Hon. Ellen S. Huvelle entered an order staying the litigation and enjoining the Defendants from carrying out the execution of any Plaintiff.  On June 30, 2006, the Hon. Richard W. Roberts entered an order lifting the stay on litigation, and continuing in effect the injunction against Plaintiffs' executions.

The Plaintiffs filed an Amended Complaint on July 10, 2006.

On February 21, 2007, Judge Richard Roberts granted Plaintiff Webster's Motion for a Preliminary Injunction enjoining his execution and, on June 11, 2007 entered similar injunctions for Plaintiffs Battle and Hall.

The Parties conducted extensive fact discovery.  The Defendants provided the Plaintiffs with written discovery concerning the promulgation and implementation of the Lethal Injection Protocol, and the Plaintiffs deposed the Defendants, the persons involved in creating the Lethal Injection Protocol, and the individuals charged with administering the Lethal Injection Protocol.

However, in March 2011, the Department of Justice announced that it is no longer able to obtain the sodium thiopental necessary to carry out the Protocol, in the absence of which, all parties agree, the Lethal Injection Protocol can not be carried out.  As a result, Defendants informed the Court and the Plaintiffs that the Lethal Injection Protocol is being reviewed.

Much of the discovery taken to date concerns the nature and properties of the specific chemicals used in the original Lethal Injection Protocol, at least one of which is no longer

available.  The discovery taken to date also addresses the methods by which the chemicals used in the original Lethal Injection Protocol would be administered, and the qualifications of, and training provided to, the individuals who would administer them.

The Parties do not seek any action by the Court at this time.

| For the Plaintiffs: | For the Defendants: |
|---|---|
| /s/ | |
| Paul F. Enzinna (D.C. Bar No. 421819) | CHANNING D. PHILLIPS |
| Law Office of Paul F. Enzinna, LLC | D.C. BAR # 415793 |
| 5425 Wisconsin Ave., Ste. 600 | United States Attorney |
| Chevy Chase, MD 20815 | for the District of Columbia |
| 240.718.4500 | |
| paul@enzinnalaw.com | DANIEL F. VAN HORN |
| | D.C. BAR # 924092 |
| Counsel for Plaintiff James H. Roane, Jr. | Civil Chief |
| | By: /s/ |
| /s/ | BENTON G. PETERSON, BAR # 1029849 |
| RICHARD AMBROW | Assistant United States Attorney |
| (D.C. Bar No. 1002831) | U.S. Attorney's Office |
| Troutman Sanders, LLP | 555 4th Street, N.W. - Civil Division |
| 401 9th Street, NW, Suite 1000 | Washington, D.C. 20530 |
| Washington, DC 20004-2134 | (202) 252-2534 |
| (202) 274-2983 | benton.peterson@usdoj.gov |
| Richard.ambrow@troutmansanders.com | |

STEPHEN A. NORTHUP
(D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point, P.O. Box 1122
Richmond, VA  23218-1122
(804) 697-1240
steve.northup@troutmansanders.com

FREDERICK GERSON
FG Law
536 Granite Avenue
Richmond, VA 23226
804.428.1121
fred@fgattorney.com

*Counsel for Plaintiff  Richard Tipton*

_____/s/_____
DONALD P. SALZMAN (DC Bar No. 479775)
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7983
E-mail: Salzman@skadden.com

*Counsel for Plaintiff  Corey Johnson*

_____/s/_____
JOSHUA C. TOLL
(D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

MARGARET O'DONNELL
P.O. Box 4815
Frankfort, KY  40604
(502) 320-1837

*Counsel for Intervenor-Plaintiff Anthony Battle*

/s/  William E. Lawler, III_____
WILLIAM E. LAWLER, III
D.C. Bar No. 398951
VINSON & ELKINS L.L.P.
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037-1701
(202) 639-6500
wlawler@velaw.com

*Counsel for Intervenor-Plaintiff Bruce Webster*

_____/s/_____
Matthew J. Herrington
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.8164
mherrington@steptoe.com

*Counsel for Intervenor-Plaintiff Orlando Hall*

_____/s/_____
GARY E. PROCTOR
GARY E. PROCTOR, LLC
8 E. Mulberry Street
Baltimore, MD 21202
(410) 444-1500
Fax: (866) 230-4455
Email: garyeproctor@gmail.com

ROBERT L. MCGLASSON
MCGLASSON & ASSOCIATES, PC
1024 Clairemont Avenue
Decatur, GA 30030
(404) 314-7664
Fax: (404) 879-0005
Email: rlmcglasson@comcast.net

SEAN D. O'BRIEN
PUBLIC INTEREST LITIGATION CLINIC
6155 Oak
Suite C
Kansas City, MO 64113
(816) 363-2795
Fax: (816) 363-2799
Email: dplc@dplclinic.com

*Counsel for Intervenor-Plaintiff Jeffrey Paul*

CERTIFICATE OF SERVICE

I certify that on April 18, 2016, a copy of the foregoing Parties' Joint Status Report was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

                                             /s/
                                      Paul F. Enzinna
                                      Law Office of Paul F. Enzinna
                                      5425 Wisconsin Avenue, Ste. 600
                                      Chevy Chase, MD 20815
                                      240.718.4500
                                      paul@enzinnalaw.com

                                      Counsel for Plaintiff James H. Roane, Jr.