**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


JAMES H. ROANE, JR., et al.          )
                                     )
            Plaintiffs,              )
                                     )
            vs.                      )   Civil Action No. 05-2337
                                     )
ERIC H. HOLDER Jr., et al.           )
                                     )
            Defendants               )


**PARTIES' JOINT STATUS REPORT**


The Parties respectfully submit this Joint Status Report pursuant to the Court's Order of

April 8, 2016.  There has been no change in the status of this matter since the parties filed their

Joint Status Report on November 1, 2018 (Docket No. 378).  The parties do not seek any action

by the Court at this time.

Dated: February 1, 2019

**For the Plaintiffs:**                          **For the Defendants:**



_____/s/_____
Paul F. Enzinna (D.C. Bar No. 421819)            CHANNING D. PHILLIPS
Ellerman Enzinna PLLC                            D.C. BAR # 415793
1050 30th Street, NW                             United States Attorney
Washington, DC 20007                             for the District of Columbia
202.753.5553
penzinna@ellermanenzinna.com                     DANIEL F. VAN HORN
                                                 D.C. BAR # 924092
*Counsel for Plaintiff James H. Roane, Jr.*      Civil Chief

_____/s/_____
BRANDON D. ALMOND
(D.C. Bar No.  982170)
Troutman Sanders, LLP
401 9th Street, NW, Suite 1000
Washington, DC  20004-2134
(202) 274-2864
Brandon.almond@troutman.com


STEPHEN A. NORTHUP
(D.C. Bar. No. 54587)
Troutman Sanders LLP
1001 Haxall Point, P.O. Box 1122
Richmond, VA  23218-1122
(804) 697-1240
steve.northup@troutmansanders.com


FREDERICK GERSON
FG Law
536 Granite Avenue
Richmond, VA 23226
804.428.1121
fred@fgattorney.com

*Counsel for Plaintiff Richard Tipton*

_____/s/_____
DONALD P. SALZMAN (DC Bar No. 479775)
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7983
E-mail: Salzman@skadden.com

*Counsel for Plaintiff Corey Johnson*

By: _____/s/_____
BENTON G. PETERSON, BAR # 1029849
        Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534
benton.peterson@usdoj.gov

*Counsel for Defendants*

_____/s/_____
JOSHUA C. TOLL
(D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 737-0500

MARGARET O'DONNELL
P.O. Box 4815
Frankfort, KY  40604
(502) 320-1837

*Counsel for Intervenor-Plaintiff Anthony Battle*

_____/s/_____
WILLIAM E. LAWLER, III
D.C. Bar No. 398951
VINSON & ELKINS L.L.P.
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037-1701
(202) 639-6500
wlawler@velaw.com
*Counsel for Intervenor-Plaintiff Bruce Webster*

_____/s/_____
Matthew J. Herrington
Steptoe & Johnson, LLP
1300 Connecticut Avenue NW
Washington, DC 20036
202.429.8164
mherrington@steptoe.com

*Counsel for Intervenor-Plaintiff Orlando Hall*

_____/s/_____
GARY E. PROCTOR
GARY E. PROCTOR, LLC
8 E. Mulberry Street
Baltimore, MD 21202
(410) 444-1500
Fax: (866) 230-4455
Email: garyeproctor@gmail.com

ROBERT L. MCGLASSON
MCGLASSON & ASSOCIATES, PC
1024 Clairemont Avenue
Decatur, GA 30030
(404) 314-7664
Fax: (404) 879-0005
Email: rlmcglasson@comcast.net

SEAN D. O'BRIEN
PUBLIC INTEREST LITIGATION CLINIC
6155 Oak
Suite C
Kansas City, MO 64113
(816) 363-2795
Fax: (816) 363-2799
Email: dplc@dplclinic.com

*Counsel for Intervenor-Plaintiff Jeffrey Paul*

CERTIFICATE OF SERVICE

I certify that on February 1, 2019, a copy of the foregoing Parties' Joint Status Report was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

_____/s/_____
Paul F. Enzinna
Ellerman Enzinna, PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@ellermanenzinna.com

*Counsel for Plaintiff James H. Roane, Jr.*