**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES H. ROANE, JR., *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>WILLIAM BARR, Attorney General, )<br>U.S. Department of Justice, *et al.*, )<br>)<br>*Defendants*. )<br>_____) | Civil Action No. 05-2337 (TSC) (DAR) |

**DEFENDANTS' STATUS REPORT**

Defendants, through undersigned counsel, respectfully submit this Status Report pursuant to the Court's April 25, 2016, Minute Order.

On July 25, 2019, Defendants filed the Notice of Adoption of Revised Protocol in this case. (ECF. 365). Under the Revised Protocol, a lethal substance different than the ones addressed by Plaintiffs in their Complaint will be used and, thus, Plaintiffs' Complaint as currently framed is moot. Accordingly, Plaintiffs should amend the Complaint to reflect their claims about the new protocol prior to the resumption of active litigation.

Although Defendants suggested extending the deadline for this status report to allow time for the parties to confer about future proceedings in this case, especially in light of the fact that the names of a number of the plaintiffs' representatives were not available and/or confirmed until last night and just this afternoon, Plaintiffs declined. Given the length of time that the case has been dormant, Defendants believe that the parties would benefit from a status conference in advance of filing any motions.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/   *Denise M. Clark*
Denise M. Clark, D.C. Bar No. 479149
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-6605
Email: Denise.Clark@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, JR., *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>WILLIAM BARR, Attorney General, )<br>U.S. Department of Justice, *et al.*, )<br>)<br>*Defendants*. )<br>_____) | Civil Action No. 05-2337 (TSC) (DAR) |

## [Proposed] Order

Upon consideration of Defendants' Motion to Extend Time to File A Status Report, and the entire record therein, Defendants' motion is hereby **GRANTED**. The parties are ordered to file a joint status report on or before August 14, 2019.

**SO ORDERED.**

Dated: _____

TANYA S. CHUTKAN
United States District Judge