# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES H. ROANE, Jr. *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-2337 (TSC) |
| ) | |
| WILLIAM BARR, Attorney General, U.S. ) Department of Justice, *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| JULIUS ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-cv-2145 (TSC) |
| ) | |
| WILLIAM BARR, Attorney General, U.S. ) Department of Justice, *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ALFRED BOURGEOIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-cv-0782 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| CHADRICK EVAN FULKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, *et. al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 13-cv-0938 (TSC) |

# CONSOLIDATION ORDER

Upon consideration of the parties' consent motions and the representations made by the parties at the August 15, 2019 status conference, the court hereby consolidates the four above-captioned cases, pursuant to Federal Rule of Civil Procedure 42(a). It is therefore **ORDERED** that:

1. Plaintiff Robinson's consent motion to consolidate (07-2145, ECF No. 26) is GRANTED;

2. Plaintiff Bourgeois' consent motion to consolidate (12-0782, ECF No. 23) is GRANTED;

3. Plaintiff Fulks' consent motion to consolidate (13-0938, ECF No. 14) is GRANTED;

4. A Master Case File is established for the lead case, 05-cv-2337 (TSC), as well as 07-cv-2145 (TSC), 12-cv-0782 (TSC), and 13-cv-0938 (TSC).

5. An original of this Order must be filed in the Master Case File by the Clerk of Court, as well as in each of the individual case files identified above.

6. **Any pleading or paper filed relating to any of the Federal Bureau of Prisons' Execution Protocol Cases must be filed ONLY in the Master Case File.** Further, any pleading or paper filed or served in each of the Yellow Line Cases must bear the following caption:

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In the Matter of the<br>Federal Bureau of Prisons' Execution<br>Protocol Cases,<br><br>LEAD CASE: *Roane et. al. v. Barr*<br><br><br>THIS DOCUMENT RELATES TO:<br><br>[Appropriate Designation] | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.          (TSC) |

7. When a document applies to all actions included in the Federal Bureau of Prisons' Execution Protocol Cases:

   a) the document must be filed ONLY in the Master Case File;

   b) the designation "ALL CASES" must appear immediately after the words "THIS DOCUMENT RELATES TO" in the caption above; and

   c) this same designation must appear in the title/description of the document when entered on the court's Case Management/Electronic Case Filing (CM/ECF) docket.

8. When a document applies to only one case or more than one case, but not all of the cases, included in the Federal Bureau of Prisons' Execution Protocol Cases:

   a) it must be filed ONLY in the Master Case File;

    b) the relevant case name(s) and case number(s) must appear in the caption of the document immediately after the words "THIS DOCUMENT RELATES TO." For example: "THIS DOCUMENT RELATES TO: Robinson v. Barr, 07-2145" or "THIS DOCUMENT RELATES TO: Robinson v. Barr, 07-2145 and Roane et al v. Barr, 05-2337"; and

    c) this same designation must appear in the title/description of the document when entered on the court's CM/ECF docket.

9. E-mail addresses and telephone numbers are required for all attorneys and must be included on the Proof of Service on all filings. All service lists must include e-mail addresses and telephone numbers to facilitate communication among the parties.

10. Any pleading or paper filed in the Federal Bureau of Prisons' Execution Protocol Cases must be filed with the Clerk of this Court in these proceedings and not with any transferor court.

11. Service in the Federal Bureau of Prisons' Execution Protocol Cases must be made on all parties through ECF and pursuant to the Federal Rules of Civil Procedure.

Date:  August 20, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge