**IN THE DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In the Matter of the ) <br> Federal Bureau of Prisons' Execution ) <br> Protocol Cases, ) <br>  ) <br> LEAD CASE: *Roane et al. v. Barr* ) <br>  ) <br>  ) <br> THIS DOCUMENT RELATES TO: ) <br>  ) <br> *Bourgeois v. U.S. Dep't of Justice, et al.*, ) <br> No. 12-cv-0782 (TSC) ) <br>  ) | Case No. 05-cv-2337 (TSC) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants respectfully move for a three-week extension of time, up to and including September 16, 2019, within which to file their response to Plaintiff's Motion for Preliminary Injunction Barring the Execution of Plaintiff Alfred Bourgeois. (ECF 24.) The parties have conferred and agreed on a schedule for briefing this motion, and a proposed order is attached.

On August 19, 2019, Plaintiff filed a Motion for Preliminary Injunction Barring the Execution of Plaintiff Alfred Bourgeois. (ECF 24.) Defendants' response currently is due August 26, 2019. *See* LCvR 65.1. Defendants respectfully request a three-week extension of the deadline to file their response, up to and including September 16, 2019, to enable the government to fully consider and present the government's position on Plaintiff's motion. Pursuant to LCvR 7(m), Defendants conferred with counsel for Plaintiff, who consented to this request. The parties also conferred on scheduling for Plaintiff's reply to the government's response and agreed that Plaintiff would file any reply within one week of the government's response, which may be filed sooner than September 16, 2019. Under this schedule, the motion would be fully briefed and

submitted to the Court well in advance of January 13, 2020, the date for which the Federal Bureau of Prisons has scheduled the execution of Plaintiff Alfred Bourgeois.  (ECF 18.)

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants a three-week extension of time, until on or before September 16, 2019, to file their response to Plaintiff's Motion for Preliminary Injunction Barring the Execution of Plaintiff Alfred Bourgeois, and to schedule Plaintiff's reply for a week after Defendants file their response.  A proposed order is attached.

Dated: August 21, 2019

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

JEAN LIN
Special Counsel

DANIEL HALAINEN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice

Respectfully submitted,

JESSIE K. LIU
United States Attorney

DANIEL F. VAN HORN
Civil Chief
U.S. Attorney's Office

/s/ *Denise M. Clark*
DENISE M. CLARK, D.C. Bar No. 479149
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
202-252-6605
Denise.Clark@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2019, I caused a true and correct copy of the foregoing document to be filed and served on counsel of record in *Bourgeois v. U.S. Dep't of Justice, et al.*, No. 12-cv-0782 (TSC) via the Court's CM/ECF system:

Alexander Kursman
Assistant Federal Defender, Pro Bono Counsel Pursuant to Local Rule 83.2
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Tel.: (215) 928-0520
Email: Alex_Kursman@fd.org

Billy H. Nolas
Federal Community Defender Office, E.D. Pa.
601 Walnut Street Suite 545w
Philadelphia, PA 19106
Tel.: (215) 928-0520
Email: Billy_Nolas@fd.org

                                      /s/ *Denise M. Clark*
                                      DENISE M. CLARK